IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| NICOLE P. ERAMO | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 3:15-cv-00023-GEC |
| | ) |
| ROLLING STONE LLC, | ) |
| SABRINA RUBIN ERDERLY, and | ) |
| WENNER MEDIA LLC, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff Nicole P. Eramo, through her undersigned counsel, hereby moves this Court, pursuant to 28 U.S.C. § 1447(c) and 28 U.S.C. § 1446(b), to enter an order remanding this action to the Circuit Court of the City of Charlottesville due to Defendants' failure to properly establish the presence of diversity jurisdiction.  Plaintiff's Memorandum of Law in Support of Motion to Remand is being filed contemporaneously herewith in accordance with Local Rule 11(c).

Dated:  June 8, 2015                             Respectfully submitted,

By:  /s/ *Elizabeth M. Locke*
Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Motion to Remand in the above-captioned matter was served on the below counsel of record on June 8, 2015, via the Court's electronic filing system.

Michael John Finney
William David Paxton
Gentry Locke Rakes & Moore
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9373
Telephone: (540) 983-9334
Fax: (540) 983-9400
Email: finney@gentrylocke.com
Email: paxton@gentrylocke.com

Micah J. Ratner
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Fax: (202) 973-4499
Email: micahratner@dwt.com

Elizabeth A. McNamara
Samuel M. Bayard
Alison B. Schary
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com
Email: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,
Sabrina Rubin Erdely, and Wenner Media LLC*

Dated:  June 8, 2015                                    By:  /s/ *Elizabeth M. Locke*
                                                                    Elizabeth M. Locke