CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUN 0 9 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

315CV00023

# CIRCUIT COURT
# CITY OF CHARLOTTESVILLE
315 EAST HIGH STREET
CHARLOTTESVILLE, VIRGINIA 22902-5195
(434) 970-3766

| Tracy D. Smith | Llezelle A. Dugger | Gwendolyn T. Williams |
|---|---|---|
| Anita D. Spivey | CLERK | Allison J. Carr |
| Esther J. Bausserman |  | Dianne Pugh |
| DEPUTY CLERKS | David A. Schmidt | DEPUTY CLERKS |
|  | CHIEF DEPUTY CLERK |  |

DATE:      June 9, 2015

RE:        CL15-205  Nicole P. Eramo v Rolling Stone LLC et al

In compliance with an order of the United States District Court, we hereby forward the above referenced case. Please sign and return to us a copy of this transmittal for our records.

Thank you for your cooperation with this matter. Should you have any questions, please feel free to contact this office at 434-970-3766 located at 315 East High Street Charlottesville, Virginia  22902.

DEPUTY CLERK: *Esther J. Bausserman*
Esther J. Bausserman

RECEIVED BY: *MD*

DATE RECEIVED: *6-9-2015*

CLERK'S OFFICE U.S. DIST. CT
AT ROANOKE, VA
FILED

JUN 01 2015

JULIA C. DUDLEY, CLERK
BY: /s/

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

Nicole P. Eramo, )
)
    Plaintiff, )  Case No. 3:15cv00023
) State Court No. CL15-205
v. )
) **O R D E R**
Rolling Stone, LLC, et al, )
)
    Defendants. )

    This case was recently removed from the Circuit Court for the City of Charlottesville ("your Court") to the United States District Court for the Western District of Virginia at Charlottesville. This court finding it necessary and proper to do so, it is hereby REQUESTED that the original case file in your Court be forwarded to the Clerk of this court at 255 West Main Street, Charlottesville, Virginia 22902.

    The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for the City of Charlottesville, 315 East High Street, Charlottesville, Virginia 22902.

ENTERED: June 1, 2015

_/s/_
Chief United States District Judge

A TRUE COPY, TESTE:
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK