**EXHIBIT C**

1                    Mishandling Campus Rape

2

3                      Clare Locke LLP

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

EXHIBIT C

1   Brian Lehrer:  Today on the Brian Lehrer Show, the thousands of

2   New Yorkers who took to the streets last night weren't just

3   protesting the death of Michael Brown.  We'll talk about the

4   fatal police shooting here in New York last week of Akai Gurley

5   in a public housing stairwell.  Commissioner Bratton has called

6   it a tragic accident, an accidental shooting.  Protestors aren't

7   buying it.  Brooklyn Borough President and former police officer

8   Eric Adams will be our guest.  He's calling for a different kind

9   of policing in NYCHA buildings, and we'll talk generally about

10  life after the Ferguson non-indictment with Eric Adams today.

11  Also today, looking for things to talk about at Thanksgiving

12  with your red state relatives?  We'll check out Facebook's

13  findings about what popular culture liberals and conservatives

14  both seem to like, for example, Taylor Swift, the Hunger Games,

15  and the Jersey Shore (the place, not the show) are all on the

16  list of things you might talk about to break the ice over

17  Thanksgiving dinner tomorrow.  We'll see what else.  And we'll

18  share tips for getting to and through LaGuardia, JFK, and Newark

19  Airports.

20  Julia Louis-Dreyfus:  They say no one's ever beaten the Van

21  Wyck.  But gentlemen, I tell you this: I came as close as anyone

22  ever has!

23  Brian Lehrer:  Elaine knows.  We'll see what you know coming up

24  later.  But first, the big article on campus at Thanksgiving

25  Break is Rolling Stone Magazine's investigation of campus rape,

1  and it's having an impact.  The University of Virginia, have you

2  heard this, where the main incident described in the article

3  took place, has suspended all fraternity activity until after

4  Christmas Break.  So we will ask how much is frat culture

5  responsible for campus rape?  Should UVA ban its frats

6  permanently?  And what about other schools?  Joining us now is

7  the writer of the Rolling Stone article, Sabrina Rubin Erdely.

8  Sabrina, thank you so much for coming on today.  Good morning.

9  Sabrina Rubin Erdely:  Good morning.  Thank you for having me.

10  Brian Lehrer:  And also with us is Jed Rubenfeld, Yale law

11  professor who had an opinion piece in the New York Times last

12  week called "Mishandling Rape."  Jed, welcome back to WNYC.

13  Jed Rubenstein:  Hi, thanks.

14  Brian Lehrer:  And Jed, be patient for a few minutes while we

15  get some of the basics on the table here for listeners who

16  haven't read the Rolling Stone article, and Sabrina, first, I

17  just have to acknowledge out loud the shocking brutality of the

18  fraternity gang rape as you describe it at the top of the

19  article.  The poor freshman girl, Jackie, just starting her

20  college career, wooed by a high status junior, as you describe

21  it, and then just raped and raped for three hours by this group

22  of guys.  Would you describe some of what you documented for

23  people who didn't read the article?

24  Sabrina Rubin Erdely:  Sure.  The article begins with a freshman

25  named Jackie who, she was four weeks into her freshman year, she

Page 4

1   was having the time of her life at University of Virginia, and

2   she had been asked out on a date by this handsome junior, who

3   took her to a fraternity party, and while at this party, he took

4   her upstairs to a bedroom where she said it was pitch black

5   inside, and there were seven men waiting inside who then, for

6   the next three hours, took turns raping her while her date and

7   another man stood by giving the men encouragement and

8   instruction.

9   Brian Lehrer:  I mean, this is not your vague circumstances date

10  rape, which is getting most of the attention these days.  This

11  is like a thuggish street gang attack.  So did you tell this

12  story as a shocking outlier, as a way to shame UVA in

13  particular, or just tell a horrific extreme story, or as an

14  example of something that you think is a larger problem on

15  campuses across the country?

16  Sabrina Rubin Erdely:  Well, the reason why her story really

17  stood out is obviously because it was so extreme, but the reason

18  why I used it was because her story, what really shocked me

19  about her story was that her story was treated by her peers and

20  by the administration much like stories of, let's call them

21  "typical" sort or rape allegations, that they were treated, she

22  was kind of brushed off by her friends and by the

23  administration.  When she told her friends about it, they either

24  didn't believe her, or they downplayed the situation, they

25  encouraged her not to report it, because they said that it would

1    kill her reputation on campus, and eventually, when she did

2    report it to the administration, the administration did nothing

3    about, they did nothing with the information.  And they even

4    continued to do nothing even when she eventually told them that

5    she had become aware of two other women who were also gang raped

6    at the same fraternity.  So the idea that

7    [00:05:00]

8    even in a case that was so extreme as Jackie's, that there would

9    be this level of indifference, it really opened up a window into

10   what was really happening on campus with regard to rape cases in

11   general.

12   Brian Lehrer:  So if there are any college students listening

13   right now, call up and talk about how much rape, date rape or

14   other kinds, you think there is on your campus, how seriously

15   your school takes it.  Conversely, you can talk about the kind

16   of new generation of anti-rape rules, which we'll get into with

17   Jed Rubenfeld in a minute, which he thinks are, in some cases,

18   wrong-headed and may exacerbate the problem in the name of

19   trying to fix it, but college students, first priority, anyone

20   else campus associated, any parents, anyone else at all, (212)

21   433-WNYC, (212)433-9692.  Certainly anyone who's read the

22   Rolling Stone article by our guest, which has been going quite

23   viral online, on campus, and around the country in general,

24   (212)433-9692.  Let's have some of this discussion.  So Sabrina,

25   the UVA president has apparently reacted to your article by

1  suspending all fraternity activity until January.  Is that the

2  official response you were hoping for?

3  Sabrina Rubin Erdely:  I had no expectations as to what was

4  going to happen.  I mean, really, I wasn't expecting it to be

5  this widely read.  But I think that it's a first, it's a good

6  first step.  I think that people are reacting to it differently,

7  the shutting down of the fraternities for a short time, some

8  people are mistaking it as a slap on the wrist.  Other people

9  are kind of celebrating that this is the end of fraternity

10 culture at University of Virginia.  I don't think that either is

11 correct.  I think that this is just them hitting the pause

12 button appropriately so they can hopefully take some thoughtful

13 steps about what to do next, because I do expect some dramatic

14 changes in the future, but I think it's really important that

15 those changes be thoughtful and not just something that is swift

16 and symbolic.

17 Brian Lehrer:  What dramatic changes, as you put it, do you

18 expect?

19 Sabrina Rubin Erdely:  Well, that's hard to say.  I mean, this

20 is an administration that has a lot of problems, and I should

21 say that this is not uncommon to, this is actually very typical

22 of many colleges, the kinds of things that they have on their

23 plate to fix right now.  They have a situation where, it seems

24 to me, fraternities are basically calling the shots at this

25 university, where sexual assault is rampant, where sexual

1   assault survivors are afraid to come forward, where those few

2   people who do come forward to the administration seem to be

3   discouraged from moving their cases forward or from reporting to

4   police, and finally, where perpetrators are very rarely ever

5   punished.  So those are a lot of different areas that need to be

6   addressed.

