**ORIGINAL**

VIRGINIA:

IN THE CIRCUIT COURT OF THE CITY OF CHARLOTTESVILLE

| | | |
|---|---|---|
| NICOLE P. ERAMO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CL15-205 |
| | ) | |
| ROLLING STONE LLC, | ) | |
| SABRINA RUBIN ERDELY, and | ) | |
| WENNER MEDIA LLC, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

PLEASE TAKE NOTICE that under 28 U.S.C. §§ 1441, 1446, and 1332, a Notice of Removal of Action was filed on May 29, 2015 with the Clerk of the United States District Court for the Western District of Virginia, Charlottesville Division. A Notice to Opposing Parties of Removal of Action to Federal Court is being filed today. Copies of these notices are attached hereto. (*See* Attachments 1-2.)

Under 28 U.S.C. § 1446(d), upon the filing of this Notice, "the State court shall proceed no further unless and until the case is remanded."

Dated: May 29, 2015.

FILED
05/29/2015 1528
(Date & Time)
City of Charlottesville
Circuit Court Clerk's Office
Liezelle A. Dugger, Clerk
By _____
Deputy Clerk

Respectfully Submitted,

_____
Micah J. Ratner
Virginia Bar Number: 78961
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Fax: (202) 973-4499

1

E-mail: micahratner@dwt.com

*Attorneys for Defendants Rolling Stone LLC,
Sabrina Rubin Erdely, and Wenner Media LLC*

## CERTIFICATE OF SERVICE

I, Micah J. Ratner, hereby certify that on May 29, 2015, I served the foregoing Notice of Removal of Action to Federal Court and Attachments by U.S. Mail, postage prepaid, to the following:

Thomas A. Clare
Elizabeth M. Locke
Joseph P. Oliveri
Attorneys for Plaintiff
CLARE LOCKE LLP
902 Prince St.
Alexandria, VA 22314

Micah J. Ratner
Virginia Bar Number: 78961
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Fax: (202) 973-4499
E-mail: micahratner@dwt.com

*Attorneys for Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC*

3