IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 11 2015

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:15-cv-00023-GEC |
| ROLLING STONE LLC, SABRINA RUBIN ERDELY, and WENNER MEDIA LLC, | ) |
| Defendants. | ) |

## ORDER

This matter came before the Court on Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC's Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint. For good cause shown and on the consent of the parties, Defendants' Motion is **GRANTED**. It is hereby **ORDERED** that Defendants shall have until July 16, 2015 to respond to the Complaint.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER this 11th day of June, 2015.

/s/ Glen Conrad
Hon. Glen E. Conrad
Chief United States District Judge