CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 8 2015

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:15-CV-00023 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ROLLING STONE, LLC, et al., | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

This matter is presently before the court on the plaintiff's motion to withdraw her motion to remand to state court. For the reasons stated in the motion, and for good cause shown, it is now

**ORDERED**

that the motion, Docket No. 22, is **GRANTED**. The plaintiff's motion to remand, Docket No. 10, will be deemed withdrawn.

The Clerk is directed to send a certified copy of this order to all counsel of record.

ENTER: This 18th day of June, 2015.

/s/ Glen Conrad
Chief United States District Judge