IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| NICOLE P. ERAMO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-cv-00023-GEC |
| ) | |
| ROLLING STONE LLC, ) | |
| SABRINA RUBIN ERDELY, and ) | |
| WENNER MEDIA LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION OF MICAH J. RATNER
FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Under Local Rule 6(i), Defendants respectfully request that the Court permit Micah J. Ratner to withdraw as counsel of record for the Defendants in this action. As good cause for this motion, the undersigned states:

1. On May 29, 2015, Ratner entered his appearance to participate in this action on behalf of the Defendants.

2. Ratner will be leaving the firm Davis Wright Tremaine LLP on January 8, 2016.

3. Attorneys Elizabeth A. McNamara, Samuel M. Bayard, and Alison B. Schary also of Davis Wright Tremaine, as well as attorneys W. David Paxton and Michael J. Finney of Gentry Locke will continue to represent the Defendants in this action. The withdrawal of Ratner will therefore cause no continuance or delay.

4. On January 6, 2016, counsel for Defendants corresponded with counsel for Plaintiff about their position on the motion. Counsel for Plaintiff stated that they consent to the motion.

1

5. A proposed order is attached as Exhibit 1.

WHEREFORE, Defendants respectfully request that the Court enter an order allowing Micah J. Ratner to withdraw as counsel for Defendants and discharging Ratner from all further obligation and responsibility in this action.

Dated: January 6, 2016

Respectfully submitted,

By: /s/ Micah J. Ratner
Micah J. Ratner (VSB No. 78961)
Alison Schary (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4200
Fax: (202) 973-4499
E-mail: micahratner@dwt.com
E-mail: alisonschary@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
Samuel M. Bayard (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Fax: (212) 489-8340
E-mail: lizmcnamara@dwt.com
E-mail: samuelbayard@dwt.com

W. David Paxton (VSB No. 19798)
Michael J. Finney (VSB No. 78484)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Fax: (540) 983-9400
E-mail: paxton@gentrylocke.com
E-mail: finney@gentrylocke.com

*Attorneys for Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Micah J. Ratner