# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**NICOLE ERAMO**

vs.

**ROLLING STONE LLC et al**

Action No: 315CV23/315MC11
Date: 01/12/2016
Judge: Hon Glen Conrad
Court Reporter: Carol Jacobs
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)
Thomas Clare, Esq. - Eramo
Melissa Riley, Esq - UVA

Defendant Attorney(s)
Phillip O'Beirne, Esq – "Jackie"
Elizabeth McNamara, Esq. – Rolling Stone

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
None

DEFENDANT:
None

PROCEEDINGS:
Parties present for oral argument on Eramo's Motion to Compe as to "Jackie" l in 315mc11 -#26 and for discussion as to Release of Records under FERPA for stundent non parties

Oral Argument – Order to issue in near future but brief guidelines provided

Time in Court: 315MC11 – 1 hr 10 mins    315CV23   - 15 mins. At conclusion of first hearing