CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/ (illegible)
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NICOLE P. ERAMO, ) | Civil Action No. 3:15-CV-00023 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | Hon. Glen E. Conrad |
| ROLLING STONE LLC, et al., ) | Chief United States District Judge |
| ) | |
| Defendants. ) | |

On or about August 19, 2015, defendants served a document subpoena on the Rectors and Visitors of the University of Virginia ("UVA"), a nonparty in this action. On November 17, 2015, the court ordered that the notice of disclosure to affected students shall direct them to send their objections to the disclosure to the Clerk's Office, and that such objections would be filed under seal. UVA sent notices of disclosure to affected students, and the court has since received objections. On January 12, 2016, the court held a hearing on these objections. For the reasons stated during the hearing, it is hereby

**ORDERED**

as follows:

1. Finding that the requirements under FERPA have been met, UVA shall provide the requested education records to defendants. Accordingly, the objections to UVA's disclosure of education records on the basis of FERPA are **DENIED**;

2. Notwithstanding the previous section, the effective date of this order shall be delayed for ten (10) days in order for affected students to review the education records that UVA intends to produce and to submit objections based on privilege and/or relevance.

Accordingly, the requests for additional time to review the education records are **GRANTED**; and

3. By agreement of all parties present at the January 12, 2016 hearing, the court shall afford additional protections requested by counsel for one of the affected students as follows:

    a. All disclosed education records shall be designated as "Attorney Eyes Only" pursuant to the amended stipulated protective order entered on November 16, 2015;

    b. All disclosed education records shall be produced with all personally identifiable information redacted; and

    c. To the extent that any education records are submitted to the court, the affected student(s) shall receive 24-hours notice prior to such submission.

The Clerk is directed to send certified copies of this order to all counsel of record and counsel for the affected students.

ENTER: This 13th day of January, 2016.

_____
Chief United States District Judge

2