CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 18 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| | ) Civil Action No. 3:15-CV-00023 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) Hon. Glen E. Conrad |
| ROLLING STONE LLC, et al., | ) Chief United States District Judge |
| | ) |
| Defendants. | ) |

On February 17, 2016, the court held a hearing via conference call regarding the forthcoming deposition of "Jackie," a non-party in this case. For the reasons stated during the hearing, it is hereby

**ORDERED**

as follows:

1. The parties shall depose Jackie on April 5, 2016. Absent some persuasive showing to the contrary, the court believes that a one-day, seven-hour deposition will be sufficient; and

2. Any requests for additional time to depose Jackie and/or challenges to the scope of Jackie's deposition shall be submitted on or before March 15, 2016. The opposing party shall file a responsive brief on or before March 22, 2016. Thereafter, the moving party may file a reply brief on or before March 29, 2016.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 17th day of February, 2016.

/s/ Glen E. Conrad
Chief United States District Judge