IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| NICOLE P. ERAMO )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ROLLING STONE LLC, )<br>SABRINA RUBIN ERDERLY, and )<br>WENNER MEDIA LLC, )<br>)<br>Defendants. ) | Case No. 3:15-cv-00023-GEC |

**PLAINTIFF'S MOTION TO STRIKE NON-PARTY RESPONDENT "JACKIE'S"
PERSONAL ATTACKS ON PLAINTIFF IN HER COURT FILINGS**

Plaintiff hereby moves to strike Respondent Jackie's personal attacks on Plaintiff in her court filings and, in support of that motion, states as follows:[1]

1. Jackie's recent court filings[2] are filled with vitriolic personal attacks on Dean Eramo, accusing her of having a lack of compassion, a disregard for Jackie's well-being, and re-victimizing Jackie. These accusations are demonstrably false, hurtful, and irrelevant.

2. In April 2015, nearly one year ago and prior to any discovery proceedings in this case, Dean Eramo made a written proposal to Jackie and her lawyers pursuant to which Jackie would provide information relevant to this lawsuit ***without ever having to participate in a***

---

[1] Courts have the discretion to consider a motion to strike all or parts of non-pleading documents under Fed. R. Civ. P. 12(f). *See Vogt v. Raymond James Fin. Servs., Inc.*, 2009 WL 4667130, at *2 (E.D. Wis. Dec. 3, 2009) (where Court struck an attachment to a filing that "only serve[d] to demean and harass [the] defendant"); *see Pigford v. Veneman*, 215 F.R.D. 2, 4 (D.D.C. 2003) (where parts of a response to a motion for additional time that included unfounded "charges of racism" were struck).

[2] These recent court filings are: Non-Party Resp't's Opp'n to Pl.'s Mot. for Additional Time to Depose "Jackie," *Eramo v. Rolling Stone LLC,* No. 3:15-cv-00023-GEC (Mar. 22, 2016) [Dkt. 55]; Non-Party Resp't's Mem. in Supp. of her Mot. to Quash Pl.'s Rule 45 Dep. Subpoena or in the Alternative Mot. for a Protective Order, No. 3:15-cv-00023-GEC (Mar. 15, 2016) [Dkt. 59]; and Non-Party Resp't's Mot. for Relief in Connection with Pl.'s Rule 45 Subpoena of Doctor, No. 3:15-cv-00023-GEC (Mar. 24, 2016) [UNDER SEAL].

*deposition*. (*See* Email from Thomas Clare to Palma Pustilnik (April 24, 2015 10:42 AM EDT) ("April 2015 Proposal") (Attached hereto as Ex. A)).

3. Jackie and her lawyers rejected the April 2015 Proposal in its entirety.

4. Having rejected Dean Eramo's April 2015 Proposal and other similar efforts by Dean Eramo to limit Jackie's direct participation in these proceedings, ***Jackie and her attorneys are solely responsible for the current need to depose Jackie*** – not Dean Eramo. Similarly, by submitting a declaration from Jackie's psychologist to the Court and by purposefully making an issue of Jackie's mental health and competency as a witness (something Dean Eramo has not done) ***Jackie and her lawyers are entirely responsible for the need to depose her psychologist***.

5. Jackie and her lawyers should not be permitted to abuse public court filings — and mislead the Court and the public — with gratuitous, irrelevant, and demonstrably false personal attacks on Dean Eramo's character and her motives regarding the need for these depositions.

WHEREFORE, Plaintiff Nicole Eramo requests that the Court enter an appropriate order that all personal attacks on Dean Eramo be struck from Respondents' recent court filings.

Dated: March 29, 2016

Respectfully submitted,

By: /s/ Thomas A. Clare
Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
Andrew C. Phillips (VA Bar No. 88880)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
andy@clarelocke.com

*ATTORNEYS FOR PLAINTIFF NICOLE ERAMO*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Nicole Eramo's Motion to Strike Non-Party Respondent "Jackie's" Personal Attacks on Plaintiff in her Court Filings on March 29, 2016 via ECF (for those attorneys that have registered), or by email and Federal Express (for those attorneys that have not).

    Pat A. Cipollone
    Rebecca R. Anzidei
    Philip J. O'Beirne
    Stein Mitchell Cipollone Beato & Missner LLP
    1100 Connecticut Avenue N.W., Suite 1100
    Washington, D.C. 20036
    Telephone: (202) 737-7777
    Fax: (202) 296-8312
    Email: pcipollone@steinmitchell.com
    Email: pobeirne@steinmitchell.com
    Email: ranzidei@steinmitchell.com

    Palma Pustilnik
    Staff Attorney
    Central Virginia Legal Aid Society
    1000 Preston Avenue, Suite B
    Charlottesville, VA 22903
    Telephone: (434) 327-1443
    Fax: (434) 296-5731
    Email: palma@cvlas.org

    *Attorneys for Non-Party Respondent "Jackie"*

    Michael John Finney
    William David Paxton
    Gentry Locke Rakes & Moore
    P.O. Box 40013
    Roanoke, VA 24022-0013
    Telephone: (540) 983-9373
    Telephone: (540) 983-9334
    Fax: (540) 983-9400
    Email: finney@gentrylocke.com
    Email: paxton@gentrylocke.com

    Elizabeth A. McNamara
    Samuel M. Bayard

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,
Sabrina Rubin Erdely, and Wenner Media LLC*

Dated: March 29, 2016        By: */s/ Thomas A. Clare*
                                                    Thomas A. Clare