IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE for CHARLOTTEVILLE DIVISION

**NICOLE ERAMO**

vs.

**ROLLING STONE LLC**

Action No:   315CV23
Date:   04/04/2016
Judge:   Hon. Glen Conrad
Court Reporter:   Judy Webb
Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)

Thomas Clare, Esq.
Elizabeth Clare, Esq.

Movant Attorney(s)
Rebecca Anzidei, Esq.
Philip O'Beirne, Esq.
Steven Rosenfield, Esq.

Defendant Attorney(s)

David Paxton, Esq.
Michael Finney, Esq.
Elizabeth McNamara, Esq.
Alison Schary, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present for oral argument on Motion to Quash Deposition (#58) and Motion to Extend Time for Deposition (#53)

Oral Argument – Court announces ruling and order to follow.

TIME IN COURT: 1:15 pm – 2:40 pm   1.hr 25 mins.