IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| Plaintiff | ) Case No. 3:15-cv-00023-GEC |
| v. | ) |
| ROLLING STONE LLC, SABRINA RUBIN ERDERLY, and WENNER MEDIA LLC, | ) |
| Defendants. | ) |

**PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HER MOTION TO STRIKE NON-PARTY RESPONDENT "JACKIE'S" PERSONAL ATTACKS ON PLAINTIFF IN HER COURT FILINGS**

Respondent's recent filings before this Court have been filled with increasingly vitriolic personal attacks on Plaintiff Dean Eramo, and have repeatedly questioned Dean Eramo's motives and intentions. Dean Eramo's sole intention has always been to obtain Respondent's compliance with routine discovery requests — standard document and deposition subpoenas — as the primary source for Rolling Stone's defamatory and widely discredited article "A Rape on Campus." Although Respondent's counsel have resisted cooperation at every turn and resorted to personal attacks as successive legal arguments failed, the Court has now repeatedly rejected Respondent's arguments, ordering Respondent to comply with Plaintiff's document subpoena and to sit for a deposition — as both parties to this lawsuit requested.

Plaintiff has no interest in perpetuating a public dispute with Respondent or responding in kind to the personal attacks that Respondent's counsel have repeatedly lodged against Dean Eramo in lieu of actual legal arguments. But the fact remains that Respondent's counsel has

1

abused the public court filings for ad hominem attacks directed at Dean Eramo while simultaneously seeking to conceal from the public the underlying facts and Respondent's sworn testimony regarding Respondent's interactions with Dean Eramo.  Accordingly, as an alternate form of relief on Plaintiff's Motion to Strike, Plaintiff respectfully requests that the Court modify its April 4, 2016 Order [Dkt. 73] order to remove the "Confidential" designation from those limited portions of Respondent's recent deposition testimony in which she described her interactions with, and her impressions of, Dean Eramo.

Dated:  April 19, 2016

Respectfully submitted,

By: */s/ Thomas A. Clare*
Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
Andrew C. Phillips (VA Bar No. 88880)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
andy@clarelocke.com

*ATTORNEYS FOR PLAINTIFF NICOLE ERAMO*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Nicole Eramo's Reply Brief in Support of Her Motion to Strike Nonparty Respondent "Jackie's" Personal Attacks on Plaintiff in her Court Filings was served on the below counsel of record on April 19, 2016 via ECF (for those attorneys that have registered), or by email and Federal Express (for those attorneys that have not).

    Pat A. Cipollone
    Rebecca R. Anzidei
    Philip J. O'Beirne
    Stein Mitchell Cipollone Beato & Missner LLP
    1100 Connecticut Avenue N.W., Suite 1100
    Washington, D.C. 20036
    Telephone: (202) 737-7777
    Fax: (202) 296-8312
    Email: pcipollone@steinmitchell.com
    pobeirne@steinmitchell.com
    Email: ranzidei@steinmitchell.com

    Palma Pustilnik
    Staff Attorney
    Central Virginia Legal Aid Society
    1000 Preston Avenue, Suite B
    Charlottesville, VA 22903
    Telephone: (434) 327-1443
    Fax: (434) 296-5731
    Email: palma@cvlas.org

    *Attorneys for Nonparty Respondent "Jackie"*

    Michael John Finney
    William David Paxton
    Gentry Locke Rakes & Moore
    P.O. Box 40013
    Roanoke, VA 24022-0013
    Telephone: (540) 983-9373
    Telephone: (540) 983-9334
    Fax: (540) 983-9400
    Email: finney@gentrylocke.com
    Email: paxton@gentrylocke.com

    Elizabeth A. McNamara
    Samuel M. Bayard
    Davis Wright Tremaine LLP

1251 Avenue of the Americas
21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,*
*Sabrina Rubin Erdely, and Wenner Media LLC*

Dated: April 19, 2016　　　　　　　　　　By: */s/ Thomas A. Clare*
　　　　　　　　　　　　　　　　　　　　　　　Thomas A. Clare