# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **Nicole P. Eramo** | Action No: 3:15CV23 |
| | Date: 6/20/16 |
| vs. | Judge: Joel C. Hoppe |
| | Court Reporter: H. Wheeler/FTR |
| **Rolling Stone LLC** | Deputy Clerk: Heidi N. Wheeler |

Plaintiff Attorney(s)  
Andrew Phillips, Dustin Pusch

Defendant Attorney(s)  
Rolling Stone counsel by conference call, Michael Finney, William Paxton and Elizabeth McNamara, "Jackie" counsel Philip O'Beirne, Rebecca Anzidei, Steven Rosenfield

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Motion Hearing [63]

Parties present through counel for hearing on Motion.

Mr. Phillips presents the motion.

Mr. O'Beirne responds.

Mr. Phillips closes.

Ms. McNamara replies.

Final remarks.

Remarks by Court

Order will issue.

Time in Court: 2:32-3:18= 46 min