IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| NICOLE P. ERAMO, <br><br> Plaintiff, <br><br> v. <br><br> ROLLING STONE LLC, <br> SABRINA RUBIN ERDELY, and <br> WENNER MEDIA LLC, <br><br> Defendants. | Case No. 3:15-cv-00023-GEC |

### PLAINTIFF NICOLE ERAMO'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Nicole Eramo respectfully moves this Court for entry of an order granting partial summary judgment for Plaintiff with respect to Defendants' Affirmative Defenses Nos. 4, 6, 7, 8, and 11, that Defendants' November 19, 2014 and December 5, 2014 articles constitute separate publications capable of supporting independent claims for defamation, and that Defendants published the December 5, 2014 article with actual malice. In support of this Motion and pursuant to Local Civil Rules 11(c)(1) and 56(b), Plaintiff relies on the arguments and authorities set forth in her July 1, 2016 Memorandum of Law in Support of her Motion for Partial Summary Judgment, and on the undisputed material facts set forth in her July 1, 2016 Statement of Undisputed Facts in Support of Plaintiff's Motion for Partial Summary Judgment, which are being filed concurrently herewith.

WHEREFORE, Plaintiff Nicole Eramo respectfully requests that the Court grant her Motion for Partial Summary Judgment.

1

Dated: July 1, 2016                                  Respectfully submitted,


                By:   */s/ Elizabeth M. Locke*
                Thomas A. Clare (VA Bar No. 39299)
                Elizabeth M. Locke (VA Bar No. 71784)
                Andrew C. Phillips (VA Bar No. 88880)
                Joseph R. Oliveri (VA Bar No. 77152)
                CLARE LOCKE LLP
                902 Prince Street
                Alexandria, Virginia 22314
                Telephone: (202) 628-7400
                tom@clarelocke.com
                libby@clarelocke.com
                andy@clarelocke.com
                joe@clarelocke.com

                *ATTORNEYS FOR PLAINTIFF NICOLE ERAMO*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Nicole Eramo's Motion for Partial Summary Judgment was served on the below counsel on July 1, 2016, via the Court's electronic filing system.

Michael John Finney & William David Paxton
GENTRY LOCKE RAKES & MOORE
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9373
Telephone: (540) 983-9334
Fax: (540) 983-9400
Email: finney@gentrylocke.com
Email: paxton@gentrylocke.com

Elizabeth A. McNamara & Samuel M. Bayard
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230 / Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 / Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,*
*Sabrina Rubin Erdely, and Wenner Media LLC*

Benjamin Gaillard Chew
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036-5303
Telephone: (202) 585-6511
Email: bchew@manatt.com

*Attorney for Defendant Sabrina Rubin Erdely*

Dated: July 1, 2016     By:   */s/ Elizabeth M. Locke*
                              Elizabeth M. Locke