IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

------------------------------------x
NICOLE P. ERAMO,

                Plaintiff,

        - against -

ROLLING STONE LLC, SABRINA RUBIN
ERDELY, AND WENNER MEDIA LLC,

                Defendants.
------------------------------------x

Case No. 3:15-cv-00023-GEC

## DEFENDANTS ROLLING STONE LLC, SABRINA RUBIN ERDELY, AND WENNER MEDIA LLC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC respectfully move this Court for entry of an order granting summary judgment for Defendants and dismissing the Complaint with prejudice on the grounds that the statements at issue in this action are not actionable as a matter of law and that Plaintiff, as a public figure and/or public official, cannot offer clear and convincing evidence the Defendants published any statements at issue with actual malice based upon the undisputed record. In support of this Motion, Defendants rely upon the July 1, 2016 Memorandum of Law in Support of Summary Judgment, the Declaration of Sean Woods, the Declaration of Sabrina Rubin Erdely, the Declaration of Elisabeth Garber-Paul, the Declaration of William Dana, the Declaration of Joseph Hutchinson, and the Declaration of Elizabeth A. McNamara, and exhibits attached thereto, which are being filed concurrently herewith.

WHEREFORE, Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC respectfully request that the Court grant their Motion for Summary Judgment and dismiss the Complaint with prejudice.

Dated: New York, New York
July 1, 2016

By:   /s/ Elizabeth A. McNamara
Elizabeth A. McNamara (*pro hac vice*)
Samuel M. Bayard (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
samuelbayard@dwt.com

Alison Schary (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248
Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

W. David Paxton (VSB No. 19798)
Michael J. Finney (VSB No. 78484)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Fax: (540) 983-9400
E-mail: paxton@gentrylocke.com
E-mail: finney@gentrylocke.com

*Attorneys for Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC*

2