7   Brian Lehrer:  And before we bring in Jed Rubenfeld, how much do

8   you think frat culture, rather than UVA culture, rather than

9   alcohol culture, whatever other piece you want to separate out,

10  is at the root of campus rape there, and the ignoring of campus

11  rape there?

12  Sabrina Rubin Erdely:  I mean, fraternity culture certainly

13  contributes to the problem of sexual assault, and in the

14  article, I talk a lot about party culture and how that culture

15  can really set the backdrop for sexual assault, and much of the

16  partying at UVA happens at fraternities, which is the case at a

17  lot of schools.  Fraternities have become, for some reason, a

18  place where there's a lot of misogyny and a lot of really bad

19  behavior towards women tends to be tolerated as normal, and that

20  has real world impact on their behavior.  There are studies that

21  show that fraternity men are three times more likely to commit

22  sexual assault than non-affiliated men.  So this is a big

23  problem.  I don't know that shutting down fraternities is

24  necessarily the answer, though.  I mean, my hope is that

25  fraternities are going to embrace this as an opportunity to turn

Page 8

1    things around, because I don't think that fraternities have to

2    be places that are drenched in misogyny and rape tolerance.  I

3    mean, I'd like to think that that's not an essential part of the

4    fraternity identity.  If I'm wrong, then they should be shut

5    down.  If degrading women is a key part of their culture, then

6    they've got to go, but I suspect that that doesn't have to be

7    happening, that they don't need to be places that foster

8    misogyny.

9    Brian Lehrer:  When did your article come out?

10   Sabrina Rubin Erdely:  It came out online on Wednesday.  I think

11   it came to newsstands, I don't know, yesterday.

12   Brian Lehrer:  Really?  So this week.  So this is a pretty quick

13   firestorm that your piece has caused, and pretty quick reaction.

14    So Jed Rubenfeld, Yale law professor, your opinion piece in the

15   New York Times,

16   [00:10:00]

17   "Mishandling Rape," came out on the 15th, I see, so before the

18   Rolling Stone article.  Have you read Sabrina's piece yet?

19   Jed Rubenstein:  No, I haven't.  Of course, I've heard and read

20   about the terrible, awful rape that was described in the story.

21   Brian Lehrer:  And you portray a campus based system of rape

22   enforcement that winds up both in too many rapists going

23   unpunished and too many innocent men being found guilty of

24   sexual assault in campus proceedings.  How can both be true?

25   Jed Rubenstein:  Well, let's start with the fundamental problem,

1   which is the appalling numbers of sexual assaults, of rapes

2   happening on college campuses.  So about 3 to 4 out of 100

3   college women say that they are actually raped in the kind of

4   way that is being described in the Rolling Stone piece.  That is

5   to say, what you are describing as the outlier case, forcible

6   rape.  A total of about 10 out of 100, that's 10%, say that they

7   were raped altogether.  That includes people having sex with

8   them when they're incapacitated by alcohol or other drugs.  This

9   is a heinous, staggering number, 10%, and we are failing the

10  victims of college rape.  Here's what's happening.  Rapists

11  never go to jail, almost never.  Why is that?  Well, in part,

12  for very good reasons, the victims of sexual assault do not

13  report to the police.  They know that the arrest rates are low,

14  they're afraid they won't be believed, they're afraid that

15  they'll be mistreated, so fewer than 5% of female rape victims

16  from college ever report to the police, and that's in contrast

17  to the nationwide number, where it's more like 35% report to the

18  police.  So we have a terrible problem of the criminal justice

19  system failing the victims, female victims especially of college

20  assault, and what are we doing about that?  Well, since 2011,

21  the federal government has been insisting that universities

22  prosecute and adjudicate these cases, and that's just not the

23  answer.  Colleges are not competent to handle these cases.  They

24  are making mistakes.  They dismiss rape charges when they

25  shouldn't, and probably, they're finding some people guilty when

1   there was no assault.  You're getting the worst of all worlds.

2   Brian Lehrer:   Therefore, Jed, more should be referred out to

3   law enforcement when there are charges?

4   Jed Rubenstein:  We've got to find a way to bring law

5   enforcement into this.  What's happening is, look, there's

6   research that indicates that over 90% of campus rapes are

7   committed by fewer than 4% of college men.  So what we have is a

8   problem of serial rapists who get away with it and don't get

9   punished and don't go to jail.  And if just a couple, these guys

10  are doing what they're doing, if all that happened just as

11  described in Virginia, they're doing what they're doing with

12  impunity.  They know that people don't go to jail for this.  If

13  we can send a few of these guys to jail, this will have an

14  enormous effect, because right now, we're not deterring

15  anything.  And the other half of the problem is alcohol.

16  There's tons of evidence that rapes on college campuses involve

17  alcohol, and what's happened is, you know, we've done

18  prohibition.  We say college kids can't drink until they're 21.

19  Well, of course, that just drives it underground.  That just

20  creates this party scene where alcohol, and to some extent,

21  other drugs are available and drawing people to parties that are

22  controlled by men, male-controlled, male-dominated spaces, and

23  that, sad to say, is a recipe for sexual predation.  Not long

24  ago, when alcohol could still be sold and consumed by people 18

25  on college campus, there were grown ups and security personnel

1   at large parties who could supervise and monitor. Well, right

2   now, the adults can't be there, because you're not supposed to

3   be aware that anybody's drinking. So we have this really

4   foolish system where the schools are turning a blind eye to the

5   alcohol party scene at frats and other all male clubs, and that

6   is just another incredibly foolish thing. In other words,

7   colleges should focus on prevention. They should do that by,

8   they should not be so foolish about their alcohol regulations,

9   they should not be focusing on adjudication, which they don't do

10   well. In fact, they make mistakes all the time, and here's the

11   real problem: if the college gets it right, and if the college,

12   let's say, expels these guys at Virginia, that is not a

13   punishment that's sufficient to the crime. Even if they got

14   expelled, that leaves them free, that leaves them at large, that

15   leaves them able to commit rapes elsewhere.

16   [00:15:00]

17   That is not the way to deter a crime.

18   Brian Lehrer: Jed Rubenfeld, Yale law professor who wrote the

19   opinion piece you may have seen in the New York Times Sunday

20   Review last week, "Mishandling Rape." Sabrina Erdley from

21   Rolling Stone Magazine, who wrote that piece that's being so

22   widely shared in the last few days about rape and the ignoring

23   of rape at the University of Virginia, which has now almost

24   instantly resulted in the suspension of all fraternity activity

25   there until after Christmas Break, and our board is full of your

1   phone calls.  Let's hear from a few people.  Sophie in

2   Poughkeepsie, you're on WNYC.  Hi, Sophie.

3   Sophie:  Hi.  I'm a freshman at Vassar College in Poughkeepsie,

4   New York, and I was wondering, coming from a campus that does

5   not have Greek life and is not particularly charged with as much

6   [INDISCERNIBLE] men attitude that comes with fraternities, as to

7   why we think these rapes and allegations of sexual assault are

8   not reported to the police as an emergency call, but rather

9   reported to administration?  I mean, this is not something,

10  being caught drinking in your room or smoking in your room.

11  This is rape and sexual assault is a very serious crime.  And so

12  I was wondering as to why this not reported directly to the

13  police.

14  Brian Lehrer:  I'd be curious to hear both your answers to that.

15   Sabrina, based on your reporting, can you answer that question?

16  Sabrina Rubin Erdely:  Yes, I think there are actually two

17  dimensions to this.  One is the way that rape has come to be

18  perceived, which, this is kind of a surprising aspect of my

19  reporting, is that even though we talk about rape as,

20  everybody's anti-rape, everybody talks about it being a very

21  violent crime, but when faced with an actual rape, an actual

22  rape victim, the general public doesn't tend to see it as the

23  serious violent crime that it is.  We prefer to see it as some

24  kind of error in judgment, you know, a muddy social faux-pas,

25  and not like a serious crime, and rape victims themselves,

1   because they're in a certain level of denial that something

2   terrible just happened to them, nobody wants to see themselves

3   victimized like that, they will often try to convince themselves

4   that maybe this was not a serious crime that was perpetrated

5   upon them, and I think that has a lot to do with the fact that

6   we are, in the general public, tend to discuss it in this, frame

7   it in those terms.  So there is often a delay in calling police,

8   because we're just not framing it in terms of seeing it as a

9   violent crime.  But the other dimension to it is that, just as

10  Jed had said earlier, is that police don't have a great track

11  record in terms of pursuing rape reports.  I mean, this is kind

12  of the sad reality here, is that in an ideal world, a rape

13  victim would call police, and they would pursue it, and then the

14  prosecutor would prosecute it, and the rapist would go to jail.

15  But in reality, these tend to be very complicated cases that

16  require a certain level of expertise.  These are cases that

17  generally, there aren't witnesses, there's generally alcohol

18  involved, and somewhere along the line, law enforcement very

19  often says, we just don't want to deal with this.  So I think

20  that better training is going to be necessary in order to, so

21  that rape victims feel like they're in good hands when they go

22  to report to law enforcement.

23  Brian Lehrer:  Jed, as a legal expert, and as a faculty member

24  on a campus, what would you add?

25  Jed Rubenstein:  Well, two things.  It is scary for a victim to

1   go by herself down to the police station.  She would have to

2   give her own name, lose confidentiality, she might be treated

3   suspiciously by the police.  It will be scary and lonely for her

4   to go to the hospital to get the rape kid processed.  Women

5   victims need  first of all, we need a retraining of the police,

6   and I'm in touch with police departments in college towns, and

7   they know it.  We need to retrain the police so that they are

8   more receptive and treat these claims respectively, but what I

9   propose in my piece is that college should be sending a lawyer

10  down with that victim down to the police station to encourage

11  her to go down and to make sure her rights are respected, to

12  make sure she's treated appropriately, to make sure that police

13  handle the claim correctly, and then they should send a

14  counselor with her to the hospital to get that rape kit.  We

15  need to encourage more victims to report.  The second piece of

16  it is, perversely paradoxically, the new college sexual assault

17  procedures offer women and men, victims of sexual assault, a

18  better alternative right now.  They keep confidentiality, they

19  get a lower standard of proof, they are treated more

20  respectfully, as of course they should be, and so the vast

21  majority of college sexual assault victims now choose to report

22  to their university,

23  [00:20:00]

24  not the police.  Exactly the wrong result, because colleges

25  cannot handle the claims, and their punishments are not

Page 15

1   sufficient to deter anybody.

2   Brian Lehrer:  Tom in Hillsboro, you're on WNYC.  Hello.

3   Tom:  Yeah, hi.  I've been listening to this discussion with

4   some interest.  Just very briefly, by background, I was a

5   prosecutor, and I'm now a criminal defense attorney.  I disagree

6   fundamentally with many of the premises that are being floated

7   here.  Very specifically, not mentioned by your people, is that

8   a lot of allegations of sexual assault to begin with are

9   fraudulent and not accurate.  That has been proven demonstrably.

10  That's number one.  Number two, the general attitude that's

11  being fronted here is that whenever somebody makes a complaint,

12  that it therefore must be true.  There's no disagreement by me

13  that the colleges are not set up to adjudicate these type of

14  allegations.  The attitude of both of your people, the law

15  professor and this reporter, about how police and district

16  attorney's offices treat rape allegations, in my experience, is

17  completely wrong, so I think you're really sort of doing a

18  disservice by misrepresenting what actually occurs by

19  exaggerating a problem that probably does exist but is being

20  used for different purposes.  I mean, that's sort of my general

21  comments.

22  Brian Lehrer:  When you say used for different purposes, what

23  are you accusing who of?

24  Tom:  Well, more specifically, for example, there's a woman at

25  Columbia University who, where I actually went to school, who

1   apparently is walking around campus with a mattress as a form of

2   protest of the way her claim was adjudicated within the school

3   system.  My understanding of the facts, based on the article in

4   the New York Times was that she had consensual sex with someone,

5   and the issue was that she did not consent to anal sex, but she

6   did consent to traditional sex.  That type of case, in my

7   opinion, is not something that anybody could really ever

8   successfully prove.  Meanwhile

9   Brian Lehrer:  But let me stop you for a second and ask if the

10  main distinction that our guests, particularly Jed Rubenfeld,

11  Yale law professor, is getting at, is that the actual criminal

12  justice system, rather than campus authorities, are better

13  prepared to handle these allegations?  Why wouldn't that be true?

14  Tom:  No, that is true.

15  Brian Lehrer:  - for false allegations as well as true

16  allegations?

17  Tom:  It is 100% true.  All these claims should be set up in a

18  way through these colleges that have resources, and every

19  college does, to adjudicate the claims correctly and assist the

20  victims.  They're not set up now to do that, they're

21  transitioning to do that, so I don't disagree with that, but

22  what I do disagree with is this kind of hysteria that seems to

23  be developing about these issues.  I cited to your call screener

24  an example of a case I know of from a college I attended where a

25  victim, alleged victim, showed up over a year later claiming

1    that she now remembered that she had been raped by someone who

2    was an alleged friend.  I mean, that case just doesn't have any

3    merit.

4    Brian Lehrer:  Tom, thank you for your call.  Jed Rubenfeld,

5    what are you thinking, listening to Tom?

6    Jed Rubenstein:  Well, I mean

7    Brian Lehrer:  Some cases are going to, I'm not even exactly

8    sure of his point, because yes, some cases

9    Sabrina Rubin Erdely:  Actually, could, do you mind if I

10   Brian Lehrer:  Oh, Sabrina, please.

11   Sabrina Rubin Erdely:  I mean, I'd like to say, I mean, he's

12   trying to  I believe that one thing he's trying to say is that

13   many of these reports are false, but I'd like to say that that

14   is actually categorically not true.  There's been research on

15   this that shows that somewhere between 2 and 8% of rape reports

16   are either false, or what they call "unfounded," meaning that,

17   let's say, 92% of them are actually true.  So there's this myth

18   that, you know, all these people are coming forward with these

19   false allegations, but nothing could be further from the truth.

20   These are actually, these are genuine, and I think that this is

21   one of these rape myths that actually tend to keep victims from

22   not reporting, because they think that they're not going to be

23   believed, and that has historically been the case.  I think

24   what's different in this cultural moment than ever before is

25   that for the very first time, rape victims are being believed,

1   and that's why we're seeing so much discussion about rape in the

2   military, rape on college campuses, Bill Cosby, it's all coming

3   together right now, because for the first time, we're allowing

4   ourselves to have a general discussion in which we're giving

5   rape victims some credibility.

6   Brian Lehrer:  Claire in Brooklyn, you're on WNYC.  Hi, Claire.

7   Claire:  Hi.  Thank you so much for taking my call.  I am a,

8   well I just graduated from Columbia with my masters, and I

9   graduated from Georgetown in 2013, and I have more of a comment

10  than a question, but Georgetown doesn't have fraternities, but

11  it is a pretty privileged place, I would say, and we have quite

12  frequent contacts with UVA, and

13  [00:25:00]

14  I kind of wanted to say that, I think while fraternities are

15  maybe a good thing to focus on and a lot of these rules, it

16  seems like there's more environments of privilege and

17  superiority and lack of transparency generally are the problem.

18  I went to also elite boarding school.  Most of my family and

19  many of my friends did as well, and someone who's really, really

20  close to me was actually raped in a very similar situation to

21  what the Rolling Stone article describes, but at the age of 14,

22  and at another boarding school, and she didn't report the

23  situation for many of the same reasons that Jackie in the

24  article didn't report, and I'm assuming all of those men went

25  off to elite colleges as well, and many of them would have had

1   the choice to join fraternities, so I just wanted to sort of get

2   comments on sort of cultures that are similar to fraternities

3   and how to sort of prevent that sort of environment from

4   developing in the first place.

5   Brian Lehrer:  Yeah, it's well stated and a great question.  If

6   this can happen, and we're almost out of time, but Sabrina, if

7   this can happen at Georgetown, which doesn't even have

8   fraternities, she says, just as it could happen at UVA, is there

9   some common culture element that needs to be the focus here,

10  rather than fraternities per se?

11  Sabrina Rubin Erdely:  I think she raises a great point.  I

12  think that entitlement and narcissism play huge roles in sexual

13  assault, people taking something, feeling entitled to take

14  something that is not theirs, and fraternities have not cornered

15  the market on that, on entitlement and on narcissism.  So I

16  think that any culture that holds itself as elite is perhaps

17  prone to this kind of thing, but it's worth saying that, even

18  though I drilled down on University of Virginia, and that's what

19  I focused on, part of the reason why I focused on it is because

20  I felt that it was a culture that was representative of what's

21  going on at a lot of places across the country, so I really

22  can't emphasize this enough, I was not saying that this is only

23  happening at University of Virginia.  Just the opposite.  I'm

24  saying that what's probably happening at University of Virginia

25  is really what's happening everywhere.

1   Brian Lehrer:  Jed, a last thought from you?  Because in your

2   article, you do recommend ways to go forward more productively

3   to deal with the problem.  What's at the heart of it?

4   Jed Rubenstein:  Well, I think we should walk back a little bit.

5    I do not believe, myself, that the problem is correctly

6   described as, we have a "rape culture" in America or on college

7   campuses.  Again, the research suggests that over 90% of rapes

8   are committed by 4% or fewer of college men.  What we have is a

9   problem of a relatively small number of rapists, serial rapists,

10  we need to do something about them

11  Brian Lehrer:  Overrepresented in fraternities?  If you know

12  those stats, Jed.

13  Jed Rubenstein:  We do have stats that indicate that men in

14  fraternities are more likely to commit sexual assault, and that

15  victims who go to fraternity parties are more likely to be

16  assaulted, but what we need to do is focus our attention on

17  deterring and stopping those, that small number of rapists from

18  committing rapes in the future, not thinking that what we have

19  is a general elite male rape culture so that the entire, we're

20  sort of damning the whole culture and not focusing on the real

21  problem, which is to punish and deter and stop those that are

22  committing these rapes.

23  Brian Lehrer:  More punishment of those caught.

24  Jed Rubenstein:  More deterrents and more prevention by

25  universities, just, we have to get inside, we have to break the

Page 21

1    link between all male clubs, like fraternities, alcohol, and the

2    party scene at these colleges.  That's not impossible to do, and

3    we have to do it.

4    Brian Lehrer:  Jed Rubenfeld, Yale law professor, who had an

5    opinion piece in the New York Times last week called Mishandling

6    Rape, he's also co-author of the book "The Triple Package: How

7    Three Unlikely Traits Explain the Rise and Fall of Cultural

8    Groups in America," and Sabrina Rubin Erdely who wrote the

9    Rolling Stone article on rape at the University of Virginia,

10   which has gone so viral and resulted in just a matter of days in

11   the UVA President suspending all fraternity activity until after

12   Christmas Break.  Thank you both very much for coming on with us

13   today.

14   Jed Rubenstein:  Thank you.

15   Sabrina Rubin Erdely:  Thank you.

16   Brian Lehrer:  Brian Lehrer on WNYC.  Coming up next, the

17   thousands of New Yorker who took to the streets last night

18   weren't just protesting the death of Michael Brown.  We will

19   talk with Brooklyn Borough president and former Police Officer

20   Eric Adams about the fatal police shooting here in New York last

21   of Akai Gurley in a public housing stairwell. We will also get

22   Eric Adams take on Ferguson. Stay with us.

23

24

25

**A**
able 11:15
accident 2:6
accidental 2:6
accurate 15:9
accusing 15:23
acknowledge 3:17
activity 3:3 6:1
  11:24 21:11
actual 12:21,21
  16:11
Adams 2:8,10
  21:20,22
add 13:24
addressed 7:6
adjudicate 9:22
  15:13 16:19
adjudicated 16:2
adjudication 11:9
administration
  4:20,23 5:2,2 6:20
  7:2 12:9
adults 11:2
afraid 7:1 9:14,14
age 18:21
ago 10:24
Airports 2:19
Akai 2:4 21:21
alcohol 7:9 9:8
  10:15,17,20,24
  11:5,8 13:17 21:1
allegations 4:21
  12:7 15:8,14,16
  16:13,15,16 17:19
alleged 16:25 17:2
allowing 18:3
alternative 14:18
altogether 9:7
America 20:6 21:8
anal 16:5
answer 7:24 9:23
  12:15
answers 12:14
anti-rape 5:16
  12:20
anybody 15:1 16:7
anybody's 11:3

appalling 9:1
apparently 5:25
  16:1
appropriately 6:12
  14:12
areas 7:5
arrest 9:13
article 2:24 3:2,7
  3:16,19,23,24
  5:22,25 7:14 8:9
  8:18 16:3 18:21
  18:24 20:2 21:9
asked 4:2
aspect 12:18
assault 6:25 7:1,13
  7:15,22 8:24 9:12
  9:20 10:1 12:7,11
  14:16,17,21 15:8
  19:13 20:14
assaulted 20:16
assaults 9:1
assist 16:19
associated 5:20
assuming 18:24
attack 4:11
attended 16:24
attention 4:10
  20:16
attitude 12:6 15:10
  15:14
attorney 15:5
attorney's 15:16
authorities 16:12
available 10:21
aware 5:5 11:3
awful 8:20

**B**
back 3:12 20:4
backdrop 7:15
background 15:4
bad 7:18
ban 3:5
based 8:21 12:15
  16:3
basically 6:24
basics 3:15

beaten 2:20
bedroom 4:4
begins 3:24
behavior 7:19,20
believe 4:24 17:12
  20:5
believed 9:14 17:23
  17:25
better 13:20 14:18
  16:12
big 2:24 7:22
Bill 18:2
bit 20:4
black 4:4
blind 11:4
board 11:25
boarding 18:18,22
book 21:6
Borough 2:7 21:19
Bratton 2:5
break 2:16,25 3:4
  11:25 20:25 21:12
Brian 2:1,1,23 3:10
  3:14 4:9 5:12
  6:17 7:7 8:9,12,21
  10:2 11:18 12:14
  13:23 15:2,22
  16:9,15 17:4,7,10
  18:6 19:5 20:1,11
  20:23 21:4,16,16
briefly 15:4
bring 7:7 10:4
Brooklyn 2:7 18:6
  21:19
Brown 2:3 21:18
brushed 4:22
brutality 3:17
buildings 2:9
button 6:12
buying 2:7

**C**
call 4:20 5:13 12:8
  13:13 16:23 17:4
  17:16 18:7
called 2:5 3:12 21:5
calling 2:8 6:24

13:7
calls 12:1
campus 1:1 2:24,25
  3:5 5:1,10,14,20
  5:23 7:10,10 8:21
  8:24 10:6,25 12:4
  13:24 16:1,12
campuses 4:15 9:2
  10:16 18:2 20:7
career 3:20
case 5:8 7:16 9:5
  16:6,24 17:2,23
cases 5:10,17 7:3
  9:22,23 13:15,16
  17:7,8
categorically 17:14
caught 12:10 20:23
caused 8:13
celebrating 6:9
certain 13:1,16
certainly 5:21 7:12
changes 6:14,15,17
charged 12:5
charges 9:24 10:3
check 2:12
choice 19:1
choose 14:21
Christmas 3:4
  11:25 21:12
circumstances 4:9
cited 16:23
claim 14:13 16:2
claiming 16:25
claims 14:8,25
  16:17,19
Claire 18:6,6,7
Clare 1:3
close 2:21 18:20
clubs 11:5 21:1
college 3:20 5:12
  5:19 9:2,3,10,16
  9:19 10:7,16,18
  10:25 11:11,11
  12:3 14:6,9,16,21
  16:19,24 18:2
  20:6,8
colleges 6:22 9:23

11:7 14:24 15:13
  16:18 18:25 21:2
Columbia 15:25
  18:8
come 7:1,2 8:9
  12:17
comes 12:6
coming 2:23 3:8
  12:4 17:18 18:2
  21:12,16
comment 18:9
comments 15:21
  19:2
Commissioner 2:5
commit 7:21 11:15
  20:14
committed 10:7
  20:8
committing 20:18
  20:22
common 19:9
competent 9:23
complaint 15:11
completely 15:17
complicated 13:15
confidentiality
  14:2,18
consensual 16:4
consent 16:5,6
conservatives 2:13
consumed 10:24
contacts 18:12
continued 5:4
contrast 9:16
contributes 7:13
controlled 10:22
Conversely 5:15
convince 13:3
cornered 19:14
correct 6:11
correctly 14:13
  16:19 20:5
Cosby 18:2
counselor 14:14
country 4:15 5:23
  19:21
couple 10:9

**course** 8:19 10:19
14:20
**co-author** 21:6
**creates** 10:20
**credibility** 18:5
**crime** 11:13,17
12:11,21,23,25
13:4,9
**criminal** 9:18 15:5
16:11
**cultural** 17:24 21:7
**culture** 2:13 3:4
6:10 7:8,8,9,12,14
7:14 8:5 19:9,16
19:20 20:6,19,20
**cultures** 19:2
**curious** 12:14

**D**
**damning** 20:20
**date** 4:2,6,9 5:13
**days** 4:10 11:22
21:10
**deal** 13:19 20:3
**death** 2:3 21:18
**defense** 15:5
**degrading** 8:5
**delay** 13:7
**demonstrably** 15:9
**denial** 13:1
**departments** 14:6
**describe** 3:18,20,22
**described** 3:2 8:20
9:4 10:11 20:6
**describes** 18:21
**describing** 9:5
**deter** 11:17 15:1
20:21
**deterrents** 20:24
**deterring** 10:14
20:17
**developing** 16:23
19:4
**different** 2:8 7:5
15:20,22 17:24
**differently** 6:6
**dimension** 13:9

**dimensions** 12:17
**dinner** 2:17
**directly** 12:12
**disagree** 15:5 16:21
16:22
**disagreement**
15:12
**discouraged** 7:3
**discuss** 13:6
**discussion** 5:24
15:3 18:1,4
**dismiss** 9:24
**disservice** 15:18
**distinction** 16:10
**district** 15:15
**documented** 3:22
**doing** 9:20 10:10
10:10,11,11 15:17
**downplayed** 4:24
**dramatic** 6:13,17
**drawing** 10:21
**drenched** 8:2
**drilled** 19:18
**drink** 10:18
**drinking** 11:3
12:10
**drives** 10:19
**drugs** 9:8 10:21

**E**
**earlier** 13:10
**effect** 10:14
**either** 4:23 6:10
17:16
**Elaine** 2:23
**element** 19:9
**elite** 18:18,25 19:16
20:19
**embrace** 7:25
**emergency** 12:8
**emphasize** 19:22
**encourage** 14:10
14:15
**encouraged** 4:25
**encouragement** 4:7
**enforcement** 8:22
10:3,5 13:18,22

**enormous** 10:14
**entire** 20:19
**entitled** 19:13
**entitlement** 19:12
19:15
**environment** 19:3
**environments**
18:16
**Erdely** 3:7,9,24
4:16 6:3,19 7:12
8:10 12:16 17:9
17:11 19:11 21:8
21:15
**Erdley** 11:20
**Eric** 2:8,10 21:20
21:22
**error** 12:24
**especially** 9:19
**essential** 8:3
**eventually** 5:1,4
**everybody** 12:20
**everybody's** 12:20
**evidence** 10:16
**exacerbate** 5:18
**exactly** 14:24 17:7
**exaggerating** 15:19
**example** 2:14 4:14
15:24 16:24
**exist** 15:19
**expect** 6:13,18
**expectations** 6:3
**expecting** 6:4
**expelled** 11:14
**expels** 11:12
**experience** 15:16
**expert** 13:23
**expertise** 13:16
**Explain** 21:7
**extent** 10:20
**extreme** 4:13,17
5:8
**eye** 11:4

**F**
**Facebook's** 2:12
**faced** 12:21
**fact** 11:10 13:5

**facts** 16:3
**faculty** 13:23
**failing** 9,9,19
**Fall** 21:7
**false** 16:15 17:13
17:16,19
**family** 18:18
**fatal** 2:4 21:20
**faux-pas** 12:24
**federal** 9:21
**feel** 13:21
**feeling** 19:13
**felt** 19:20
**female** 9:15,19
**Ferguson** 2:10
21:22
**fewer** 9:15 10:7
20:8
**finally** 7:4
**find** 10:4
**finding** 9:25
**findings** 2:13
**firestorm** 8:13
**first** 2:24 3:16 5:19
6:5,6 14:5 17:25
18:3 19:4
**fix** 5:19 6:23
**floated** 15:6
**focus** 11:7 18:15
19:9 20:16
**focused** 19:19,19
**focusing** 11:9 20:20
**foolish** 11:4,6,8
**forcible** 9:5
**form** 16:1
**former** 2:7 21:19
**forward** 7:1,2,3
17:18 20:2
**foster** 8:7
**found** 8:23
**four** 3:25
**frame** 13:6
**framing** 13:8
**frat** 3:4 7:8
**fraternities** 6:7,24
7:16,17,23,25 8:1
12:6 18:10,14

19:1,2,8,10,14
20:11,14 21:1
**fraternity** 3:3,18
4:3 5:6 6:1,9 7:12
7:21 8:4 11:24
20:15 21:11
**frats** 3:5 11:5
**fraudulent** 15:9
**free** 11:14
**frequent** 18:12
**freshman** 3:19,24
3:25 12:3
**friend** 17:2
**friends** 4:22,23
18:19
**fronted** 15:11
**full** 11:25
**fundamental** 8:25
**fundamentally**
15:6
**further** 17:19
**future** 6:14 20:18

**G**
**Games** 2:14
**gang** 3:18 4:11 5:5
**general** 5:11,23
12:22 13:6 15:10
15:20 18:4 20:19
**generally** 2:9 13:17
13:17 18:17
**generation** 5:16
**gentlemen** 2:21
**genuine** 17:20
**Georgetown** 18:9
18:10 19:7
**getting** 2:18 4:10
10:1 16:11
**girl** 3:19
**give** 14:2
**giving** 4:7 18:4
**go** 8:6 9:11 10:9,12
13:14,21 14:1,4
14:11 20:2,15
**going** 5:22 6:4 7:25
8:22 13:20 17:7
17:22 19:21

good 3:8,9 6:5 9:12
  13:21 18:15
government 9:21
graduated 18:8,9
great 13:10 19:5,11
Greek 12:5
group 3:21
Groups 21:8
grown 10:25
guest 2:8 5:22
guests 16:10
guilty 8:23 9:25
Gurley 2:4 21:21
guys 3:22 10:9,13
  11:12

**H**
half 10:15
handle 9:23 14:13
  14:25 16:13
hands 13:21
handsome 4:2
happen 6:4 19:6,7
  19:8
happened 10:10,17
  13:2
happening 5:10 8:7
  9:2,10 10:5 19:23
  19:24,25
happens 7:16
hard 6:19
hear 12:1,14
heard 3:2 8:19
heart 20:3
heinous 9:9
Hello 15:2
hi 3:13 12:2,3 15:3
  18:6,7
high 3:20
Hillsboro 15:2
historically 17:23
hitting 6:11
holds 19:16
hope 7:24
hopefully 6:12
hoping 6:2
horrific 4:13

hospital 14:4,14
hours 3:21 4:6
housing 2:5 21:21
huge 19:12
Hunger 2:14
hysteria 16:22

**I**
ice 2:16
idea 5:6
ideal 13:12
identity 8:4
ignoring 7:10
  11:22
impact 3:1 7:20
important 6:14
impossible 21:2
impunity 10:12
incapacitated 9:8
incident 3:2
includes 9:7
incredibly 11:6
indicate 20:13
indicates 10:6
indifference 5:9
INDISCERNIBLE
  12:6
information 5:3
innocent 8:23
inside 4:5,5 20:25
insisting 9:21
instantly 11:24
instruction 4:8
interest 15:4
investigation 2:25
involve 10:16
involved 11:1
issue 16:5
issues 16:23

**J**
Jackie 3:19,25
  18:23
Jackie's 5:8
jail 9:11 10:9,12,13
  13:14
January 6:1
Jed 3:10,12,13,14

5:17 7:7 8:14,19
  8:25 10:2,4 11:18
  13:10,23,25 16:10
  17:4,6 20:1,4,12
  20:13,24 21:4,14
Jersey 2:15
JFK 2:18
join 19:1
Joining 3:6
judgment 12:24
Julia 2:20
junior 3:20 4:2
justice 9:18 16:12

**K**
keep 14:18 17:21
key 8:5
kid 14:4
kids 10:18
kill 5:1
kind 2:8 4:22 5:15
  6:9 9:3 12:18,24
  13:11 16:22 18:14
  19:17
kinds 5:14 6:22
kit 14:14
know 2:23 7:23
  8:11 9:13 10:12
  10:17 12:24 14:7
  16:24 17:18 20:11
knows 2:23

**L**
lack 18:17
LaGuardia 2:18
large 11:1,14
larger 4:14
law 3:10 8:14 10:3
  10:4 11:18 13:18
  13:22 15:14 16:11
  21:4
lawyer 14:9
leaves 11:14,14,15
legal 13:23
Lehrer 2:1,1,23
  3:10,14 4:9 5:12
  6:17 7:7 8:9,12,21
  10:2 11:18 12:14

13:23 15:2,22
  16:9,15 17:4,7,10
  18:6 19:5 20:1,11
  20:23 21:4,16,16
let's 4:20 5:24 8:25
  11:12 12:1 17:17
level 5:9 13:1,16
liberals 2:13
life 2:10 4:1 12:5
line 13:18
link 21:1
list 2:16
listeners 3:15
listening 5:12 15:3
  17:5
little 20:4
LLP 1:3
Locke 1:3
lonely 14:3
long 10:23
look 10:5
looking 2:11
lose 14:2
lot 6:20 7:5,14,17
  7:18,18 13:5 15:8
  18:15 19:21
loud 3:17
Louis-Dreyfus 2:20
low 9:13
lower 14:19

**M**
Magazine 11:21
Magazine's 2:25
main 3:2 16:10
majority 14:21
making 9:24
male 11:5 20:19
  21:1
male-controlled
  10:22
male-dominated
  10:22
man 4:7
market 19:15
masters 18:8
matter 21:10

mattress 16:1
mean 4:9 6:4,19
  7:12,24 8:3 12:9
  13:11 15:20 17:2
  17:6,11,11
meaning 17:16
member 13:23
men 4:5,7 7:21,22
  8:23 10:7,22 12:6
  14:17 18:24 20:8
  20:13
mentioned 15:7
merit 17:3
Michael 2:3 21:18
military 18:2
mind 17:9
minute 5:17
minutes 3:14
Mishandling 1:1
  3:12 8:17 11:20
  21:5
misogyny 7:18 8:2
  8:8
misrepresenting
  15:18
mistakes 9:24
  11:10
mistaking 6:8
mistreated 9:15
moment 17:24
monitor 11:1
morning 3:8,9
moving 7:3
muddy 12:24
myth 17:17
myths 17:21

**N**
name 5:18 14:2
named 3:25
narcissism 19:12
  19:15
nationwide 9:17
necessarily 7:24
necessary 13:20
need 7:5 8:7 14:5,5
  14:7,15 20:10,16

needs 19:9
never 9:11,11
new 2:2,4 3:11 5:16
  8:15 11:19 12:4
  14:16 16:4 21:5
  21:17,20
Newark 2:18
newsstands 8:11
night 2:2 21:17
non-affiliated 7:22
non-indictment
  2:10
normal 7:19
number 9:9,17
  15:10,10 20:9,17
numbers 9:1
NYCHA 2:9

**O**
obviously 4:17
occurs 15:18
offer 14:17
officer 2:7 21:19
offices 15:16
official 6:2
Oh 17:10
one's 2:20
online 5:23 8:10
opened 5:9
opinion 3:11 8:14
  11:19 16:7 21:5
opportunity 7:25
opposite 19:23
order 13:20
outlier 4:12 9:5
Overrepresented
  20:11

**P**
Package 21:6
paradoxically
  14:16
parents 5:20
part 8:3,5 9:11
  19:19
particular 4:13
particularly 12:5
  16:10

parties 10:21 11:1
  20:15
party 4:3,3 7:14
  10:20 11:5 21:2
partying 7:16
patient 3:14
pause 6:11
peers 4:19
people 3:23 6:6,8,8
  7:2 9:7,25 10:12
  10:21,24 12:1
  15:7,14 17:18
  19:13
perceived 12:18
permanently 3:6
perpetrated 13:4
perpetrators 7:4
personnel 10:25
perversely 14:16
phone 12:1
piece 3:11 7:9 8:13
  8:14,18 9:4 11:19
  11:21 14:9,15
  21:5
pitch 4:4
place 2:15 3:3 7:18
  18:11 19:4
places 8:2,7 19:21
plate 6:23
play 19:12
please 17:10
point 17:8 19:11
police 2:4,7 7:4
  9:13,16,18 12:8
  12:13 13:7,10,13
  14:1,3,5,6,7,10,12
  14:24 15:15 21:19
  21:20
policing 2:9
poor 3:19
popular 2:13
portray 8:21
Poughkeepsie 12:2
  12:3
predation 10:23
prefer 12:23
premises 15:6

prepared 16:13
president 2:7 5:25
  21:11,19
pretty 8:12,13
  18:11
prevent 19:3
prevention 11:7
  20:24
priority 5:19
privilege 18:16
privileged 18:11
probably 9:25
  15:19 19:24
problem 4:14 5:18
  7:13,23 8:25 9:18
  10:8,15 11:11
  15:19 18:17 20:3
  20:5,9,21
problems 6:20
procedures 14:17
proceedings 8:24
processed 14:4
productively 20:2
professor 3:11 8:14
  11:18 15:15 16:11
  21:4
prohibition 10:18
prone 19:17
proof 14:19
propose 14:9
prosecute 9:22
  13:14
prosecutor 13:14
  15:5
protest 16:2
protesting 2:3
  21:18
Protestors 2:6
prove 16:8
proven 15:9
public 2:5 12:22
  13:6 21:21
punish 20:21
punished 7:5 10:9
punishment 11:13
  20:23
punishments 14:25

purposes 15:20,22
pursue 13:13
pursuing 13:11
put 6:17

**Q**
question 12:15
  18:10 19:5
quick 8:12,13
quite 5:22 18:11

**R**
raises 19:11
rampant 6:25
rape 1:1 2:25 3:5
  3:12,18 4:10,21
  5:10,13,13 7:10
  7:11 8:2,17,20,21
  9:6,10,15,24
  11:20,22,23 12:11
  12:17,19,21,22,25
  13:11,12,21 14:4
  14:14 15:16 17:15
  17:21,25 18:1,2,5
  20:6,19 21:6,9
raped 3:21,21 5:5
  9:3,7 17:1 18:20
rapes 9:1 10:6,16
  11:15 12:7 20:7
  20:18,22
raping 4:6
rapist 13:14
rapists 8:22 9:10
  10:8 20:9,9,17
rarely 7:4
rates 9:13
reacted 5:25
reacting 6:6
reaction 8:13
read 3:16,23 5:21
  6:5 8:18,19
real 7:20 11:11
  20:20
reality 13:12,15
really 4:16,18 5:9
  5:10 6:4,14 7:15
  7:18 8:12 11:3
  15:17 16:7 18:19

18:19 19:21,25
reason 4:16,17 7:17
  19:19
reasons 9:12 18:23
receptive 14:8
recipe 10:23
recommend 20:2
record 13:11
red 2:12
referred 10:2
regard 5:10
regulations 11:8
relatively 20:9
relatives 2:12
remembered 17:1
report 4:25 5:2
  9:13,16,17 13:22
  14:15,21 18:22,24
reported 12:8,9,12
reporter 15:15
reporting 7:3 12:15
  12:19 17:22
reports 13:11
  17:13,15
representative
  19:20
reputation 5:1
require 13:16
research 10:6
  17:14 20:7
resources 16:18
respected 14:11
respectfully 14:20
respectively 14:8
response 6:2
responsible 3:5
result 14:24
resulted 11:24
  21:10
retrain 14:7
retraining 14:5
Review 11:20
right 5:13 6:23
  10:14 11:1,11
  14:18 18:3
rights 14:11
Rise 21:7

roles 19:12
Rolling 2:25 3:7,16
   5:22 8:18 9:4
   11:21 18:21 21:9
room 12:10,10
root 7:10
Rubenfeld 3:10
   5:17 7:7 8:14
   11:18 16:10 17:4
   21:4
Rubenstein 3:13
   8:19,25 10:4
   13:25 17:6 20:4
   20:13,24 21:14
Rubin 3:7,9,24
   4:16 6:3,19 7:12
   8:10 12:16 17:9
   17:11 19:11 21:8
   21:15
rules 5:16 18:15

**S**
Sabrina 3:7,8,9,16
   3:24 4:16 5:24
   6:3,19 7:12 8:10
   11:20 12:15,16
   17:9,10,11 19:6
   19:11 21:8,15
Sabrina's 8:18
sad 10:23 13:12
saying 19:17,22,24
says 13:19 19:8
scary 13:25 14:3
scene 10:20 11:5
   21:2
school 5:15 15:25
   16:2 18:18,22
schools 3:6 7:17
   11:4
screener 16:23
se 19:10
second 14:15 16:9
security 10:25
see 2:17,23 8:17
   12:22,23 13:2
seeing 13:8 18:1
seen 11:19

send 10:13 14:13
sending 14:9
separate 7:9
serial 10:8 20:9
serious 12:11,23,25
   13:4
seriously 5:14
set 7:15 15:13
   16:17,20
seven 4:5
sex 9:7 16:4,5,6
sexual 6:25,25 7:13
   7:15,22 8:24 9:1
   9:12 10:23 12:7
   12:11 14:16,17,21
   15:8 19:12 20:14
shame 4:12
share 2:18
shared 11:22
shocked 4:18
shocking 3:17 4:12
shooting 2:4,6
   21:20
Shore 2:15
short 6:7
shots 6:24
show 2:1,15 7:21
showed 16:25
shows 17:15
shut 8:4
shutting 6:7 7:23
similar 18:20 19:2
situation 4:24 6:23
   18:20,23
slap 6:8
small 20:9,17
smoking 12:10
social 12:24
sold 10:24
somebody 15:11
Sophie 12:1,2,3
sort 4:21 15:17,20
   19:1,2,3,20 20:20
spaces 10:22
specifically 15:7,24
staggering 9:9
stairwell 2:5 21:21

standard 14:19
start 8:25
starting 3:19
state 2:12
stated 19:5
station 14:1,10
stats 20:12,13
status 3:20
Stay 21:22
step 6:6
steps 6:13
Stone 2:25 3:7,16
   5:22 8:18 9:4
   11:21 18:21 21:9
stood 4:7,17
stop 16:9 20:21
stopping 20:17
stories 4:20
story 4:12,13,16,18
   4:19,19 8:20
street 4:11
streets 2:2 21:17
students 5:12,19
studies 7:20
successfully 16:8
sufficient 11:13
   15:1
suggests 20:7
Sunday 11:19
superiority 18:17
supervise 11:1
supposed 11:2
sure 3:24 14:11,12
   14:12 17:8
surprising 12:18
survivors 7:1
suspect 8:6
suspended 3:3
suspending 6:1
   21:11
suspension 11:24
suspiciously 14:3
swift 2:14 6:15
symbolic 6:16
system 8:21 9:19
   11:4 16:3,12

**T**
table 3:15
take 6:12 19:13
   21:22
takes 5:15
talk 2:3,9,11,16
   5:13,15 7:14
   12:19 21:19
talks 12:20
Taylor 2:14
tell 2:21 4:11,13
tend 12:22 13:6,15
   17:21
tends 7:19
terms 13:7,8,11
terrible 8:20 9:18
   13:2
thank 3:8,9 17:4
   18:7 21:12,14,15
thanks 3:13
Thanksgiving 2:11
   2:17,24
theirs 19:14
thing 11:6 17:12
   18:15 19:17
things 2:11,16 6:22
   8:1 13:25
think 4:14 5:14 6:5
   6:6,10,11,14 7:8
   8:1,3,10 12:7,16
   13:5,19 15:17
   17:20,22,23 18:14
   19:11,12,16 20:4
thinking 17:5
   20:18
thinks 5:17
thought 20:1
thoughtful 6:12,15
thousands 2:1
   21:7
three 3:21 4:6 7:21
   21:7
thuggish 4:11
time 4:1 6:7 11:10
   17:25 18:3 19:6
times 3:11 7:21
   8:15 11:19 16:4

21:5
tips 2:18
today 2:1,10,11 3:8
   21:13
told 4:23 5:4
tolerance 8:2
tolerated 7:19
Tom 15:2,3,24
   16:14,17 17:4,5
tomorrow 2:17
tons 10:16
top 3:18
total 9:6
touch 14:6
towns 14:6
track 13:10
traditional 16:6
tragic 2:6
training 13:20
Traits 21:7
transitioning 16:21
transparency
   18:17
treat 14:8 15:16
treated 4:19,21
   14:2,12,19
Triple 21:6
true 8:24 15:12
   16:13,14,15,17
   17:14,17
truth 17:19
try 13:3
trying 5:19 17:12
   17:12
turn 7:25
turning 11:4
turns 4:6
two 5:5 12:16 13:25
   15:10
type 15:13 16:6
typical 4:21 6:21

**U**
uncommon 6:21
underground
   10:19
understanding

16:3
**unfounded** 17:16
**universities** 9:21
  20:25
**university** 3:1 4:1
  6:10,25 11:23
  14:22 15:25 19:18
  19:23,24 21:9
**unpunished** 8:23
**ups** 10:25
**upstairs** 4:4
**UVA** 3:5 4:12 5:25
  7:8,16 18:12 19:8
  21:11

**V**

**vague** 4:9
**Van** 2:20
**Vassar** 12:3
**vast** 14:20
**victim** 12:22 13:13
  13:25 14:10 16:25
  16:25
**victimized** 13:3
**victims** 9:10,12,15
  9:19,19 12:25
  13:21 14:5,15,17
  14:21 16:20 17:21
  17:25 18:5 20:15
**violent** 12:21,23
  13:9
**viral** 5:23 21:10
**Virginia** 3:1 4:1
  6:10 10:11 11:12
  11:23 19:18,23,24
  21:9

**W**

**waiting** 4:5
**walk** 20:4
**walking** 16:1
**want** 7:9 13:19
**wanted** 18:14 19:1
**wants** 13:2
**wasn't** 6:4
**way** 4:12 9:4 10:4
  11:17 12:17 16:2
  16:18

**ways** 20:2
**Wednesday** 8:10
**week** 2:4 3:12 8:12
  11:20 21:5
**weeks** 3:25
**welcome** 3:12
**went** 15:25 18:18
  18:24
**weren't** 2:2 21:18
**we'll** 2:3,9,12,17,17
  2:23 5:16
**we're** 10:14 13:8
  18:1,3,4 19:6
  20:19
**we've** 10:4,17
**widely** 6:5 11:22
**window** 5:9
**winds** 8:22
**witnesses** 13:17
**WNYC** 3:12 12:2
  15:2 18:6 21:16
**woman** 15:24
**women** 5:5 7:19 8:5
  9:3 14:4,17
**wondering** 12:4,12
**wooed** 3:20
**words** 11:6
**world** 7:20 13:12
**worlds** 10:1
**worst** 10:1
**worth** 19:17
**wouldn't** 16:13
**wrist** 6:8
**writer** 3:7
**wrong** 8:4 14:24
  15:17
**wrong-headed** 5:18
**wrote** 11:18,21
  21:8
**Wyck** 2:21

**Y**

**Yale** 3:10 8:14
  11:18 16:11 21:4
**Yeah** 15:3 19:5
**year** 3:25 16:25
**yesterday** 8:11

**York** 2:4 3:11 8:15
  11:19 12:4 16:4
  21:5,20
**Yorker** 21:17
**Yorkers** 2:2

**0**

**00:05:00** 5:7
**00:10:00** 8:16
**00:15:00** 11:16
**00:20:00** 14:23
**00:25:00** 18:13

**1**

**10** 9:6
**10%** 9:6,9
**100** 9:2,6
**100%** 16:17
**14** 18:21
**15th** 8:17
**18** 10:24

**2**

**2** 17:15
**2011** 9:20
**2013** 18:9
**21** 10:18
**212** 5:20
**212)433-9692** 5:21
  5:24

**3**

**3** 9:2
**35%** 9:17

**4**

**4** 9:2
**4%** 10:7 20:8
**433-WNYC** 5:21

**5**

**5%** 9:15

**8**

**8%** 17:15

**9**

**90%** 10:6 20:7
**92%** 17:17



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Anders Nelson, hereby certify that the document "Mishandling Campus Rape" is, to the best of my knowledge and belief, a true and accurate transcription from English to English.

Anders Nelson
Project Manager

Sworn to before me this
April 27, 2015

Signature, Notary Public

DEANA COLON
Notary Public, State of New York
No. 01CO6183818
Qualified in Queens County
Commission Expires March 31, 2016

Stamp, Notary Public