# EXHIBIT 15B

FILED PARTIALLY UNDER SEAL

thing to tell them to dial that back if theyr'e already really intoxicatined. so that's a converation we need to have with peopoe. even telling peoel to be aware that someone might be blacked out, that is new fucking information to peple. so we're really satrting at square people. you're bumping up against the instinct to have sex, you're bumping up against the social pressure to hook up and then you submerge that in alcohol, yo'ure going to get someone who's not considering someone else's state of mind nearly as much as they could be considering the sex they coud be having. so it requreis convriaetoin after convisraiton. and asking "is this okay, are you okay, I'm asking these queistons, and first ask the question, thats' news to people. and second, try to be perceive about your state of mine as she's asnswering your qaueiton, and third, be awrae of your own state of mind those are three brand new questions, but they're critically impreotan and I think theyre slow on the adoption front, it has to be reinforced not just bya perer but also by ambient social expericatins. because usually in these situations thers' not a third party in the room where the assualt is taking place saying "you sould be checking in on that." so in the field of advertising we have what we call the funnel of desire, you start at the top, let's say someoen wants a gift for somene they care about, and as they become more specific, what they need, what's my price range, what brands do I want, where wil I get it, click. thers'a funnel of desire, and there's a funnel fo idserie in sexual engagment too and we have to make sure that at the top of the funnel are people who are looking out for the safety of the people and them, and the bottom half is the people who are sexual partners are seeing each other as checking in on each other's mental stat nad dseire does that makes sense.

(what cues or clues do you tell them to look for with regard to whether they're too drunk to consent)

the same cues peer educators teach abut drunk driving – slurring speech, stumbling - the way you articulate these is very imporatn because you don't want to come across as a prude or out of touch so you have to acknowledge that people are sometimes drunk and will actualy be dealing with on the ground. but we try to maek it relay familiar, we'll say "just ask. if a girl wants to sleep with you and you ask, it's probably not going to change her mind." you try to make it not a huge deviation from the norm, you try to make it seem obvious without being condescending. as far as practical advice, tis' mainly the thigs we lok at in people when they're trying to drive, you know hwat to look for, teyr'e sluring, stumbling, agfgrsisve, watever, when soeone is indicating those things that's when an intervention is neceary. and that's hard, we own that, that getting in someoen's way, parituclarly considering what's on the other side of htat way is really hard. so we try to own that too and give people stratetiges. so we say if you're a plge and you see a junior or senior brotherdoing sometihng untowards, and you're not comforable, who would you feel comforable with? and they'll say "my big brother." or whatever format it has culturally for daeling with risk, mst fratnerity has a risk manager who can help people in a lower power posistion and enage them and it gets back to the sense of communtiy. you and I

don't want things to happen, so what aer ehtt points of accountaiblity and how can you levelrage that to intervene.

(in talking to some of the female peer educators, they've found thesmevls in confrontational situations when talking to men's groups about these very asme sort sof things – like emily renda told me that when she was teaching about this exact same concept of byd stnader internveion a guy was like "oh that's just called cockblocking"

yep! that IS called cockblocking!

(so the guys were super defensive with her, and even worse, she was once harassed)

**yeah we both wrote op eds about that experience, yeah three random dudes got in her face**, that's bullshit.

(where did you write about that, cav daily?)

that was in the cav daily, I think I want to say mid april.

(and she's not the only one – jackie ▮▮▮▮ was actually assaulted)

yep **I remember when jackie was assaulted, it was the same week adtually right aorund the same time, it was incredibly fucked up**. it 's really hard sometimes to understand why people do hwat thy do. but **most of what motivates bad resopnses to peer educators is fear. it's fear of being in trouble. it's fear of being forced to taleka a level of responsibility that you don't want to take**. andi try really hard not to chracgetirze anyone as the bad guy, beuasd most people are not the bad guy, but at the same time there ARE bad guys in this.

(well I can actually see why a man might feel resentful – both becaue no one wants to be portryaed as a potnetial rapoist, of course. but also becaues in talking openly about sexual assault, and the behavrios that surround it, **men are being asked to change their behaivors, or to reexamine their behaviors and how what they consider harmless fun might actually be harmful, and my guess is that no one likes to do that, like no one wants to have their fun spoiled**)

**yes and part of the problem is that they're misdirecting that restment, the people who are creating the problemn is the people who are out there raping people. for all the absurdity over causal sex and hookup culture it theoretically can be done totally consensually**. wer'e not asking you not to hookup, not to have drunk and have sex with people, were just asking to make actually sure that when you do they acutally want to hav sex wit you, and to look out for the peoel around you, wehther that's intervneing for your drunk female friend, or to listn to your hurt borhter or your hurt felamel friend.

(any other common rape myths that you have to dispel – false reporting is the biggie you said)

that is the biggest one. and then also informing people of how low the informing rates are usally hits people really hard. and then you double that with, well why is reporting so low, beucase they think they aren't going to be believed. and college adminstrations are a great place where people try to seek justice and then get completley shut out. and you can play to peopels' anti authority sympathiees a little on my front. I say "these institutiosn aren't helping people for

whatever reason, the'rye afraid, they don't bleive them, look at the harm that does, do you want to be anotehr iteration of that estalbishiment, I don't think so" I thin that it's a lot pfopel yu geo-el eisipcally.

(so the emphasis now is more on bystander intervention, doing the right thing to rescue someone else, rather than "don't be a rapist." that message resonates better than before?)

yeah. and **you can see how "don't be a rapist," no one wants to hear that, beuase people wno aren't a rapist are like 'fuck you' and people who ARE rapists are like [mutter] 'yeah right!'"** but people who hear for the first time oh this is exaclty how bad and prevelant this is, and these are clear actionable ways I can make it less bad, a lot foepele can see that, espeically when its people who look like them and talk like them and act like them. the audidnce connection is omporitnat, I workd last summer for an envirmoetnal adcvicay proralm and we used as a tool something called the story of self, you tell a story about a time that you were faced with something difdiuclty, ovewhelming, terriying, usually tis' what got someone to join the gorup, and then you dive into how you felt, and then you talk about he solution how you dealt wit it. and by taking an audience thorugh that procdess the guys in the audience wh have friends who are surivovors will conenct with that. guys who have similar things – like, one guy had a story aout a riend who was cuting herself and he didn't know how to helpe her, and that helesses, every guy has felt htat in his life, and by sharing that, and sayign this is why I'm sharing this with you, it makes it easirer fr guys to maket his personal for htsmevls.

(do you discuss with them about how guys talk about women when it's just guys? and how that could create a hostile culture)

deifnitely. the last part of our prestnation is, its' split into two parts, one is personal conduct, whihd is how you in oyur sex life and interactiosn can be an example of what we're advocating: sensitiveity, converation. and the other half is how you can be an example of postiive culture. and **we talk about the langauge and words we used, callign people pussiies and bitches**, and the presidnet before us Evan Berhle, the pesnet who predenced me, I encouraeg you to call him too, he's briliant he ties to point out, you can see how **conversations about cultural norms can make people feel threatened, beucasde "I'm not a bad guy or hate women for claling my frind a pussy because he's bad as sports".** so he says it doesn't make you a bad person, but **it reinforces for people who think that women ARE less, for people who are alreasy headed in that direction, it reinforces that point of view, that's why it's dangerous.** so it's about being sensitive to the way we communicate and what sort of culture we promote through ations and words. and it gets back to the idea of community, that rape is a crime that harms a community, ti makes it feel less safe and trusting. and by aderssing it ata the comjunity level you can amerliroat a lto of other peorlbems.

(do you thikn that has more resonence at uva, wher teht're the honor code, community of trust ideal)

that's a good question I don't ahev a compareison bduasd I've only presented to uva or charlotesville area. I don't know. I think it deifntietly works

better, that messageing is betetr on colelge cmapusse as a type of community beuase ters' this reinfoced sense of comuniyt. I dno't know that uva stands out, I oknw a to f schools put a lot of effort towards building commuity. but I did find that using that messageing is efecitve. and on a micro level I think its' efect inve on a team or a franteity hwer eit'sa concentrarting sense of community and you amek tia bout the thigns you care about, **you make it about honor and reputation and how peoe feel about you in the social landscape and in the greek system they care a LOT about eh social landscape. so you speak to thethings that they lareadly value** and figure out how to actively and vicisbly – eveyrone is anti rape intellectually, but you figure ot a way to message it to peple so they can mesh into the rest of their idneities.

(and speaking of ways that offensive speech can contribute in ways you may not even eralize: I came across the song "rugby road", a tradiditaal uva drinking song? do peple sing that and not think about it? I know talking to alex pinkleton the other day she was saying hat she's herad the song and she's never evne hought about how scary t is)

of course not it's all subtext, **no one thinks about what robin thicke is singing about either, it's just subtext, it's either nested in tradition or in a wider context.** I mean like jay z is a great example of someone who's eluved a lot, but you look at the shit he was putting out 10 15 years ago and yore ulke what? and he hmself is really ciraicil of that, but yeah tits **it's nested in a comforatble or familiar context you're like yeah okay it seems fine. and if omsethinga bout the culture you paritipate in is bad maybe omsething aobut me is bad, and not gonna entertain athat dissonance, I'm a member of this culture and threefore I adopt its idneitty. and just ,like, asking smeone to be critical of the culture they're in is a very big ask.** I don't know why people are in the comunities theyre in or why they fvalue the thigns they vlaue but I'm sure they do it for a reaosn that makes semnse to them but if I aeuesiton that they'll turn me off faster than you migth imagine.

(yardley love's murder happened right before you came to campus. how do you think her death resonated across campus?)

the immediate aftermath I can't speak to, bucaes I wan't tehre but I arried 6 months ater. people at the time wer e realy devastateed to have a member of your ocmmunity murder another. ther's beena hilanthropic fallout called Run for Yards or something like that -

(but I mean from the perspective of the culture of awareness about violnce aginst women? self scrutiy on the part of the communty)

I wasn't ehter boefre so I can't give you a efore and afer. her death never came up – within the group and between the group and our audiences I donthink she came up much at all. maybe beuase we dind't want to make use of her death for rhetorical reasons. but generally I don't think it was a major part of peoe;s erxperincesl **it didn't really cast all that large of a shadow. hugely's trial was my jurnior year and it didn't create all that much discusuison.** and I don't thikn of myself as paituclarly disegnaged aroudn this inssue. but so I didn't perceive her murder as being hugely subsntaitial. and **surroudning sexual assault issue there was a big, there was a survivor at uva and her atty**

**posted to facebook basically her peroanl account of her really bad epsierment with the sexual misconduct board --**

(oh was this wendy mursphy's client? she called herself "anonyous wahoo")

yeah I think so. **that made a LOT more splash than yardley's murder.** but I cmae ot he schol six motsh after it hapend. so I may not be a good peson to ask. and ms murphy's cleint that came right around the same time of a woman who had a similar epxeirence at amherst, the steubenville ohio case was in the same time frama dn the rape on the bus in media, it was within a five or six month window. so that was a period wher things relaly started to pick up steam. we had a big conernce in uva janiary, I spoke in the white house in april.

(ddi you take part in the white house task force)

no emily renda was very invovled in that I only came at the iniviaton of lynn rosenthal to sepak on a panel when the task force reportw as releasd, to cometn on the task force's work and a report on what's hapepnign on the ground. in a sense a lot of what we're talkng about here. but honestly I think it will have a lot more impact in rolling stone than coming fromt eh white house. sad to asy. I mean I'm grateful that they're taign the issue seriously. but don't get me started on the isuse of federal government.

(so where did you originaly see that anonymous wahoo post? fb?)

I saw it on facebook. and where I saw it was on facebok, where most of the studne body was on facebook. **dean eramo just got eviscerated in that, I mean they refered to her as "dean e," but come on.** and that was hard because we work really closely with her and I really admire her work, and this case really didn't go well at all, and I don' tknow interlaly why, but I think **there was a really toxic disenchantment wit the school, a frustration of why the fuck can't you get your shit together** and a lot of anger within the advocaitcy community that we were wlike how do we talk about this. and we ended up coming to, we have to be frank about the facts, cause that's all we can say. we don't know anything about what happened, but what we can speak to, is these cases are exstrely difficult to adjusteicate because to flhte lack of evidnec,e we can speak to the emoitnal trauma of not to be believed, so that was a big part of it too. trying to take what we can out of this to be useful to our audience in being member sof that community that they want to build.

(and how did it come about tat t was on fb? did wendy post it on her own personal fb account)

I couldn't tell you, I just remember hitting it when it was already trending and being like fuck what do we do. and **I remmber it came up again at the take back the night vigil that year, I think she read the letter aloud from behidn the screne nad that was hard because I was sitting near dean eramo. her job is the worst, I can't image being the go-to person for being sexually assuteld on campus, and they're relint on you to fix the sitaution, I wodnt want thtat job in a million years, beuse no mater hwat you do, your'e dealing with a person who's been shattered.** na dyou have to create some restite out of that. that's, I'm very sympatheitc to thw ork of peoel like dean eramo. some people just fuck it up, my borther goes to univerisety of chicago,

and one of his hallmates was saeually assauteld and the shool ddi abislteuy nothing. there's that. and sometimes the process restircets what sort of rectiteue you can do. sometiems thers' no evidnce, you dondt go to the hospital beuase you were horirbly traumiatized, I don't begrudge anynoe that. and what a school is allowed to do is very limtied. and needs some sort of foundation and rational reason to do it, and I don' tknow as much id' lke to aroudn the legal cirucmatnces, where the shcools' authority enda dn the criinal autority begins but if I were acucues of sexual asuatl I woiuld probley want an atty. even if it's a school managed procles. and when you start birnign in lawyers, the job of a lawyer is to make it confrotaional. it pushses a lot of surviros away, the adversarial process, and the rsurivor bailcaly always loses in that process which is fucked up becuaes theyr'e already down one, and **all the incentives for eveyone invovled is to make it goaw ay as quickly as poosiblel**. I think a bi part of the confenrce at uva in jeanaury wa sto change it.

[our hour is up, he has to get back to his desk, I beg him for just a couple more questions so I can doublecheck something]

(alex and jackie had told me about this mock trial during take back the night

(what was the outcome? I have differig reports on that. do you reember?)

fuck. short answer no. I dn't. I remember being there, **one of my guys was really uspet because**            **was being disruptive so I was dealing wit him**, and my roomate who I'd been dating was tehre with the guy she was seeing, so I was distraceetd. [laughs] and then of course alex comdes up to me like "            and I met jackie that night. so the short answer is, I was distracted, I don't remmber the outcome.

(the members of            fraternity were acting disruptive, not atentive?)

disruptive, yes and that's why my guy was upset.

(intersting that that night you had two very diffnet groups of spectors, one is a group of women wanting earnestly to know the process, and the other is a bunch of guys who are being forced to sit through it for their FOA credits)

to earn foa crdits right and that's part of he proglbem the incidentives aren't seem as legitimate so tey're not going to b engaged in the same way. so if someoens' comeeeld to be there they won't be as engaged.

(the vigil was a couple of days later, that's when alex announced she was going to folow through with            ? can yu remember the way she delivered those words?)

triumphantly. it was cool. her talk was told with some sarcasm and humor and then she said "I feel melowered to do this, I know my righst, it was mangificantn it was rleaay cool to hear.

[encourages me to call with any other qs]

Liz Seccuro cell: ███████ ████████████ 8/13.

[just got off a plane, calling from laguardia]

(when we were talking about UVA adminstration you really scoffed at the idea that they're changing, you said "they're papering themseleves to death and thumibn their noses at the whte hosue initiative its'r eally bad")

oh I'll gi eyou a better quote if you need it

(no it was great, I just wondererd, what makes you say that? what makes you thikn they're only paying lip service to the white house initiatives)

I think **everyone is reacting to the white house intiative but only bcuase they have to. it's not out of a true sense of wanting to care for their students**. I think it's just media pressure, public pressure, and oh crap obama and joe biden are rtalkoang out this so we better make prospective students and their parenst feel beter about this school and they'll be safe. and **at uva they have a long history of revising their sexual assulat policy, and they'll say "see, we revised our sexual assault policy," well that desont' mean it changes the spirit of people stiting arudn the table, what acutally hapepns when you get down to brass tacks. do they say "lets call chief longo and get you down to him" I dnt' think that's happening**. and I don't know where to find the staiticis. bcecuase what ther'e reporting officially does'nt seem to mesh with what' hpaening.

(hmm. what's your opinoin of dean eramo? the survivors I've spoken with love her. but I'm unsure how effective she is)

████████████████████████████

[back on the record:] I think **dean eramo knows where her bread is buttered. I think she's protecting the university and killing these victims with kindness but she's not as effective as she could be in her role as dean, espeically as a woman**.

(wow so that's what I've ben thinkign as I've been hearing these women talking about her, they lvoe her, she's so warm and responsivde to them, and yet in each of their stories, they don't go to police, they don't go to campus police, they often don't have administrative hearings, she offers them mediations even in sexual assault cases, which from my understanding may not even be in compliance with ocr guidelines. so there's no resolutions, the perpetrators walk free. and yet they love her)

**she befriends them and nothing ever happens. she surrounds them in a coccoon**, she's like my dean todd, who was southern and motherly and awesome and "everytings great, dean todd's with me now."

(so she's preserving the status quo while giving the illusion that she's helping the victims)

she's toeing the party line. and dean todd was toeing the party line too. when she was on her deathbed of pancreatic cancer, claude worrell flew to texas to get her statement from her bedside and the university flew down her attorney to be at her bedside, right on her deathbed. you can call claude and ask him that.

(I was thinking of calling claude worrell anyway, to better understand why the investiagtion against the other two alleged perps went nowhere)

I can tell you why, they hired timothy hayvee [sp], and they confeneved a grand jury and they both took the fifth on every single question. and you know what that means [harsh laugh]. and the city budget is limited, people's time is limited, it was just a dead end.

have you called nicole eramo yet? will she speak with you?

(I'm hoping so, I haven't called her yet, I'm trying to learn as much as I can before I call. I'm sure she knows I'm working on this story – my survivors are a little shy about naming the fratnerity in the magazine apparnetly because they're worried that dean eramo's actions agianst them will be imperiled. I'm asuming they were channeling her. apnarelty she had told the gang rape victim that she'd like to take action aginat the fratenrity, but she can only do so if at least one more victim is willign to come forward-)

on what planet do you need another! if you have a murder do you need another person!

[has to go, she's getting off the plane, calls me back from the bar]

if eramo won't speak to you, have you tried Pat Lampkin, the overall dean of students. she's always pontificating. she mght be naïve, she's teresa sullivan's right hand. she might not have a whiff of any of this. she might lob you back to eramo. I think she'll be caught off guard.

their staticis are buried. their clery statiics I'll find it for you, yuou have other things to do.

a sense of ennui about colelgs ad univeisties in general. so everyoen's hiding their crime statiics, uva's especially good at it. and the doe staitics are one or two years old. mark warner seantor from virginia cares deeply – and senator gillinbrand and claire mccaksell. and marco rubio had his big smile for the camera, do you know he voted down vawa twice! and he's like I care about girsl and women! and I know so many republiacans who really do care, I jus think its' intersting that he'll shoot down any money

(so that gets to what you were saying before, about it being srt of insubstantial, a lot of superficial things hapeneing on th surface, but when it comes to things like collges actually complying, the juyr's still out)

that's the deeper darker thing, gillibrand and boxer relaly believe this, but **at the end of hte day the schools are gonna write the check for $35,000 and say screw you. thisis nt' groundbreaking. I thin it's groundberaking that our white house is caught up in this, but when all the glitter and confeti settles I satart to think eehhh. I don't think in practice it'g goint to ]make one damn bit of diffenrce** with how we treat out female and male coeds.

I do want to congrautlate them on one hand, but – call mark warner. he does care. and id like to hear his take.

(do you know anythigna bout the head of the women's center, claire kaplan?)

████████████████████

(just wondering, I don't kow much about her, excpet that again, the survivors love her, wonderd what erlationship she has with eramo)

have you called susan russell?

(not yet – I actually just emailed her this afternoon. why will she give me an earful about claire?)

susan russell, without her I didn't have a case. I mean she started uvavictimsofrape. but she has a lot to say. daniel was like [warily] "did you tell her to call susan" because ███████████████

[I tell her that I got htat sense, I'ld put off calling her til I had a beter lay of the land, but that I have a few speific questions to ask her, like hwether she has any idea why her title ix investiaion has taken ten years and counting]

and that's so imporant. hope you have lots of time on your hands for that converiation.and she has a lot to say, and look a lot of it is valualbe. the extent to which univeiries will try and protect their reputations – at this presentation I justa gaev they were just incerdibulous at the extend to which unverities will lie to make parenst feel better. And look I love uva, **I root for the orange and blue during football season, you ca'nt take that away from me, but it leaves a bitter taste**.

I still owe you ████████ I need to get you to her. she took over as ████████ ████, she's on vacation, so she's coming back so – she will never use he rname but that quote is so good, it will bd the best quote in yru article – oh I gotta go, my usbnad's here to pick me up

(also one last thing - I would love to talk to some pi psi alum about whether there's a culture of gang rape in that house. or how something ike this could happen in a fraternity and get covered up. there was a guy mentioned in your book who stepped forward as a witness named "Bill Keller"? he'd said ther ewas an actual frat meeting about the gang rape and whether to cooerate)

████████████████████████████. my knight in white armor. and I have that photograph which I'll send you [tk don' tknow what she's talking about]. I think he was the only person – let me think about it, let me get myself back to long island. it would be such a great get. and buck is such a stoner, and he's in charloteseville. he's the one where when theypulled up to his house he siad "what took you so long"

(do you use his real name in the book)

it's william "buck" whitehurst. such a stoner, I bet he'll talk to you, he's in the charlottesville area. he'll be amusing.

**From:** Laura Dunn <laura.dunn@survjustice.org>
**Date:** Wednesday, August 13, 2014 at 9:30 PM

**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Fwd: TITLE IX COMPLAINANTS CELEBRATE FEDERAL
INVESTIGATION ANNOUNCED AGAINST JOHNS HOPKINS UNIVERSITY

Hello Sabrina,

Here is a press release and some information I just sent out - I will
reach out to the complainants and get consent to share the full
complaint with you as long as there can be confidentiality for all the
complainant/survivors involved. Look forward to your confirmation of
confidentiality and moving forward in assisting you.

---------- Forwarded message ----------
**From:** **Laura Dunn** <laura.dunn@survjustice.org>
**Date:** Wed, Aug 13, 2014 at 9:20 PM
**Subject:** TITLE IX COMPLAINANTS CELEBRATE FEDERAL
INVESTIGATION ANNOUNCED AGAINST JOHNS HOPKINS UNIVERSITY
**To:**


--
Laura L. Dunn, J.D.

Survivor & Advocate
Founder of SurvJustice
        www.survjustice.org


**From:** Laura Dunn <laura.dunn@survjustice.org>
**Date:** Wednesday, August 13, 2014 at 10:06 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: TITLE IX COMPLAINANTS CELEBRATE FEDERAL
INVESTIGATION ANNOUNCED AGAINST JOHNS HOPKINS UNIVERSITY

Wonderful, I already have two complainants who have gotten back
approving me sharing it and providing you their contact info - just
waiting on two more and will circle back.


On Wed, Aug 13, 2014 at 9:46 PM, Sabrina Rubin Erdely

Erdely <sabrina@sabrinaerdely.com> wrote:
Thanks so much for your swift reply, Laura – I've read about you (in Rolling Stone, among other places :) ) and admire your work.

I assure you that all survivors and complainants in the complaint will remain confidential, should you send me the complaint —

Best,
Sabrina


**Laura Dunn, Surv Justice** laura.dunn@survjustice.org
[calling from vacation with her family]. 8/14

[doing an article about the intertwining of rape and rape culture on college capues, how that plays out on the ground level. between you and me, please dn't share this, I'm focusing on university of virginia. I've been really shocked to come across a gang rape at a fraternity house. and there are indicaitions that it might be an initiation ritual, and that other victims might be in the woodwork. so, I've been wondering things like, how often do gang rapes happen. and what is a schools' repsonsibility when such htings happen, both to the survivor, and to the commuity at large. so in this case, at johns hopkins, what was the administrations' response to the survivor wanting to report the rape? they discouraegd her from reporting to police?]

there's more than one victim in the complaint. so the gang rape was a victim that wasn't from johns hopkins, she was visiting from another school, **she had a friend take her right away to get a rape kit and report to police**. but a different survivor and serveral others survivors who are anonyous said they were deterred in reporting their rape. with regard to the gang rape, hopkins had nothing to do with the initial report. but **when they got it they sat on it**. and we got the internal emails and there was defintely a breach of confidence, so the person so borugh this to light could lose their jobs. and bweteen us [otr that was part of the problem in bringing this forward, the person who forwarded us those emails is on the email chain, we leaked it to a news outlet (huffpo) that then puboished the emails and thus made public who that person was, we had to beg them to take it down, it was a mess. but so tit's been complicated to bring these emails ou.]

some of the students even reached out and said "we know there are still parties, why haven't you done anything" but we heard it was an ongoing pratcice at this fraternity, and we had someone disclose that to the complaintants to get them to trust us to include their name and they ultimately did not and it was upsetting. and **that person didn't just know it by rumor he had actually stopped an attack. it's a guy, his frinds are in the fraternity, he was scared of coming forward with his name**. so ther's a lot there if yo'ure focusing

(how common do you think gang rapes are in college)

**gang rapes are more common when there's a strong greek culture, and it's very common in sports communities**, whether youre looking at

steubenville tossing her around for people who wanted to attack her. and article in the nyt and ███████████████████████████████████, **I think its' more common than people say.** it happened in the dc area, if you google **brazilian ju jitsu rape**, this ddin't happen on a college campus but it's revealing onethless, an underage girl got drunk and ran into two fighters she trained with, they offered to take her home and gang raped her in a parking lot on camera, and even so the jury didn't believe it. so we could pipe you possitlby ot that survivor, the entirel brazilian ju jutize community I should say, no one accpets that finding. on video you see her head knocked int th ground, choke hold

(what do you think is the thinking at play that the jyr didn't accept it even with a video? is it so awful that peope dont want to accept it happens)

that may be part of it. bt really **the only answer that maeks sense to me is porn culture. only in pornography is a person deciding yeah let's have ten men do a train on women consensually make sense.** but that's not the real world. but it's so clearly a rape. but **that's a scenario where it would make sense to a juror.**

(ive wnderd about that, how that palys out on colelge campuses, how a lifetime of watching porn colors the sexual expcatations of sexually inexpeirencd kids coming into coleige – on one hand they've been innundated with unrealistic images, on the other hand have little first hand expirience to weigh that against)

your'e right **they're getting one sided images of you can do anyting to a woman and yet they dn't have any counterbalance to that, no meaningful sex education about consent**, parnets don't talk to sons about consent, so ther's a lot there to unpack.

but if you're itnersted in, I can send you some articles in the dc case but it's the biggest example of a failure I've seen.

hopkins police didn't move forward with it, a
[other gang rape cases on college capuses?]

another gang rape worth looking at, sometimes it's the police and sometie it's the porsecutors, but **a famous college case in california, a 17 year old high schol girl was at a collge party and the baseball team took her into a room and three female soccer players worked togehtre to break down the door, saw her being agnge raped, brought her to a hosptial, and nothing came of it. this was a situion where three eyesitnesses caught it in the act, heopisetal and still no proseuciton.** and iv'e gotten flak when I do speak publicly about this I try to highlight the huge problem of gnag rape, **and I do say if we can't even proseucutre a gnag rape why are we telling anyone to go t police, beucase it's so egregious.** and people in other sexual vioence sutaitons, like dateing violndce sitautiosn think I'm minizning them, but in gang rape thers' never a question in yoru mind. I think you start by talking about gang rapes and why THEY go nowhere, maybe we'll begin to make some progess.

(so in hpkins case I'm esepicaly intersted in this email exchange, they apaperntly traded email among themsleves debating whether to alert the commnity. why would they NOT alert the community, what's the arguent against it)

in one fo the emails the campus security head, it's a cryptic email but you'll see its very roundabout where it's "well what if we're wrong." but **clery it's supposed to be quick, even if it's not right it's about deterring future harm, and if you wait harm can cocur int eh meangtime. so the repwonsei is "wel now it's a little late, so shouldn't we wait until we know."** he didn't want to **start an issue until they were sure therw as an issue.** it's not pr when it happens but then they add their own horrible layer of failing to address it. they say "this is probalby going to go away," **the legal counsel was on the email, the title ix cooreiantiror acutally sa7s I'm concerned we are' violating totiel ix,"** becaise you have an obgiatoi to tel the ciomunty. you can't delay entldesly – **you're allowed to delay at the beigning of an invstiagion if they want to, in the immediate aftermath, in the dear colleague letter it says at most 10 days, that would be to allow for things like fornensic eiencne colections, interorgaitons.** so there is some leeway but its' really supposed to be short, police need to act quickly. unforuatnely some police don't. but yeah schools have their own obliigaon they're not supose dto wait.

(clery)

the standard is when tehre's an ongoing threat. so the argument the studnets at hopkins had was there's a reported gang rape, it was horrible **the pseron had medical treatment right way, there was an investigation opened imeaitely, the school was notified and they placed the fraternity on suspension for the duration of the inveistaion so they cou'dnt host parties. but they continued hosting parties and the admintration was notified that they were contiuing to host people at their house.** there were drugs infovled with this, it was very arugable that they should notify right away, but thwen they knew the farnaity was hosting peraties in vioaltion the rwas na aboslute obikgoaiton there.

(wow what stones that the fratnerity was told not to host parties by the universiay, they were bein investigated for a gang rape, and yet they had parties anyway)

and studnets let the schools know, and tha's when the schools deate, what if ti's not a

(it gives you a bit of insight into who really has the power at thees univerities – I've been hearing a lot about the incredible power fratnerities have, esp at elite schools, with their alumni networks that are major donors. it seems lik eyou can really see that at play here, with the frat just continuing like nothing ahpened, and the administstariton tiptoeing aorund them)

so **the adminstiration has to make a deicsion as to whether they're willing to anger the fraternity networks or not. and to rile up the community and risk bad pr. so you wind up with a coverup.**

(and in some ways the coverup winds up being worse than the crime)

same with aletics right, **that's why atheltecs can commit tehse harms and then play the next games even if ther's a complaint againt them, its "you d'nt want to lose me so yo'rue not gonna do anyting." and iraterities, "my daddy has doanted this much money" it's related to schools caring**

aobut money. it's not jus the harm to the reputation, its' whols going to be upset and how is that going to upset our school.

I'll lok up the one in california. the nyt one.

[I ask her if I can tell her, in confidence, about the uva gang rape and how it was reported to the administration, to see if she thinks it was in complaince with clery/ title ix, she agrees]

(this assault was in fall of 2012. she was gang raped at a fraternity by 7 men, it was orchestrated by 2 other men who didn't take part, but who told the other 7 what to do. the victim told the dean about it in the spring. but wasn't sure that she wanted to pursue anything, and **elected not to submit any kind of official report**. while she took her time making up her mind, over the year and a half, she and the dean were in frequent contact. okay so let's stop there. knowing what the dean knows, what is her responsibility to the campus?)

first this idea that there can be an unofficial report is not true. when you get a report there are two laws that are in effect right away, clery act and title ix. **clery act is about statistics collectins, there's a mandate that it would have to be counted, and it's counted per victim, so in this case it would be counted as one victim een though it was catually seven rapes**. it's very misleading about sexual violence. so statistically that would have reported right away. she should have given them resources, about reporting to police, and of course there's no pressure under clery to investigate. but **under title ix there's already a report that thers'a hostile envieomtnt on campus, obviously affecintg this one individual, but ther's an oblvifgiaotn to the whole community from the first moment iw as breahted**. and under title ix it was in the dear colleague leter whcih came out in 2011 so it ould apply to this report – **ideally the victim consents but there's a limited excpetion where if thers' an ongoign risk to the community, a broader issue of a hostile environment, schools have to decide if they're going to invsetigate anyways**. this is often used incorrectly for disempowering surviroa but **is really is meant for gang rape situations, where you need to act, you cannot wait for someone else to be gang raped**. and once this dean knows they could be imputed [tk] with actual knowledge, they are aware, **they have the legal knowledge necessary to be held liable**.

(and what is the dean's reponsiblity to the individual victim? does she have a responsibility for example to refer her to mental helath services)

mental helath – yes that's part of clery, victim rights attach. so a victims coming forwad they're suppsoet o be provided acompodiatinos by the school tey'er suppose to be provided with on and off campus mental helth suprpot, extentions on their shoolwork if needed, informed about legal advocate, ane the campus save act realy flushed out those rgiths so it's stronger now but ther were absotleuly those rights. that is also an obligation unde title ix, so **that accomodation is actually required under both laws**. and under clery it dones't matetr if they report they still have these rights they have to have the schools workign to keep them getting hteir educations.

(okay to continue the story: the victim went on to become an activist on campus, and a lot of other survivors have come to her to tell her stories. and in

that way it's come to her attention that TWO other women were appearntly gang raped at the same fraternity, in the last 3 years. she says she brought that to the attention of the dean. the dean has appaerntly told her that she'd like to do something abou tit, and that if she can bring at least one of those two victims out of the woodwork to speak out about it, then she can do something about the fratenrity. but that one person's word isn't enough. what do you maek of that?)

I don't think it's true. under **both title ix and clery allow people who are not vicitms to report. it's not when the victim tells them it's when the report is received. the fact that they already had that victim's report – they shoud lahve already been taking actiosn- and for them to continue to delay as if they need these other victims it's just not true. that school could really be sued.**

(I've had the same thought. I have to level with you here: this dean, I she's a huge comfort to survivors, they love her, but not everything that's been said about her has rubbed me the right way – because at the end of the day these cases aren't being dealt with. itf feels as though she's coddling these survivors, making them feel better, but unclear if she's encouraging them to report)

is this their dean of student life

(no she's an associate dean, and she's in charge of tehir sexual misconduct board. so everyone is steered to report to her)

oh so she's their title ix coordinator

(I believe so? actually I'm not sure)

a few thoughts on this, so one, **this is a trend that I'm seeing on many campuses that's very alarming and I think it sgoing to get worse, they say "we're great on sexual vioence we have this advocate," well guess who the advocate works for, the school. student think the advocate is for them, they are great people their heart is in the right place but they have actively revealed that they cannot fulfill ther moral obligations becuase this is their job and who will hire them in higher edcuation if they don't take a stand for the university. and it's so deeply upsetting** to me from a legal standpoint, im tring to figure out how to sue schools for this, **they're asisgning people to vcitims that are not actually on their side, they don't have the vitims best intestes in mind. that's what haepned in my case, she was not acutally my advocate, she was just seeing me through a process meant to fail. it's ahrdh criticue bu tits' true.** adovciates who survivors love are part of the system that is hiding and failing to address sexual violence. and they're doing it under the guise of "we're helping victims" but theyre` acutally discouraging vicitms. **uoy'll see it in hopskins, at a lot of schools, "this is a hard process, are you sure you want to do that."** and of course the victims is like no way! **so they're pretending or even thinking they're on the victim's side when they're actually discouraging and silencing them.**

as far as the guilt of reporting, this comes up a lot, a lot of students care about tehir schoosl and about their deans, and we've gone out of our way to say "this dean treated the vicitm with respect but at the end of the day the systme failed htem"

[my q – I think I commented on how connected these survivors are to their dean, and to their school, reluctant to say anythign that will maek the school look bad regardless of what happened to them]

**confidential sources belong in counseling centers, they don't belong in dean's offices. beucase the'rs a responsibility for safety. no one in those positions should have confidentiality they have an obligation for many people. the confidential space shoud not be in the dean of studetns' office.**

and in reality, the strongest institutional advocaets, many on a naitonal level, they use these approaches to reinforce silence. **it really is this use of "I'm supporting YOU and you don't want to have more harm so you don't really want this process," I've seen that in evry single case, the only cases where it d'est happen is when the're openly hostile**. they present they're on your side and then they back down. that was used on me too, **my first invsetigation it was the middle of exams I was so overwhelmed, one of my deans pulled me out of the room because I bcame hysterical, she pulled me out buase I just lost it and shse used that time to say "I don't think you're strong enough for this process."** and I remmber hearing her actively detering me and for a while I didn't know what I was going to do, and I took all of winter break, I failed my exam and thought about it, and **thank god I was like fuck this, no I'm gona fight but I could have easily gone the other way ,a nd that was her inteitnon**. and oferd me the other way, like **the informal way. like we can let him know not to talk ato you, and we can write a letter aobu thow this impactedyou, to give you a meaningless effort, some ifnormal eaction will be enoguh and yu can just move on**. I'ma ctually fileing against another schol where they had an infomal meeting, and he contieud to harass his vcitm and they did nothing bucase thre was no offical meeting.

(Ok well I'm glad you brought this up becau se I did read in the dera colleague letter that ocr guidelines say that rape cases shouldn't be resolved through mediation. But a nuber of people have told me that their rape cases ended in what uva calls an "informal resolution hearing" process, can I describe it for you and you tell me if it sounds kosher)

yes please do

(so uva offers rape victims a choice between "formal" and informal hearings. an informal hearing, they call it "informal resolution." is just the victim and the alleged perpetrator facing one another, each of whom has an advocate, plus the dean is there. the victim explains how she feels, the suspect responds, and it goes back and forth until either he admits fault under the uva sexual misconduct code or not. and then the dean decides whether he gest a penalty, one resolution letter that was given to me, ███████████████████████████████████

████████████████████████████████ )

I don't consider, I could talk your ear off about why counseling is not approapriate, schools don't have sex offender therepy, nad for them to think that's a conseuqnce is jusrt a lie, it's a rehabulityative efr after a sanction.

(but is it allowable under title ix?)

RS004302

[thinks] theyr'e toeing the line - beuase if there are advocates and a converation is't looking kidn fo like a hearing but it's also inforaml. normrlaly they don't even try to make it look like a hearing they don't make it official. if ther eare advicors and ahering of sort I don't know **that's a tough call. but it's on the borderline playing on both sides but it may be enoguh procedurelly that its' not consisered a mediation**. is tehre evidence presented?

(no, no evidence or witness testimony, just a conversation between the two parties)

so if thers' no evidence, and adjudication, no one determining facts then it sounds like a mediation.

(if the studnets opt for mediations or into these informal hearings instead of reporting it to campus police or the real police, does it show up in the crime statistics?)

it should, **clery act counts eveyrone who is a campus authority, so anyone who is a cmpaus authroity who is reported to**. so it defienty shold be an annual security report that comes out at the star of

(the dept of ed crime statistics, they come from university police? only stuff that was reported to them?)

no it should count all of them. so some chools have police, some don't, so we just call it **"campus authority."** eveyrne is covered but faculty or people with privilege like counselors. if you tell your RA that should be in a clery report. **if you tell a dean, that should be in a clery report. its' realy hard to know if it was in the clery report beuca ea person woud'nt kow if it was hidden. if a school reports zero and you kow ehre was one then you know**.

**they do have a public crime log, it's supposed to be updated every three days.**

I wrote down the lsit of cases, I'll send you the hopkns stuff, I'm pretty sure the lsat complaintn willokay it, and the interal docuemtns, ill probably send you the contact info for the person who head it was ongoing, I'll send you the dc, the cafliroana, I thoguht of an arizona state unvieristy case brough tot my attention not too long ago, fratneirty gang rape and the additonal horro is that the univesity went right ot hehpsital or u health center and the pooclie oficer had to agree to a rape kit eing done so evidence wasn't collected.

this is a serate story for you for anther time, but access to rape kits is surprsingly hard, it dodns't exist at every er, it's a nightmare.

**From:** Laura Dunn <laura.dunn@survjustice.org>
**Date:** Thursday, August 14, 2014 at 9:37 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: TITLE IX COMPLAINANTS CELEBRATE FEDERAL INVESTIGATION ANNOUNCED AGAINST JOHNS HOPKINS UNIVERSITY

Here is some of the information I mentioned in our call today:

2007 De Anza baseball team gang rape
http://onestudent.org/
http://abcnews.go.com/2020/story?id=7757324

DC Gang rape (see Jiu Jitsu Rape attachment)

Johns Hopkins Gang rape complaint per the SurvJustice dropbox (again please
keep all the names confidential)
https://www.dropbox.com/sh/29nos2zol2ik561/AAANLK_W13eDs_zOSKK2aBIha
http://articles.baltimoresun.com/2014-05-02/news/bs-md-jhu-rape-case-
20140502_1_fraternity-house-sexual-assault-hopkins-students/2

The Arizona State University gang rape is something S. Daniel Carter
knows about: <dcarter@bode.com>

Sincerely,
Laura

**Emily Renda**⬛⬛⬛⬛. ejr5nt@virginia.edu ⬛ ⬛ ⬛. 8/15
[calling from vacatino in yosemite]

   (how was the dartmouth conference?)

   it was great, it was nice to have that many people gathered in one space,
and I stayed for the working group, that was a fntastic part of it. with so many
concerns people come and then go their separate ways, the working group was
about coming up with how we'll follow through. there was a bit of preaching to the
choir going on.

   (in feb 2014 uva hosted the first summit on sexual assault – you went to
that I imagine? was that idfferent than the datrmouth one)

   the dartmouth one was more direct pracitioniers. **the uva one was more
for upper leel adminstratiors to say "this is a crash couse introduction to
saomeinthing you may have heard about."** uva it was smoethign like 60 diffent
schools, but it wa slotsof vp for students affiras, preidnets of colleges coming
togeher to dsicusu how they dealt with thi esue, itw as moere about giving
amidnsitriatros sapace to tell them "here's what you might not know, how you
might ant to think about approaching this int eh fugure." whereas the dartmouth
one was aimed at practitioners as a more direct-service practitioners.

   (you know I meant to ask you, how did you get involved with all this upper
level stuff in the firt place, up to the white house task force?)

   irongically enough it was out of a little bit with my adfiliaiton with the uva
womens' center. **I actually spoke at the conference at uva, and then shortly
folowing that I was invited to partiicpate in a listening sesion, and I guess**

**because of my paritidpation** contiugn that context. so nebulous, but appreciated nonehtelss.

(so the conference that was at uva, it sounds like they were admitting that they dd't know what they were doing. was that sort of refreshing to hear)

**it was definitely a space where people were admitting they were confused. it was great, it was honest.** espicalyw tih ht presidents panel, to have six presinets get up and say "we're doing our best but we aren't exactly sure what the right thigns are." it was great for everybody to get together and say "we don't get it, entirely, and we have to, and we want to, but we need to share." it was a very honest gathering of people saying "I don't have any best practices but I know what works for us and what doesn't work for us."

(ok I dn't eant ot keep you long, I know you're on vcaatoin. I have a couple of qs about jackie. she said you guys met through dean eramo?)

**dean eramo reached out to me and basically said that there was someone that she knew, that she had met with, who could use anther survivor to talk to, who was a little farther along,** and I use that phrase delicately, fartehr along in the hearling process. meaning it had been more years for me, dean eramo knew that I had ████████████, I was in a really stable place and at this point **jackie had not yet sought counseling,** itw as not necwearily to force he to get help, but it was like "you've been hosnet about your use of alcoho and your dealing with depression and yo'ure far enough away to say it gets beter would you be wilign to could call this person" **and I'd done it for a few people. there were people who were "farther along" when I wa sgreener in my recovery process and it was helpful for me to talk to them it was an ssurance that life goes on, it will contiue to be if not normal then functional.** dean ermao forwarded her contact inforamtion, **I got in touch and we met for coffee. and then I took her to the peer duation group** I'm a part of bcuadse a lot fopeple get inovled with that – talking to me is graet, but what jackie prbalby needed was to hear someone say "the way your friends raceted was bullshit and inaprooapriate" she needed to hear people say that's fucked up. I know there are other women in one less who were willing to do that, so I brough her there.

(to have women dismissing it it shocking)

**we know from the psychooogy research it's a protective maneuver. sometimes women are the worst blamers.** wen somehting like hat haens, it's the classic prblem of the oddysey, this terible thign happens to a good person, just like you, so **pychologically you're tryign to come up with ways in which she was resonsible for what haepsn bcuase then it makes it so that it dones't happen to you.** Because YOU wold never have fallen for this older guy who would have led you up to his room, so this would hapepn to jackie and not to you. and that's the irony with these terrifying and egregious thign that haened to jackie, the way it was manipuated and the way she was set up frot it, is relaly kind of innocent, how would anybody else know that the guys they're flirting with is going to do that? **that's why psycholgoially pepoel resort to htat behavior beucad if you aknowlge that it's totally randiom, malicious, predatory, you acknowlege that you also are succeptible to the same exact risk and**

**behavior**. so its' a sad affective efect that all women are at risk in these protective boudnary drawing strategies.

[tk note so intersting how both men and women might engage in victim blaming, but the pshclogy behidn it might be totally differnt]

(I wonder if you rmember a particular anecdote she told me, do you remember sitting in a coffee shop with her and talkigna bout the conept of one in four, [and she said something like, "isn't that amazing, like those four people sitting over there, two of them are going to be sexually assaulted, you wonder which people sitting right here are going to be the ones," and she said you loked at her and said something like **"WE'RE that statistic right here. we're those red stick figures.'**]

yeah. **yeah. I did say that**. I think I've always felt that – it's intersting, when you're looking at a crow dof peopek you know when you'r elooking at an infographic and you're lookgin at those stick figures, and you walk into a group and you know you're oe of the red stick figure and you don't know who else is the red stick figur in that infographic. you know you're encoughntering them. **it's weird to see yourself that way, and to think of yourself as part of a stiatics intsea dof thinking o fit in the abstract.**

[I ask if she's seen the news about jhu and the gang rape, and that the title ix complaint says there was an obligation to notify the campus. I tell her that iv'e been wondering that very same thing about jacki'es rape, I wondered if she undestood dean eramo's logic of waiting to see if other vivcims would come out of the woodwork before she went after that frat]

I think what it comes down to, you want a strong case to get rid of all of them, and not nexearily go after a few guys hwere – the current systme a lot of these schools have with thes epanels, it's hard to get a "conviction," a finding of resonsiblity, you hope you can get the kind of evinece you need to get them kicked out, bu thte posisblity of them sticking oaurnd is frightening. if it's happening a numbe rof times a lot of pepel know what's going on, so **just punishing the few gusy is not enugh. so the thought process is, we are going to disband this group of guys who's very dangerous togeher. and gang rape, the researhch on perpetration shows that they ordinarily wouldn't do it by themselves. the ringleader would, but the rest it's aprt of a group mentality**. not to excuse them at all. but that they are pershaps a little less dangeous when removed from that group. than the classic single predator. so the idea I guess is indaition to going after the few it's about trying to build a case to get rid of the group that's creating this dyamic. **that this group is dangerous togethr, so if we can build a case that will make it impossible tfor their aulumni to make a big stink or that can overcome their lawywers we can get rid of a gourp that's clearly very dangerous**.

(what do ou think the resonsiblity is to the community in the meanwhile? tis is a group that continues to have parties, and no one has any idea that there could be a risk)

the struggle I sued to face with this, I have a more annoyngly burreacuratic mindset about it now, but **due process bumps up against that. the fact that ocr guildelines are an interpreations of law that didn't go**

RS004306

through negiatied rulemaking that could be chalelnged in a court of law, things that seem incredibly intiutiive – I tell people all the time, don't go to that franterity, take it on my word that you should never go there. and I deifntely have encouraged other people to spread tha tword. and that backchanenlig, blacklisting in a community can be done, but it can't be done by a college because that's not due process. and it hasn't been totally setteld yet – there are outanstaidn cases headed to federal court that may very well say that we're discriminating against men based on title ix and I feel in the next two years we'll get a finding saying that, just based on how it looks. so you get this clash of people, the general counsel's office saying this is the legal framework, you get dean eramo's ofice who's like fuck the legal framework, but hen dean eramo tries to navigate it as best as psosible. **those of us who aren't bound by it as much do these inforaml things. but it' a tight rope, to say the least**. that is complicated and frustrating, and I hope – im' loking to the mccaskill legsilation beucase if they codify thes things, if they put into law some things that ocr interprts as enforcidng the law I think we' have some slack to do some more. basically **dean eramo can go into a franteirty – she can give eucatinal talks and try to scare the shit out of people**, and say "here's what I need to education about, and her's to let you know yo're n notice," and I hope we get some strong legistlaton. as opposed to right now you want to bite but are you gonna get bitten back by amuch larger fish.

(**has dean eramo talked to phi psi?**)

**to the best of my knowlsge she talked to them once**. she usally gives trianig about consent and bystander intervisona dn tries to be very hoenst about what's aprporoaiet and inapropraite.

(do you think they know that she knows)

she's very carefuls, eh would neve say "I know what you did." she walks a tightrope but I'm pretty sure they maek assupmptions about hwo knows. so the retaliatory harassment too, that might cmoe from her talkong to them and them asuming it's coming from tehes girls.

(does she talk to all fratneites, or just some? meaning, would they feel singled out if she showed up to speak with them personally)

I iamgine they feel singled out, but probalby for good reason. one thing that comes to mind is that I had a friend aht wa a presidnet of a fraternity, his fratneirty got talked to by dean eramo because some fo his less savory fraternity members were siting on th roof harassing women as they walked by on the street. clasic street harssment, "hey baby, don't you want me?" so she went in tnad talked to them after that so they rpobably feel a little singled out.

[I tell her that I know she was reluctnat at first to name the fratneirty because she dind't want ot impreil the school's plans, but the more I find out I feel even more confidnet that we should name them, beuar the univeristy seems to have its hands tied - RS has more powr than the iniveisty does)

I thin it's risky but I acnwege that sometimes I thin its' the bset you can get. I thin it's a double edged sword.

(Ok, shifting gears a litel: wanted to sk you about the title 9 complaint that the dept of ed is investigating right now –"jane doe, **anonyous wahoo**?" she

wrote that article about her exeirence with the formal hearing process and how neative it was, I spoke to matt from one in four and he said it was widely read by uva students on facebook?)

yeah it did. **it deintely was very widely shared.**

(what was the sidsucison that surroudned it)

there was a bit of horror. **it reignited this diucssion that comes up every coupe of years about why isn't sexual assault an honor offense**. and it actually came to kind of aproudtiev head, beudase we had a public awareness thing about how title ix doesn't relaly fit with the honor systme, but ideiologically it fits. **honor system is 99% burden of proof** and those panels aren't speiclly trained in trauam or how to invetigate or ask questions. they're only trained in acadmic. and we need people who know what theyre doing. **but the funamental conflict is that our honor system requires beyond a reasonable doubt standar dand title 9 require prepondnerance of the eivndnde**, and you woudn't want them evaluating t hem at diffent levels, beucase research shows tk, would bias the juries.

(sort of underminey, the subtext ther is you may be guilty by THEIR standards but not by OUR standards)

yeah the mens' rights activists are all up in arms but if we find you resonsible ast a 70% level of proof if makes the punitive . but the lower standard of proof means we can at least react if theres' alower standard of eviddence.

(do you know the woman in that case)

I knew her, not participarly well. espeically though a friend.

(I'd wondered if you could give me a senes of how the assault affected her, her frame of mind)

I wish I knew more, she was not happy with it, she was really unahpy with it and felt the potential outcomes were misrepernsted, and was **shocked the eivdence she had wasn't good enough, I sympathize with her really deeply**. from the legal standard I don't know what the evidence presented was, what came befor the but I guess it wasn't enough to be super punitive. **I gues sit was abecuase she waited a litttle while, and when your friends turn against you, some of their friends from the debating society sided with him**. we're waiting, I relay want to know what the findings of this inveitaiong are, **it's been open for almost three years**, I knlow my office is really furstring beuase we'd like to see their recommendatin, beuase if they could tell us how to do our job that would be great. nobody wants to see someoen come out of case unsatisfied and hurting. but I also acknowlege that most people who come out the systne they don't comeout of it happy. they may be glad that something came of it, but most of the time it's not a very healing process. which is a shame. and I wish there was a way tit could be better but I seems truamaitic whichever way you go.

[cmapus visit]

studying for the LSAT, so I'll be out of town til the 7th. at my parents'.

(one last thing: have you been in touch with any of the other women who were also raped at phi kappa psi?)

I dn't know htem yet. dean eramo knows about them but they're very unwillign to come forard at this point.adn even uwniling to talk to other pepole. so

RS004308

I know aht the second theyr'r eready to talk to another survivor she'd refer them to me but I mimagien ther'e not ready.

On 8/14/14, 5:45 PM, " Jackie ██████████ ███████████████ >
wrote:

Hi Sabrina,
I wanted to let you know that I got your voicemails and I'm so sorry I haven't had a chance to call back--I've been working long hours all week. I'll have some free time this weekend and I'll give you a call then! I haven't heard back from the undergraduate survivor or Ryan but I have gotten in touch with the girl in my residence hall last year and she said she wants to discuss it with her parents before she talks to anyone. I'll keep you updated on what she says! I'll probably give you a call on Saturday or Sunday--which is best for you?
Thanks!
Jackie :)

Jackie ██████████
College of Arts and Sciences
██████████████████
University of Virginia 2016

        [8/11 left long detailed message with all the below. 8/13 left another msg]
speak to ryan?; ████████████████████████████████████
████████████████████████████████████████████, or
whehter you've had the chance to reach out to the current undergrad who was apapently also victimzied there, to let her know that I'm working on this article.
        [thank you for reaching out to those people]
        I heard back from the first year, I gave her all the infrmation. she said she'd think about it.
        ████████████ I talked to her yesterday and asked her what – I talked to her on fb, she sounded iffy. **her parents concern is that all of them went to uva and they do'nt want to be part of anyting that have a negative for the unvieisty**.
        [I say that's intersting, part of dilemma a lot people seem to be dealing with, loyalty is torn beause love uva so much]
        see its' funny cause I relaly don't care, I thin needs to change, and if pressuring the admisntiration thorugh bad publicity is gonna do it. both alex and I

agreed, uva needs to change, they have to get their shit together, and she was like, I don't even feel bad for whoever does damage congtrol. the privegele

█████ so **she just said that** ████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████. **she aid my parents said no way but I'll think about it and get back to you**. she's waffling bewteen how she really feels – she said 'you have to talk to my sister," she knows somethings' wrong and needs to be remedied but are ████████

(and the person who was victimized was their own daughter)
**this is their own daughter! but the're like** █████████████████████████

███████████████████████, **and there's already enugh scrutiny from ivies saying it's not up to par and the last thing it needs is another scandal.**

my parents wouldn't care, if

a huge marjoirty of uva money comes from alumni. my friends work for cav advantage and thir job is to call alumni and ask for money. literlaly. **but my fried** █████ **who works there says "people will donate 50,000 at a time."**
[I tell her how at phi psi alumni can make donatiosn with stock options]

they're one of the wealthinest fratnerities on grounds. that's where the elitism comes in. fratnerities bring in so much money, one of the number one draws of uva is greek life and the political, um, like **the elitosm associated with the southern gentlemen crap and a lto ofpeopel want to partake in it.**

(okay so you said you heard back from the first year?)

███████████████████████████████████████████████████████████████ I mweasged her a week and a half ago, maybe two week ago after we talked, and didn't get back to me until al couple of days ago and said **"sorry not interstd." so I forwarded her youf rinatomion in case she changes her mind and she just wrote "thanks." I'm hoign to follow up when were in school.** hopefuly when I see her aroudn gorusn I can have "etls' get coffee."

I still haven't heard back from ryan, I texted him and meseage dhim on facebook, I thought he was doing a summmer prgoram, maybe hes not chekcig fb, but hav't heard from him. I texetd him twice, "did you get my first message."

(can you remind me, how did you find out about the first year)

**I found out from a mutual friend of ours, she's a first year**, and she's one fo my friends who calls me a lot when bad stuff haneens, she'd been sexualy assuted when she was younger, and so honestly it was just a freak thing. **she said that** █████████ ██████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████, and I asked, I said "do you have a clas with him anymore" said she hadn't seen him since. and the first thing I said was "we have to talk to dean eramo."

(at one point did you tell her it had ahpeend to you)

I had told her I had a bad exiernce at phi psi. and I was wondering what hepnaed to you, did you have a bad eipxeirnce?" I didn't say anything beyod that. at first I was wonediern gif it was with ███, if he did it agin. but it was a difnet guy, ███████████ or osmething.

(so eshe haeard you say just that and she just poured her story out)

she said she't tihnka bout it, and then we got coffee at starbucks a week or two later, and she was like ████████████████████████

███████████████████████████████████████████

(what was her reaction to YOUR story)

she seemed unbelievably surprirsed, like it was somthing that only happened to her. not smethign that could happen to more than one of us. **she was like "thers no way it could happen to both of us.** "I siad it ia sposible, espaciri3ly if it's some kind of hazing initiation things. can you rembmer anytign they said" she said "hoesntly I don't I was just so scared." she asid "everything was spining"

██████████████████████████████████████████

██

(can I tak to ██████ about that?)

yeah I'm sure ████████ would lvoe to talk to you. I'll give her your number. and my frienc ███ too. you'd want to talk to ██ cause ██ has gotten super infolvd and he'sll call me too when bad stuff heapend.

(boys bid night)

it's in **janaury**, so it's a totally difernt time of year.

**(when did you hear about it)**

a while after boys bidnight **like two weeks later, in february. and we sat down aroudn the time of my birhtday, march 2, so the first week of march.**

(when you told the girl "we should tell dean eramo," what was the girls reaction)

**she freaked, she was like I can't even tell my parents. she's like do you have any idea how hard it was to tell you, and I only told you because** ▮▮▮▮▮ **said you'd understand.** she didn't' want anything to do with talking about it anymore. I guess I udnretand beause I didn't talk about it a lot at first, I get how hard and how scary it is, it's an entire fraternrity, it's terirfying. but she just did't want anyting to do with the administration. she was like **"I can't tell my parents," that' her big thing. "I can' tell my parents I was drinking or I went to a frat party"** and I was like they aren't going to care about that, they're going to care that you were hurt and she wa slike I can't tel them.

(you did tell dean eramo)

**I did. I didn't tell her her name beuase I didn't want to ruin her anonymity but I did tell her what happened, but I felt like someone needd to know.**

(when did you tell dean eramo)

**I told her in april. I waited a while beucase I thought maybe she'd come around.** but after like a month of silence, I would talk to her and – it's like she talked to me al ot at first and then **she kinda phased me out. and the more I pushed the more I pushed her away. which I guess is more my fault. but I knew she didn't want to go to het amdinsitraiot but I kept pushing her to go. which I understand, I didn't go to the amdnstiraiton for six months so I get how it takes itme to deal with what's happened to you.** but I think she's goinna realize, she kept saying "I just want to forget about it, I don't want anyting to change." I was like ther's nothing you can do about that, everytngs going to be diffent, you can't run away from it. I tried to.

(dean eramo's reaction when you told her about the other girl)

**she told me to just keep telling her, "she can come and talk to me about therpay groups to go to, this is a safe space, we weon't tell her parents"** so I told her that but it was like talking to a wall.

(did you tell dean eramo face to face?)

uyeah I had a meeting with her.

(I just wondered if you saw the look on her face when you told her there was someone else – whether she seemed shocked)

**it wasn't as shocked as you might think. she was just [mild] "oh you have to have her come in –" she wans't like "my god that's crazy"** she was more concenerd than anyign for this girls' well being. **and then she got pissed at the frat, she said two fratenrties lost their charter this year it woudn't bother me at all to add a third. she just asid there was a way that if maybe ther ewas more than just the two of us that came forward, and she had staments from us, and ther was a very strong apteen of behavior, we could be anonymous and report it and get their charter taken away, but that it would have to be more than just me and the first year.** and the first year is just not a wiling participant and I don't know what to do about her.

RS004312

(had you told her about the other woman who'd heard of, who'd been raped there)

yeah I todl her about ▮▮▮ and she said that was out of jurisdiction. because she'd already graduated.

(when had you told her about that)

**at the same time I told her about the first year. she said "don't think it's gotten past me that this is the same frat that liz seccuro was assaulted."** she said there was an issue with drinking there, that a boy had died some years ago and she'd had to tell his parents and ther's trouble.

(wow so at the same meeting you told her that there were two other vicitms in the woodwork – that's' intense)

yeahl well I'd been meetng with her a lot because it was around take back the night and also aroudn the time a beer bottle was thrown in my face. and so I had filed a police report through her and with the charlottesville police. so I figured I would meet her and tell her. at first I wans't going to tel her I thogunt I should tell the first year's wishies, but then I thought someone needs to know espeicaly with take back the night, all these stories its overwhelmng, something needs to happen.

(so whendid you meet with dean eramo?)

it was during the take back the night week, it was a crazy crazy week, it was that wedned ay. I emailed her – **she'd seen my face it was all cut up and disgusting, I said "it's a logn story," and I emailed her and said "we should probaly meet and talk** and I have other thing to tell you" and that same week alex said she wanted to go through with her trial. so there was a lot happening.

[btw do you have your police report from that incident? could you send it to me? anything that's documented that you can send to me, I'd love to see. it's never because I don't believe you, it's because part of my job is double verifying everything that can be double verified. it elevates the material to the level of fact.]

charlottesvilel police I'm sure has it. I have the cards of the police officers, but I was never handed a copy of the report. I eventually deciced I wan'st gong to go forward – it wans't on unvieristy propety it would have been a state crime and since it was assautl it would have been a felony and I thoguth that was too intense. I said "can you bump it down to a misdemeaor? cause I don't want to send anybody to jail! I don't even think they meant to hit me in the face, I think they meant to scare me" and they were like no. and I'm sorry but I don't want to go to court, I'm not even gonna be in charlottesville this summer, so **I wanted it on file, becaue emily had a bad experience n the corner too**, to know that it happened.

(do you know what date it hapeend)

it hapend on **april 5.**

(and when did take back the night happen)

take back th enight was like two weeks later I think. **the vigil was on the 17th. my face was still kind of messed up at that point**, not as bad as it had been. **alex can tell you, the day or two after it haepnd she was like "what happened to your face?" she said it lookedl ike face paint for a zombie run. it was all bruised and I had all these little tiny cuts around my eye and stuff**

**and it looked so bad**. and even coverup wasn't doing anyting. and I like to fill my preseciption at stduent health, and I went there two week after and I had just a little scratch then and still, even then the woman was like "what happeneed" and gave me literature about domstic abuse.

(did you save your email correspondence with dean eramo? the emails she sent you checking in, or confirming your meetings? could you send me those?)

I can send you all that stuff now.

nd I think tehre are pictures on facebook of us at take back the night. I aslo have pictures of my face I took as evidnece.

(so as far as what dean eramo wanted, I'd misunderstood before to think that she wanted at least two of you to step forward, anonyously, to take down the frat. But you're saying she wanted all three)

**I think from what she said she watned all three**. im' not really sure because it becaame a moot point so quickly. we talked bout it, and then **I talked to ▮▮▮▮▮▮▮▮▮▮ about it, and it went nowhere. she just was not having any of it. she woudn't even come to take back th enight. she said "I can't even listen to that."** I was like you'll feel less alone. tehre are so many women out there, if we don't have each other we don't have anyting. it'l be so empowering foryou. even if you just sit in the back. she's just in complete and utter denial, which I undrnsad fbecaie I wentt throug it too for two or three months.

(I dn't mean to upset you, but did you read about the title ix investgation against hopkins?)

yes

(it's brought up some stuff that iv'e been wondering about myself – what dean eramo's obligation is to the community. I know you love her, and she's been a huge comfort to you and other survvirs. but it's bothered me that she's aware that there's a fraternity that could be putting everyone in danger, but that she hasn't seen fit to take any action to warn the student body)

yeah but **I know her job is, she's explained to me before nad I was very upset with, but undrenad, is to protect first and foremost to protect the university. which I think it should be to protect the students. but she is paid by uva. she explained to me that nobody wants to send their daughter to the rape school.**

(when did she tell you that?)

**last september, when I got back to school I had a meeting with her, and I asked her why there was nothing published about all this stuff that goes on, why there was no warning, espeically if it happens so often here. and she was like well it's terrifying, we don't publish the information of how many rapes are reported by students, number one we don't have to, if someone asks for it we have to give it out, but we don't have to tell the public, nad number two who wants to send their daughter to the rape scahool.' and iw asliek wow. at firs ti was relaly upset. but that should be on public record and I talked to my aprents about it, and he asid well if yout hink about it, she works for he univesity and even though you love her and**

**shes your friend, her interset is in keepign the univeristy not having a big scandal.** and I've discussed that with alex too, cuse ew both lvoe dean eramo I think she does the beest she can in her sitation. it's hard. **And she also went to uva, for undergrad and for grad school. so she defnitely has a loylaty to the univesity.**

(what is her role exactly, is she a dean and administrator wehre it gets reporetd or is it a safe space, caounseloor, privilege)

I'm not sure. **I've always seen her as more of a counselor.** i know she's taken notes during some of our meetings so she has a record of what I'm saaying but **I always feel I'm at a cousnelin sesion. iv'e always seen her as a safe space, a resource when I've needed some kind of guidance,** like when I was like "do you ave any other surivors I can talk to." she's given me contact inforatmion for other peole and counselors, and one less. shes been a big resource. **I don't know if it's wrong to view her as a friend, amost a montherly figure, but I do. a lot of us do a lot of us find comfort in dean eramo, but when it comes down to legality I don't know.**

(I've wondered if she's counseling the survivors but also, in a sense, that comefort she's giving them is also keepign them quiet)

[thinks] the thing about rape is there's no right answer. and so in a perfect world, eevry rapist would be brought to justice. would go to jail. and every survivor would have sjustice. but espeiclaly when it comes to college we live in a culture where its oh you dressed too seductively or you drank too much the'res a guilt that goes with it. and also the fact that so many girls I talked to were like "even though he wouldn't listen to no, I wouldn't watn to ruin his life foreer." which I get but that's why the informal processes are so popular, I guess. beuse you can make them go to counseling or you can make them to whatever.

**I think it's a very dificult situation for her.**

(just a couple more things - when I spoke to alex about the mock trial during take back the night week, interstingly enoughs she remembers it slightly guilty, seht ghoutht that the mock perpetatarot was actually found guilty. I know you were under the impresiosn that it was sort of inconclusive? [I talked to matt from one in four, he unforuautely dones't even rembmer, he sayshe was so distracted with other stuff. but you remember her saying that it was inconclusive, that there was no finding?)

I thougt it was inconclusive. she asked the quesiotn and they said "well some kid of sanction woueld be issued but not expulsion." I found it inconclusive. dean eramo said "there'd be some kind of sanction" but it sounded like counseling or something. emily renda was there too, mybe she"ll remember.

(will you ask your mom what she did with that red dress you wore the nght of your rape? did she hold onto it?)

we've never spokena bout it again. so much time has passed now that **someteims I regret telling her to throw it out.**

(well if she did hold onto it, because if she did, it can still be processed as evidence. I'm just wondering)

I'll ask her when I get home. I'm in ocean city right tnow.

(was your mom with you when you reported to dean eramo?)

she wasn't with me then – she was with me when I told my assocation dean sean lion, she wasn't with me to my meetings with dean eramo. she might have met dean eramo at take back the night, but not prior to that.

(you knlw I' dlove to talk to your mom about your epxiernce)

she'd love to talk to you. I'll email you and let you know but probaly next week sometime, I'm going back home monday.

**From:**  Jackie ■ ■ >
**Date:** Saturday, August 16, 2014 at 2:25 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Fwd: Appointment with dean Eramo

Jackie ■
■■

University of Virginia 2016

[TK NOTE: it's forwarded correspondence between her and Eramo over the course of two weeks. Saved it in separate document called "Appointment with Dean Eramo"]

Jackie followup: 540.422.3118 . **left msg 8/21**
**left msg and sent email 8/27**
**left msg 8/31 & sent email asking: is everythign ok?**

**From:** Emily Renda ■
**Date:** Thursday, August 21, 2014 at 3:43 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: Rolling Stone

Hi Sabrina!

The pep band to my knowledge was disbanded in the 90s... Tried to revive and never really did. I sometimes hear that song from people who learned it from their parents who went here but it's not sung too widely anymore--it was from pre-women UVA (hence the lines about

Mary Washington girls and bastard cavaliers). Don't know if it's formally written anywhere!

Sent from my iPhone

On Aug 21, 2014, at 12:19 PM, Sabrina Rubin Erdely <sabrina@sabrinaerdely.com> wrote:

Hi Emily – do you happen to know anyone in the UVA Pep Band, or the Glee Club? I ask because I've seen the full lyrics to the (apparently now-banned) UVA fight song "Rugby Road" a number of places online, but would love to find out if they're written down somewhere. Some of the verses are so awful, I'd like to verify that they exist in real life, outside the confines of the internet.

http://www.reocities.com/rodeodrive/2693/drink.html

Thanks!

Best,
Sabrina

**Charlottesville police**: a report for an assault that was filed on ▮▮▮▮▮ by ▮▮▮▮ **Jackie** ▮▮▮▮▮▮▮

8/21: Lt. Sandridge, 434-970-3999. sandridge@charlottesillve.org.

I can only release the criminal incidnet report. the incident information is. the date, time, the location I think, who investigated, and what crime was reported. if it's an investaigative file it would be released to her. it depdnds on circumstances. but under foia we can't erlease it. she might want to followu p later, it's considered an open investiagtion, even if she deicded not to press charges. I'll send you what I can.

**Non-Emergency Number 434-970-3280**

getting a copy of a police report.

news media, I can put you in touch with Lt Sandrich. [ptaches me through] left vm with all the details.

I just need to confirm that ther ewas a report filed, and what the details of the incident were.

Office hours are seven days a week from 6AM to 11PM. The building is locked after hours, but a Police Record Specialist is always available at the front window for emergencies needing police assistance.

Requests for copies of reports must be made in person between the hours of 6AM and 11PM. Dissemination of incident reports ("public copy") is restricted to the recorded victim(s).

**From:** "Sandridge, Cheryl" <sandridge@charlottesville.org>
**Date:** Thursday, August 21, 2014 at 2:40 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Erdely_ ██████ FOIA.docx

Ms. Erdely,
Attached you should find the letter we spoke of on the phone today,
after your phone request yesterday. If you have further questions, call
or e-mail me and I will help if I can.
Lt. Sandridge

*Lt. C. S. Sandridge*
*Administrative Services Bureau Commander*
*Charlottesville Police Department*
*434-970-3999*
*sandridge@charlottesville.org*

<<attachment: Erdely_ ██████ FOIA.doc>>

**rom:** ████████████████████ >
**Date:** Sunday, August 31, 2014 at 10:20 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: Rolling Stone

Hi Sabrina,

Sorry for getting back to you so late. No one in FIFE had a copy, but
the Virginia Glee Club has sheet music - you can contact them
at gleeclubmanager@gmail.com or through a form on their website.

Best,
████

████████
University of Virginia, Class of 2015
████████ ▌ ████

On Thu, Aug 21, 2014 at 5:33 PM, Sabrina Rubin Erdely

Erdely <sabrina@sabrinaerdely.com> wrote:

Hi ███ – My name's Sabrina Rubin Erdely, and I'm a writer for Rolling Stone magazine. I'm reaching out to you because I see you're listed as the contact person for University of Virginia's student group Feminism is for Everyone. I have a question about a 2010 controversy that FIFE was involved in, over the UVA fight song "Rugby Road" - I imagine it was before your time as a student, it's detailed in this Cav Daily article:

http://www.cavalierdaily.com/article/2010/12/from-rugby-road-to-vinegar-hill/

I've seen the lyrics to the song posted in various places online. My question is: Does a physical copy of all 35 verses exist? Meaning, in a songbook, or collected somewhere, that FIFE might still have in its files (or that a FIFE alum might have)? I'm hoping to verify the verses I've found online against an in-real-life document. Any suggestions would be welcome. Thanks in advance for your help —

Best,
Sabrina

**[TK emailed glee club, they never wrote back]**

**Buck Whitehurst** – witness in Liz Seccuro's case, phi kappa psi alum : h: ███ . left msg 9/8.
http://www.homethinking.com/928591-Buck-L-Whitehurst-Va-Estates-Frank-Hardy-Prop.html [[realtor in charlottesville area] Buck L Whitehurst's Phone Number ███ [person who answered the phone said he can't be reached there anymore, gave me his home #]
[left msg: I'm calling at the sugsetion of Liz Seccuro, who went to university of virginia with you, have a question for an article i'm writing.]
**vm**: this is buck whitehurst, reutrning a call from earlier today, I'm back home, you can reach nme at the same number. **left him msg 20 min later, left vm, he claled back** [he talks super slow, like a stoner]

(I'm doing an article about sexual assault on college campuses, and I'm focusing on university of virginia. I was hoping to ask you a little about the culture of phi kappa psi, and about what about the cutlure there might have lent itself to liz's apparent gang rape)
[no answer]
(I ask because, for this article I've interviewed a few recent rape victims on the uva campus, and one of them was allegedly the victim of a gang rape at Phi Kappa Psi. It's come to my attention that there have been other alleged gang rapes there in recent years. And I became aware too that Liz Seccuro was raped there back in 1984, apparently by three people. So I was looking for someone who might be able to talk about, if this is true, about the culture of Phi Psi, and whether you think it would lend itself to being a house where gang rape happens. Someone with institutoinal knowledge, and enough perspecitve to have some insight. Liz had suggested you.)

**I do not believe that Liz was gang raped.** I know what the culture was, when I was there, but you go five years down in any direction and you have a whole new group of guys, so it's hard- have no clue what it's like now. but **it would certainly be eyebrow raising if any particular place had numerous gang rapes, especially in close succession**, where you have contigious brotherhood.

(you don't think liz was gang raped?)

I'm fairly familiar with liz's positon and I'm trying to think of hwere – I din't buy her book, but I did read it, someone lent it to me, I can't remember - and she's talking about some green potion - and it was a kamikaze night and they happend to be green but it wasn't some sort of mysterious thing, like it was a party that they had. We weren't there, there were several of us who went to a concert and we didn't get back til the party was winding down. so I ddin't even rmember, but someon was like "yeah that must have been kamizake night."

(but you don't think she was gang raped that night?)

**no no I don't believe so. I DO believe she was raped. but not like – like she had sex with three difent guys, according to the,** I woudn't call it rumor, but the **general understanding**. People were like "oh, so and so slept with someone." and at some point they pieced it all together, but it was **three different locations in the house, and I saw her walk into the room that will beebe had at the end of the hall, with will beebe, she wan't being pushed or carried or anythig like that**. and that was where she woke up **so he was the third person. and the second person said that he went to the bathroom and she came into the bathroom and just started making out with him. so he was like oh okay and he was suposedly the second one.** so he was in his room with her by himself and they were the only two there. **and then the other one was probably I don't know for sure, but just given the personlaity of that guy it wouldn't have surprised me if he had raped her**. and I think that was some ptoential, like she supposedly, and again I wasn't there, so it's all been sort of second or third hand infroatiion but I beleive it to be accurate, that **she was drinking rather heavily and she passed out in what was the chapter room, kind of a public space, and this guy went and started snuggling up to her or whatver and she did not reject him at least, and he had sex with her.** so that's my undreanding and **there crtainly was no culture whatsoever when i was there for drugging women or gang rape** nothing could be further from the culture that was there. like it was the early 80s and we were all recreational drug users and more interested in partying and all that stuff. ther was no football players ont eh thing, none of us- it wans't htat kind of place.

(so it sounds like your account and Liz's account actually aren't that different. she says that she drank something that made her black out. what you're saying is that she wasn't DELIBERATELY drugged and raped - but that she was extremely drunk, and seemed willing, or at least not unwilling, the guys in the house were just being opportunistic?)

yes. but like all I saw was will beebe, she was not passed out drunk then. but she could have been disoriented, I have no idea. **I do think that she had a bad go of it that night. I don't think what happened to her was a good thing.**

RS004320

but I think she woke up and one guy's room and her memory was not, her memory wasn't accurate I don't think, of him pulling her down and all that stuff. I do envision him reading her poetry [chuckle] but she wodnt have been restraitned or locked ina room or any of that stuf.

so that's the only thing that I can speak to, cause I was there, I remmbered that, just that scene in my mind of **him walking into the room with her cause I remmber thining, he's a lucky guy**.

(was he a fraternity member)

**he was, he got a bid. and then I don't know if he made it past the intiation thing but I thought that he did.** and then he was not attending clases and I think he had a drinking problem that we didn't' really realize how much, we just thought he was a little loopy.

(in college it can be hard to tell when someone has a drinking problem)

yeah cause to some extent that person is, they're more mature cause they can drink a lot.

(also because when they're drinkig a lot, its just part of the culture)

it certainly was. so he wound up leaving the university and you can't be a member of a fratneirty and you can't be a member if you're not at the university.

(but he was still living at the house)

I think he lived at the house for like a semester after he stopped taking classes. and then the people int eh house were like hey you can't be a fraternity brother if yo'ure not in college.

(in her book she'd mentioned that you and he had come back from a Dead show that night)

yes.

[tk I ask a question about consent, the sticking point between his and Liz's version – she says she was too wasted to consent. But you don't think she was raped]

to the extent that she wans't pushed in or physically directed. and maybe she wasn't capable of giving consent, but her original version was "I remember everything so clearly, I had on this sweater and neverhad I had moe than a coule beers, and I had one thing and all of as duden things are getting fuzzy" **the implication is that a bunch of guys are sitting around watching her thinking she's gonna drink the drugged up drink and pass out and we're gonna have a good time and that wasn't the way it was.** and it was not a big house then either. so the people there, you knew pretty well.

(how many were in the house then)

**I want to say there was about 40.**

(I read in the book that there was a meeting to discuss what had hapend, what to do if police came)

I dnot remmber that but I do bleieve it too place. I don't personally have any memory of there being any pontetial rape chargs. so if ther was a meeting about that I don't know whehter I was combined with other stuff, like I dn't remmber any partiuclar 'we hae to have this meeting becau se there could be trouble. but I can't rembmer that in pratiuclar so I woud' twant to say anytign aout it. I guess it's sorta like the implicatio is thers'a ll these guys colluding againstt the

legal system, and liz seccuro and closing the ranks, protecting the people in the house, it just wans't lke that.

(so maybe it was more haphazard than that – it hapend to be discussed at a meeting about something else)

mm-hmm and the house at the time membership had fallen way off. my pledge class I think ther ewas 11 or 12 peole. and two or three before there were like 2 peokle nad a couel ears befor ethat they didn't even rush peopleup. so it was a hodgepodge, there wasn't a lot of similarities, not everyone was in the comm school or played lacrose, it was just a hodgepodge gorup of folks. so that's just how it was then. and I underand now it's probaly more, **they have 15, 20 rushees every season and teyr'e up to 100 members or so**.

(do you stay connected at all to them)

no. they had some renovaitons a few years back and I kinda helped out with that, but I have't been to any of the univerity puts on reunions every yearand they have fnctions at footbal games an I haven't even been by the house in four five years.

(are you nearby?)

im bout 40, 45 minutes away.

I feel like on some levels, I don't think liz means to be pointing, painting a picture of any particular people that's not accurate, but I think that her memory probably was not accurate – or I should sy it doesn't jibe with my udnrnading of what events was.

(I hear you. But it still doesn't sound to me like there's much difference in the way you and Liz are describing the actual facts. It's more a quesiton of perception. She perceived that she was intentioanlly drugged, which you're saying she proably was not. and because she was I guess so drunk, yo'ure saying, people mistook her for a willing participant when she wasn't)

and she accepts no responsibility, just "I was drugged." and knowing how stuffin ht house went, she drank too much, and **maybe she wan'st used to kamikazes. and that's no reaosn for people to take advanetange of her**, but being drugged is diffent in my mind than "hwer's an alcoholic drink and if hyou keep dirnkig youre gona be very druink." but she's saying I intended to have a couple derinks socially and enjoy a nice fraternity party but these bastatrsds drugged me up and raped me.

(more sinister)

yeeeaaah. and **undertsanaably nobody that I know of asosciated with the house at that time wants to talk about beause there's nothing they can psosibly gain from it**, and you get your name in some articla bout rape, and all fo a suden – I have friends of mine who google me and were like "what was that rape thing." and yuou have to say "I was invivled with ta rape." I wasn't, I justthought ▮▮▮▮ – he used to go by ▮▮ – I had'nt seen him in 20 years, there wasn't any colluduiig. **I thought he was getting a bum rap**. and I would not lie on his behialf, I had no reason to do that.

(you think he got a bum rap? But he admitted he raped her!)

that's debatable. he felt bad because she did, that she was angry at him. and I think she was raped that night, it just didn't happen to be by him.

(who do you think raped her? [long pause] Oh I know, it was that other guy
-- the one you didn't like)

that other guy yes. and liz knows through the investigators so she has a
pretty clear idea. and they apparently got several recountings from other people
in the house that supported that scenario. and I think that's one reason they
offered a plea deal is because it looked like it wans't going to be an open and
shut case. because he in writing said I raped you, and i have my whole idea bout
how he was consulting with his sponsor at aa and wanted to have an efective
apollogy and seha dais if you can't even say what you did then screw you. so I
can kinda see it from a lot of diffetn angles. and I think it was a crappy sitatuion.

[rambles about how he's told me everyting he knows, encourages me to
call if I think he can help further but he's told me everything.]

**Morgantown, West Virginia police department.** (304) 284-7522. left
msg 9/8. got a call back from Angie Bell in detectives (secretary I think),
very nice 304-284-7454. abell@cityofmorgantown.org [emailed her the links to
the articles, says she'll get back to me.]

whatever hapepned? were there charges brought? why or why not? did
the victim cooperate

[9 8 spoek to 2 differnet peopoe, their record system can't search prior to
june 2008, sked me to leave a mesaeg for the secretary for detectives division
and someoen would get back to me. left detailed message:

a questiona bout an incident that was reported back in 2007, and
wondering what the outcome was.

West Virginia Universtiy alleged sexual assaul tof a 20-year old woman on
or around Feb 23, 2007. in a Phi Kappa Psi fratenrity house, 780 North Spruce St,
by four men.

[according to the news reports I read there was an investgaiton, the victim
was interviewed, and four suspects identified. but after march 2007 I cant find
any mention of the case, I wondered what became of it.]

**Angie:** I got your msga, sandy from records that you taked to first also
called me.there have been several ajudgemtns overt he years, soemtiems in
wvu's jurisdictions, sometiemes not.

we were paying a company to house our old data and they lost it. all the
digital data is gone. morgantown arrest record, paper spreadsheets, I had to redo
it. we have't thrown away our paper files, bu tthey're all filed by incint number.

lt sperringer is still with the agency.

it's pretty common for us to get reports of sexual assaults with multiple
assailants, I cant upt numbes on it but it's not unherrd of. I asked someoen who
was here 06, 07 and ask. I can track down lt sperringer and see if he
remmbers.oter than that I'l have to go into the archives and handsearch for it.

records here, if someone was arrested there would be records in the magistrate court (arrestees name) or prosecutor office (spects name).

I got smart after we got off the phone yesterday and managed to find it without lokoing through the archives! So I found the report. What we're looking at is **a lack of cooperation from the victim, which resulted in the case going inactive**. So a case that's inactive is still considered an open investigation so we can't release anything out of it. But I know you just wanted to know what the outcome was, and that's it.

**Dean Nicole Eramo**: eramo@virginia.edu or by calling 434-924-7133.
[9/ 5 receptionist says shes' in a meeting, tells me to email her here:] npe5f@virginia.edu

**From:** Sabrina Rubin Erdely [sabrina@sabrinaerdely.com]
**Sent:** Friday, September 05, 2014 11:26 AM
**To:** NPE5F@virginia.edu
**Subject:** Rolling Stone

Hi Dean Eramo – my name is Sabrina Rubin Erdely, and I'm a writer for Rolling Stone magazine. Just tried calling you at your office, but you're in a meeting, so your receptionist suggested I contact you via email.

I'm writing an article about rape/rape culture on college campuses, and would very much like to talk to you about the ways in which sexual assault is handled at University of Virginia. I'm planning to come to UVA next week – later in the week, Thursday/Friday – and would love to meet with you in person during my visit.

Please let me know your availability – and feel free to call, my number is below. Thanks in advance, and looking forward to connecting with you --

Best,
        Sabrina

**From:** "Eramo, Nicole P. (npe5f)" <npe5f@eservices.virginia.edu>
**Date:** Saturday, September 6, 2014 at 12:51 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>,
"npe5f@virginia.edu" <npe5f@virginia.edu>
**Subject:** RE: Rolling Stone

Hi Sabrina,

Thanks for your note. A few of my students mentioned this story to me so I'm really glad that you reached out! My schedule isn't too bad on Thursday. Is there a time that day that would work for you?

Looking forward to meeting you~
Nicole

----------------------------------------
Nicole P. Eramo
Associate Dean of Students
University of Virginia
PO Box 400708
Charlottesville, Va. 22904
(o) 434-924-7216
(fax) 434-924-3889
www.virginia.edu/deanofstudents

This message and any attachments may contain confidential information concerning business in the Office of the Dean of Students, and is intended solely for the use of the addressee(s). If you are not the intended recipient, any disclosure, copying, or distribution of this confidential message is prohibited. If you have received this message in error, please notify the sender immediately by e-mail and delete the original message and any attachments from your system. Thank you for your cooperation.

[emailed her back immediately 9/6 asking if she could make time for me on Friday]

**From:** Sabrina Rubin Erdely [mailto:sabrina@sabrinaerdely.com]
  **Sent:** Monday, September 08, 2014 12:27 PM  **To:** Eramo, Nicole P. (npe5f); npe5f@virginia.edu  **Subject:** Re: Rolling Stone

Hi Nicole – just wanted to make sure you got my email from over the weekend – hope it isn't too much of a hardship on your schedule to squeeze me in sometime Friday. Anytime that's good for you is good for me. Let me know – thanks!

Best,
Sabrina

**From:** "Eramo, Nicole P. (npe5f)" <npe5f@eservices.virginia.edu>
**Date:** Monday, September 8, 2014 at 1:44 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>,
"npe5f@virginia.edu" <npe5f@virginia.edu>

**Cc:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>, "de Bruyn, Anthony Paul (apd5b)"
<apd5b@eservices.virginia.edu>
**Subject:** RE: Rolling Stone

Hi Sabrina,

Yes, I did receive your note. Sorry for the slow reply. I am copying in a couple of colleagues from our Public Affairs office, McGregor McCance and Anthony de Bruyn. It is our usual protocol to work with them on media inquiries so they will likely be in touch with you with some follow-up questions regarding your piece. As for me, I'm available on Friday from 12:30 until about 2. Does something in that time frame work for you?

Looking forward to meeting you~
Nicole

**Macgregor McCance** – University fo Virginia. 434-924-3938. 9/9
<cmm9vg@eservices.virginia.edu>
nicole is nervous, she wanted me to talk to you for a couple of minutes so we can talk about hwat she can and can't talk about.
(ok what are those things)
the stuff she can talk about is the policy revision being planned. the process of how things work here with sexual misconduct. the structure of the office and investigation, structure and process, that stuff is fine.
**she can't talk about any specific cases or allegation because of student privacy.** they never talk about that.
(what if I were to get a waiver from the students?)
we can look into that, we've never doen that. I suppose we could look at it, I could run it through the channels and then we cold see what the answer is.
(I don't know if we'd have time to do all that before my trip, but maybe afterwards, that's a possiiblity, for a followup – we have time. but I do have some specifi quesitons that hav been raised because of specific studnets. hwat if I wer to ask her in a more hypothical way, not attached to any one student)
yeh that might be a way to get at the stuf that you want to get.
(one thing I want to ask her about is statisics: how many complints come to her office, how many result in reports, how many of those wind up going to

hearings, formal or informal, what the results of those are, what the penalties are, when was the last time soeone was expelled, stuff like that. is there a place where this infomration is accessible?)

I don't think so. **have you looked at our campus police logs**, they're updated online

(I will, but I'm actually curious about a differnet set of statitics – the ones that go through dean eramo's office, how the university itself handles it)

at some other univeisties iveseen it that it's publicly available but I haven't seen that we have a grand statisical stuff available.

(do you have that stuff? or should I ask her)

I think you should go and ask her, she's the one who's really the atuhority, I'll let her know that you'll be asking for that so she's prepared.

(ok great. now where is her office)

Peabody Hall. have you visited us before

(no, never. wahts't eh best way to get onto campus)

parking is weird, a spot that looks good is a guranteed way to get towed. Central Grounds parking garage is the best place for you to park. once you park there go to the top floor, ground level really, and you find yourself at the uva bookstore and right infront of newcomb hall. peabody hall is diretly to the left of that building. but you need to go around the oteher side of that building.

now, could you tell me a little abouthe article that you're doing? [I hear him making notes as I talk]

(doing an article about rape on college campuses, focusing on university of virginia. [the article is going to be largely about the culture of campus life, and how it affects rape and its afatermath – how rapes are perceived, whether they're reported. so in a sense it's an articla bout rape culture at college, what that looks like, and how that plays out in the lives of rape victims.]

[why uva: I'm focusing on uva, because I wanted to look at a school that is well regarded in terms of reputation, but one that is very typical when it comes to sexual assault and "rape culture." After talking to lots of people and lookng at lots of different schools I came to the conclusion that the culture of univeristy of virginia with regard to assault seems pretty ordinary. As far as we can tell.

But I though tit would make a good case study because not only were there people on campus willing to talk about their recent expeirences, but there's also a long documentend history of rape on campus and its handling. Which is actually pretty ususual. [the documented part is sort of unusual: people in the past have gone public about their rape and their treatment by the university. There was a clery act violation. And the universty been the subject of a title ix investigation which has been unresolved for ten years; and in addition there's now also a more recent case that's been added to that investgaiton.]

So altogehter it seemed like a place that was ripe for exploration. But I will also say, it's also been a place that very recently seems to want to make changes, or at least says it does, like in hosting the first sexual assult summit.)

I've been here two and a half years, as much as the current presidnet therasea sullivan and she's really got out fron tof this issue, she gives speeches

in fron t of sutdne and parnet groups and she's always made refernece to campus safety.

(maybe she and I can talk after my visit, if she'd like to talk about what the campus is doing about it now)

that's a possibility. **nicole is the best source for information on sexual misconduct.** I wish I could be there, but I'll be at a board of trustees meeting for two staright days. but you email if you need anything.

**Emily Renda** ███████████ . ████████████ 1 left msg 9/ 9.

about jackie: I fb messaged with her, she says she's fine, we were supposed to meet tonight but she had to go home suddenly for a family reason, said she'd touch base later in the week. seems like everyting's okay. she said because her brother's gf of three years broke up with him. being a good older sister.

she said she left her phone in charlottesville so she may not get back to you right away. but im assuming she'll be back sometime tomorrow because she woudn't miss classes.

(frat parties)

definitely wander around and speculate abut who's doing what.

one less meets on Monday. every Monday, pretty much everyone usually comes.

(where your office)

I'm working on the lawn, student affairs office. right in the center of things.

let me know if there are other people yo'ud like to talk to whe yo'ure here, other contigents you might want to talk to, fraternity and sorority life, whatever.

**Claire Kaplan** at the Women's Center. ████████████

9/ 10 left msg: [writing an article about rape and rape culture on college campuses, focusing on university of virginia. I'd love to speak with you, I imagine you have a lot of perpsective and istitutiaonl knowledge on the subject.] I'm actually visiting campus tomrow afternoon through Saturday afternoon, so if you have time to spare, say Friday or Saturday I'd love to pop in and sit down with you. otherwise I'd love totalk with you next week]

**she called back an hour later:**

I'm afraid I'm going to have to delicne

(really? altogehter?)

well -- I think oy'ull have to speak to macgregor – he's the press person

(oh I spoke to macgregor yeseterday, in prepartion for my meeting with nicole eramo)

yeah okay well I checked in with him and he said that he'd need to I guess speak to you, that's all I can say.

(oh I'm so disappointed)

RS004328

I am too.
(what do you suggest I do, call him now)
I would email him, he's in a board of trustees meeting
(well I do hope I have the chance to speak with you)
me too belive me. best of luck.


**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Wednesday, September 10, 2014 at 2:15 PM
**To:** <cmm9vg@eservices.virginia.edu>
**Subject:** Rolling Stone

Hi McGregor – Looking forward to my upcoming visit to UVA. I just
touched base with Claire Kaplan at the Women's Center, whom I'd also
like to interview - I imagine that given her position and how long she's
been at UVA, she has a valuable perspective on sexual assault on
campus. Claire suggested that I clear the interview with you first.

Will you clear the interview? Seeing as we discussed my article at
length yesterday, I imagine there's no need to discuss it further, but if
you have further questions please give me a call. Thanks —

Best,
Sabrina



**From:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Date:** Thursday, September 11, 2014 at 9:15 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** RE: Rolling Stone

Sabrina:

Thanks again for taking the time to talk with me about the story.

I do appreciate the opportunity for the University to have a voice in
the piece.

We think the issue is important enough that the institutional voice ought to be from President Sullivan. I spoke with her yesterday about your reporting and plans, and encouraged her to speak with you. She is willing to do so, but unfortunately, cannot meet with you Friday. I'd like to find a time that works for you for either an in-person interview a little later, or a phone interview.

Neither Nicole nor Claire will be available for an interview. To the extent that President Sullivan does not address them, I will be happy to try to find answers to process, policy or data questions that you have.

I apologize for the change of direction particularly on the interview that had been planned for Nicole on Friday, but I hope that you will be interested in finding a good time to interview the President for this story.

Finally, I know you will be here on Friday to interview students and others. As I mentioned, our Board of Visitors is meeting that day. At 10 a.m., the Board will hear a presentation from President Sullivan and representatives of our Student Affairs Office regarding the sexual misconduct issue, including updates on steps the University has taken to raise awareness, update its policies and more. This session will include a student panel discussion, and any discussion or questions raised by the trustees.

As a public university, the board meeting materials are posted online, and here is a link to some of the materials that are connected with this issue on Friday:

http://www.virginia.edu/bov/meetings/14sep/140812_Sexual%20Mis conduct%20Overview_September%20BOV%20Meeting_vFinal.pdf

Please let me know if you would like to attend. The meeting is open,

and will be located in the Harrison Institute, which also is adjacent to the parking garage we discussed on the phone earlier this week.

McGregor

**From:** Sabrina Rubin Erdely [mailto:sabrina@sabrinaerdely.com] **Sent:** Thursday, September 11, 2014 9:39 AM **To:** McCance, Charles McGregor (cmm9vg) **Subject:** Re: Rolling Stone

Hi McGregor - I'd be delighted to speak with President Sullivan after my visit (perhaps on a subsequent visit) and to attend the Board of Visitors meeting. But I must insist upon speaking to Nicole who, as we discussed, is the primary authority on sexual assault at UVA. I look forward to your reply. Best, Sabrina     Sent from my iPhone

**From:** "McCance, Charles McGregor (cmm9vg)" <cmm9vg@eservices.virginia.edu>
**Date:** Thursday, September 11, 2014 at 9:44 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** RE: Rolling Stone

Nicole is indeed among the most knowledgeable of our policies and procedures here.

Unfortunately, she is not going to be available for an interview. I am confident we will be able to address your questions.

Shall I check with the President's office to see if we can start identifying some possible times?

**From:** Sabrina Rubin Erdely [mailto:sabrina@sabrinaerdely.com] **Sent:** Thursday, September 11, 2014 9:58 AM **To:** McCance, Charles McGregor

(cmm9vg) **Subject:** Re: Rolling Stone

Ok, for now why don't we start identifying times she'll be available to speak by phone; I'll have a better sense after my visit whether I'll be returning to campus to conduct the interview in person. Thanks.    Sent from my iPhone

On 9/11/14, 2:58 PM, " Jackie ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮> wrote:

Hi Sabrina,

I'd love to meet you. I'm sorry it had taken me so long to get back to you! I am available to meet tonight after 6 and tomorrow afternoon from 3-5.
Let me know what works best for you!
Jackie :)



University of Virginia 2016

On Sep 11, 2014, at 3:12 PM, Sabrina Rubin Erdely <sabrina@sabrinaerdely.com> wrote:

Yay!! So glad to hear from you, Jackie. I'm actually on my way to meet with Emily Renda on campus right now. I'd love to meet you tonight after 6. I'll call you shortly (after I park the car, ha) so we can figure out time & place. FYI my cell is ▮▮▮▮▮▮▮▮▮.
Speak to you soon - best, s

     Sent from my iPhone

On 9/11/14, 3:30 PM, " Jackie ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮> wrote:

I have class from 3:30 to 6 but there's a Starbucks on grounds in Gibson Hall that doesn't close until 7:30- we can meet there if

that works for you!



University of Virginia 2016


**Emily Renda** at Para Coffee, Thursday sept 11.

. A pearl drop necklace over a red sundress. Polished ]
[I jot notes as we talk]
Part of the reason pat hired me is beuase I'm very open bout talking about trauma, maybe there's a political eleent to it its gret to have a surviro on yoru staff.

(Eramo's role with the students: when people report to her, she doesn't have confidential status right, she doesn't have a mental health degree. She's a mandatory reporter. So even if people don't officially file reports, their complaints go into the clery stats?)

Our reporting status recently chagned to be in compliance but **she was never confidential**.

I think ther's some clarification going on.

(What is her role exactly? A liaison between the students and the university? But she represents the university's interests?)

She does represent the adminstaiton. **To call her an intake person sounds weird but hse's in charge of the sexual misconduct board**. This is all before the changes – the federal mandta about he changes came down in april and then we cahnge d our policies in august. I'v been concenred for a while that cahteirne lehmann and ocr tends to be on the side of move forward with an inveaigation regardless of what the victim wants, and dean eramo almost ran off she was so upset. she said "id' rather lose my job than force someone to do that" which is why I love her. This was at the dartmouth meeting yeah. And I went to the general cunselor officers meeting aftwards and they were all like "is she serious about it, that's terrible. Beuase anyone who's worked as a prosecutor knows that it's incredible dificult and traumaticizing. From ocr's perpsetive they want to maek it as safe as you can but that comes at the expense of vicitminzing someoen who'd come to you for help.

(Who is the title IX coordinator)

I rhink her name's darlene

(so how does the proces work, relationship bewten eeramo and darelne)

**dean eramo is the first stop, the gateway**. She's part of the title ix office.

(there are a lot of statisics that I need from Dean Eramo, which aren't published anywhere The Clery stats on the dept of ed website only tell a piece of the story. I want to know how many people came into her office complaining of

sexual assault; how many of those resulted in reports; how many of those resulted in a hearing; how many of those were formal and how many informal; what the results of those hearings were; what penalties were imposed. Are those aviaalble anywhere)

WE call that Disidentified aggreggated statistics. **We don't publish that.** It's something we're looking to do. It's ther's some concern that if yo put those statisics up wtout context that survivors might come forard in fewer numbers.

(I don't see how transparency would hurt in terms of surviors coming forward)

well that's the ting, you never know that's one of the thing about **even this article, the fear is that if you're too critical of the way the administraiton handles reports then maybe we'll get fewr erports and nobody wants that.**

but transparncy: UVA diong a sexual climate survey this spring, and we're obviusly going to participate this sspring. It's not federally mandated but were going to do it. But we want to do the deidentifeid case data we're just trying ot figure out – you wnt to have enough information that people can underand what hapenes in a typical case, but you don't want to be able to idnetify anyone as part of it.

Treading some trickly legal water with ferpa but it can be done. It's about deciding how to mark things, you want to mark it in a way that you assure people that if they come forward the people who are hearing the reports are resonsible. The girls who come forwad are doing it to get some form of hope, or cus some chagne but don't want to move their own case forwad. So youw ant tthat to erflect in the statistics. You don't want it to be "only foru cases are heard but 30 cases are reported." Beucase that makes it seem like the administration is shutting it down. You want to say "they requested interim measures" to make it clear that it was their own wishes.

(so you'er saying that it would somehow depress rape reports if you published the whole spectrum of statitsics? Beu sue it would reveal too much ifno, or make it seem like not enough was being done?)

Coming from the perpeive of getig pepe to come forawrad, it's imporant that people know tha thyir wishe will be repsected. Getting people on board and leting them know that they will get help and if you don't want to punish that person it's okay. So in my mind that'ts why I don't feel srongly about doing data, we just want to enforce the idea that we respect you as a person. 30 reports, four trial, then someone will write an op ed saying "the adinsitration doesn't help the ad sintation doesn't care." But when youe' on the phoen with a stalking victim who's terrified and just wants her housing victim chagned, that person doesn't neceaearily want to take further action. One of my frustration with the federal guidelines coming through is if you want to make it a surviovr suporotive culture, realistiic if you want more people to come through the door, do wht we want you to do.and make it clear that it will happen.

So I'm sensitiev about opeds, someone wrote "if you come forwad you'll be forced to go through mediation."

2011 mediation is not part of our poilcy.

(informal hearings – a form of mediation?)

both parties have to consent to it, and at any point during an informal hearing you can upgrad to a formal. To the best of my knowlese the reason we kept it as an option was it's good for the people hwo are afraid to come forwad, and not relay getting people t

(mediation, what did that look like)

that was before mytime but what I heard is you sit in the room with your perpetrator and talk about your felings. Now it seems like **the inforal is about coming to some sort of sanction. It provides a resolution**. It's for the people who want to confront the perpetrator and have some sort of sanction come from that but arne't inersted in the moer punitive. And don't want to go through the full trial aspect.

(Describe what Dean Eramo is like? She figures into this story, but I won't get to meet her I'd like to be able to describe how she acts, how she talks, how she comes across.)

She's **my favorite human being** on the planet. Part of the reason I have so much repsect for her and appreciate her is that she is **a fiery person**. She's kinda short I guess, **a little over five feet, black curly hari, but a lot of spirit** for a s\ maller frame. From jersey and owns that. I would't want to make her angry. Assertive yes but it's termpered, she gets really feisty. She once said to me one tim when I said I hope with thise federal stuff tha ti en'e tn to go against a survivor's wishe she sid "if that ever happens I hope I get fired." **Straigheofwrad, blunt, open manner**. She's got a background I guess shes used to work at a dv shelter, a background in advocacy. I belive she came here for undergrad and doctorate. North Jersey. Not a strong accent. But definitely owns that heritage.

I wod'nt say she's a fore of nature type personality, not a commanding or controling presnce, more **perceptive and firm**.

(she hears a lto of diffuclt stuff, does esh ever get emotional about it?)

I think it comes out more in frustraiton. I know that she works very closely with peer education groups as a bolstering mechasims so she dons't feel burnt out, dn with survivor groups, so it's not all 2 am hospital visits.

(does she do that)

As far as I know she's done things like that before. But I've heard from friends aobut her talking to htem at odd hours, or a girl I know who was deaing with a stalking issue, she dealt with her at 9:30 at night, after putting her son to bed. Bt sestries to keep a foot in the prevention side because that bolsters you at a certain point.

(this time of year, anniversary of your rape approaching – difficult?)

Fall has always been a difficult time. liz seccuro put it that she refuses to color how beuatiful ad full of life this is. ██████████████████████ ████████████████████████████████ But I have some good managedment strageies for that. ████████████████ which I think is good thing espeically now that my job is going to expose me to this as a constant stress. Nad this year I live slightly fwarther from theu ndergrads, bucae being around the partying and the drinking can be a little triggering. Whether I was wiling to

ackwnoelge it. So this way I can be on grounds but at a distance from the things that trigger me.

Drunk naked streaking on the lawn – occasional horror story of pepel breaking ankle and legs when they do it in the snow, not realizing it til the nextd day becusae too drunk. Hallowed tradition.

it's also the time of year when freshman girls are most vunlerable to rape. do you worry about that this time of year? do you look around and wonder, who is it going to be?

Well that's' part of why we did "hoo's got your back," the bystander campaign on the corner, because the red zone exitsts, we have to do triage outreach and target second years and abov who migh b in fratenrities and go ot the ohose parite and be able to see nad sport – or at house parties, or club paties, sport parites, tyring to get the upperclamssm an enaged and say "this is a particularly dangerous time for our younger studnets, speically our first year studnet." Yes the bystander internveitn program is called hoo's got your back. #hoos got your back. And another camp sign that our student cm up with is "not on our grounds." Which we'll use as educaiton for faculty and staff about what being a mandtory reporter means.

Blue tshirts with slogan in white and orange. We've gvient ehm to student leaders all lawn residnets, bartenders, servers, fratenrirty and soroity life people. TK says if you give your influene mkers in your community and they help to diffuse the inforamtion down. It's not that helpful to give bystanders inforamtion to first year students, but it's more useful and powerful to give the trainign to upperclasm saemn who hare in contro fo the party situations. First year students are less likely to act bcauset ehy feel powerlesss, and they're less lielty to even identify a problem sitauton. First years d't hve the social capital to make change lke someone on the honor committee.

We did do an extended bystander intervention for first years, which is good for the updtake of inforation. But relaisticially you hope they inervne on each other. Hopefully it stays with them so that they can change the culture as they age.

**This is our dangerous time, we know it is. Ther are way too many people I know who have "anniverareaies" this month or next month it's a shit time for all of us.**

[I meet **Jackie** outside a Starbucks in Peabody Hall, she's 15 min late and I get seriously nervous, but then she shows up]

**Jackie** ▮▮▮▮▮▮ **at Poe's,** dinner 9/ 11. A restrautn on the Corner.
Jackie▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ long dangling leaf earrngs and mulitple ppierceings, a sundress and a

RS004336

black cardigan. Many lether bracelets and beaded bracelets. Blue nail polish. Emphatic talker, speaks brightly wand with enthisiasm in her voice no matter what she's discussing, sometimes dischordant considering the converation topic.

[eventually **we determine ground rules:** Jackie, no last name and name Phi Psi. [and no picture of her, unless it was a group photo and she's not identified.] One Less picture – the survivor network that has created this little society to help itself.]

[she teslls me this summer was stressful, she's been depressed, she fought with her father and moved out of the house, into her boyfriend's parents house.]

**[recording #1]**

I think that when just like alex and I have a similar story when you come from a bakground whre you'e lways told ha tyoure worthless you end up getting into situaitons where I dunon people know that about you. You'er an easy target bcasue – I dunno I lawyas felt I was easily maniupated bucad I dind't have the self estaem to, I dunno.

(the reasrch does say that people from abusive backgorusn have higher odds of being raped. I'm not sure why but maybe it has somethig to do with -)

- I think the way you like project yourself? Like for some reason the more I thin about it, the more I talk to other girls, like you talked to ▮▮▮▮? When ▮▮▮▮ started dating this guy she said she just couldn't believe that someone liked her and wanted to be with her. It was just so unfatheomable to her bdcuase she had such a low self image. And with me **I never felt like I wa sprettiest g9rl that worked at the pool or as inteligant as everone else who worked there so when he chose me instead of the two other beuatiful blnde girls on our shift it was earth shattering for me, I felt so special**, so pretty. He could hav said jump and I would have said how high. And I thin it also comes down to they know that you **self blame** really saeaily and that was omethign I really struggled with bcuase like I always do everytihgbn wrong all the time anwyay so maybe this wa my fault too. It took me a long time ot ealireaze there was nothing I did – envn though I still go back to I,t **I still grapple with, did I do soething that could have construed that that's what I wanted?**

(wow that goes to show just how deep and fucked up the whole self blame thing is. The very idea that you would blame yorself for what hapend to you – it was so egregious, so beyond the pale)

yorue always told to do these tings hat I didn't do. I was told not to wear a short ress, not to go placdes with epopel I don't know very well, I thought I knew him but probaly not well tnough to go up to is room. I was told not to be overly flirtatious. All these different things wher heey would say **I had put meyslef inot that situation – I was terrified to even tell my parents I was at a fraternity party.** Esp my dad, that was the firt thing he told me, "what were you doing there anyyway" we have a very complciated erlaitsnip because he was all "were youd rinking, were you paretying" nd I wa slike "it was my very first fratneirty party ever dad." And he's like REALLY. And my dad wa like "you put yourself in that

istuation, you never did anyting bad in hs, and you knew" – **my paents hd given me this talk about how important school was and how iporatnt it was not to get caught up in the party scene.** And it's true, **I guess they were right, the first time the first semester at school some guy asked me to go to a frat party with him I was like, OKAY!** And my dad went to coege at night and worekd during the day, he was in the vietnam war and went to collge later on the GI bill so he had a diffenrt college experince. My mom, she ddn't live on campus, she went to brown and commuted cause she grew up in rhode island. So I was like neither of you undertadn. So ever since I've told my dad that he and I hav had a dificult realthsip and I think it comes down to, **he does blame me.** And I'm so used to blaming myself, and I'm like "it wasn't my fautf" and **finaly when he was yeling me about sething this summer I was like 'well I'm leaving, I don't nee dthis"** so I just had coffee with my mom recently, and I asked her abou the dress, and **she said she did throw it out.** Sh said she had asked me for six months if I wanetd to do anyting and I said no so she said she wans't going to press me to do anting she din't ant me to do. But she said she'd loved to talk to you. I'll just have to ask her wen's a good time when hs'e not aroudn **my dad because when I was talking to you he was aroudn and he was mad at me, he was like "what are you doing talking to a reporter"**

(that's uncofmrta bel I'm sorry)

that' ok I was tyring ot epxlain to him "dad I can live my life however I want" but so it's completley fine it's just the way he is, very narrow minded. And I was cutaly talking with alex about this too buase I was asing her what kind f response have you goten from your friends when you tell the yo'e doing this article and she said "mostly negative." And me too. I thoght it was just me, maybe I have a really shitty grup of friends. My roommate was like oh that's great. Andi was glad. Owell one of my roommate. **Anotehr of my roomates was like "do you want to be responsible for something that's gonna paint uva in a bad light? You know an article like this is gonna give uva a ton of bad publicity." But I told her, the any way antying is gonna change is through bad publicity. And uva has flown under the radar for so long and someone has to say something about it, or elseits' just gonna be this system that keeps perpetuating! And caitlin just didn't want to talk about it. She just said "you have to remember wehre your loyalty lies."**

(wow. To me it makes more sense, if you really love your school --)
you want it to be the best it can be!

[I talk about that, and how it's hard to effect change at schools like uva where there are some deeply enmeshed tradtions, lke fraternities runing the show, and something radical needs to hapepn to shake things up]

and that's what I was trying to descibe to a bunch of my friends. But even alex who was at the fratneity party, sh was ther for a friend' birthday, they were having a relatinship like a freiends with bnefits thing, and she told him "I told a reporter about everytihng that went down with ██████" and ███ the guy she was invovled with was like "youre talking to a rpeorter? I don't want anyting to do with this. I want to be clear about this, I neer want to talk bout what haepned to you ever again."

(this is part of the rape culture we're talking about, what helps to prepeturate seuxal asault)

cause nobody wants to talk about it! And I did talk to ryan, I finally saw him, I ran into him at Cook Out [a fast food place] where I was getting a milkshake. And I was like "so did you get any of my texts?" and he's like "yeah I got them" and I was like "so would you be intersted?" and he was like [offended] "no! you and I havn't spoken in like two years!" and I was like "bu I thought – I justwanted to talk to you about htat night, and to give the reporeter more background" and he's like [angry] **"I'm in a fraternity here, jackie, I don't want the greek system to go down, and it seems like that' what you want to happen.** I have priorities, I want to gradaute from here and smething like this is going to completely change the greek system, and I don't want to be a part of –" he calle dit a shit show, he said **"I don't wn tot be a part of wahtever little shit show your'e running."**

(and this gets into a part of the story that's taking shape, **the idea that social capital is more imporant than people's helath and safety**, the idea that people don't want to report their rapes for fear of being blackballed, no ones' willign to support a survivor for fear they'll be blackballed, **social backlash**)

It's ironic bcuase I was also talking to my fiend ▮ who I said you should talk to? Shes in the backgorund but she's called me in a few cases, "something hapend, I don't know how to deal with it, can you come?" I had asked her if she'd be interted in taling and she gaev me a similar reaponse, that her firend's boyfriend was actualy the person who, he – did you hear about pika and another fratneiry thtat lost their charter last year? It was bcuae of hazing. And her firend ▮, pika's hazing thing was that they made all their pledges fast and then thye had to drink a fifth of alcohol with no water or anythign, so ▮ **got relaly dehydrateda dan acutally went into renal failure**, he went to uva hsoptial and the charlottesville police came, and they knew ite was hazing, and police asked him to tell them about it and he did. **And his was I think the final straw for pika. And they lost tehir charter, and he had to transfer becuase the backlash was so bad.** He ssid he was here for midsummers and he tried to go to a frat party and they woudnt let him in and acording to jen they tried to beat him up nad he just decided to go to anther college and he transferred. And I was like that is terrifying! And sh'e like I'd just be careful with what you say.

(I mean, it's kidn of hard to tippy toe aroudn when it comes to your story)

yeah I was like this is what happened to me!

(so th uesiton is, what would make it more comfortable fo ryou. [I talk about how I'd like to be able to name the frat, I think I can make a good case for it, and what's the point of having an aricle tat says "hter's a fraternity on campus that coul dhav a gang rape initiaton" unless you provide the useful information of what that frat is?]

the thing that iw oudl hope to see, and I want to talk to dean eramo aobut this, beucas eit dnes't just happen at phi psi, like serp is the "roofie frat," sexual asault has beome so preavnetln among frats on grounds, and entire frats are being asociated with sexual assault, I would like every single frat to undergo a througouh investiagiont. All of them. Ad I feel llike those that have nothing to hide

won't be upset. Like I talked to my friend ███ who's in pi lam about it cuase he's on the interfraternity council and he said f you ever need any help let me know. So I was like would you be upset f I requeseted that all fratnerities undergo investigation and he said no beucase we don't do anyting bad. But I think it's something where they can take all the complcaitn that haver ever come in about these fratneiretis and say "we are going to go through al your partry records" – cause they have to keep records of all their parties – and I wat them to kind of see wht'sgion on at these fratneities, and monitor them.

(I see what you mean. one thing I was thinking was, it almost semes, I don't want t say unfair exaclty, to singe out this fratneirty, bcuase oviusly they did something horrendous. But my thinkign is this kdno f thing probalby goes on to some extent in every fratnerity. That this is a story about rapes that happen at parties – about party rape. And party rape can take many forms, there's many gradations on it, at one end ther'es a greyer area, ███████████████ ther's "miscommuncaitons." And then moving rhough the spectrum ther's what hapend to emily, she was taken out of a party and violently raped. And then at the most egregious end of the spetrum the's what thapened to you. And it's an extention of this party culture and the group dyanmic that hapns when men are together. So to that extent it's not just this frantieis, its' all franteiites. And reerach shows that fratenritties are more likely to rape people, to be more sexually aggressive, etc [I go on about rape supportive attitudes])

I was talkig to mymom about it, and just recnelty I think just Monday I was talking to my mom abougt it, and I asked her, what do you think abot this manetanlity that fratnerities are untoucalbe? Beuse that's' one fo the oerlaying things I've found is that guys think they can get away with it. And espeicallyw ith the group as a whole, if they all are awar of it –= and my mom sid I think it comes down to self incrimination, not only would he incriminate himself – like **if one guy from that night were to come forward, he'd get in trouble, too. And so wold the entire fratnerity and then they would all hate him**. So he has a strong reason not to come forward.

(And ther's an added layer on that, which is that your fratneirty becomwes- -)

your family

(yes your whole world, it defines your whole college experience, your friends, family, social life, you can't afford to lose that, you bcome a hostage of that enviroment. And you might feel ikind of powerless to speak out against it even if you wanted to [I talk about the dartmouth hazing guy who was ostracized])

it's really funny cause you've also got two ends of the specurm when I coms to professors and how they feel about farenitetiies, I have one psych professors who al he talks about how much he loved hs franierty days like dude, you're 60 now enough. But my english advisor, she HATES fratnierites. And I was meeting with her today and she said "I'm kind glad that I don't know which of my students are in fratnerities and sororities beucas I would think less of them." I ust was crackign up cau she's so anti greek life. But then other profs will actually giev money and endorse fratnrities.

(so I guess, re you worried bout – do people on campus know about you? You've had this bakclah on campus)

**they don't know which fratnieriy. A lot of my very close friends know which fratenity. But just kinda for my own safety, nad ther aer popele in the fratenirty who have found out and been talking about it, and I had a very ngegative response from the fratneity. So just as a safety precaution I'l tell people this hapepned, and I'l tell them to stay away from all the fratneities on Mad Bowl.**

(but not speicifally this one)

I'm not like "oh the big fratneity at the top of the hill on mad bowl, never go to that one" just tell them, cause there are a few fratenrites on mad bowl that are not good.

(like what)

one is – phi is the second word, I can't remember. And delta epsilon has had some issues. And others that I've heard have had some isuses.

(with sexual assault? [she nods] so are you concnerd about your social life or about your sfaety? Bcuase I don't want to put you in danger)

more my safety. Espically since I don't know every person in that fratneity, the throught of having peope who I don't know what they look like, hate me, scares me. A lto fo people already know I'm an advaocate on grounds against sexual assault, so having my name in the article isn'ta big deal

(that's what I was going to sugest – what if we changed your name)

I feel like a lo to fpeopel already know I'm in it. I'm just scared of naming that particular fratnerity. Esp since it is – do you know what yik yak is? It's an app, they have on most oclige campuses where people will psot stuff on different fratniteis, different parties, and **the two frats people always psot stuff about are phi psi and fiji. And it's just like one of THE most popular frats, people are alwys talking about going to phi psi and how great their parties are** and people realy love that fratnitey for some ungodly reason. Beucase they do **they throw great parties, tey hae a big beautiful house, apparnely all their guys are realy good looking I wodn't know. But it's one of THE most talked about fraternities.** Besides fiji. And st anthony's hall, they call themselves the hall, that's anther of the most popular ones bcuase aparently there are a lot of attractive foreign boys. But.

(okay let's think this through. I'm not sure this would make selense but lt's just say I were to say it happened at "a fraternity." Would you run the risk of evefiy fratniety being mad at you)

I don't think every fratniety would be mad at me because no one would know which fratniety it was. I've talked about this with alex, we went over this in depth, cause **she was worried about she got this extreme backlash from the frantiety that she was sxually assaulted at.**

(Alex did?)

She did, she was getting these threatening texsts, itw as awful, she was crying to me.

(oh intesting – she mentieond it to me but she said it in such a lioghthearted way that ti didn't get that it was so traumatic)

It was bad. Alex says a lto of thingsi in a lighthearted way. But she went to the police with it and everything, I thin the uva plice andthey said ti was untreaceable. Uva police thtye the worst you can get. The texts said something like "I knw youre a horny slut and you'l do anyting that moves" I think at one point they called her a "penis mongrel" which kind of made me laugh. They used very colorful lanuge for franteity boys. But they kept saying "I haerd your'e really easy and you'll do anything that moves" she knew thaty ewre ▮▮▮'s friends, she knewthey wer in that frantiety. And they stopped after the trial, the texts stopped comng. But afer she and ▮▮▮ squared eerytign away, and she's made up with the frnity, but **she's afraid that if she says she was raped at that fratniety, to give that fratenirty bad publicity, that they would all, the texts would start again, that everyone would hate her again. Cause I did, I told a bunch of girls I knew not to go to phi psi, I said phi psi in parituclar. So I sassume when those boys saw me walking by they recognized me, they were coming out of Trinity, I've never seen them before.**

(one thing that complicates things if I were to say "a fratnierty" is that I interviewed liz seccuro, as a way of sayng this has happened before, same franiteyt. And liz has ben very public about what frantiety it is)

but she doesn't go here anymore

(I know but it would be very easy for people to figure out what fratneity, ieven if I left it out. They would just have to goggle her nme to figur out what franiety it was)

I don't know. Its just scary.

(it is scary. We're going to have to brainstorm. We'll figure something out, we'll think it all through. But I do think it's important, I feel like if we can get these guys we should. We have a chance to make a difference. If their name was out there in the public they'd have no chicoe but to clean up thieir act)

I feel like if you list phi psi and serp among others there weill be major backlash. I have classes withs ome boys in that fratniety

(phi psi?)

yep.

(how about this, tomorrow I'll call my editor and talk it through with him and maybe we can come up with some altneritves)

I'd say change my name but so many people already know

(that was the first thing I thougtht of, to change your name. beucae I'd rather change your name than to laeve out the franitiesy's name, given the choice. If we really wanted to out them)

I guess I'm not as concerned about outing them as with the system

(maybe we could omit the name of the fratniety but explain that you're conerned with your safety? But still say liz seccuro – it would still be in thter for people to figure it out if they wanted to)

if you said it was the same fratnity as liz seccuo I could live with that. Beucase a lot of oeplple were unaware. I was unaware. Did you talk to **annie forrest**?

(no, I never aclled her, since she wasn't a surviovr here)

I was having coffee with her and she said **'do you mind my asking which fratnerity it was"** and I said **"phi psi, the big fratniety on mad bowl"** and she said **"ohmy god did you eve read crash into me"** and I was like **"dave matthews?"** and she's like **'no it's a book about a person who ewnt here and she was raped at the exact same fratniety!"** ad I was lik **"by one person"** and she's like **"no by a group of people."** I still have yet to read th book, probalby beuase I'm afraid to. Like annie had clearly read the book and she was asking me, did they try to give you a green drink? And I was like no, but he tried to geive me several dinks, I don't remmber them being green, I just remmber them being **punch**. And she said "they might have had grain alcohol in them" andi s aid that's a possiiblity, I just kept dumping them out. I'm on medications for migraines, and if I drink I get drunk like that [snap] and I had never drank before.

(you should talk to liz)

I've never met her. Is she ever gonna come to uva again?

(she spoke at take back the night in I want to say 2010. But she's a speaker, comes to campuses and talks about sexual asault. She's so great. She's got that spirti, there's something alex like about her, that same fire in her. But the circumstances with her were differnet, bu thte fact that it was the same franitety-)

did she go with someoen she knew

[I turn off the recorder as I tell her the whole story. Back on:]

I'v had my own mother ask me what I was plannign would happen. You kow? **My mom asked me, were you plannign on having sex ith him? I was like "mom that shoudn't matter, I wans't planning on having sex with the OTHER SEVEN GUYS in there!** It doesn't matter if I wa plannign on having sex with him" and my mom is like "cause that doesn't sound like you." And I'm like [snort] "thanks mom"

(well it sounds like you were on a date that you thought was going relaly well, and **you were ready to take things to the next level**)

**and I was okay with that!** And then fact that when I got in there, there was osmething ese, or someone else in there was terrifyng to me! And I was done then, as soon as I heard that fiirst guy to the left of me move, I was gone. But the uqesiton I get from people – and I'm just like pffff.

(and you told me about that one girl who was like "you should have had fun with it)

yeah she was like **"you should have had fun with it!"** and I was like **"wold YOU have had fun with it?"** and she's like **"they're guys in Phi Psi, that's like the most popular fratneity on grounds."** [long bewildered pause] I mean I know her, I know she hooks up with a lot of people. Like we all handle things differently. Like anie, she lost her virignity to th eman who raped her, so she went out and had sex with lot sof guys, cause it was like "her choice" kinda thing. Me, **I couldn't even be AROUND a guy**. Without havig like a panic attack. And when I started dating again, cause my friends just coun't deal with me being up and down, up and down and I was like sevrely depressed, my roommates from first uyear will tell you that I din't get iout of bed for like, weeks. Yeah you

can talk to them, I'm sure the'd be glad to talk to you. If you talk to alicia I'm sure shd'bee like yeah we thought jackie was out all the time first semester but turns out she was in her room sleeping all the time. they thougth I was never home but I was sleeping all the time. I'll give you my friend rache's number too, she graeuated last year, but she hepe dme through a lot of stuff. [gives me all phone numbers: Trina ████ Alesha ████ Rachel Soltis]

rachel and I basically became friends over the fact that I told her I was sexually assaulted

(when did you tell her)

I told her I think in january. I had came back because I had left school eary, at the beginign of december, **basically as soon as I came back from thanksgiving break I called my mom and asked her to come pick me up**. And all my roommates wondered why I left so suddenly two weeks bfofre we wer suppsoed to leave. So **I had to tell my mom over that winter break, when I came back to take my exams late my mom found all these brochures in my desk from the women's center**. And she asked me what in the hell hapend to me, and broke down and said **"something bad haepnd at a frat"** and she said **"what did they do to you" and I didn't tel her I just cried**, it took me months to walk my mom through what had happened. When all mh roomates got back we kind of all had a sitdown and I said "guys in the beginig of september I don't know if you remmber but I was kid of going out all the time and haig a lot of fun and then you probalby remember that I never left the apartment again." And that'when leesh said "I thouht you were out all the time" and I said "no I was sleeping alt he time" that's when rachel said "yeah I knew you were sleeping all the time cause I'd go int uyour room to get the cat and you'd be asleep at 2 in the afternoon."

(so remind me, you had a single within a suite)

yeah, and the way it was set up, it was almost like a baby apt, it even had stairs, ████████████████████████████████████████████

████████████████████████ So I kep thte cat in my room and would bring her out to play when it was allof us, but rachel wold come in to get the cat to play and she aid at like 2 in th aftenron you would be asleep. But si o I said I was raped in afraniettyt – well I didn't say "raped," I didn't use the word rape until last january. But I said I was sexually assaulted at a fraternity. I went witht eh guy fromteh pool that I worked with. And they were like "is that why you quit your job at the afc" and I was like "yeah" and so they" all listend, and rachel was so upporive, "if you eer need anything ill be her for you," I had a lot of issues sleeping at night and she'd make me tea dna bring it into my room at 2 in the rmonig when she knew I was still up, she was a night owl too, she'd say "I'm writing a ppaer, you can come in and sit with me just so you're not alone" so we got really really close.

(she greaduated)

she graduated a year early. She ahs parent issues too [her father didn't want to sign her loan so she could stay on to get a masters, she's now taking classes in community college, living with her boyfriend's parents] so we had that

in comon too, "I'm not talking to my dad either!" "yeah join the club!" but yeah she's so sweet, I've ben talking to her a lot. I'll also giev you eliza's info, she's mine and rachel's ta, and when I had the beer bottle thrown at my face she was my go-to person. [gives me her email]

(other peoel to get in touch with. Ryan is obivusly out)

yeah

(have you heard anyting more from the other two surivors)

ive heard from the girl ███████████████ and she said "I've talked to my parents and it's a no-go."

(what if she talked to me anonymously)

I asked her, what if you talk to her off the record, and **she said "I'm so sory but you know** ████████████████████████████████
██████**"**

(this is crazy – such bullshit)

and this is when I started feeling so alone, when I asked alex have you beeen getting a lot of backlash from people about being in the aricle and shewa like Oh Yeah. **She's like when I tell pepole they're like 'don't you have some kind of loyalty to the school?"** she's like "not REALLY!" [laghs] I think I have more of a lyalty to the school than alex does. I was like 'I feel kind of bad, I don't want to get in trouble over this" and alex was like "fuck that, I can't wait to see what kind of damage control they have to do. It's gonna be fucking beautiful."

(it's a weird mentality. Like: I love america, but it doesn't mean I can't criticize our government or our society – in fact, that's one of the great thigns about beig american, is having and utilizing that freedom to make the country great)

yeah! And I have't heard anything from ████████ It's just been complete silence.

(can you let her know I'm here on campus)

I'll text her right now. But I havent heard from her for a while which honestly I'm worried about her. [texts her, while I talk about how it would be important not only to put her story out there but to lend crednce to jackie' story]

Yeah well I just told her like "you can do it ocmpleely off the record if you wnt to, and if you don't want sabrina to put anytihng you say in the article I'm sure that would be fine"

(I'm flexible)

so I was like "please just think about it" and I gaev her your cell phone number. I just hope that she talks to someone. I want her to go to dean eramo, or to someone. She's not gonna be able to do it on her own. I tried to, and I couldn't. nbody can.

(liz said something to that effect to me [I tell her about liz's process, how she tried to swallow it down for so long, came out in really toxic ways, it was still there])

I know that I wen through not just ed epression but I just didn't want to go out, didn't want to talk to anybody, I had no ambiton for antyhigh, I dated a guy who was a total asshole. He treated me like crap al thetime. The antidpeessants I was on made me gain weight, made me tired al the time, and he was like

"you're fat, you need to go to the gym" and always critizie, if I was eating something he would take it away from me. Really mean, always telling me I was worthless or I wasn't smart, and "you're so lucky I'm with you, any other guy if you were daitng him for six months and werne't sleeping with him he would leave." So finally he came to ██████ with me and it was my friend ██ birthday and he said like if you drink that I'm going to break up with you. And infally ██ was like "Im' sorry I know he's your bf buthe's a dick and you hav to break up with him, and it's not onkay the way he treats you and tells you want to doand tells you to change" like I would come dowstairs dressed in something and he wold send me back up and tel lme to change and she sdia "it's an abusive reatishp and you have to berak up with him. And so I did. As soon as we got back. And I was so much happier fterwards, and I was free to hang out with my friends and I felt like a huge weight was lifted. I had always known that rachel didn't' like him but part of me thought maybe it was beaue she was conservative and he was a democrat [laughs] but she ewa slike "I could care lsees, jackie, you're super liberal and I still love you, I didn't like him cause he was an asshole." So this summer when I went home, **my best friend sicne I was 16, we were playing guitar at his house, and I work for his** ██████, and he's like "can I say omething to you" and I'm like "okay ██████ what's up" and **he said "I'v been in love with you since you were 16 years old.** Nad I thought this was finallyt he time that I tell you that."

(is this your bf now)

yeah. And I couldn't belive it beaues I've told him all my shit, he knows all the bad stuff about me nad he said **"I know you thikn you're broken but I don't think that at all."** Hs'e the most wonderful person eer. And it's such a good relatishp, he knows everyigh about me, and he would neefr pressure me to do anythign I don't want to do, he would never tell me don't eat this or – and he's just like whatever maks you happy. And I told alex and she's like "where can I find one."

(this is like what would happen in the movie veron of your life)

[laughs happy] for me it was totally unexpected. But when I told my mom that I think ██████ and I are dating now she was like "well finally! We knew that was gonna happen way back when you were 16 and would talk for hours on end about nothing." Cause we would just talk foreve about music adns tfuf but I just never saw him in that way until he told me "I lov everything about uyou, even the stuff you thin kis bad I don't think of as bad."

(mom's #)

I'll giev you her cell number so you do't have to contend with my father [recites it]

(I have some qs for you, but it can wait for tomorrow if you want. It's 8 pm, I d'n tknow if you have plans for tonight)

I honestly don't have ntyign to do, go ahead

(awesome. I have this list. One of the things iw anted is to see your tattoo [she shows me over her paisley-print dress that it wraps across her rib cage, prmises to show me tomorrow]

(your necklace, is that a yin or a yang)

it's a yang. ▮▮▮ and I got matching tattoos, his says "you see all of my light" and minen says "you love all of my dark." And we have the yin and yang symbols. I got the necklaces for us for us for his brithday. But the unbreakabale one, it says unbreakable and it has the feminism symbol and a rose.

(the feminism symbol meaning, the women's symbol)

yes but it usually has a fist in the iddle? But the fist is a rose. You know the fist, like a revolution thing? Alex has it too, I think in a simiar place on her ribs.

(I was also hoping to see if its okay, I know you said you hav scars from your asault)

I have a couple. [pulls back the beaded woven bracelets on her left wrists, in the dim lightig I see nothng] I don't know if you can see them on my arm. **These little lines. Maybe in better lighting you can see, but hta was from glass.** But yeah I have a few on my back I think. I can wear something so that I can show you tomorrow.

(I wanted to ask you too whether this time of year, with your anniversary approaching, is it very)

difficut. Last year – I just try not t think about it a lot, but **last year I had a really tough time I just kinda didn't get out of bed for a week. And I kind of reverted to thoughs of suicide and self harm and just felt really hopeless. And I've been there recently too, just cause I know it's coming up and I don't know why anniverary dates trigger it so much but it does. So as soon as september 1 hit I felt completley overwhelmed again.** I've been talking to my mom nd to ▮▮▮ a lot about feeling that **hopelessness** again and it sucks cause nether of them can relaly ndernsead it, theyr'e like "you have so much ot live for" but I'm like "guys **sometimes everytign feels so overwelmoing, you can run as fast as you can but you feel like you can never get away from it" and sometime sthat's how I feel, that I can never get away from it.** and I think that they try to listen but it's very dfiicult. Its something that even alex I'll try to expain but she doesn't relaly unernsda, beuse she's a very loving life personality and I don't think she understands but annie forrest, she has been there. So this is suicide prevention month so annie's been texting me stuff like "you're wonderuff" and "trust me I know how it feels" and annie, ▮▮▮
▮▮▮ .
)

and october was emily too. [her phone lights up, we both look down hopefully but it's not ▮▮▮ ] that was rachel. Not ▮▮▮ . But um. So. It's hard because not a lot of people can understand what youre going through. I know **emily always says recovery is like this [hand: up and down] which is funny cause nobody else gets that, a ot of people are like "well you were doing so well last week"** and I'm like "yewah well it's a new week. It's a new day." Something alwys brings it back. I still lhave nightmarees. Even in class today – still – [digging through her big handbag, pulls out a cannister] **I still alwys carry pepper spray and I think I have a pocketknife in here too.** [says this all so cheerfully but seems on the verge of crying] I'm always at the ready.

(when you have nightmares, what are they about)

it's funny **they're nightmares of before anythign ever hapepns. I alwys have a very similar nightamre of walking up to hat room. I'm going but I'm telling myself not to. That's the one I'm having recnelty, I'm walking upstairs but I'm telling myself, Don't Go Don't' go. And I'm still going and I'm watchin gmyself go. And I cn' tstop myself.** And so it's horrible. I wake up sweating and I'm crying. The good thing is if, I like it when ⬛ is there, I did live with him this summer, so that I could wake up nct to him and he oculd sya "its ok it's ok." So now that I'm at schol a ot of tiems I'll have to cal him in the middle of the night an dhe's so good about it, he'll be "just breathe," or "pck up a favorite book and read," cause he knows I'l be up for a  couple f hours. It doesn't get any easier, everytimt it hapenes. **It's become less frequent, I used to be terrifed to go to sleep at night, cuse the night alays scared me.** Especially the firest year afterads, I had to sleep udring the day and stay up all night with the lights on, cau se I could'nt deal with the dark.

(do you thikn you have **post traumatic stress disorder**)

**I thik I'm undiagnosed but I think that I do, especially when I talk to other girls who have been diangoesed with ptsd, esp when they talk about stuff they do, about always having your back to the wall, or – when I moved to my new room next year I purposfuly put the bed in the far corner of the room so I can selep and see everythign**. And just little stuff that I think is wried that I do ad they're like "oh I do it too." And my mom keeps telig me I need to see a threpaist. I know I probaly do.

(why havent you)

partially bcuase I haven't had time to. And partially becau se I guess a lot of times I don't want ot go and talk about all of the feelings I have, that scares me. I've goteen almost used to telling people, cut and dry, butw hen people ask me "how does that make you feel" or "what feelings do you hav about it, does it make you angry, do you get sad, do you get scared," and to hash through those, yes I'm all of those things all the time, it's hard and it's scry, and it' something that I'm not ready to – I guess I should go and talk about it, but it's not like YES I want to go through all this horribleness all over again.

[I talk to her about the benefits of therapy for soeone like her]

I did try to see someboy at caps and it was the worst experiecne of my life.

(caps is student health?)

yeah. This was first year. It was awful. Awful. She put these like brain wave sensors on my fingers? And then she was like "now think of a safe place!"

(biofeedback?)

yeah I think so

(that's interesting – did you say you were on migraine medicaiton)

yeah

[I tell her how I'm also on migraine medication for my own health problems, and that biofeedback/ meditation has been hugely helpful, convesation veers off, turn off recorder. Back on:]

emily gave me the name of somebody, so maybe I should give her a try, if hse was good for emily I bet I'll like her too. It's funy cause my mom took me to a psychiatrist to get me onto antidepressants afetr I was sexually assaulted, so this

RS004348

was in decembe or early janaruy. And I've oly ever had women threapists cause I've had thes isues with my dad growing up so my mom sent me to a woman when we moved to virginia, cause iw as so pissed at my dad, so I could adjust to the move. And she made me write in an angry joinral and I was like 14 and I was like this is so stupide. And then my senior year I was reallystressed and so my mom was like you should talk to someone and she just made me more stresed out cause I was like "I could be doing homework while I'm here." So I've never connected. But I never thought, esp with my issue siwht men, between my daddy iseu and being assuatled, my mom was like "the pshyiciatrist is a man" and I was like "oh shit." And he staretd out like "so how are you feelign today" and I just burst out into tears!! And I've never cried in a tehrapy session before and I was like "I hate my dad just for starters, and I went to colleg and my life was wonderful, and I was doing so well, and I loved it, I was working and in clubs, and I thoguth this was going to be what it was like for the next four years of my life, and then I made the stupidst decision of my life to go with someone to a franteity party and ever since then my life has been completely ruined ever since then."

    (did you tell him that way? Ther's so much blame there)

    I did tel him that way. And I was crying and cryign an eh ewas like "what happened to you was fucked up" and he was swareing an stuff and I was like "I faield three classes, I never failed anytihng before in my life!" and he was like good, sometiems you have to hit rck bottom brorre you build yourself back up, from here it can only get better. So he gave me my **wellbutrin** which was nice. I liked him ecuase he din't say much and when he did it was mostly swears, and so I could like relate to that, cause that's how I was feeling inside [laugfhing] and he was a young guy, like in his therics and I liked that. But other than that I haven't gone back to talk to anybody except for **this woman from caps who was awful, this godawful woman who putthese things on my ands**, and when I tried to ask her quesitons like "well what does this do" she wa s like "go to a safe place." And I'm like 'what am I supposed to do from here" **and she's like "well this is for my research."** And it's like, can't we talk abut the things I want to talk about? It was such a bad experience, finally I just stopped going, at some point she had to cancel an appt and then I was like "now I don't have to go back" and she's like "do you want to continue" and I wrote back a really nice eail "I'm sorry but all of my schol work prohobits me from making a commitment like that."

    (tahts too bad. Student mental helath can be terrible)

    it just is. Nad I talked to emily about it, how I've never really had a good mrental health person and she said you should call my psychiaitirst and I never really got around to it, I think she gaev it to me in jnaruay or february. **When I saw my mom last weekend, we got coffee, my mom was like "you need a tehrapist."**

    (when you first reported to dean eramo did she give you any kind of mental health options)

    I think she was kind of caught because I was going back to stafford for the summer so it wans't anything I could eimmeatly begin. So **she gave me the name of a woman's center or srah or something in** ▮▮▮▮▮▮▮ and then

she wasked me if I had followed up on it but I hadn't, beucase I was working like 50 hours a week at █████████████████.

(so youre realylike on eof the family)

oh yeah they've known me since we moved here, since I was 14. I'm pracitlcaly their other daughter anyway. But I just never got invoved in it, until I came back here and I kind of decided that it would be more therapeutic for me to meet others – **I met dena eramo and was like nobody undernsadis what I'm going thtorugh, I will go through fits of crying and my roomates will be like "do you want ice cream" like the have no clue how to handle it, do you have anybody else who has been thorugh a sitauiton silar to mine. So that's hwo I got in touch with emily**. Nd that's the gretates thing anyone has ever done for me.

(going to one less meeitngs hhas obviously been reaelly piomrtant to you. Have you been to any meetings this year?)

we had one. [explains to me that she needs to formally interviewed to be a member, she went all last year but never formallly applied, so applications just came out] it ha **45 members**.

(oh that's the big group)

well not that big of a group considering there are 22,000 people on this campus. And one less is graduate and undergarduate, so it spans the entire 22,000 population, so to only have 45 people in it I think it's a small group. Copmraed to my █████████████████ **we're 75 pepole ad growing**, we have to meet in lecture halls and stuff, a ot of clubs have a very big population. And one less is like the smallest club. But I think its' growing. And I don't know how big one in four is.

(wanted to ask you also about – another eramo quiton – you menteiodn that nicole ha mentioned a year after your rape, **september after your rape, she mentioned to you that it was her job to first and foremost protect the university**, and it was because you had asked her something.)

yeah I asked her why – I don't want to get dean eramo in trouble because I love her! But **I asked her why ther ewas nothing published about how many sexual asaults occur at uva**, becaue it IS so frequet. If one in four is the average – **I feel like its one in three at uva, I feel like it's much higher at uva from other people**. And even from our greek system – there was a report donea few years ago that showed that girls in sororities at uva are one third more likely to be sexually asaulted than girls who aren't. and it said that we are actually avove the national standards.

(where was this?)

I'll find it for you, it wasa ctually a dissertation of a studetn who surveyed 1000 students and based her findings off of that. I think her name was █████████ too. Acutally let me see it might even be in the syllabis for my gender based violence class. [looks through it] Is this it? [I copy it down: chevalier Minow and einolf, 2011, "sorority participation and sexual assault risk" violance against women?] If it's not that one I can look thorugh the rest. And have you read emily's dissertation? I might be able to email that to you. **And this is on my suggested reading list [makes a face, points at Fraternity Gang Rape, by**

**peggy sanday**. I tell her that sanday is a penn prof, wrote it after a gang rape 30 yrs ago at penn]

(can you handle that? That's going to be relaly tough)

I ean it's a recommended reading, it's not required

(what's the name of this class you'er taking again)

I'ts violence and inequalities. But it's **gender-based violence**. With denise walsch, if you want to talk to her, she does a lot of stuf with vilence aginst women. She's denise@virgnia.edu. But yeah I will not be reading that book bcuae it hink it's too much for me. I would be afraid it would be a psychological excuse for reprehentislbe bheaior – I don't want to understand why they do it, I want them to stop doing it.

[we tak bout what the book is about, the dymaics of fraternites. I say that some study found that 55% of gang rapes reported on campus were at fratencities]

I'm sruprised tha tnumbers' that low. I know that when you loko up gang rape it says "usually associated with you know, commited by real gangs or fraterniites."

(so you were saying you were asking dean eramo why aren't these staticics published somewehre)

yeah. And she – I dn't awnt to get her in troble for say9ng this, but **she looked at me very like solemnly and was like "well who would want ot send their daughter to the rape school?" and I thought about it, and I realized that she's right. You kow? And the unveristy would never want to publishe something like that, espeically if their numbers are really high**, bcuae who would want to send their daugher to the rape schol.

[I tell her how I'm in pursuit of those same numbers, was hoping to ask dean eramo]

I don't even know if she has the numbers. Because I was like, 'nobody seems surprised when I tell them that somethinglike this has haspend to me,' they say "oh I can see that," or "that happens a lot at uva," and ias ked her, why isn't that published somehwere, statistically?

(I came across from a news report from earlier this year with dean eramo saying that since the beginign of the academic year she'd had 30 people come to her with sexual assault complaints, and that had resulted in like 9 reports. But the clery reports at the dept of ed website showed that there were more like 11 to 17 – so what happens to the rest?)

and **I feel like it's a lot more than 30. I feel like a lot more people than thirty walk through that office**

(you think that based on how many people yovue' seen go in an out of that office)

just **based on the number of people I've talked to, who say they've gone and talked to dean eramo. I mean I love dean eramo, I dn't want ot get he in trouble but I think th enumber's a lot higher than that.** I think that what the university reports as its nubers and the actual number of people who at the very least come in and say "ths happened to me, what are my options," there's a gross differnece between the numbers we're given and what exists in reality. And

just how many friends I hae who say that – or the number of girls I tell my story and they say "this has happened to me" or, **eeryone I meet it feels like, they're like "oh my friend, myroommate, a girl on my hall"** – and I mean, **I meete a lot of people**. Literally **right beore I met you, I had to go pee after my class, and I was in my 12 person women and violence class and everybody in tehre knows that I spoke at take pacek the night and stuff and she's an RA and she told me "a girl in my hall was sexually assaulted this past weekend, what do I do."** And I was like, "you can give her my numer if you want, I would strongly advise her to talk to dean ermao, she should at the very laeast go an dsay I had a bad epiernce, pleae tell me what I can do." And I sid "keep telling her it's not her fault. It's not her fault. No mater what happens its not her fault. And she should nev blame herself. And the nly way she'll come to temrs with what hapend is if she talks to other people.

(And the fat that you're aware of all these people, I guess is because you're in this club, people knowyou're a safe person to tak to. At first I wa thiking maybe you were hearinga bot it more because you're in a self selected group. But it does sound as though youer' open to talking abou tit, so people sek you out)

yeah. I think it comes down to – who was I talking to? Either annie or emily or maybe ▇ Have you talked to ▇? ▇▇▇, she gradatued last year, she's a god friend of emily, sne spoke after me at take back the night. She came up to me afterwards I was crying and I've never really spoken to ▇ and she said to me "▇▇▇." And I satated cryig, she started cryng, we hugged, it was very intense. I haven'trelaly spoken to her since, we had this very deep emotonal conection. But she was telling me I tihnk that ever since she joined one less people see her as a resource, so they tell her this hapend to me or my friend, and ask her advice. And so in jioining this club you pout yourself in a positoinsort of of authority, lower than dean eramo but like people think kyou know what youre talkgn about.

(more accessible than a dean, I gues, cause you're a peer)

yeah. So to kind of even tell them "this is wher the women's center is, go there. So she said don't be surprised if when you jion oine less you have much moe people coming to you and telling you than you usually have.

[I tell her how brian head was tellin gme how in one in four they have the same experiece, intense enough that they end their meetings with support for one another]

we have the same tthing, the lat ten minutes of each one less meeting is a support circle, we put our arms around each ohe rand just talk about our highs and lows of the week. Annie was talking about how sororities have something called chpater I guess wher ethey all sit aroudn talking about their feelings, and when they did **they found out that** ▇▇▇▇ ▇▇▇. Nad she was like "that's just three in on sororituy. Who knows how many others." So annie being in one less was going back and forth beweetn her soroty and the head of the frantiety saying "get rid of him" and the fraternity was saying "ther's no proof, we're not going to get rid of him for something he may or may not have done."

RS004352

She said "we can take this to the baord if you want." I'm not sure what came of it, but it was the first meeting I went to, and no one besides alex and emily knew I had been assualted, no one even knew I was there, and one student who had been to hondorus with me is in one less, she's never been assaulted but she thinki its important, and I started cryign in the midle fo this story and ████ was loking at me like "what is wrong with you" I'm baawling my eyes out, but I don't know what [lips trembling suddnely, eyes full] hurt me so much all of a suddne, the thought of three girls being hurt by this one guy, and nobody was doing anytign abou t it, and stuff like that they'll share stories and I always end up crying. It's a very emotional, the last ten minutes is a very emotional time. I'll have to ask annie what came of it. I remember asking her what frat it was and she wodn't tel me. She was like "I don't know if I should tell you, beucase we're talking bwteen their presid ent and our presidnet" and **I was like "I just want to know, cuas I have so many friends who are first years and go out partying and if ther's a single rapists at that frat I don't want them to go there."** She said she'd let me know but I don't think she did.

(that's crazy. Imagine if someone at a fraternity had a tendency to pull out a gun, and had pulled it out at a party three times – then people would be talking about it, it would be a dangerous situation. How is this any different)

**It's just like this ridiculous cycle of silence. And even annie who's in one les and who I love dearly, I didn't unerstand why she didn't want to give up the fraternity! If they're protecting someone who did something bad, who hurt three girls that you know personally beucase you're in the sorority with them, why woudn't you want to tell me and EVERYONE?** A lot of times now I'll just tell people to stay away from mad bowl, bucase I don't want ot single out phi psi beuase I did have such a bad expeirence with them, I don't want to comprosmise my saefty, **there are a lot of guys in phi psi, like 75, and like to hae them all hate me and me not know any of them esctp for the seven faces and not even their naems? It's terrifying.**

(can I tell you soehitng realluy upsetting? I'm sorry I don't want to upset you. But I've been rseraching phi psi chapters all over, and I don't know how much of a relationshp diferent phi psi chpaters have, but ther's a chapter at west virginia univesity which isn'tthat far from here)

yeah!

(and they were accused of gang rape in 2007)

oh my god. I know alex thinks my concpsiracy theories are crazy but what it's it at a national levl? Or even at a regional level, with these organizitons?

(a reggional level, at the very least, would make sense. I meean even the way regional colleges borrow traditions – like how that song "rugby road" is actually borrowed from I think georgia tech, which is much farther away than wvu. The idea that regional colleges swap bits of their --)

traditiosna dn stuff. I bet they have cconferences where they meet the leaders of – I know sororities have ths [tells me about how she has a friend in the soririty pi phi, who met a childhood friend from boston who's also in pi phi at marquette, they met at the confernce]

(I'm not saying that they're necessarily siting aournd in a conernce talking about gang rape-)

right but the idea that they're even swapping culture, swapping members

(right like, "we've got brothers visiting from this unviesrity now" – the same wway that the Pi Lam guys here are geeks, just like the Pi Lam guys at Penn are geeks too – that's got to happen somehow. That they have the same culture. Or like I don' tknow if you have Sammy here, bur wherever you go they're the jewish frat)

I don't think we have ssammy but we do have a jewish frat here. I forget what they're called but they have the nicest house. They're kown as the gentlemen frat bucase they're all like realluy nice jewish boys. I dunno, I do have condpsiracy therories, I think alex thinks I'm crazy cause I'm like, **if there are 100 brothers in pi phi, the fact that there were 9 in that room while I was being raped, what is the statisitical probabiltiy that the other 91 are completgely unaware that that's happening? To me it's very slim. Cause that's almost ten percent of their fratenity. I think if they d'nt participate in it, at the vdery least theyr'e aware it's happening**. And just being aware kin of facilittes it. My friend ▮ had a guy in pi phi in one of her classes, and shes' like "and he's so nice," and I'm like that's nice. And she's like "you can't seriously thik they're all bad." And I'm like "I dunon." **At the very least they all know somehintg happened.**

(and they don't ask qustions because they do'n want to know)

yeah kind of like a don't ask don't tell policy, but on a fratneirty level.

(It's like tha banality of evil thing – maybe only a few people are truly commiting the evil, but everyone else is complicit in their silence)

right. They don't really know why 9 of their boys went into a room and din't come out for 3 hours but they're not going to say anting?

(I just fee like ther's no way something like that doesn't get out. In a small gropu of people hwere eveyrone's in everybodyds lives)

[talks again about her theory of the fact that the pi phi guy who's in one in four is there as a spy, to see if people are onto them.] But he has to know something goes on. And alex says well ther's also a guy from serp, and serp, everybody knows serp is the roofie rape frat, and serp has like no members, like 30 guys. So is he planted too? But I was just really bothered about it because I am persoanlly very awrar of what goes on at that frat. And when I tell people the fraternity that I was raped at, no one is ever surprised. The only person who was ever surprised was the girl in ▮ who was like **"oh I know all those guys, I party with them alt he time, no way tthey'd ever do that,** I htikn you have the wrong frat" and I was like no way do I have the wrong frat. And she woudn't talk to me for the rest of the week.

(was this this past trip to ▮

no this was the one in january. This past trip I went with my frien ▮ and she knows, and it doesn't surprise her at all. I don't think she found out until we went to ▮ and she sad "which frat" and I said "pi phi" and she went [nods head, pursed lips, knowing look] hat was all she did. But a lot of peple when I tell them which frat they say "oh I've heard bad stuff about hat

frat" or I've heard "oh my friend was fondled at that frat" just weird stuff. Just a lot of "oh I can see that." I haven't heard a lot of "I've head that same story" except

██████████████ ."

(I wish I could talk to her. Did she ever tell you further details bout wha thapend ████████ )

no she just told me I had to talk to ███████████. and I think my mom was there- she was there early for sorority recfruitment and I was there to take my exams, and my mom hd just found out I'd been sexually asaultd at a frat.

(and remind me, how did it come up? your mom mentioned it?)

I'm having trouble rmemeberng – it was late at night, and I was scared, and she was moving back and I was like "what are you doing moving back so early" and she's like "oh sororoity recruitment!" and **she was talkigna bout all tehse different times she got blackout drunk**, in front of my mom, and she'd say to my mom "oh but I don't get that drunk. oh but then ther was another time when I got blackout" – andmy mom was cracking up cause my om don'est care. and she asked me if I go out, and **I said something like ih ad a bad esperinced at a fraternity, and I said the name, I said it was at Pi Phi**, and she said [attentive, scolding] "don't you know never to go there?" I was like no. she's like don't go thre, don't go to gamma, and somehwere else. you should hae tlalked to me at the beginning of the school year, I would have told you." and I said how do you know. and she said "my bother and sister go here." and I wasl ike I wish eomeoen told me that!" so she's like what hapend? and I said "I was sexually assautled by a lot of guys at that frat." and she's like, **"oh my gosh. you have to** ██████████████ " **I'm like who's** ████████████████. and then I was like why? she's like "no you just have to talk to her." she was a fourth year, ██████████████████████████████. she sid "she's gonna grateud ate this year but you should talk to her, I think you guys would have a lot to talk about " so I was like okay. so I didn't really talk to – I saw her here and there but she was super into sorority recuitment. so one night when she came home drunk, really drunk, and my cat had gotten out, and shee thougth my cat was a squirrel, cause my cat was grey, and she's like "oh my god yo'ure holding a squirrel" and I'm like "okay ████████," she texted me the next day and asked if she could come over nad see my cat. so she cmae over and I said "so why do tyou thikn I syould see ████████" and he said "I'm not gonna say anyting, other than you should really talk to her. this is her fb, why don't you message her." so I messged ████████, and **we got coffee in greenbury's [tk sp] in Clark Hall**. I was like "did ████ tell you anything?" and sehs'e like "she told me you had a bad experience at pi phi." And I was like, "I did. my first year." and she's like "so did i. **it was my first year here, it was in october."** and she **told me that** ████████████████████████████████████

██████████████████████████████████
██████████████████████████████████
██████████████████

(when did you sit down with ████ )

**february 2013**.
(so what year would her assault have been)
let me think –

? did emily renda tell you
. I think you should ask her about that. if im
remember correctly I'm remembering that she said

 I just thought of that beucas ei was thinking back into those years,
And so I met with ████ in february, and it's funny cause I never really
talked to her again.
(god if eel like ther are so many intense convenrations that happen over
coffee in this world)
yes! everybody meets over coffee. but I never really ralked to her after
that. I talked to ████ and told her I'd talked to ████.
(how did you feel siting down and talking with her about it)
she was the first person I ever did, but I nevder really told her what
haepned to me. she more told me what haepned to her. and I cried a lot but I
didn't really – I think it was a silent understanding of, she knew that something
very similar had haepnd to me, I just wasn't ready to explain that
(did it make you feel a little less alone)
**it made me feel a lttle less alone**, but also  a lot more terrified. that she
had to semester off and all this stuff, oh my gosh, I didn't want that to happen to
me. and the fact that she was like "this has changed my life forever." she said
"even the people iv'e hung out with, I just relaly cleaned up my act, I don't party
as much" and I remember thinkgniw ell ████ defintily didn't inherit that
beuasf ████ partied all te time.
(can you descirbe ████ a bit? obviusly I won't be naming her but maybe
a ██



(I see what you mean about he stiff language)

It was so strange for me buea sei was like nodding and kind of crying nad it semeed like she didn't know what to do with me. and I asked her "how did you tell your panrets" and she said "I never actually told them, we dn't have that kind of relatisnhip" or something like that. she said they wer kind of "perturbed" with her for taking a semester off. but she's like "I just needed to get a new perpsecitve on my sistuation and my life" and it was just the most formal converation I've ever had about sexual assault, ever. and I think that's why I couldn't connect with her as much, beucasi e was siting there like this gigantic mosh ball of feelings. and I remember **she even like crossed her legs, and she was wearing like a dress, like she looked formal, just drinking her coffee, talking about something super personal but not even batting an eyelash**

(so her body lanauge was **very casual**)



(was part of you teririfyed beoucas eyou didn't want ot become this robot)

yeah I guess **I didn't want to be like her. beucase she seemd so distant from eveyrthing**. she was                                    , and hse never texted me to folow up. she just shared her story, then looked at her watch and was like **"well I've got to get to class, but it was nice meeting you"** you know and I was like "great meeitng you too, sorry I was crying so much" and she's like "oh it's perfectly all right." no hug or handshake or anyting, just "bye." and no she never texted, never fb messaged, that was that.

(sounds like she was in a placd where she just wasn't dealing)

yeah. and so yeah she was the first person that I talked to. and she very fomrllay laid out her story.

(and did she ask you at all what happed to you)

no. she said from what she understood I had had "**an unfortunate encounter with the boys from phi psi**" [laughs] it was so crazy she spoke like spock on star trek. that's why when I met emily it was so refreshing because eeshs' such a real person. and ▮ was not – even though we had had such a similar experince we wee worlds apart in how we reacted to it. she seemed to almost **disassociate** from it. you know? Iamost like "that happened to me in apast life" kind of thing. **I became almost consumed by it. like the farther I tried to get away from it the closer it followed. I kept telling myself, this was in the past, but it wasn't, it was always in front of me, and behind me and next to me and inside of me. it was like everytime I closed my eyes it was happening again.**

(the fact that you experiencde your emotions and don't hold them at a distance is probaly good fo ryou in the long run. I mean you have to wonder how ▮'s doing now)

I think she's living in ▮, I last heard, but ih avn't spoken to her, I have no idea. even ▮, she might keep tellign herself that she's going to be okay, but – and **I'm a very emotional person anyway**, I cry at sad SPCA commercials, I cry at every little thing, ih ave a ton of feelings about everyting. so after something super trauamtic hapend to me **it's not like I could become numb. I wanted to, but I had so many feeligns about it.** and its funny it wasn't anger, it took a long time for me to get angry about it. it was more like, guilt, almost feelking physically ill, I remmber I felt so sick all the time, and there was nothing phsically wrong with me, but ifelt nauseous, just sick to my stomach everytime I thought of it, something I can't even describe, **I felt like theer was something living in side of me and I wanted to just throw up all the time**. I'd walk aroudn with this pit in my stomach that felt like the grnd canyon. and yeah something that's so difficult to articulate. I'ts like phsyical discomfort. and it's because I was so depressed and sick. and also I was just exhuased all the time. and it got to apoint wehre **I had always taken pride in my apperance, like I was a swimmer in high school, I had long hair, I always wore makeup and derssed cutely and then it got to the point where I woudn't get up int eh maorning, I wouldn't brush my hair, I would only brush my teeth once a day I kno that sounds disgusting, or maybe every other day. I woudn't wash my face, I wouldn't shower, I just didn't care. about anyting. snd if I had to go to class, which I raerly did that semester, I would go like that, loking like night of theliving dead**. people would ask me if I was feeling okay. and I'm sure I did look physically ill because I looked physically ill.

(did you ever go back to that anthropolgoy seminar? [shakes her head])

I never went bak. I went back fr the midterm and that was it

(did you see him at the midterm)

no I made sure I sat in front of him so I didn't have to see him. I don't evn rem ember, it's funny cause I was in such a, it's like **hazy** almost. **I remember going into the midtemr and leavig half of it blank and just truning it in**, just wnating to get out of there. I was just like "I dn't know this, I ahven't been to any of the discusions, I just don't there." cause the class itself was pretty large, it was

about 75 people, but the dsicussion groups were only like 15 people, so I never ewnt back tote h discussion groups, but I did go back t the class that one time for the midterm. and then the professor emailed me and sked me to meet with him, and he asked me what was going on, and I hadn't told anybody except for my two friends who I wans't friends with anymore, ryan and catherine, and so I just told him I'd been expiernceing problems at home, wich was true, bcuase I also hand't been talking to my dad. so I was like "issues at home, sorry." that was one of the clases I failed. I remember he said I could retake the midterm and I was was like, "I don't even care."

(you din't retake it)

no o din't think I retook it. I just didn't care. I know **I never went to his final**. I neve went back to that class. **just the thought bof being ni the same room at him, and that he saw me at this horrible vulnerable moment of my life and he did NOTHING – and then he himself [welling up suddenly] participated [voice quaking, overcome]**. shakes her head aback and forth, long moment composing herself] I want to cry. [less animated now, subdued:] like, I just couldn't, I couldn't be in the same place as someone like that. and so I just never went back. and I'm sure the professor thought I was a head case, which I guess I was at the time. but I dunno I just couldn't deal with it. it's funny, one fo those boys I see all the time. I think he's a history major and that's why I see him so often, beucase I take a lot of hisotry classes, and hes' always in the history building. but it's strange beucase I see him not even in the history building. like **the other day when** ▉ **was here he was riding his bike, and** ▉ could tell just by my body lnauage, he was like "what is wrong" and I just froze. and he said "that guy who just orde by, was he one of them?" **I couldn't talk, I was completely immobilized**. I just turned to him and like cried. I coud'nt even tell I was crying at first but I felt the wetnes on my cheeks and I was like "I see him ALL the time." even placesl ike, **I saw him at the Barracks Road shopping center**, that's way off grounds! **I've seen him at wal mart**, shopping. it's weird because I didn't see ▉ for a yaer and a half, and he's a history major too! but I see this kid everywehre.

(just this semster)

no this past year, I see him eerywhere. and it's funy cause it's just as uncofortable for him as it is for me. he can't look at me. like he'll lok at me and then look away. it's like he's terrified, I don't know what goes thorugh his head — my mom thinks I should go up to him an dsay "do you know who I am, do you know what you did to me" and I'm like "mm I'm so terrified I coud'nt do that. and she said "he sounds like he'sj ust as terrified as you."

(he's probably more terrified of you. because even though you feel helpless in this situatoin, you actually have all the power. you could destroy ihm)

so my mom was like you should confront him. and I wasl ike ma, I would pee my pants. and she's like you should do it. or hae ▉ do it. "I know who you are, I know what you did" I dunno.

(problem is, you nve know wen you're gouign to see him, so you can't relaly prepare, when you see someone unexpectedly you might freeze)

yeah! my mom was like you should pepare something but everytime I see him it's the sam thing, I just –

(do you think it would make you feel better though? like wha tif he said something really obnoxious and immature, wouldn't that make you madder, more upset)

I – I, I think so, number one it scares me, number two everytime I see him I fel shellshocked, like completely comtionally – and it was the same thing when I saw ▮, I had so many things iwanted to say to hm, I was so pissed, and all my anger was directed towards him, nad **for a whole year I thought about how he had ruined my life, and how I had truste dhim, and how he is the worst human being ever and then I saw him and I coud't say antyhign. just compeltely overhwelmed with fear I gues, or I couldn't move, I couldn't talk, it felt like my tongue was sandpaper. and he was just ike "you look differnet." and I just stared at him, and he was like "well it was good seeign you, I'll see you around." and I went ot he bahtroom and I threw up eveywhere. and I went home aand I was on my way to class when I saw him but Iwent home and I did not go to class for the next three days.**

(did you throw upin the bhtaorom of the building)

of **gibson**. I mean I made it in the toilet, but I feel bad for whoever had to clean up. I wasn't responding toany of my friends' texts, and finally rachel just came over I think, and was like "what is up with you." I thikn she brought me chinests food. and was like "I'ts gonna be okay."

(it might sound like it would bring you satisfaction to confront this guy but intfact it might have a really negative effect, like what if he says something mean, what if he says 'get out of my face you crazy cunt," that would make you feel terrible. a productive confrontation with him soudl orpbaby be in a safe moderated space, like an informal healring kind of thig]

yeah. the problem is I dn't even know his name. I see him eerywher and I don't know his name, how old he is, and the thing is, I know eactly where i know him from. and I'm positive he knows me. as drunk and as high as all those guys were, cuase they reeked of weed, which id dn'dt know hwat it smelled like until my roomate smoked it and I had a panic attack, I was on the gorund and ▮▮ was like what is going on and iwas like "they're here, I can smell them." and she's like no, what you smell is marijuana." and I had never smalled that smell before beuase I was a baby and never did anythign bad in high school. so I had no clue what I was smelling! and I smell it all the time now and don't have the same reaction, I do get an initial repulsion, it initially gives me a knot in my sctoamch and I feel hs8cally ill but I've goten used to it cause everyoen in colleg smokes weed. but that's' wht they smelled like, beer, and some kind of liquor, and weed. and so I'm like I know you remember me, even though you were drunk and high, I know you remember my face – just bduase of the way he loks at me and then looks away. like totally teririfed. so. I dunno. I once saw him, this same boy, with another one, **I saw two of htem in wal mart when iw as shopping for my groceries**. and this one who sees me all the time, he didn't say anting – it was late at night, like 10 at night, and I saw them **in the juice aisle**, and **the one I see all the time didn't say antyign but the other one said [friendly] "oh,**

**hey!" like he knew me from somewhere. and he was kinda like "hey, you,"
where you half smile when you know someone but you don't really know
hwer you know them from.** and I was with my ex boyfriend, th really abusive
asshole, and he was like "what he fuck is wrong with you"

(so there was no reconition in this guy's eyes)

**no he was like "hey 'sup," and gave me like a [chin thrust] and I just
looked at him totally scared and he looked at me like "whatever."** and I just
walked straight out of the store ▮▮▮▮ was like what the fuck, what about hese
groceries, and I was like "I hafe to call my mom. those two boys. they're from that
fratenrity." and he's like wellone fo them said hi to you. an di was like "yeah and
he had no clue where he knew me from." and he's like want me to go and say
soethign to them? I'm like "can we pleas leave right now?" he still wanted to go in
and buy groceries. he was such a jerk. and same thing I felt physically ill. I thikn
that was the firsttime I'd seen either of them. since then I've sesen that one boy
all the time, but I've never seen that other one again.

(I think I've asked you just about everythinfg rfor now, more or less. more
will come up later. one thing we'll need to figure out is [I turn off the recorder, we
talk about what she wants to do about naming herself, namign the fratenrity.
recorder on:])

I'm nervous I guess about the backlash if I name tihis frantiety, number
one how the ftaernity is giong to react. number two how the rest of the greek
system is going to react, if theyre' going to be like youre a whistleblower.
whereas if I say I was raped at A fratenrity it doesn't seem as threatening. I takled
to ▮▮▮ in pi lam about this [etc about their conversation: if it said that there was
a rape at a fratenrity and then all fratenities were investiagted]

(yeah but this is such a different siation, because we're saying there's a
very specific fratenrity on campus that might have a cultur eof gang rape. this is
so diffetn from the usual thign wehre you might read in an article, someone got
raped in a fraternity, it happens all the time, every night of the week. this is
smethign very speicifc. and something that needs ro be dealth with)

I guess for me, the adminstration knows which fratenirty it is, and I don'
tknow that I want - I think the fratenity itself will be pissed.

(they will be. they will be. of course they will be. but they're in the wrong.
so that's where I wonder, bringing us back to the idea of whether we should
change your name, and give you protection, and use their name)

I dunno that scares me too beause I know that people – at the very least
people are epecteing to see my name and alex's name in the aritlce. beuase a lot
ofpeople are awrae – I mean I've told a few people, I knw alex has told a LOT of
people, she's very exiteda bout it.

(I hope alex isn't too disapooitned btw because hse might not play a very
big role in my article. just beucase there are so many stories, and this is such a
hard story to write beuase everybody's story merits their own article. like literally I
could do a whole story about ale'x story. but the's only rally room for one story to
be front and center and evyerbody els'es sotry kind of receds to the backround.
and yours is that story. so id no't know how much room I'm going to have to rally

get into the intricacies of her story, although I'm so appreciateieve of her help. but she'll be the story in some respect, she helped me to understand a lot)

and alex was the one person who, after I had that beer bottle thrown at my fac, she was the person who said "is that face paint?"

(it looked like paint – like something smeared on your face)

well a lot of it was really deep cuts. that was the initail – and when she looked at it she was like oh my god that is a huge bruise what hapend to your face.

(so gettging back to the name thing, I feel like nthing is really a totally perfect solution. because if we chnge your name, you're saying, people here will still know who you are? but if we don't uset he ffratneirty's name, people aer still going to know what the farneity is beucas dofliz seccuro)

people would have to take the extra step to look it up, and I'd feel more comfortable with that.

(would you? becauise there is the possibility – and this is the stuff that we can't control – what if somebody's intersted in putting the pieces together, like Gawker, or Jezebel. then somebody's gonna write their own story, "guess what, the fratenrity in the rollign stone story is Phi Psi!" how would you feel about that, if that were to happen)

[distressed] maybe you should change my name.

(yeah. cause I feel like there's really no way to -)

at least that would protect my anonymity. that would give me anonymity. and protect me if somebody else did want to –

(I feel like that would be the better way to go about it. let me talk about it with my editor tomorrow – so the idea would be, we're either gonna change your name, or we'll leave out the fratenrity name. one or the other)

okay. you know, a lot of people know its' me probalby, but –

**(how would you feel about using your first name, but no last name)**

**I could do that. [suddenly, with emphasis:] I could deal with that. I could deftinitely deal with that. And you can use the fratenrity, and just say "Jackie." or** ▮▮▮▮▮▮▮ **bcause yeah there are so many** ▮▮▮▮▮▮ **who go here.**

(yeah it's so funny when you talk about all the ▮▮▮▮▮▮ who go here!)

yeah one of my best friends' naema is ▮▮▮▮▮ but she spells it with a ▮

(okay, so we have a solutin. let me make a note of it here [I type it out, speak it out loud:] "Jackie, no last name, and name Phi Psi." And I'll check in my my editor tomorrow and make sure that works)

yeah and I could defintely deal, espeicaly f you don't include my last name, tha twould be fine, because thers so many jackies and so many ▮▮▮▮▮▮ that they might suep sect its me but ther's no way to be psoitive. I can just say "no it was another jackie." id' be more comfortable with that, as long as my last name's not in it.

(good, I'm glad you're comfortable wth that. I can see, like I can feel that you're relaxing now)

yes yes exactly

(good I want oyou to be relieved, I want you to be comfortable with this)

RS004362

yeah I feel better knowing my last name won't be in tehre because I can deal with that [she sounds so relieved as to be elated at this point] because there ARE a lot of jackie's that go here, so they can't pinkpoint me, and if my picture ins't there then they won't know

(yo woudn't want your picture in thre)

no unless you took a picture of a group of us, like me alex, emily. or like a one less picture, you could take a one less picture! even that would be cool, to take a one less picture, to show this survivor network we've created, al thes peoel who have come together to create a litel society for people who have survived sexual assault at uva. and all of us are really close. have you talked to ashley? se's the presinet of one less. I have her email, I don't know her well enough toh ave her number. [gievs it to me]

[end.]

Jackie's first year roomate:
Trina ████████████████ lived next door.
Alesha ████████
Rachel Soltis – ████████ 8. Best friend since first year. Bcame friends when told her was sexully assaulted.
Eliza – rachel & my TA, when beer bottle was thrown at her my go to person
Jackie's mom: ████████. Cell phone.

Ashley brown, president of One Less ████████████


## BOARD OF VISITORS MEETING – 9/12
Harrison Institute building, where a thomas jefferson statue is upstairs on the first floor during the total restoration of the rotunda – a $50 million 2 year process that will involve not only a new copper roof, refurbished windows and a new oculus, but also the carving of 16 all-new Corinthian capitals for the rotunta's columns, made of Carrera marble as specified by Thomas Jefferson. The work is being done by Italian sculptors using marble found in Carrera quarries that were found to be exact matches for the columns. [all info from the computerized visitors' display]

[2 hour prestantion to the board of turstees just about what's being done about sexual assault on campus. TK NOTE **No stats or history is presented, just a plan going forward**.]

[about 30 people sitt around four tables pushed ogether into a square, all in suits of grey, tan or navy] [around the eges of th room are chairs set against the wall marked "press" "public" "presenters" and "staff". Press seems to be just me and a writer from the daily progress, plus a copule of videographres from the university.] [in a wel appointed new looking confernce room, red carpeteing, an

elevated wooden stage on one end, a large drop down screen, an arched ceiling with rececced lighting, a separate control booth on one end behidn glass where people are ; conerenc eroom is down an elegant spiral staircse.] [men in neckties and bowties.] [blue suits, orange ties]

[among the overflowing dishes of candy and the filled water pitchers on the table, every attendee has in front of them a "hoos got your back" tshirt wrapped up with orange ribbon]

[mcgregor turns out to be a grey haired man in a blue suit]

[I was walked here by allison linney, committee member: █████████ asl@allisonpartners.com. She has a personal blog, lt her know when my storys' cmoing out]

Pat Lampkin is the vp for sutdne affiras she reports direcltyt to prisdent sullivan, she's the big bosss
Alan groves is dean of stuents, rpeoets to pat
Susan davis is the atty in pat lampkin's office
Barry Meeks associate geneaerl cousel

**Teresa Sulivan**: [short bond hair, glasess, navy jacket]
I came to unveristy of va tn weeks after the murder of yardely love. And bcause it hapend just beofre final exercises, student facultuey and other ahvne't had the oppruitety to stalk about it, wht it meant, talk about perention. And so shorlty afeter I arived made a couple of changes. Changed pat tk reporting line direclty to me so I could giet direct feedbacka about stud ent life. And created a day of dialogue so we could talk about it, students, parents, faculuty.
When I talked to parents the issue of stunet safety is the first thing that was brought up. And then in 2011 dear collagu letter came out, geared towards procedings on camous when allegation osf sexual miscoduct. The standard we had been using was cldar and convincing and dept of education asked us to change to preopodneance. We made throoguth changes. I thin it's safe to say that despite the tthings we were doing including providng additional educaitons for student sabout sexual assault we felt there was stuill much to be done. So about this time liast eyar asked for a antioantl summt about sexual assault on campus. Pat lampkin took the prnicpal reseponsibiltiy. In feb brought togethr reprs from over 250 schosl: deans, chief so f papolice, coomonwaelth attys, student wof many types and reaesrchers active in this area as wlel as a rep from dept of ed. A few months aftet I calelf for our summite the whit hosue asked for a task force. And since then gov mcacuallife has become active n this issue.
We're not finished by a long shot but I am proud fo the progress we've made nad we'll contiue to look at our plicies and proced eures bucase student cannot learn if they do not feel saf. So student safety is a prereuqeittie for all we do here.
Pat Lampkin: blond bob, glasses, khaki jacket. "Let me inroduce oyou all of my attornsy who I'm surronded with" introuces her advisors from general counsels office that flank her, three f them.

Atty #1, barry, talks about the white house intitiatives and mccaksill's campus safety and accountabilyt acts, which covers clery act and title ix. Its unclear at this point how it will procee dan what ultaitmely will result bu ti's been intoreuced. A sie note sengator warner is a cosponosr of that bill and we expec to recpeie continuign feedback about htt porrcess. Aug 21 gov mccaouliffe created a state task fordce to combat sexual violence on va campuses. Will be aimed at best practices. Not to be outdone, we expect the federal task force to be tk, we just hope that the feeral and stae outcomes not to be in conflict.

Mccaskill found that more then 20% of student athlete sexual asault cses were handled differntly than other schools. "I can assure you that that is not the case t universty of virgini and has never been the case here. They are handled and adjuciated like evreyone else."

Susan Davis [black top, bob, glasess] – to talk about how have been implementing suggestions. Quite fraly we like what it contains. It contins goals that are ambitious but that we wan to impleent. First part: idnetifying the problem, through campus climate surveys; escond, preveting sexual sasault and engaging men; efeiively responding whwn a stunet is sexually assaulted. These gudieslines were send to each school wll talk through how uva will do each ot hese.

1. Identifyign the problem: campus climate surveys. Includes sexual assault, verbal harassment, relsatiship vioelnce. How do we kow how large a problem is for us? We know in society at large thsee are crimes that are underreported. We accept that sometimes sutdnet smay not want to go to polcie or puruse a discipmatry proces. It is exremely imporatnt for us to know the size of the problem so we can postion orsives to have good remedies in place. How we measure it is through a calmpus climate survey, the federal govt believs this is the best tol. Alan Groves our dean ofstudents has been on top of this, I'm goin to ask him to tel you about it.

Alan Groves: [white-silver hair, **orange tie, blue suit**] a survey of student that would allow you to undetnsad the nature of the problem and to undersnad how efective strarteiges would be inc orrecting that problem. Dept f Ed had issued a grant to rurgetrs to design what might be a model clim ate survey, this past summer. AAU reached out to a few schols tht they thoguth would be a model: uva, yale, univesity of wisconsin, UNC, brown. It was detrmiend that mit was workign on this as well so they were invited to join this small working group. In ddition the ivy league si working on their own. The climate survey is designed to do two things: pevalence and efficacy. How prevalnt are certain type so misconduct, not just sexual assult and rape but also things like harassment and stalking – so how preealent are they. Secondpar of the cimate survey is designend to study eficacyt- so it would look at how efecive th eeducation is wraound the polciy. Do they know who to turn to if ther's a problem. We'd want to find out how effecitve bystandr internvcitn is. I was originally on point in the AAU working group. Goal is to have a reliable, valid survey in the field by spring 2015. The rfp went out last month [to five firms, including the rand coproration], someone will be selected to build the survey. Objecive is to have neurtral, validated quesitons,

and one that has the ability to be customized to any parituclar school. For eempale to tailro to the languea speicif to the uva or to our bysander program. White house would like to see voluntary climae survey beinign this spring with the ide that it may be mandated in 2016.

q: are we under any federal investiagiton with regard to sexual assault

alan: yes we are one of 72

q: was this just a rewivew? or was it the result of something in particular

alan: no this can eitehr be a standard compliance review or it can be triggere dy a pariteuarl indicnet. In th case of the unvierty we were notified in 2011 that we were being subjected to a routine comliance reivew. Shortly after that we were alereted that a second complaint was filed from the 2010-2011 acadmic year and that was folded into the first compliance reivew. OCR has requested certain files with us, and made a second visit to us, ms davis and I sat down with them, they came down again and asked us to supplement with records of new cases wihich they did. We were joined by nicole eramo, they had us pull together focus grups of student: student athelteds, franteirty and seoriyt members, dorm residents, adovaites, and they did that in the evenings over the course of the week, we have been in touh with them throught the summer,ors is one of the odlest reviews, we have been watiing to hear from tehm in the comiong months.

Susan: We have not heard much subsntative contact from them in the past 16 months, I did get a call from them over the summer, but we are in finalu update status mode and are awaiting afinal response.

[TK NOTE DIDN'T MENTION THE 10 YEAR OLD TITLE IX CASE]

Q: a hotlne where studnes can report?

Alan: online you can report, you can choose a number of ways through this web portal to report a number of misconducts, hazing, sexual misconduct. It oautomtaically goes to a number of key people including myself.

The Rector: [bowtie] wanted to clarify

Alan: ocr didn't speicify the schoosl that were under review for compliance or for an incidnet review.

Susan: we are under invisteaiton for a complicance review, in which they reivw caess for a three year period. Bt I think there may be a misperception in the public that this was driven by one complaint and that the reponse may be tailored to that specific complait. So I think that's why we've been on that ilst for as long as we have. **Many of the schols on that list are on that list for a very speicfic complin, here it's a much broader focus.**

Q: npr report about how cultuer on campus contributes tot his issue. Trying to talckel that woul be an enormous task, part of the appeal of a colelge today seems to be the social aspect. But I wonder if you could speak to the unveirityes' effort to improve the sexual misconduct enviem orn through alchool and drug initiatives.

Alan: tk will be comign to present, the presidnet of ADAPT which is alcohol and drug tk. What we know from studies is tha tpeer educaiton is one of the most

efecitve wys of prevetion. One of the bigest chalelnge arodn student alcohol concsumption is a misperctip of normal drinkign by their peers. So the more we can do to get young people to udnetand tht if they choose to drink – and we know from surveys that about 70% of our studnets consume alcoho – they eed to udntnsad what is normatiev behavior. And number two can we get them to undernadn bac and how it works in realtin to body size. We talk about the dangers of mixing alcohol. Last year tragically we lost a student to Molly in washingtin dc, she travelted to dc and took molly and died, we put together something so that peope wold talk bout it. So I thikn thr' a failry aggerssive effort. All incoming students have to take the alcohol-wise online test, this year we coupled it with a module caled consent and respect, about sexual assault. Next year we will rol out a mandatory onine training about alchool and sexual asault. One good thing I'll say is that of the 70%, of those studnets who binge drink that percenta is actually small. The nubmers we see is that less than 6% of male studnets egnaageme in this bhavior. So we need to enpower that broad majiroty to encourage their friends to make beetter choices.

The rector: follupw about training for sexual midconduct, how about for older studetns.

Alan: in novemvber we'rerolilng out a trainig that undergraduatates will take every single year. We'er building it this yer and will roll it out on an annual basis.

Susan: #2 preventing sexual assault.

Pat Lampkin Nest takes over to talk about bystander intervention. [shows a video from new zealand clled"who are you" to illustrate.]

[about bystander awraeness, tshirts, bartenders] What we know that over 50% of sexual assaults on campus happen within the first htree months of the acamic year.

[shows the hoos got your back vdieo- youtube]

Hails Nicole Eramo and Emily renda, who are sitting in the staff section together. Eramo is in a button down shirt with glasess perched on her head. Wants to acknowleg them for all the day to day work when it ome to effective responses.

Susan: so we will move into the third and final topc which is effecively responding. This oblgicaiton exists even if the studnets deices not to file a criminal cmplaint, by title ix. Tha thas many pieces to it. The feeral gov has promised a number of deliverables. Our policy was revised in 2011 and will b revised in the coming months. We would like to have the final feeral guidelines before we finalize those.

Alan: wed have an agrement with sarah, prividing them $16,000 a year in fudning, an improantt partner in the community.

Susan: we have a good working relation wth law nfomrent. But I want to moev into the new reporitng policy, which the unvieristy distriubpted on augustt

27, the video is posted at . www.virginia.edu/justreportit/sexualmisconduct. And the infographic is included in your board materials.

Who is a responsible emploee? Any empoyee with the authority to take action, or is someone a student could reasoinably bleieive has this autrhiity or resposnibility. Those last words got a lot of attention because it could conviiveably be any member of the commiity, including Ras or any memberof this committee. Once that deiion has been met we have a very tall legal standard, I'll draw your atentin to th first slide: we must take immedate and appropriate steps to inveitate and apromt and papropriate steps to investiagte what has occurred.

Confidential employees: that's improatnt, ocr asks us to have denisgicnted confiential employees. We have designied our ealthercare proffesioals, mental helth care profesionals as cofdiential employees. Ecuaes they have strong protection under health care priacy law, under hipppa or under sateat health care provacy. That list which is now posted on the website lists them all, at medical center, student helath, caaps, women's center has a counseling staff.

The goal of the policy is to create a culture of reporting. Thegovt has been very clear in alowing schools to have confidnetial employees that there ae safe spaces to eport, where a title ix instiagion is not triggered. What the ocnfiential employees wil be doing is treateing them from a helthcare perpective, but will also provide them with that infographic.that ifrst conveation is so improatnt ifit dn'st go wel they may not pursue support, file a report, pursue a crimoal complaint.

Responsible employees are ersponsible to — I relly ant to stress bcau you are among our resposible employees, I don't want studnets to be afraid to go to a resposible empoyess they may to go a facutly memer. Thse confiseaiotns ae not deigned to be interrogations. We are asking that if a studen asks to gengea you inthis conveaiton, we ask that you alert thm to the fac that if they share infomraiton you have mandatory to report it. And second there are resoruce they can acess, and direct them to those resoruces. Secondly we want you to provide them with the infographic, its' also avaialbe on the webiset so they can have al threaorucess listed there alnd al the phone nubmesr as they consdier what to do going forwad. And we're asking you to listen, not to ask questions. They are not interogations. Any ifnroatmion you do learn you have to report to the title ix office. You would go to the website and click "reposnible empoleye reporting" and complet a brief form, it would go to darlene and alan and others. A lot of the answers to ehse questions would likely be "no" beucad the student will likely have not shared the answers to these queitons with you. And in doing so we will have created a culture of reporting.

Q: if someone prevents a miscondut, do you have to report it? A bysander intervention? If you are the bystander?

Susan: there would be no need to report that, this is designed to kick in with a sexual asult has occurred.

[tries to hastily call a break but is interrupted by a quesiton]

**Q [white haired man in navy suit, orange tie]: when is there a warning to the community if a confieitial report has been filed?**

RS004368

**Barry: to say that's a complicated interplay is an understatement.**
Many of the defintions of the act rae not entirely cosnstent. Tehre are providison
under the clery act – but in tmers of reporting raq statieics we still receive reports
of the raw satiseics and the institution is still required to report those as
sstiaticsis. So there is some interplay between clery and titls xi but they're not
consinte. I the coming months we'll try to ipelentn sstems to mak that wok.

Q [same guy]: if a rape occurs but it only came to a confietiatl source wodl
there be no abiliy tow arn the communty

Barry: it depnd son the nature of the cnfoential source so if the pson went
to emergency service we may or may not become awar beuae teo fhte
infidiuval's choice of how they reportd. So it would relaly ersult from th inivudla's
choice. It's not tirgered automdically. It's lagerly left to he erposibliyt, ot resoibiilty
the choice, to thei idiucal to how they revied services. In sinstnatce where we
became aware of it, either through admisntiration or a criianl complaint we
adminstrared a timely warning.

Q [same guy]: so bottom line it's an aboslutel choise of the victim even if
unviersity personnel are aware.

B: it's largely the cohoice of th vicitm ut most of it is triggere dby who they
mke aware. If they make a responsible empoeye awwar they must do so. It's a
good quesiton bcua a lot of people assume that we know things we don't know.

[little stretching break]

Panelists:
Hawa, a fourth year, chair the alachol and drug abuse prenvention team.
So its improantto educate our peers

Sara Surface, a third year, serve on exec boar dof One Less, also serve
as the exreneal chair of the sxual vioelnce tk – coordinates dialogue bweteen
womens cneter, etc

Will Catigan [red hair, beard], fourth year, exec board of One in Four.
Internal chair of the SVPC with Sara

Caroline Parker [long hair] – chair of sustain dialogue.

Tommy Reid, fourth yaer, presinte of IFC, goerning bodyof 31 fraternties
and its 2000 member. Largest male group on grounds.

Q: the problem of sexual misdoncudt has received considerably more
attention in the news this past yer. What have you expeirnded, do you thik the
issue on groudns has become more seriuos or prevlanet th year?

Will: I've been invoveld inone in four since my first year. The awareness
and preelance of conveiaton has increaese drameticall, eevn over this pst
summer. Before in a persnetaiton we'd be starting on a grond level and now ther'
a baseline of knowelge.

Q: frequently in the media simplidied the issue of sexual miscodut as
having root causes tied to the colge hookup ulture or being alchol incuded or
being in fratnerity or male dominated envieomnt. Caroline for the genearl

sptudnet perpeive do you think ethe'rs an influcne of hookup culture on sexual misconduct?

Caroine: hookup culture or changing sexual norms or alchool may be said to facilitate a space in which assault hapene but I hink we should be caerful to not identify those things as the root cause. There are deeply embeded gender norms about sexualty and while alchol and hookup culture might befing up things that fofreces you to navitate them I don't think tehrey the root caseu.

Sara: I think when we do this work we need to eucate student not just what sexual asult lokos like but also what a healthy sexual consentual relatinshipo look like. So the more we do sex psoitive work as well as more sexual assault prevention work.

Hawa: I think ther' a minscnception among students esp first years that eeone's drinking, and that eveyro's drinking a lot, neither of which are true. If you ask a student how many drinks did you have on stuattry night and how anhy does a tudetyical student have they might say I had one but a typical student had six. Epsieclaly the first years thinks that, tjhat's a chalelge.

Tommy: I think with repspect to fratneirtie it's a very large social context, and alchool and the phsycial space wher a lot fo studne congreate. Fatneriets as the largest male group on grounds we fel like we're the best euqpeed student orgenaicaiton to bring in foldsl like one in four or one less nad relaly levarage our instiatuiosn ans educational proglrams. From our tsatem epoint, fratenrrites should be the safest place on grounds. Franteiriteis really have the power to put these programs into plca nd help break down the social norms.

Q: could you elaboraet on some of the specific progams initiatives that frantieriesi hve started to adress this

Tommy: aboslutely, and a lot of student leaders have been thinkingabou thtis for quite some time. ifc leaders starting this pas februrary after the conerence starred thinking about this, and all the student leaders are on the same page. For franteities we're focusing on short and long term solutions for the short term we're focuong on what we call framing. Depenodn 92, 94, 96% of men condiser them selvs toally outside this issue beucase they say "I would neer ommit, this would never apply to me." So framing this as not just the perptrators isseu but eerone in the community's issue. Fratenriteis were built for bystander intervneiton. Lookingout for your btother, making it a safe place for guiest and for members of the frtantiety. We have a large meting int eh works righ tnow with every single chapter presidnet and the more distinugeihed and inivled second years in their houses. We'rehoping to have presidnet sulivan or vp lampkins talk at that meeting and some surviors and show the nz video and frame it as "this is aproblem, what can we do when we leave his meetiing to be a leader about this in the community."another rpiece is making bydstander internveion the cool thing to do. We wer etalking about social norms, how ou always think its' going to be somebody else. We're asking fratneities to come up with their own respons to "not on our groudns" and put up a phyical reminder in their house. My chapter is going to b "I am somebody," coing off of the idea that "sombody should stop that," it will be a big sign in the mid eo fhte house. In the long term iv'e ben working with wil and dean eramo and emily renda to ake this what I would call a

separate issue. Franteiies are dealing with a lot of issues right now and we dn't want this to get molded into eveythign else. We want to make sure it's not just soethign you see at a fratneity party or a colleg capus but eerywehre. [etc]

Q from grey haired woman in red: we also have to agree that alcohol can be a facilitatof ro sexual asult, what are you doing about alaochol, espeically those below th drinking age, I recognize that I'm asking an extraorinarily naïve uesiton.

Tommy: what are ffratenirties doing speiicallya bout acohol unertage?

Q: which goes on all the time

T: it abosltuely does. And I would poitn out that it d'esnt tke place exlucsively in fratneities houses, and it's a lot betetr for the schol to have the ifc to regulate for the oversight. So the firt part of what we'redoign is bringi in our leverage as the governing body, we have relatively strict party regulation which pertains to any party held by a fratenity, either at a house or at a bar. We have baseline expecations and in the past it has routenly ben ignored that's the fault of the IFC. So we're changign it up nad intoreuced a new positon on our govnemting board specifclaly looking at alcohol nd risk. We're hodling a presinetial summit in january right beore recruitment which is a masive time for first and second year studnt to be exposed to this social context. And we'r still workign with dean eramo to bring in some national speakers on this issue.

The Rector: [balding moustachioed man in a bowtie and glasses, one of the few black people here] what can the board do [long pause, no one wants to answer]

Will: I think the board is part of the culture, you guys represnet the very top fo the cutlure. [etc platitides]

[Tommy and Will in navy suits, all three women in cardigans]

q: more about specific edcation strategies like what tommy is using to apply to other intiatives

Hawa: I think tehs eothing to be said about unviesity cutur and climae, we hav a very distinct culture of first year lookig up at upper clasmen. We've made so many things cool an trendy at the univesity. Ther'a seven hundred plus activities fir and we've made it cool to be active, and studious and eveyrone has a favorite library so I think we can make bystnder intrvwion the cool thing. Busae we do hae culture where eveyrone wants to know what everone else is doing and no one wants to be the odd person out.

Sara: I thikn at this point there is a consensus nationally that sexual assault is bad. But we hav more work to do such as sexual explaotion and harassment. So I veiw that as a big part th studnets can relaly work on. That studnets can be bydstnders in big or small ways. If someone makes a rape joke. Or someone looks uncofortabie. So I think thts' ben the shfit in the preention work is weve gone from sying "here's how to support a survivor and how women are victims and males are perepeatrators" to "if you want to keep this community safe, you have a stake in it."

Will: education about the culture at uva, this culture, and education on undernngedring things that are gendered. And educating people on how to treat

people that dosent promote these sort sof htings. That' where we're headed. Trying to change the entrenched cultural norms.

Caroilne: will you mentione tryign ot upend the entrenched culture, but on behalf of sustain dialogue I've seen presnetaion by all these education groups they're powerful when you're in the room but once you leave the most imporant thing we cando is engage peope in dialgoue. [does on to say that she can't really se how the board can help] but we ned to get people to e that it's not enough to passively learn about this we eed them to atively engage with one another.

Q: education geared toward first years speriially bcuase of the red zone. Hawa cold you speak as an ra to the reactions these first years have had to these educations and if thers' been a deeper thought process for htem

Hawa: after fal orientetation I think among my residnets it has been really wel received. The idea that "we all have a stake in this" its not just women get one piece and men get another. When we all came into college we came in with conceptions or midocndnpetiosn about olleg, so giving them all the same information puts them the same playing field.

Q: want to touch on the adjudicaton of tehse cases and what stunets thought. We did talk about the survivors choice in that but maybe ask what students were faling about the mutliple sanctions, and the idea that honor and the single sanctions and what do yotu hik its ht epurpose of having multiple sanctions and how students feel about that

Hawa: I think our system at uva is special int erms of adjusticating sexual assault cases bucase studnete are invovle din tha process. Things like honor at the univestiay judiciary committee operate at a 99% standard, and I think the reason for a single sanction is buca ti's such a high evidnence standard. But with sexual asault its' about 50% or to quote susan david it's 50% and a feather. [laughs] but it's agaisnt title 9 policy to have it at 99% so it's cant really be single sencion with the eivvnce standard much lower.

Sara: I think in the media we see a lot of cases where students weren't expleld and there's anger around it. F the people I know who have gone thorugh the sexal misconduct board the multipel sanctions is ipmorant beuase w need torespect he wants an needs of the surviors, and ti't not always true that the survior wants the perpetratro expelled. And hter's a specturm of activity and none of it is excusable but the multiple sactions alows us to keep ground safe

Will: I thikn there is some signicant pushback to peope who think tehre should be a single sanctin. Ther are peope who say "why can't they get kciekd out for cheating but not for seual sasualt?" it's more about eeucating people why the reasons for hthe exisntece of the multiple sanction system, when they hear that they say oh that makes tons of sense. But thera re a oot ofpeople who thikn that' an sisue.

Sara: an dto add to tht, we are hearing of casea at other schools abot people who aern't happy about the process, that doesn't mean it dne'st exist, it meanst ath they d'nt want to share their sotry publicly and that is their choice. So ther are some people out tin the edia who have been ahppy and well support by the resources we provide. I say we I mean the adminstration oops, getting a little too close there. But I think tis' ioprtant to point out.

Head of medical cetenr gives a shoutout to president sullvian for getig out ahed of the issue, round of applause.

**From:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Date:** Friday, September 12, 2014 at 11:37 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: Rolling Stone

This should have all the slides on sexual misconduct and policies that were presented

http://www.virginia.edu/bov/meetings/14sep/140812_Sexual%20Misconduct%20Overview_September%20BOV%20Meeting_vFinal.pdf

Sent from my iPhone

**Tommy Reid and Will Catigan,** in the offices of the Interfratenity Council. Both redheads, now out of their suits from the meerting ealrier; will bespectacled and in a polo shirt; Tommy in a Bulls tshirt, cleft palate. Both nervous, especially Tommy, who's the president of the IFC. [Tommy strikes me as a tool, he pulls out his phone and says he's going to record our convdeation. Will strikes me as thoughtful and smart.] [we spent 2 hours talking, they had little substanctive to say; I found them to be defensive, partiuclary Tommy, not wiling to be self-critical]

will, fouth year, exec boar dof one in four, internal chair of the svpc with sara surafce.

Tommy Reid, fourth yaer, presinte of IFC, goerning bodyof 31 fraternties and its 2000 member. Largest male group on grounds.

[They're very imporessed that I'm speakng with sullivan. Go out of their way to tell me how impressed they are with dean eramo, like everyone else.]

**[TK WILL AND TOMMY INTERVIEW TRANSCRIBED BY RS AND IS IN A SEPARATE DOCUMENT – I DIDN'T USE EITHER OF THEM IN THE PIECE]**

**Jackie** ▮▮▮▮ **her boyfriend** ▮▮▮▮ **and Alex Pinkleton** over dinner at **COLLEGE INN, on the Corner**. 9/ 12.

Jackie: black strappy tank top, leggings, calf-high brown cowboy boots, carrying a red cardigan she'll put on in a little while. Long silver leaf shaped dangly earrings. Eyes that often seem on the verge of crying [and often do] eevn when her mouth is expressive and laughing. Occasionally during this convesration her mouth will tremble as she attempts to control her emotions. She's holding in a lot, trying to seem excessively cheery and light while clearly struggling with a lot. In the better light of this restaurant I can better see the ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Alex: slim with long thick dark hair and lush eyelashes, huge eyes, no makeup, something flat about her face that gives the impression of a broken nose (later she will say her nose was almost broken once), gives a devil-may-care impression.

▮▮▮▮▮ Jackie's boyfriend from home is with us, and gets more than he bargained for with this conversation, spends much of the dinner staring down at the table. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ Tells me he's working ▮▮▮▮▮▮▮▮▮ and planning to go to community college soon.

[recording #5 – **she's telling us that this has been a terrible week, including that she found out on Tuesday a friend of hers was raped**]

(wait so how did you find out something had happened? she came to you)

Alex [clotted sounding voice, lots of vocal fry]: she didn't show up – I don't want to give away but she din't show up wher she was supposed to, so the next day I sisd "where were you yetesrday" and then she's like "I din't know how to tell you" and hten she showed me the document from going to the hospital.

(like the rape kit exam documents?)

a: yeah. yea. and that same night I had posted in the fb group "join one less, we're a great group!" and someone commented and tld their story and [etc complained that they were being gender exlusionary, tangent about transpeople] It was a rough night

jackie: you should have called me!

alex: I was really angry about, causetha twas a good friend of mine. so that just made me agnry. but yeah.

(andything you can share about your firend's experience)

a: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

jackie: **was it a fratenrity?**

**a: yeah**. and she knows all about mine. so when she was tellig me she was like "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"

(wow this is crazy, **so between the two of you, you already know of two people wh've ben raped-**)

**a: in the past week**.

(crazy)

RS004374

a: see the thing is, I don't know how you are, but **when someone tells me, I have this sick humor in the back of my mind tha says "welcome to the club."** seriousnly. and it's really sick. but it's kinda true.

jackie" it does. **it makes me like realy depressed, almost. [sad chuckle. quiet, eyes intent]** Like, I always feel like no matter what you do, there's always gonna be another Friday night, and another fraternity party, and another girl.

alex: [murmurs] I know.

j: and I mean like I'm glad that I can offer someone advice and I'm glad the girl in my class came to me and said a resident of mine was assaulted what do I do. at least I can tell her what NOT to say, at the very least, like whatever you do don't ever ask her what she was waring, that dodns't matter, just keep pressing that it wasn't her fault, and let her know her optins, and don't press her to do anytibgn she dones't want to do, cause so many people have tire dto tell me that what you did was wrong, or you should have tdone this, and I'm like "I did what I did, and I did what was right for me at the time, even if I regret it now, I was in no mtnal state to" you know? but it's like I hate it when people critieze beuse I'm like "you werne't there, you didn't go though it, you d'nt undernaestand how you have so much going through you rheat that you can't think clearly. you aren't thinking "well three years from now" all I was thinkign was literally I want to go home and take a shower and crawl into a hole and like, die. but I told the girl, if you want to give her my number that's okay, if not that's fine too, at the very last let her know ther are reserouces available. but it can take times, for meit took 6 montsh to even work up the balls to say "I need help."

**(was this girl's situation also at a fratneirty? [jackie nods] it was.)**

I don't know a lot of details about it, beuase I was litrally in the bathroom, I had just finished peeing and hse aske dme something about the class, and then she's like " ineed to ask you your opinion about something"

a:: [laughing] that's kind of what happened with us though! I walked out of the bhatorom and you're like "ALEX!"

j: [both laughing] yeah!! so many menainfgul converations in the bathom. and it was in new cavill hall [tk] too. so she's like "I have to ask you your opnon about something" and I'm like washing my hands like "sure, shoot" and she's like [lowered voice] "one of my residents-" and I was like oh boy. so htat was another reason I was late to meet you, I was like ten minutes late to meet sabrina –

(wait that was literally right before)

j: five seconds before I met you!

(omg I didn' realize the timing)

j: and so I'm tryign to have this conveiation with her and I'mlike "I'm suppsed to met someone" like literally it was two minutes bfore! and it was kind of awkward cause there were people walkign in and out fo the ahtroom

a: it's hard for me to detearmine though whether it's beause we're so out about it, almost? that it's concentrated?

j: it was really awkward for me in my gnder violence class cause she wa slike "so say yoru name, your yaer, your major and why yo're taking the class" ad I was the first one, and I was like "I'm jackie, I'm a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ major,

I'm taknig this clas cause I was sexually assaulted my first year, so that' where my intersrt comes from" and nobody else in that class knew hwat to say, they wern'et expecting that. so ill share bits and pieces, so like [talks about the emory video where guys and girls answer differntly how they try to prevent their own sexual assault; alex says that a homeless guy who hangs out outside her gym squeaks a dog toy at her in a very sexually aggressive way, looking her up and down; I tell them I had a minor freakout walking to my car in the empty parking lot at midnight last night]

    j: isn't it ironic that we all feel this stranger danger when the majority of rapes happen by people you know? but we're all hypervigilant about, "I don't walk alone at night" but even rhe people you know you can't trust

    a: so the icing on the cake for me ws, so Tuesday was that really bad day. and wednedays was one of my "firend's," I put that in quotations, a guy whos' really creepy, hes like "I had ad ream about you, we were kissing," he sent me this text I'll show you that's very theratening, about this guy ▆▆▆ and his wifey. but I think I'm the wifey. that she went to get a tan and came back a whore and then he throws her off a roof [etc shows us the text, it's super weird] This week has just been super crazy. I am so over it. [etc we talk about it more, we read it, she reads it out loud] One of my roomtates was saying I think that's his way of saying he's mad at you for not hooking up with him. [etc]

    j: I would just kind of steer clear of him for a while. and if you're ever thrown off a roof I will know who to look for.

    a: I blocked him from my instagram and my snapchat, and I should fb block him too, I don't want him knowing where I am.

    j: god there are so many crazies.

    (alex, jackie told me about the threatening texts you got. I know you told me about it, but I didn't eralize it was as threating as it was)

    a: maybe I din't sendyou the email I sent dean ermao with the exact wording

    j: it was about how you like wanted it –

    a: yeah how I'll like buy you dinner first if that makes it better. it was weird (and it was coming from multiple people)

    a: no one person

    j: oh I thought it wa smulitple. were they able to trace it?

    a; no. I just let dean eramo search the database for all the students, but I didn't really, I duno, I wasn't in the mood to go to polic eabout it. I should have.

    j: cuase that was aorudn the time they wer looking into myine, too, the bottle thrown at me. it was really close, it was in the same month of take back the night. cause I remember **I went and met with dean eramo when** ▆▆▆ **was leaving, remmber? and it looked like he was about to cry.**

    **a: and then took some candy and left.** that's funny.

    ▆▆▆▆▆▆▆

    j: the guy that raped her.

    (do you know if he completed whatevder it was he was supposed to complete)

    a: I haven't asked. I should

RS004376

j: havae you been in contact at all

a no

j; good

a: it was weird cause we were fb friends which was craepy cause I was keeping tabs on him, til the day of the trial, but the he got to it before me, which is anoying cuse I wanted to do it.

(so I just spent the last two hours intervieing the head of the interfraternity council, tommy reid? he was very thoughtful and nice. but he was very defenseive: fraternities are great places, rapes don't really happen there, well maybe sometimes-)

j: [scofing noise]

a: [laughs] we're both rolign our eyes

(- its that there are only occasinally bad people, but that in gneeral franteiriets are great places-)

j: I'm gonna show her that tumblr, I need feminism because? all these girls from aroudn the country are posting "I need veminism befocause I don't want a gap between my pay and his pay" sor ot fhting. holding up a board saying "I need feminism because." so guys came up with "I need frat bdcause" and it's supopsed to be satirical but a lot of it is not funny. it actually is new, annie forrest sent it to me this aftenoon. like, "I need frat cause middle class white boys can't join gagns" [alex is laughing as j tries to pull it up on her phone, can't find it]

(but so tommy and I were discussing frats, and I guess he felt like he was being attacked)

j: I can see that, cuse people get defenisve avout their stupid fratneities

(especially in his positon I get it, ehs' actually a represetnive of the cutlure)

a: I went to the sexual assault summit we did here with SVPC, a couple weeksa go, and they have this new sexual violence prevention coaltion, and a couple member osf one less, some from one in four, some from adapt and some from peer helath educators all came togetherand during th morning part we discusse dour messaging and how we ewre going to crate some unity bewten what we wer sayign so hat it comes adross much cleare. and in the afternoon we hat him from the IFC and other people from around gournds, latino student union, asian student union, coming to tell us what we can do to help them more. so he was one fo the more outspoken ones, he was really coopreate I gues would be the good word. but **oen of the things I se with a lto of males here is that they thin that beause they hve good intentions that that counts as something.** and I'm not sure that intentiosns count for anytig. like for him saying, were trying really hard, and ik'm like you're efforts don't count for much, ther needs to be more than effort, there nees to be result.s that's'w hat I'm frustrated with. I don't know why that's a thing here.

(I think ts' probaly hard to admit on any level that the culture you're enjoying is resulting in peploe being hurt)

████████ yes. it's kinda crazy I had no idea til jackie came and told me ths summer. I had no idea it was such a huge blow.

(when did jackie tell you)

jackie: this past summer

▮▮▮▮▮ one day in the store –

j: we had just started getitng beyong the friened zone. but we'd alwuas been like best friends. but we were in the store one day. and I don't remember how it came up

c: you told me –

j: oh I think I wanted you to know beofre we got seriuos

c: yu asked me to teach you guitar, so you came over toe my house

j: I was going over to your house that night. I remembe rhta. we wer siting in the store. I don't think you belived me at first.

c: no. it's just, it's a lot to tell someone.

j: when we got to your house later that night youwere lke "is everyting you told me earlier today true?"

c: beuase I mean, well I just mean

j: I know you were like, I can't belive something like that can happen

(I can undentatd that, its like you d'nt want to believe that smething like tha happens to anyone in real life)

c: I ddn't want ot be in deinal about it, which is why I asked you if it was true again

(yo've known jackie a really long time. did you notice she'd changed)

c: yeah like it was hard not to notice when she'd come in with injuries

j: ppft, what?

c: [uncertainly] well espeically when she came in and had the mark on your head, from where they threw the bottle at you

j: no but I mean like last summer compared to th other summers. even ian knew something was difetn with me.

[c bumbles around trying ot find an answer. meanwhile jackie shows me her scars on her left arm, since the lighting is better here than last night]

(I know you said you also have scars on yoru back, is that also what it looks like on yoru back)

j: I was tryign to look for them earlier and they're not as distinct anymore. **I used to have these arelly distinct white marks where glass had cut me.** but you see my back more than I do –

c: I ahven'tr really seen any marks on your back

j: cause I remember my mom asked me once, she's like what are those? (was that not long aftwareds)

j: yeah it was in february I think.

a: yeah I want to say, being in one less for one semseter before she told meher story, **there's definteily a difffenet level of shock, in hearing jackie's story. it's just so wrong, and I feel terrible in saying it, like I said, with my case, mine is the more typical case, I've heard tha whole sequence play out a lot. but tha'ts more like different. so extreme.**

(yes – you think to yourself, this doesn't relaly happen)

c: that's what I felt like, I almost felt like iw as dreaming.

j: the worst part is that it happens more than people think. like you never really hear abot it. but hwen you do

a: it makes you question humanity. at least it made me.

RS004378

j: the worst part is, law and order svu is still oenf o my favorite shows, sometimes I can't watch it beause it's totally triggering. but my mom is the person I tell all this stuff to and one night she was at work, and **my dad was like "let's watch an episode of law and order svu" like in an attmept to bond** or something. so he picks a random episode cause we record all of them. and **it's this girl who's at a fratneirty party, and one guy takes her intoa room and calls his friends in,and like four of them gang rape her. and no one believes her, she goes to police, and no one belives her, and they find out that this has been going on for a very llng time. and evtually the girl commits suicide because she's ostracized at the school**. and I was like sobbing, as soon as he called his friends in I knew what was going to happen. and so I can't breathe but I ddidn't want to say "dad turn it off" beuasde my dad didn't really know the full story of what haepend to me.

(wait this was AFTER he knew)

j: this was after he knew I was raped but he didn't know exactly what had haepd. nad god, I wish I had watche it with my mom – it was in a later season, but eliot was still in it, so it must have been season like 12 or 11. oh my gosh iv'e seen all of them. I love law and order. but it was like, I went to go see my mom right aftaereds, I think we started watching it at like 7 and my mom didn't get off until 10 [tk note her mom works at ▮▮▮] so I was like "dad I have to go see mom" and he's like "why did she forget something" and I wa lsike "yeah" and I just walked into ▮▮▮ and started crying and my mom was like "what is up with you" and I was like "mom I basically just watcehd my assault on law & order svu with dad. and **i was crying, and he didn't' kow what to do, and he asked me if stuff like this happened at uva. and I was like "yes, dad, this hapepns at UVA. this hapend to ME.**" and he di'nt know what to say. it was very awkward. he just trned of fthe tv and just kinda sat there for a second and then I wa slike "I'm gonna go see mom." it's funhywe never really talked about it, the night that we did tlak about it, he was just yellign at me about my grades or soething,and I was like "dad you know nothing about my life" and he's like [yell]"I know everyting about your life, **I know you do nothing but party and fuck off**" and **he's like "and you're the biggest disappointment in my life"** and I was like "you don't know me, and you've never known me, and the worst part is? you never will! you have no clue what my life has been like fr the last year! you have no idea!" nd just started sobbing. and he's like "I do, and my mom was like "she was assaulted, at a fraternity. you have no clue." and he dd't knowwhat to say to that. and a month later we had to go to get my car fixed cause it was making a whirring nooise and died, and we were at carmax and he very awkwardly said to me, "I'm sorry if I upset you that one night." what? "that one night that you were crying, I'm osrry if I upset you."

a: this is what haepnd whe you have a patriarchal system that creates the definition of male as someone who's unemotional, because they have no idea how to handle emotions. my dad's the same way.

j: it's crazy that we never talked about it til we watched that law and order episode this may, and he's like "does stuff like this happen at uva." "yes it hapend

to me, at uva." and then, ntohing. but you know my dad you know he's the mst irrational guy in the world

c: yeah and he seems like the kind fo guy where even if you did tell him somethig like that he probaly would just be like [shrug]

j: **he blamed me! he was like "well what were YOU doing at a fratenrity party?"** snd my mom was like "that's not that maters" and he's like "no daguther of mine would be at a fratenrity party."

a: the most offensive thing my dad has said, and he has to know something hapend cause all over facebok it's the only thing I post

j: you neve told your dad?

a: no! I told my mom

j: I post itall over my facebook too, and he messaged me, saying "why do you post all this sexual assault stuff?" Like DID YOU JUST ERASE THIS FROM YOUR MEMORY?

a: the worst was my dad was talking about how glenn beck was talking about gexual asasult and he was quoting statitsics about college – after I've told him mutlipel tiems! and I got devnsive, "now you believ it, cause GLENN BECK says it" and imight have said it with a little bit of atittude and he gets – my dad's relaly afggressive – so he gets really aggressive, "he fuckeing knows what he's talking about, his daughter was molested." and I couldn't say antying but I nwated to say "you don't think I don't effing know what I'm talking about? YOUR daughter was RAPED!" we didn't talk for the rest of dinner cause I was os angry. [etc] he's so crazy right wing

j: my dad is SO right wing. my dad takes everyting rush limbaugh says verbatim

a: thank you! that's all my dad listens to!

c: mine too

a: but the rest of us don't know what we're talking about. it's infuriating.

j: my dad was talking about "survivor privveleg" when it comes to rape in the military, he was like "No wonder they get raped in the military, they don't belong there." And my dad and I are on this playing feield hwere the more I agree with soething the more he disagrees with it, beues I am a wrong and dumb child and nothing I say can be even remotely right. so if I say something's black then he says no it's white. so eh's become more extreme. like what the fuck! and **in stead of getting angry at the fraternity, or at the system, he gets mad at me. and he's like 'you put yourself in that positin.' before I would have crumbled and been like yeah. but this summer I was so mad, like "no I didn't, it wans't my fault."** and my mom was surpirsed, she just looked at me like, where did your balls come from?

a: my dad sent me a text the first week of school saiyng "I know yo'ure back to school and ther's gonan be a lot of alcohol, don't do anyting stupid."

j: my dad always tell sme "for a smart girl you sure are stupid." its like his favorite thing to say to me. "for a smart girl you sure are stupid." our dad s should meet, they would get along splendidly.

(alex, jackie mentioend you might have some reservations, or some concerns about the article? if you do, we can talk it hrrough)

a: well you said you can't really tell me what's going to be used and what' snot going to be used

(only because I don't know yet)

a: okay. well I udnno, I just didn't know if you wer going to mention the dean eramo part or what.

(which part)

a: just, anyting about her, I don't really know.

j: **we love dean eramo.**

(I get that, and im' getitng htat from everybody, everybody loveds her. and I understand that. but she is going to play somepart in this story, beucase she plsys a part in everybdy's story)

j: I just don't want – I feel like it would be really fucked up if they decide that it's dean eramo wh's giving them bad publicity and like, they kick her in the bucket, when **the problem's not her, its' people above her, they're the problem. and she just does what she can within the confines of** [shrugs, holds open her hands to indicate: all this] – so I guess yeah, I'm worried about her job.

[I turn the recorder off, and tell them that I do think there have been some legit worrisome issues that have been raised, that may not reflect well on the administration, of which dean eramo is the most public face bcuase she's the one who deals with studnets. because I do have some quesitons about whether jackie's case has been ahndled properly. recorder on:]

j: -- with the case unless I had the testimony of ▇▇▇ and ▇▇▇ , and to be peffrectly honest, I don't see that happening anytime soon. ▇▇▇ is all the way across the country. I haven't spoken to her in like two years. and even if I did, I talked to her sister and she totlaly shut me down and she said "look I tlkae dto my panrest, we don't want to be part of this, we've all gone to uva, and"

a: I'm just confused, I don't know why you would need their testiomny. because baically

(I don't think you do)

a: I don't think so either

(and I think dean ermo seems like a wonderufl person, I know you all llove her, but it's not clear she's not doing right by you or by the univeity in this scnerio – I think this situaiton is probaly being mishandled. because you aren't able to have any kidn of resilution AND she may be putting an entire community at risk. and the fact that this very issue is being investigaed at hopkins right now tells us there's something not righ there. I get that she's between a rock and ahard place, but somebody at dept of ed thinks this merits a dsicsssion about the responsibility to the campus)

j: I even asked her, cause **there are reports that you can send in, so I did have ▇▇▇ fill out one of those about ther assault, just so that they could have it on record. cause she's like "I don't personally want to go in and make a complaint, I don't want them to have my name on the record." and I was like "wel you can do it anonmyously." and she was like "if you do that, will you leave me alone," and I wa slike "yeah if you just do that, they will have a record."**

a: ok so see this is what I'm saying. if you had that, ██████████
███████████████████████████ nad stuf like htat, all you have to have is **fifty percent and a feather**. and listening to your story, if I was on the baord, or at the trial, I would be like that's more than a feather!

██████████████████████████

a: you don't have to talk abot it, I feel bad that I mentioend it
(oh my god no, I need t know, anything that bolsters your story is helpful)
j: I mean I don't kow if theres
(████████████████████████████████████████
████████
c█
j█
c: o█
(this is all part of building your case. alex is right, your testimony plus the documentaion, plus ancillary – peole saying "yes, she changed aroudn then, her grades dropped" and then on top of that if someone else anonumousluy rpoerted)
j: I mean **I KNOW they have the anonymosu report, because I was with her when she sent it in**.
████████ )
j: yeah I was with ████████ when they sent it in
(so why isn't dean eramo doing anything)
j: I thik it has soething ot do with the fact that I don't perosnally want to go up against a whole faratniety, I want to keep my anonymisy, but if you have enough reports on file, you should be able to do something!
(this is why dean eramo doesn't want you talking to me. and this is why uva doesn't want me here. because they all know.)
a: nd the thing is, I agree with what you said, in that when I met you, in january or february? **ther's a definte chagne in jackie before and after the vigil. before the vigil you werne't ready, and then after the vigil you were on fire**. I thin that was both of our experiences. That wa the telling point of "we need to do something bcuae this is too much."
j: before that I was just crying all the time
a: yeah. and we just stood up there and just – and **all those people supporting her**, and yeah. I just felt like yeah, you could see it happening.
(I don't see how given your case, there isn't a case to be made for her to give them some kind of warning. or maybe there isn't even a warning, **maybe phi psi is told they just can't have any parties** – that could be another way of going about it)
a: yeah
(but some kidn fo intervention to keep the community safe, don't you think? because this is a dagnerous situiatn)
a: mm-hmm. yeah.
(epscialy this time of year.)
a: yeah.

(its making me a little crazy thikning about it)

a: and **the fact that when I'm giving presentaitons in one less** –

j: and peope are sleepign thorugh it and not payign attneion?

a: well that too but the fact that **I can't say "don't go to phi psi" pisses me off. cause that should be said**. I should be able ot say that.

j: but I got a beer bottle thrown at my face. so I'd be very leery of saying that. like I would say "I woud'nt go to any of the frats on mad bowl" bcause there are two other ones on mad bowl –

c: is that the one aroudn the football field

j: yeah mad bowl IS the football field.

(jackie do you have those medical reports)

j: I think my mom has them. actually wait I don't think my mom has them, I may have never told her. if not I can get them

(when you went to the dr did you tell them, is it on file that you were sexually asaulted)

j: no. I just went, **when I was home, over winter break, I went to the** ███████████████████ **bcuse I was nervous, because I was talking to a few of my romomates about it**, and they were like "██████████████" and I was like "no."

███████████████████████████████████████████

[unhappy chuckle]

███████████████████████████████

j: yeah. and ███████████████████████████████
████████ . [to ███ █ ]
██████ )

j: █████████████████████████

(alex, so just getin back to your concerns, so is this going to make dean eramo look bad, I mean, it might. It miht make her look bad.)

j: I just don't want her to lose her job over it. I wold feel responsible. for that.

(fi you makes you feel better I can make it clear how much you guys all love her)

j and a: YEAH

a: yeah that would be good I just don't want it to be us –

j: bashing her

(sure. it could be me saying "this woman could be doing more" but I can make it clear that it's not coming from you guys, you guys have never asid antying to tha effect)

a; yeah yeah that would just be very uncoformratbel – I dunno she would just feel betrayed and I would feel bad cusae it's not really my opnion. [squriming] Although I mean now that we've had this discusion I'm of a diferent opinioin [she and jackie exchange a meaningful look] I'm of the opinoin now that you can go to trial. which I ddin't feel before which is is intersting

j: I don't know, I feel like, you know, **I don't know if I want to go to trial like, by myself! I don't awnt to like – that's terrifying**! it's so scary and lik

enobody elese udnerntads how scary that is. and people are like "you can get an order of protection," well ████████████████████ and look at how much godo it did her. you know?

a: piece osf apper that don't do anytihng

j: they dn't do anyting! **and the fact that there are almost 100 people in that fratniety, and I know maybe three of their faces**, like, well I know the seven from that night, two who have graudted, and that's it! **so I don't even know who to look out for! and that's terrifyng to me tha's so scary to me. those boys on the corner, I had never seen them before in my life**, and they hated me, and I had never seen tehm before! **people don't udnertand how scary that is, like havin people hate you, people you don't even know hate you, and like you never know [lips trembling, eyes full] who hates you, and who doesn't**, and I don't want that!

a: I was telling her, for me it wasn't even the night that was so scarring, it was aftearwds, seeing him aftwareds and eveyting people have said, and combined with the fact that I was working with survivors and hearing their stories, it overloaded my senses

j: it can be really triggering to talk to epopel abou tthier epseinxeisn, when they say "I felt this way" it makes me remember how it felt. espeically when they talk about **how paralyizing fear can be, how immobilizng it is, that's the way yo ucan feel. or when people say "I feel so dirty." I still feel that way sometimes**. after I talk to survivors I hav eto take time out to like, process.

a: me too. before I'd just get blackout drunk. not a good solution. so now I go t the gym. you have to find how to cope and I think tahts' really difficult. beucase alchol here is so easy to come by.

j: ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

a: that was my wakeup call afctually. I peed myself. I got drunk to te point where – I had suicidal thoughts, but I was never acutally suicidal until one night when I got reallydrunk, and then I was, and it was weird the reason I didn't do anyting was bcaue I peed myself and then I said to myself, "shit, I am really fucked up, like mentally fucked up."

j: you know what's always kept me from doing anything bad to myself? is my cats. it's that so weird? you know I had an entire plan to kill myself after september. I hadn't told anybody about it. I was so set on it. **I was going to hang myself in the woods outside of** ████ . **I was copmletely resolute in my plan**. and then our cleaning person found Stella [cat]and was ike "we need to exterminate the cat" and I was like "yo're going to do what to the cat?" and he had brought a black trash bag anw nted to bring it to like the animal shelter that have them put down. wlel it was actually a she, his name was Earl but he decided he was actuall Alison halfway through the year. [laghter] whihci is relaly

RS004384

bad cause we were just atlking about transgender people. but he still totally looked like an earl, excacpt he just wore earrings. so llike alison/ earl came to my room with a black trash bag, like this six foot five person like "we're going to exterminiate the cat," and I was like NO! **I had a final exam that day that I wans't going to, beause I had slept through it. I was not going to take any of my finals beaue I was plannig on ending my life on december 12th anyway.** so this was december lke, it was right around my mom's birhtday so it was around the second or the third. and I called my mom and I was like "mom they're going to take the cat away, you have to come and get the cat" I was lcrying and –

(had you really worked out the whole plan)

j: mm-hmm I had bought a rope. I was very very resolute in this plan. I had typed up my entire will, I actually still hvea it on my old compter that is kind of dead, but I typed up my whole will and I was drafting a suicide note. so there was nothing that was gonna stop me. but when they were like "we're gonna kill the cat" I was like "no you're not" and I called my mom to say **"mom yo'ure gonna need to come and get stella" and then I was like "you're gonna need to come and get me too."** I'm like "I know that over thanksgiving you thought I was acting kind of weird" cause I'd just come back from thanksgiving breka "but I'm so fucked up on so many levls and **I need your help.**" and it was just like "okay" no quesiotns asked, "I'll comeand get you." and I could hear my dad scrmaeing in the background, "what do you mean you're gona go get her? she has exams to take?" and my mom was like "im going to get my daughter." and when I got home my dad was so rude and belligerent, yelling at me about how me drinking, and I didn't even want to talk to him, I just kinda stayed in my room, and my mom didn't even know what do to with me, she was like "ive never seen you like this" she would come in and say "do you want anything to eat" and I would say "no I don't want antyign to eat" "do you want to get up and like shower?" "no I don't atn to get up and shower." so finaly she was like "you have to go back and take your exams, you have to go back and finish your semster. I know you're on your pity party right now, I odn't know what'sgoing on with you but yo'uve got to get your shit together." so I was like okay but I made her kep the cat there, which my dad hated, that was ntoerh reason he hated me being home. so we came back here, **I had to get an extention deatdline so that I could take my exams, and we came back at the beginning of jarnary around sororoity rush.** and we were in my room, and my mom was like getting something out of my desk, she wanted something, a pencil orsmoeeting, and I had all these brochures from the women's center bout sexual asualt, and she was like **"what he fuck happened to you?" and I started crying. and I had told her beore that I'd had a "bad expeirence" at a frat party but I think maybe she thought I drank too much and someone hit on me or something,** but she dind't knowwhat haehd hpened. I think she didn't know what to say. bu ti cou'net even articuulate it, I was ust like "something bad haepned, soethign really bad" but I coud'nt even put it into words until months later when we had a sit down and she as like "did they rape you?" and I was like [nod] and before that I don' tknow what she thought, that they had really scared me or fondle dme or something. but later, **when I came home in**

may she was like "did they rape you" and I was crying I was like [nods]. and I dn't know athat she knew what to do – she got relaly mad at first, like "if I had a gun" and "you beter never tell me what they look like." and I dunno, I think she still can't understand, we talk about it sometimes but she doesn't understand, like I tell her how that one night has ruined like everytign in my life. like since then I've failed classes, my gpa totally sucks, and I'm like **"mom I can't get into med school now because my gpa totally sucks, all beuase I went to that stupid party"** and **"everyting bad in my life now is built aroudn that one bad decision that I made."** and she as like "I'ts not a decsiion YOU made. someone made that deidsion for you." but then she's like "what's bothering you" and I'm like "mom, my LIFE is botheirn gme. like eveyrng in my life it's so overhweming" and she's like "does it come back to thatnight" and I'm like "yes it does!" btween your gpa and yoru nightmares and – I know for me, it's so overwhemoign to meet so many surivovrs!

a: yeah

j: like to meet so many people who are lke "I was raped too."

a: yeah I was comically saying this but for real, I wish we had some survivor office hours, like "I will be here on Thursdays during thes hours" instead of just popping up random

j: they have a survior support gorup now at caps, they only have 8 peope, emily got it sarted

a: yeah cause people, epsically after presnetiatons will randomly come up to me, and I'm fine with that, that's ok.

(you're pbably ready for it in that forum, cause youre in that mindst. but in the bathroom after class)

j: yes! nad someoens' asking you what to do, yo'rue not ready, and I was like, I was supposed to go meet you, and I was just thinking "I want a chai tea latte," and then she's like "one of my residents" and ohhhhh. and she's telling me certain behavior, "she hasn't been going to her classes for the past week," and I don't now what to say! for me it's devasting too, **this poor gird she's in her third week of colleg and she's already been sexually assaulted**.

a: yeah

j: and its going to be, like it was for me, so defining for the rest of your life. and I used to say that to my mom, **I'm so sterirified this is going to be the rest of my life.** it' been two years [eyes full, lips tryign to smile] abnd **I still have nightmares nad I still have flashbacks and I have iseus walking hoem alone at night, I'm so scared that years from now I'm 35 and will have a panic attack when I see someone hwo looks like** ▮▮▮▮ **one of the other boys from that room**. it's like I'm in my own personal prison. so I've just been really kind of drepssed since we've been back to school [sad-laughing as she says this].

a: I was so happy, I got back t school, and now here we are, third week back, and now all this

j: like he know that I've been – like **you know that I've been super depressed lately.** ▮▮▮▮ nods]

a: I don't know about you but **I randomly cry now. [jackie nods]** I used to be a hookup queen, I don't say that in a bragging way, just –

j: you could do it without strings attached –

a: and I ws trusting, like, "this will be fun." and this summer, at midsummers, did I tell you this? [jackie: yeah] I went to his one fratniety and tried to get in and I see a guy that I know, and he was the best friend of the guy I wa hooking up with consejsually that's on the hall with ███? and he sees me and goes "alex, █████████████!" and I had never had a panic attack slash trigger that large before but that freaked me out. and I wa slike "no you mean ███" cause that's his friend. and he's like 'no ███ and he ddn't want to let me in that's the thing, he wanted to say that and run away. and he claimed not to know anyting about the rape, but the next day I texted ███ and ███ was like "oh he knows everhting. he's a sick bastard." so that same night some girl comes up to me, and I'm just in shock, I cried when I confronted him and afteraerds just shock. and this girl comes up to me and was like "oh I know you, I was in a club with you and I din't relaly like you" and she was really drunk, and I was also intoxicated, and she stats telling me how she was molested when she was young. and so after that whole incienet, followed by that, I coud'nt be like "I can't deal with this right now" so I was like, I need to leave. so I met up with the guy I was hooking up with, and he saw me and was like "are you okay? maybe we shoudn't hook up tonight" and I just started bawling. like lost it. and he was so nice, he fixed me a mac and cheese while I freaked out. I tlally frekaed the dude out. I spilled almost everytign, and he was super undnatidng. but I just cond' get over it, the fact that that guy yelled in my face, "██████████████"

(it gets back to something I think you said, which is that everybody in a fratneirty, they all must talk, right? they all must ahre informtion)

a: yeah. even at the vigil, even though its anonyous

j: people will say to me "you look familiar" and someitmes I'll say well I spoke at take back the night, I was gang raped at a fratenirty and thye'll b like "oh I remember your story."

(how does it work? are you talking from behind a scfreen?)

j: no we went out, it's really dark and eveyrbody's holding candles. alex and I went out together. emily went out first, and it's just really dark, we're standing in the midle fo the field and it's all shadows, you cant really see, but you can hear cause we hve microphoens. emily went first and I felt bad followig her besue shes' so articulate and eloquent, [very composed] "I remembe flooking at the shining candelabras my first year, thinking" [we all laugh]

a: and meanwhile we were listneig to pump up music

j; we were listening to "so what" by pink! [both laughing hysterically] cause they were playign all these singers who were playig like sad hymns and we were like, trying not to be motional, trying not to cry, you knowm and then it's like [sings] "on the turning away" you know??? and you're just like OH MY GOD, this is so drespsveing. so she's like "I've got pink and miley cyrus on my ipod, let's do this." so we're like [plugged in, nodding heads] and I thik the other girls in the tent wer like looking at us –

a: [hysterics] it's so true, calse we ere doing the motiosn and stuff

j: we were like "let's get mad, let's get mad" – but we both cried, I was so glad I had you up there. ther was one point when my voice was cracking and my hands ere shakign and if I dind't have you up there I don' tknow what I would do

a: me to. so ti's good that we had each other.

j: it wsa almost like I was in fight or flight, yoru adraenaline pumping? I remmber loking at myhands and my hadns were just shaking, I was like "this is so terrifyign I hope nobody sees me"

a: aftewared s I just remem er how happy we both were

j: were you there when ███ was like "that's the same night I haepned to me" and then she melted down and I cried

a: yeah

j: ██████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████

a: I duno it's not hard for me to imageine

(maybe I should talk to her. she just graduated right)

j: yeah she just graduated last year. ████████████████████
████████████████ [gets a text from emily, dsicussion] I'm glad to know that yo feel overwhemled by this stuff too sometiems. I mean not that I want that, but – I mean I feel lik tshi siwhat I want to do with the rest fo my life **either I want to work on a rape unit or a woman's shelter or something**, cause I can realaet at least to what not to say, cause so many people ahev said such fucked up things to me over the past coupe of eyars. like 'what idd you think was gona hapepn when you wnet up t his room" you know? I'e had so many peple say such horrible stuff! **I'v ehad people stop talkig to me.**

(I know ive' told you this a milion times but I've been so shocked at the ersonses that uyouv'e goten from both men and women)

j: I think women are worse

(I neve woul dahv expetecdt that)

j: ive' ahd so many women, like "you just shoud'nt dress slutty and go out with random guys"

a: my sister is super like "well what did you expect" and I struggle with that a lot. beuca sthere are ways to keep yourself less at risk. but it still shoudnt have hapeend. I'm just a totla hypocrite with what I tell other peopela nd what I tell myself. I donno . could have avoided it.

j: [talks about soetign she saw on upworthy, flipign the script on men about preevnting rape]

a ████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████

(not to make excuses, but it's difnet for guys in that they're never looking for an exucse not to have sex. theyr'e not gong to talk them selve out of it easily)

a: and yet at the same time he was like "oh yeah and 

j: or even if someone's a little bit intoxicated, dno't have sex with them. you have to maek sure that you're completely sober

a: I disagree with that. I only have sex drunk. and it's consensual. but there is a capacity where, can they consent –

j: and that's wher it gets like, grey. and that's where there needs to be more, like commuijcateion I guess

a: my genearl rule would be, if you are unsure – I mean obvius signs would be fogetting names, sluring speech, but if it's like, you don't know and hteyre saying yes or it seems consensua, I would just ask yourself, if you have ay doubt, would you let them drive?a nd if not, if you would not let them drive, don't have sex with them. and that's' way towards the conservativ end, beause I've defetely had sex past that drunken point but if you're in doubt it's rpablaby a good rule to go by.

j: the firs time I had sex after I was asauteld I had to be drun, cause I ocud'nt do it when I was sober, I tried and I freaked out. when I hooked up with my firend ▇▇▇ who went to lynchburg. I ahd to be lrealy intoxicated. I called my mom afteareda dn I was like [excited] "mom, ih ad consensual sex!" and shew as like "uh that's great" and I wasl ike "uyeha I had to get really drunk first" and she was like "well do you realy want ot have sex that way? if you're not comforabel ahving sex with someone unless youre super drunk I'm not sure tha's the way" but I wasl iek "mom please let me hae my moment"

(it' amazing you guys can even have a converation lie that)

j: my omm and i? I lost my virgianty really youn, cause I dated my boyfriend for like five years in high shol and I lost my virigniyt at 14. just cause it was what all the cool kids wer doing, a nd I told my mom. [etc tells me the story, alex says her mom is simliarly minded] and I'm such a good kid comapred to my mom, she was a pot smoking hippie who was ▇▇▇▇▇▇▇▇▇▇▇▇, got into brown and stuff but she went through some shit, dogn crazy stuff, and she was a huge deadhead, so she's just like "I'm so glad youdon't do drugs and on't drink and you aren't pregnant." [etc, says when her mom sent her to college she sent her with an 82 pack of condoms] but she's happey that now I'm with someoen that I do' have to get drunk to have sex with. [apolgoizese to ▇▇▇ for the awkward ness of this coneration.] I mean it still happens, I get flashbacks wehre I'm just like, I have s much aniety going on, like the night we saw that boy on his bike, remmber that night? when I totally froze, and for the next few days I was like "no." but you always understand which is whyi love you. I'm sorry that you've learnd so much about me at this dinner.

a: so now you just do it sober

j: the only time we ever had drunk was on your birthday [talks about how she drank so much she blacked out, barely remembers the sex, makes her realize how grey the whole thing can be, v problematic, was thinkigna bout alex, alex says it fits the defintion but if you d'nt feel victimzed that makes a difernce]

a: when I got here first year I never had sex bfre, and I was sober when the fisrt person here tried to rape me, but had I bren intoxicated at all, I feel like that would have ben my first time. [etc describes the sitation again] **But I think that's part of the hookup culure, bieng inroduced to alcohol and guys at the same time, speicaly sicne it's provided by the univeisty, is why a lot of this happens, and its' why I hav ea huge beef with it cause my initiation was, "you're gonna hve to come to me, baby, casue we're the only ones who have alcohol." of course not in a sorority, cuase sororniities can't have that, oh no!**

**j: and it's like this strange bartering thing like "if I give you alcohol yo'ure obliaged to spend time with me, and maybe that will lead to sex."**

(quid pro quo)

a: exactly – here's the alchol, now what do YOU bring to the table

j: it's like this unspokoen agrement, that when you ener –

**a: you become a sex object. in my mind that's what it is. cause then the peoel that get in are the ones that have dressed up sexy, tahts' how you get in.**

j: it is. the party tonight we're going cause they're geeks who play world ofwarcraft, friends of mine. **god, I have not been to a franterity party since september 28, 2012.**

**a: [amused] so this might be an intersteing night.**

j: [she's been to movie nights at pi lam, not parties. pi lam guys like to sit aroudn drinking wine, lots of them are gay, etc]

(the ifc guy, tommy, I was takng to tonight took issue with the idea that anyone can get into a fraternity party – he was saying that if you're not ona list you can't get in)

a: fake, fake fake!

j: for most franteirty parites I went to first year, literally you showed up at the door and rheyre like "are you 21" and if you say hyes then you're in.

**a: the list is just for males cuse they want to restrict the males that are cming in. it dosen't matter if it's a big party or a closed party, if you're show up and you're female and intoxicateda nd attractive and dressed in soemtieng that they would deem slutty then you can get in.**

j: and you're lke "I'm 21" and I lvoe it when you show your id and it shows you don't graduate til 2018, but you were you know, really dumb and held back four times, so you'er 21. cause **they take your ID and look at it, and we were all 18, and they asked "how old are you" "Oh 21." "ok."** and like, you see my graduation year was 2016! I'm clearly three yars behind 21 but whatever. it's intersting cause have you ever gone to jmu to party? its different. the greek ssytem is so different, and the people who throw the parties, it's more like apt parties. and **you know how on rugby road yo move from party to bparty to party liike you party hop? from the frat houses?** at jmu it's like ther's on party

RS004390

in one location and it's usucaly soneons' house or apt. [etc about it being a smaller party scene]

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

j: my night was at a fratneirty.

a: I can't believe a pi phi meber is in one in four

j: I know I was just teling her about that last night! about my conspiracy theroy

[I talk about having interviwed one in four guys]

a: brian head. som ethigna bout that guy gives me the wirdest vibe. I've never trusted hin. never. he ws sitting beside me that summit thing. 've told matt this, that I don't trust him.

(he seemd relay nice. but he seemed really afraid and defensive, which is funy bcause matt was the opposite, he didn't seem like he had to defend men or institutions in any way)

j: you have some guys in one in four who are great guys and on the right side, like matt. and ■■■■, ■■■■ of

a: and then you have pepel who are sexually ageesive people like brian. my first encournter wit him was my orientation, him hitting on some first yea girl. and he'll claim that never happened, I wodn' want you to put htat in there, but he has lwalsys gven me a vibe. he wnked at me in the summit. I told matt last year when he told me who was gonna be presint, I was like 'I'm seirously so against that." matt was like I tink ther's more layers to him, he just comes off as this arrogant douche. cause he does.

j: like matt is just so-

a: he has a huge ego and he knows it

j: he knows he's attraciev too, have you met matt? he's extrmely attracive and nows it [etc etc, gushing about him, alex shows me lyrical texts matt sent while jackie looks up fb photos of him, alex mourns the fact that they never hooked up, the last three minutes are spent talking about matt, until ■■■■ gets up to go to the bathroom. while he's gone jackie talks about how bad she feels about ■■■■■■■■■■■■■■■■■■■■■■■ ]

j: I think I only ever told you and annie. I don't even think I told emily that

a: I feel bad that I mentieond it

j: ti's ok.

(I'm glad I know)

a: it's improant for yoru case

j: oh it's ok it's just, it's embarssing for me, it's very embrassing

a: that to me is a very important par to the case

(and for the article, I'm hpign to pull tgoether, no mater how small the little scraps of eivdnece might seem, I want to pull them together, to make it very clera)

a: ■■■■■■■■■■■■■■■■■

(exactly)

j: ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■

(that would be so great)
[end]


**Alex's apartment**
We stop by so Alex can change. We hang out in the living room to wait, her friend ▇▇▇, joins us and offers us shots from a nearly-empty bottle of Bacardi. ▇▇ is dressed much like everone else on Rugby Road will be: in a mini skirt and a crop top (only she pulls it off more stylishly, with black leggins; she and alex both look like urban outfitter models).

Alex comes down the stairs in acid-washed short shorts and a black crop top with open sides that expose her American flag bandeau top, as well as the tattoo she got that runs down her side, to memorialize her rape: "Forgive Live" with the woman symbol in between. **Jackie hikes up her own tank top to show me and Alex the tattoo she got this summer, which wraps around her rib cage: "Unbreakable" also with a woman symbol, with a fist inside. "Oh that's so pretty!"** Alex coos.

They talk about the levels of pain involved in getting a tattoo. Jackie says her tattoos weren't a prpblelm because her pain thresshold is pretty high, probably because of her rape [she laughs when she says this]. She also says that all of her ear pierceings were done by her roommate Rachel.

Ally packs toilet paper in her purse, Alex packs hand sanitizer and we're ready to go.


**Rugby Road: Jackie, Alex, ▇▇, ▇▇▇** and I thread our way through the bar scene on the corner that's coming to life, through back roads that take us past brick houses with white columns, house parties spilling out onto their porches, bare-chested men playing beer pong and foosball, girls everwhere in either crop tops or tank tops and short-shorts. Lots of "wooof" heard from every direction in the dark. "yeeeaaah!" Breking glass. The night is alive with people walking around, chatting, going from one party to another. People out on balconies looking down, on porch swings. Music playing from every house. Crickets chirping.

Girls actually look more dressed down at night than they did by day, but they all have a natural wholesome prettiness to them, no tattoos, all long hair, all wearing the same general uniform. My guides agree that these are basically all new students: "**These are all first years. you can tell by the way they're so many of them, all bunched together like that.**"- ▇▇ alex and ▇▇ get a little nostaglic at the thought of going out that way. We pass brick houses with fraternity letters. **the girls start pointing out where someone had a "bad experience" recently; another house just beyond it, "girls should probably just avoid that one."**

[recording #6 – jackie & alex]

jackie: I remmber walking around in this area and having no clue where I was.

(so I take it we must be close, I'm seeing fraternity letters)

j: yeah but we're not to rugby yet

[guy in background: aaah, fuck this motherfucker]

a: I'm like blacklisted from that frat, because last week I came with one of my friends who was a brother in sigma phi but then he dropped out cause he didn't like his pledge class, so I went up to the door, or we did, and as soon as they saw him they were like "you can't come in here, oure' blakclisted," and then they grabbed me and were like "you can come in," and I was like "I'm not coming in without him" and they were freaking out, and like four frat guys started yelling in my face, "you need to leave!" and I was like dude, this guy was your borther and they r'e like "he's not my brother anymore!" so clearly if yo'ure not paying you're not a brother. so screw that whole system! so I left whatever.

j: **I actually know a girl who got assaulted as sigma phi.**

a: **I do too. so that makes two! yay!**

j: wait is sigma phi serp or is that something else

a: no

j: cause I know serp is the **roofie frat**

a: they have tehse names that are based on rumors that are based on fact, and it's because nothing is done about it

(the fact that you guys call it the roofie frat, is that beuase you know of multiple people have had epxireneced bieng raped with roofies there)

j and a: oh yeah. I mean people joke aobut it but -

j: **I know of at least four girls. which sucks cause they only have like thirty members**! like I thought they were gonna lose their charters just cause they did't have enough people!

a: it's like the worst of the worst combined with some of these frats, ti's so gross

j: well pi phi is a big frat, compared to some of the other frats, whtat have like 60, 70 members, pi phi has like 90 to 100.

a: pi phi? that's a sorotity

j: I mean phi psi, sorry

(is it one of the bigger fratenrties)

j: pi phi yeah. and fiji's pretty big too

a: did you want to show her? phi psi?

j: okay

(if you don't want to you don't have to come)

j: [jolly, leading the way] no that's fine. I showed him.

█: we can meet her at pi lam if she dons't want to go to phi psi.

a: if you don't want to go, we can take her

j: no it's okay! I've been by it enough, so. I's funny this year has been the first year that I've acutaly gone by it and stopped.

[We've made it to Rugby road, a wider street whose sidewalks are an artery of partygoers, all walking in huge groups (freshman floors), many staggering drunk, finally reach **Mad Bowl, a wide filed with the most imposing**

**houses surroudning it, including a side view of Phi Psi. It's a huge imposing house of red brick,** a hulk in the dark where someone is unloading a vanload of cases of beer through the side entrance.]

a: most people use the side door, the front is all broken stpes and no railing and stuff

(are you ok)

[Jackie just stares at it, frozen, then her eyes brim with tears and she begins to loudly sob. She walks a few paces away, collapses sobbing into ▮▮▮ arms.]

a: so, this is mad bowl

(I can see why phi psi is considered as having such geat real estate)

▮▮: yeah a lot of events are held here, a lot of fraternity events

(so what'st he deal with these other – these aer all fratnerites)

▮▮: yeah – a couple sororities too. but they're all greek life, that's what rugby road generally is

a: I feel like these are the most infamous ones. elmo's is where that light is there [across the bowl] and that's infamous for cocaine. so. I mean I consider that better than rape, to be honest! I'd rather you smoke crack. but **intersting places yup**.

(I want to go aroudn to the front)

[alex goes and talks to jackie. she agrees to meet her friends at pi lam and hurries away. Alex and ▮▮ join me in walking down into Mad Bowl so I can see it from the front. From the front, the house is **large neoclassical brick, white columns, arches, glass front doors streaming light into the otherwise dark field,** some secret scoeity graffiit on the steps

a: so this is one of the higher priced ones [dues] which goes along with my theory of this old money ssytem. it's defintly one of the bigger houses

▮▮: it LOOKS like old money you know? just overloking this beuatiful field here

a: **yo patriarchy, what up!!**

▮▮: it's honestly one of the most impresive loking ones.

a: defintiely

▮▮:you notice it when youre walking by. whenever I would walk by here last year I would always notice this one

a: first year I knew what this was, and I didn't know what a lot of frats were

▮▮: it's the easiest to know, becau se it overlooks this huge field.

a: and cuase when you go in you almost die from fallign off that stupid raling. on the side, they have these really rickety steps

▮▮: we can go up and take a look, they d'nt have anyting going on tonight

(I would love to poke my head in if we can manage it. think we could do that?)

▮▮: we can pretend we're lokoing fo rthe bathroom if someone asks

[we're walking up the side steps, which are crumbling, hard to navigate in the darkness, around the corner and up onto the stone front porch (I can see why people must take a tumble right over the side), step over a discarded futon. a big beaten up couch is nearly blocking access to the front doors, I peer through the

windows. Three boys come out of the house [recorder off], ███ and alex ask to use the bathroom, the boys are stunend, "this bathroom?" but they easily relent in the face of ███, ███ beauty, we all introduce ourseles by our first name, tey point us into the house and tells us it's on the second floor.]

[**Inside the Phi Psi house,** reeks of sour beer. front room is nearly empty of furniture, cleared out for parties. basically the only wall decorations throughout the house are framed fraternity class portraits. The place inside looks so difinernt tan outside: **shabby, decrepit, unadorned, dirty**. We go up the stairway to our left (there's one on either side of the house), which is a utilitarian green nonslip material with a plain plank bannister painted brown, like a barn, and scramble up toe the sceond floor, and into the bathroom on the landing. the bathroom is large and squalid, brown tile, with a couple of showers and a curtain half-hanging down, toilet seat up; we take only a cursory look around and are revolted]

████ : eew

a: awesome. so we aren't actually going to use the bathroom are we?

[we come out and hang out on the landing; to one side is the open balcony leading outside, to the other is a white door with a window in it, through which I can see a long hallway where the living quarters are, bedrooms all open doors, strewn with clotehs and golf clubs and occaiosnaly peple walking by giving us weird looks. one guy stops to ask if he can help us, the girls chat with him and he goes away]

[at 11:00 we're discussing how gross the house is, a guy comes walking up the stirs with a case of beer, looks at us suspiciously, "what's going on" starts putting down his box like he's going to say something but then trips over is own feet, keeps walking embarssed. we run out of there, talking about our close call. we emerge onto the front porch]

(so is this the couch from where they decie who gets in and who doesn't)

a: its usually over there, like hwere that railing was sort of iffy? we'll show you pi lam's entrance to show you how there's a couch and thena mob of eople in front of it.

a: here's omethign interesting, our class presient is in the hall, which is notorious for hazing and also notorius for drug dealing. but thas' who we vote for. it's also one of the most pricey ones.

████ : very very rich.

a: so that's who we elect. kind of like who we elect in real life

[we walk aroudn the other side of Phi Psi (the room where Liz Seccuro was raped; I take a picture) towards pi lam, down rugby road. it's more crowded and drunker than ever. the girls have been talking about strategy to getitng into a frat party]

(**so you were just asying, the key to getting in is acting drunker than you are?**)

**both: yep**

**a: hot girls who are really drunk always get in. so it's a good idea to act drunker than you really are**

(**ad you said act flirty, twirl your hair**)

a: **batting the eyelashies. also you have to seem very innocent and vulerabe. ha! it's so creepy. it's why they love first year girls**.

(do you think tah's the majority of people waking around here tonight?)

a: yeah. all the ones in clumps are first year. like that is deifhtely first years

(how does it feel seeing that, now tha tyou're farther removed from that epeirnce)

███ kind of cerrepy

a: I normally go to apt parties but jackie anted to go here, she knows the guys. but yeah you never know what's in store for you here. I've been there [points to a house]. [we walk to the left to pass a slow moving group of freshmen. it's so loud around us now, everyone is walking together in a big herd]

a: its' funny cause you look kind of youn. so that's good.

███ : no one questions you!

(I duno abou tthat, I think they probably loked at me twice)

a: they probalby tink yo'ure like a law student. I don't know how old you are but I would guess 24, 25. [I laugh] I have no context, so.

(I'm 42)

a: okay wow [I laugh]that's really impressive

███ : I would ahv said thirties

a: cause moms have a baby pooch you don't have that

drunk girl [staggers up to me, slurring]: do you know where delta sig is? [alex gives her directions]

a: you see that? did you get that on tape

███ : she asked YOU

[sound of a beer bottle shattering in the street] [we arrive just then at pi lam, a couch completely blocks the path to the house (the rest of the lawn shrouded by bushes) with brothers standing on top of it, a crowd gathered around; in order to get around it you'd have to edge around it] [I say goodbye and walk back down rugby road nad back to find my car]


**Sara Surface** - brunch at Fig's 9/13.

[ask before using quotes, worried about repercussions because peer educators have been harassed after tehir nanesm have been used.]

[sara: long brown hair pulled back in a ponytail, big hazel eyes, nose piercing, multiple piercings in her ears]


**[TK SARA SURFACE INTERVIEW TRANSCRIBED BY RS, IN A SEPARATE DOCUMENT]**


**From:** ███ Jackie ███ ███████████ >

RS004396

**Date:** Monday, September 15, 2014 at 11:18 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Articles of Interest

Hi Sabrina,

I'm sorry for leaving so abruptly on Friday night....I think I overestimated how much I could handle at once. I haven't been on Rugby Road at night since that night and everything looked way too familiar and I freaked.

I'm still looking for ███████████████████████; I'll let you know if I find them. I did find Emily's mini-thesis and I attached that, as well as an article written by Claire Kaplan on sexual assault at UVA.

Let me know if there's anything else I can do.

It was great meeting you and thank you so much for everything.

    Jackie :)

    <<attachments>>


**From:** "McCance, Charles McGregor (cmm9vg)" <cmm9vg@eservices.virginia.edu>
**Date:** Monday, September 15, 2014 at 12:22 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Cc:** "de Bruyn, Anthony Paul (apd5b)" <apd5b@eservices.virginia.edu>
**Subject:** RE: Time options for interview with President Sullivan

Sabrina:

September 18 at 11 AM is reserved on the president's calendar.

Please dial the President's Office front desk for the call, 434-924-3337.

We look forward to speaking with you then.

McGregor

**From:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Date:** Tuesday, September 16, 2014 at 10:24 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Cc:** "de Bruyn, Anthony Paul (apd5b)" <apd5b@eservices.virginia.edu>
**Subject:** RE: Time options for interview with President Sullivan

Sabrina:

We are going to need to reschedule, due to some unexpected demands on the president Thursday.

I'll find a few options for next week as soon as possible.

And in response to your other question, either I or someone else from my office would be in the room for the phone call, and perhaps someone from the Office of Student Affairs too. We would do this whether the interview was on phone or in person, and we would record it as well.

I do apologize for this late change.

McGregor


**From:** Sabrina Rubin Erdely [mailto:sabrina@sabrinaerdely.com] **Sent:** Tuesday, September 16, 2014 11:59 AM **To:** McCance, Charles McGregor (cmm9vg) **Cc:** de Bruyn, Anthony Paul (apd5b) **Subject:** Re: Time options for interview with President Sullivan

McGregor, I'm sorry to hear we'll need to reschedule. Next week my availability is limited: Monday 8:30-5; Tuesday 8:30-2; and Wednesday 8:30-2. Let me know if something works in that time frame. Otherwise, you'd earlier floated as a possibility Tuesday Sept 30 at 1 pm – I'm available then, although that date is later than I'd prefer.

As for the presence of other people during the interview: If that's the only way I'll be allowed to talk to President Sullivan, then so be it. But I imagine a university president is fully capable of getting through a phone conversation on her own, without help. My article will obviously mention the way UVA has sought to restrict and pad my access to its administrators.

--

Sabrina Rubin Erdely
Rolling Stone
Contributing Editor

www.sabrinaerdely.com
@SabrinaRErdely

**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Tuesday, September 16, 2014 at 1:41 PM
**To:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Subject:** UVA stats questions

Hi again McGregor – we'd talked about my need to get ahold of UVA's numbers with regard to sexual assault. Here's what I'm looking for:

First, an understanding of UVA's Clery statistics on sexual assault. On the Department of Education website, the UVA statistics for forcible sex offenses are: 11 in 2012; 13 in 2011; and 17 in 2010. Can you clarify for me what this is a count of, exactly? That is, is it the number of cases reported to UVA police, combined with the number of reports made to administrators? Does that include students who complain to Dean Eramo of sexual assault, but choose not to formally file a report?

What are the Clery numbers on forcible sex offenses for 2013?

How many students came to Dean Eramo in the last academic year (2013-14) complaining of sexual assault? (In a recent news report, Eramo was cited as saying that 31 students had come to her complaining of misconduct – is that correct?) How does that number compare to recent years?

Of those complaints, how many resulted in reports? (Again, according to the recent news report, Eramo had said 9. Correct?)

How many of those reports were made anonymously?

How many of those reports resulted in a hearing?

How many of those hearings were formal, and how many informal?

What were the results of each of those hearings?

What penalties were imposed, if any?

Are those numbers published anywhere?

(I'd like those numbers for all recent years they're available.)

When was the last time a student was expelled for sexual assault?

The UVA police released a Campus Safety Report in 2012, summarizing all offenses. Did they release one for 2013? If not, is there any one place where they summarize all reported sexual offenses for 2013? (Other than the month-by-month crime log, which I'm finding onerous to navigate?)

I think that's all for now. Thanks in advance for your help —

Best,
Sabrina


**From:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Date:** Tuesday, September 16, 2014 at 4:41 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Cc:** "de Bruyn, Anthony Paul (apd5b)" <apd5b@eservices.virginia.edu>
**Subject:** RE: Time options for interview with President Sullivan

Sabrina:

President Sullivan is out of town most of next week, so the date that works for both is Tuesday, Sept. 30, at 1 p.m.

I'm sorry you think your story would need to describe the university as

restricting access, but I am happy that we are able to connect you with our top administrator – the president -- for the interview.

McGregor

**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Tuesday, September 16, 2014 at 4:49 PM
**To:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Cc:** "de Bruyn, Anthony Paul (apd5b)" <apd5b@eservices.virginia.edu>
**Subject:** Re: Time options for interview with President Sullivan

I'm looking forward to the interview on the 30th. Thank you for setting it up.

Best, sabrina

**Liz Seccuro** vm 9/16: vm: hi sabrina liz seccuro, I'm currently driving with my lovely friend ▇▇▇ in ohio, but I heard from my friend **"Jane Doe"**, she would very very much like to talk to you, she's really excited. her cell, her name is **"Jane Doe"** she's the one who had the fight about the lighting: 646-221-3792. w: 212-[Redacted]. personal email: [Redacted]@yahoo.com.

anotehr girl disappeared Saturday night at 1:20 am at universty of virginia nad it doenst' look good.

phi psi national is on grounds, se'sa bout to meet with dean eramo, freaking out, wants to know if she can be anonyosu in the story. I text back to say yes, and I'll

(what's going on.)

a lot of stuff going on! So the present of phi psi national is here. and he's talking to dean eramo. and I think dean grove actualy contacted him, **the admintration brought him in. becauseo f the article. yes**.

he thing that bothred me the most is, I said, "you're not gonna, **there's a confintaklilty clause right, you can't tell him my name right?"** and she said

**"I think I have to."** I think dean grove was the one who contacted phi psi national. She said she already told him my name. and she said I might not be able to protect your identity.

(wow inersting - that fiction that everyone chooses to srot of believe that dean eramo's office is a safe space, confeiential – but it's not relly cnfidnetial, and in reality she's free to use tat information as she sses fit)

**I feel like they should be upfront about that**

(how did this whole meeting come about? Did she reach out to you)

**she sent me an email two days ago saying "what does yor shcueld lok like this week."**

(s she emailed you)

yeah she emailed me. and asked me if I could meet with her. and **I didn't really like get back to her.** [laugh] and so sara surface, she said something to alex this morning, like "jackie really has to go in and talk to dean eramo something big is going on." so alex texted dean eramo, and eramo said I have to talk to jackie. so alex called me and said "what are you ding thisa fternoon," I was supposed to volutneer at he stables, and she said can you cancel that? cause you really have to meet with dean eramo, I said about what she said I don't know if I should tell you, I said p lease? so we meat at he paths to have lunch and she said "the presidnet of phi spi national is here, on groudns, right now," I was like what? She said "I thimnk he's gonna go talk to phi pisi, and I twa the amidnitraion tthat caled him in. and I was like what th hell!! and she siad I thin theh're doing pre damamge contro, before the article theyre' doing predamage control.

(I havne't even called phi psi yet for a comment)

**dean eramo even admitted, we called them.** she said **"we think they should know**." yeah I think she caleld them so they could be put on probation. that's what I hope anyway

(so maybe things are hapenig with regard to phi psi)

I hope things are hapenig, I dn't even undersatnd. **she was like "you miht have to talk to this guy" I was like "I don't want to talk to this guy,** I didn't cal him, I never even wanted to be at thei farntity, I went there by a twist of fate and had the worst fuckinfg night of my life"

(so wait, just so I get this straight, she asid she realed your name to who already?)

**she has given my name to dean grove but they didn't reveal it to the phi psi presidnet, but she called me in to let me know that she might not be able to kep my anonymity. I said " I had a bottle thrown at my face."** she said "I'm aware, we're all aware of that." I sasid "I shodu't feel unsafe at my iwn unfiierivy, thera are like 90 boys, I only know what 7 lok like, that means I don't know what 83 of them looks like al lthese diffinet people are going to end up waklkgin aroudn haitng me. and if they ahte me from afar, but if they say something to me or harass me what can you do about it? formally they can have

I know she's trying her best, **today in the meeintg she was like "we're just kind of fucked right now. we're flat out fucked."** because hannah has gone missing.

(I heard abou that, terrirble)

RS004402

and I knew her **I had a biology lab with her last semester**. that's just teirifying, a girl vanishees into thin air. I ener sploek wth her that often, I spoke ith her once or twice, we worked on a tkwhat togayter, but as soon as I saw

I didn't go to any of my classes on Monday cause I'v been having panic isseus and with her missing, even though I didn't really know her

dean eramo said shes' very concern tehr's somene who – **she thinks there's a correlation between the other three girls who went missing in the past 5 years. beucads in the past five eyars four girls have gone missing**. morgan harrington was abducted walking back from jpj, on our campus. so yeah I think tahs' why the fbi is ehre, she said it's a frigting thougth that someone might be preying on our young women, all around 18, 19. all around the uva area. one girl was in a gas station, not sure if it was in charloteveilel. but he adminsitraiotn, from what I heard, cause alex and I had to waeit for like a half hour. cause another girl came in cause she shad been sexually assauted I thin over the weeknd and neede to met with dean earmo **and the whole dean's office was in a frenzy. a lto fp eel walking in and out. dean gross looked relaly nervous walking by and I've neer seen him look nervous**, he kind fo said hi really briefly. he usllsay stops and says [relaxed, smooth] "how are you guys" but he said nothing. a lto fpeopel are very concerned, tehe schol is concerned that it can't protet its' ssudent sright now. **also someone is organzing a protest against sexual asasult on Friday on grojunds, I got an email about it, they were like "make posters!" I don't know who's runing the campsign, I think ti's jus ta bunch of people who go really scared, we just got an email last weekend that someone was sexully assaulted**, when someone reports it to the police we get an email about it

I can forward you the email if you want. [does so]

I definitely think that had something to do with it. here I found it, let me forward this to you. we get them quite foten, these emails. we got a lot last year, which was good, that a lot of people wre reporting last year.

here there are a few I can send you that I have. some gave details

(I wonder what's brewing)

I hva no idea. I have no clue. but I thought it was interesting. that they defintely want to prepare for the aricle. they're scared, theyr'e scared shitless and I can tell, not only are they now in the bpulci eye cause a girl went missing, but now the nrearive witll be people are abducted and or raped. I think that is very scar

(the fact that tey reached out to phi spi without first consulting you)

**that kind of bothered me. I would rather keep me in the loop with regard to what's going on, espeically if she had sto give my name up for some reason**, I want to be aware of it, other than the day the gu actyualy comes. I told her if you can keep my anonymity. I dno't want a bunch fpeopel hating me. she said something else that was intersting. **she said she heard through the grapevine through membesr of phi psi that all the boys invoveld have graudated**. and I was like no **they definitely haven't. beucsa I see them on grounds, nubmer one, and number two did they just admit to knowing about it?** and she was like **"it was just through the grapevine,"** I don't know

who she heard it from she wouldn't tell me. I was like number one, totally not true, noumber two they just admitted it hapend! which is huge!

(that does sound like an admission – yud think the resonse would be "that didn't happen," not "oh well dn't wrry the guys responsible are gone")

I didn't even catch it, it was **alex who was like, "doesn' ttha t mean there admitting to it?"** and yeah tey totlally are. **I was like they deifntley aen't graduated, I saw one riding his bike two weeks ago!**

I'm glad tha ti'ts over, before I was sup ser nervou because I did't knw what this would be about. **she said if you wanted to pursue a trial here people would have biased views, it would be difiuclt, and I told her if I did seek any kind of trial, it wouw have to be a crimal trial**! [me: wow] because he graduated, he's not under juristiction anymore. so if I did ever come fowraed nad try them criminally.

**I'm still mad at the others involved, the one I would wnt to go to jail is** ▮ **I've never hated snayone so much in my entire life. and the other guys, they're ovviuosly just as guilty, but they didn'r know me, they had no connection to me,** they were really drunk and high so it's not an exduse **but he knew what he ws doing, he mainipuated me, he knew what was goin to happen, and he spent a month getting to know me, I opened up to him and told him about my life. he lured me there.**

(any idea what he's up to now)

no I just know he's graduaed. I've blocked him on fb. one ofm y friends looked him up, she anted to see him so she could reicgnoize and kill him. [laughs] but yeah I have't looked – I couldn't' even look at his fb page.

(how would you feel if I reached out to him for a comment)

I'm not sure tha I would be comforable with that

(jackie I hate to tell you this, but if phi psi knows, he already knows about this article)

I have no idea. I don't even know if he lives in harlotesville anymore.

(well, think about it)

phi psi, I'm sure they're going to be told to be on their best behavior if they speak to you.

(you think they'd let them talk to me?!)

I'm sure they won't talk to you. **I hope theyr'e gonna put them on probation, at theh very least. and I hope people come forward. and once they do, they can revoke their charter. but as long as they know they're being watched that's enough for me, caus they're gonna be scared, if they know that national and the administration is watching them intently. and I want to see them squrim.**

[I tell her I think iv'e found who ▮ and ▮ are, she tells me it's not them, but I don't really believe her I tell her I'd like to reach out to ▮ and make sure she doesn't want to cooperate, hear it from her, maybe she's willing to at least verify the jackie part of the story, the idea that jackie confided in them]

I'll talk to her sister. I do'nt have ▮ s number, I never had her number, I just kinda met her htrough her sister. I thin I emailed her at one point.

I'll dfteintely talk to her and see what – I'll ask ▮. cause I hvaen't

RS004404

talked to ▮ I'll se what she says. she was very adamant that her family didn't want her paritucpating in any way

(cultlike loyalty)

it's amazing to me how many people have told me, when I todl them about the aritlc ehtey say "youre partiipateing in that?" **even someone in one less told me that**. one less was like "we can handle this, they started the campaign, things are changing, with title ix the univeirsty is under pressure, yo'ure giont to make uva look like the bad guy." and that's not my inteniton.

[tk my q]

the thing that bothers me is that nobody's ever surprised about it. theyr'e like "oh wow," but not like "that would never happen."

(I would think the only approprieat response is shock and horror)

I haven't gotten that. iv'e gotten so many mixed, I don't even know how to dscribe htem, like **"oh I'm so sorry." or "oh no that would never happen at that fraternity, are you sure."** my favorite is **"I party with those guys all the time,"** I was like "well goodluck with that." or I dunno, really strange quetisons like "did you know more than just one of htem, **well why did you go up to the rom?**" what? it done'st matter why I went up! it just matters wha thapend when I got there? I had people ask "**were you drinking?**" my dad said "**why were you at a party in the first place.**" I think ti's intersting how people look to exucse them. like a lot of poeole are like – I mean **I don't like to think people are inhernently bad. so I think "a lot of those boys were very drunk, very high, one appanretly didn't rmember my face later at wal mart. which really was fucked up in my opnion.**" but yeah peopl eay **"oh UVA is such a hard place, everyone wants to fit in,"** or "poepe do crazy things, a group feel more like a group if hrtey're banded aginst a common enemy."

(who said that to you?)

this girl said to me, I dodnt even know her very well, I went to my friend rachels christan group thing, and her friend ▮ was there, and she said to me ast tstarbucks later, **"did you ever wonder why they did it? maybe a group feels more like a group if hteyr'e banded against a comon evenmy."** if you talk to rachel ask her, I went home nad I was so pisse.d and ▮ was like "bu I'm very sorry this happened to you."

(and who said "everyone wants to fit in")

"eeryone wants to fit in," a girl in one less actually asid that! I didn't meet her in one less, her name is ▮ [tk]. I like ▮ was a human being, but as a mamber of one less I'm not a big fan. she's never ben asualted, so a lot of times she'll put her fot in her mouth. say stuff you'd never say to someone, like "you should get involved in one less, so when this hapenes to someone you can help them do the right thing and go to police." and I was like I ddin't go to police, did I do th ewrong thing? and she was like "well you had a choice." and I was like wel it was the right choie for me. and anotehr time in ▮ s apt shedid this game where she lit a cnald cnad evyeorn chad to tell tehir deepest darkets secret and she wa the noly one int her oom besides nicole hwo knew what hwad happened to me, cause I ahdn't come out to anyone and she had just been at the one less meeting, and when it was my turn she loked at me like "you better tell." I

felt like she wanted to know for her own curisity the details. an the way she went abou tit, it was so manupiative, and I dno't know why. beucase if I had said "my dad and I don't get along

id di talk about my rape. I had kind fo a meltdown, I was kind of the party ppoorper cause I dno't know that nayone

it just felt so orchestrated to me. she was like "oh my sorirorty does this all the itme, it's how we get to know each other."

in front of all these peole! and I said sometihgn to alex abou tit, she shodu'nt be in one less. no one should be forced to tell their story, and it was the exact opposite of that, the situation made me very uncootaggble, and it hin it was after aht that eveyrone was talign about it. my friend ████ was like tah's really fucked up, I'm so sorry, and my friend ████ started crying, they were hugging me, she was also very drunk though. and I might have brought it up, case ih ad been drinkgn that night too and is aid "I don't know why they did it" and ████ said **"I think people do stuf to fit in, they do stuff outside of their naomrl behaivor, I don't think it makes people bad people."** and I definitely distanced myself from her, and everytime I see her now she says "how are you doing, are you doing alright?' all full of false concern you know, touch my arm, "are you okay?"

(when did dthat happen?)

that haepned this past february after my rape. it as the 12th or the 26th. I threw the party, tiw as four weeka fter we came back, and I remember we had a tlo fo isseus finding a day that was faivailbe, we seettled on a seaturdya night cause no one really goes out on Saturday night. but I created a fb invite for it.

(when's your bday)

████

(the party)

there aren't too many of us who were left by the time they got there, she and ████ had come late after a sorority chapeter meeting around 11, it was just me, ████, we were the only ones left thn, there were originaly like 20 at the arty. but even still, I didn't know ████ very well [etc]

(was that the same party where someone said "why did'nt you have fun with it")

**no that was my old best friend who said that, who told me not to go to the women's center. she was like "why dint you just have fun with it."**

(oh I'm getting it all convufed. when did that happen)

this was like two weeks later

(do you remember the circumstances)

we were in her dorm, **she said she didn't want to babysit me anymore**, she used the word babysit, and our friend al, who was the other one who told me not to go to the women's center was like "what are you crying about," and I wa sliek "what do you tihn I'm crygin about" and he's like "oh yo'ure still upset about that?" it was clear something ahepned, ut I never todl them what so I have no idea what they thought. but she's like **"I just don't undrensta, why di'nt you just have fun with it?"** and I was like **"what? like you? cause you're with like three guys every weekend"** and she's like **"I do'nt have to take this,"**

**and she went out to a frat party.** and we drifted apart and then by winter break we were done. which is weird casue **we were inseparetble the first month of colege..** and its' weird cause alex, I knew her through them, and she's not friens iwht then anymore, and she's like "it's because they left me at a party when I was drunk" and she was like "I can see why the'd be relaly insentiive, they always just want to have fun." I alwy wanted to have fun, and then I did want to talk about sometign seiruos. and I thin they just couldn't deal, I got exremely depressed, an no one wants to be reoudn smeoeone sho's depresded a they just coudnt ahendle i. tis' funny, few people can haneld it, excptr fo the people I wound up living with, when I told them I go thes happy pills everyone was like "I'm on antitdressenats too" and **of the 6 of us 5 of us were on antidepressants.** rachel ████████████████████ and emily was like "its' very easy to feel lonely here," she had an iseu too at eht beigni of the year where some guy – this is hwat she told me – trie dto fondle her and folow her up to our room, I was home that night and don't reember a guy being there. maybe he folowed her up the stairs and left. but ████████████████████████████████████, and trina and alesha both had roblems, trina's mom had died just hat year, and ████████████████████████████████e, and was acutally tehre on a full ride on bill gates, vaolandtorian o fher hs and probaly the strongest person I eer met. but we beacmae friends through bad

(I'm going to call rachel soon. also I'm going to call your mom soon, otmorrow or Friday. what's her first name**)**

████████

(earlier, you asked about total anonymity)

I feel like once I talked to dean eramo – I dunno I'm still torn about it. at first I was like just use jackie that's fine. and my roomate was like "why don'tyou use them to use a fake last initial, so they dno't know it was you." but I do want my story to be heard, but I don't really care if my name's in it or not, thas not the impratn thing. I gues amaybe I'd be okay with just jackie.

[I tell her we're flexible, don't need to make up our minds yet, but I make the pitch for why a true first name is imporantt in a story, makes it all the more real and powerful, we want it to connect with people, she hears me]

I just want to see how this plays out with pi phi national here. I was thinkign about a way you can get ████████ s story without talking to her. beuacse she kind of told me to fuck off. but **she filed a report, and I know she did because I was with her when she filed it out. and she filed it with dean eramo over the internet, descirbing her assult.** so I wonder if you cdould get that somehow. **it's like a third person reaport but she said "I was sasuted."** **and I told her she shoud do it just caue – I am posive she send that report I was with her when she did.**

(when was it)

it might have been **the same week as take back the night.** or maybe right after? it was arodn the same time. cause I was kind fo on her back, and she was kind of teling me I was being apushy bitch, which I guess iw as. I tink **it was after I was hit int eh face with a beer bottle. I was like "can you pelase,**

please submit your report," and she was like "I dnt want to get dragged into it" so is aid at least submit an anonymous report so they have it on file.

(where did you guys file aht report)

we were at bodo's bagels, on the corner. using her laptop.

I told her, it has to come out. it has to come out sometime. whtehr it's right now, or a year from now, but you can't be numb to it. that's her coping machinsm, she liesk to pretend it didn't happen. annie prented off a year, and had am eltdown on the annierary, and was suicidal, in the eyar after she was jioing soroditie and I feel like that's exctly what ████ is doing. wht also amazes me is she's like "I dno't really want to get them introuble." abnd I'm like fuck them who cares! and hse's like I don' want to be

I talked to dean eramo about it, cause I was so floored by that satment, and dean eramo was like believ it or not, that is why – we wer just talking about this today, ask alex – that's why so many people don't come forard.

this is so clear cut sexual violation and torture! to me it was torturous. for those three hours, the wrost three hours of my entire life and I can't even expalin, I was talking about alex about this, cause iw as like hannah, wehreever she is, it sounds completely awful, cause I do hope shes alive and well, but if hse's being sexually tormented -we agreed, even if she comes back, she's not gonna come back the same, it's not gonna be the asme girl. and thas' scray. after my three hours in hell I wanted to die, I just wantd them to kill me. and I can't even imagine for days. my wil to leive would just b crushed. c nat imagein what se's going through or ewnet through.

████ report – so you asked if I could get that, but I'm sure not, I can ask the admintration. but do you think she might have cc'd herself, in which case maybe she can forwad it to me)

I dn't tihink she saved it. I can try to talk to her, I got a very angry response, she was like "how many times to I have to tell you to LEAVE ME THE FUCK ALONE" all caps. so there was that. she thinks I'm the most annoyng person in the planet, I was asking her all sumemr long to talk to dean eramo, she as like "you always say one less doens' tpush you to doosmeihng you don't want to do, but yo're pushing me to do smething for your benevi." she sse it as being for y benefit becaudse I'm tyrign to get vengance.

(I appreciate you've been so persistent)

with her it's very awkeward beusae I started in may with dean eramo. when she was like "we can have strngeht in numbers, if we have enough we have grounds to shut down the frat" nd Lwas like "hta's what I want." so I called ████ and she ignored my calls, we hadn't talked for a couple fo weeks cause I had bugged her so much bou tomcing to take back the night and she refuesd to go. and I asked her if hse would posoibly in person talk to dean ermao and she wa like "I todl you, I just dno't want to." nad she kept saying "this isn't about me, this is bout you." I guess I felt selfish, but I bugged her all summer. dean ermao would email me over the summer to say " have you talked to ████" and either I would get silence or flippant responses. and then after I talked to you I reached out to her to tell her and ther was no response, and in late july she responseded to say "if I'm not going to talk to dean eramo what makes you

**think I'm going to talk to a reporter."** sia di it can be off the record just to confirm my story, and **sehs' like I want nothing to do with it.**

im a walking ball of a metoin so I can't relate to that. I just fell apart, I couen;t be numb to it. I think she's doing a good job, it's rpobably detriental to her psyche, whether it's one day this year, or five years from now she'll have to come to term s with what happens to her, and I think it wil be very painful.

(did dean eramo really say we're flat out fucked)

she said that they were flat out fucked. you can call alex to cnfirm that yeah. we just kind of loked at each other. cause we were talking abou this protest on Friday that all thes people are tryign to oragnize, "we don't want sexual assault on our campus" well of coure you don't no one does, but unless you have suggestions, it's just a bunch of peole scremiang with signs.

it was sparked by hannahs disappearnce I think. I know a lot fp eope were like we got the sexual assault emial this weekend, on saturdya, the 13th. wow this was this past weekend, wan't it? you were here. and the next day we got an em ail saying this other girl is missing. and usualy ethe seuaxl asutle emails we usually get one a month, two a month, so theyr'e ususaly spakced out. but this back to back thing is like "violence against owmen at uva, we have to sotp it!" these peopv are comign out of nowhere

we've gotten some emails saying "don't be alarmed," I told my mom and shes' like "I'm gogn to get you more epper spray" and you're not allowed to walk alone, and this long list of things, my mom was like I've gone through enugh with you. and veryones reacitons to it aer diffent, no one thins it can be someon ffiliated with the univeity, they want to lbeiev it's a townie. even a sexual asasult, but that can't be townie cause ithapened on grounds.

(first sexual assault repor of the year)

I think so, I think that's why everyone's making such a big deal bout it. there was one point wehre it was comiogn out really freuqnetly and people wer really scared. my first yer I thin there were like three in a row and eveyorn was freakin gout and people go into this chaotic frenzy and that lasts for a week. there were two sexual assauls and then someone tried to abduct her off of alderman road, he aws a unvieirsyt emlplyee who worked int eh runk dinig hall, he was mad that his girlfiend broke up with him, and he had pantyhose and duct tape and he said he wanted to inflict th sdame pain on someone that his gf had invflicted on him. ▮▮▮something. I don't kno w if it was proecuted, I know he admited to it, the girl got away, she di'nt get into the car, she scremaed and ran, and they found him on 250, and he was oivously not mentally ok. needless to say he does nto work here anymore.

afer that they stared sending out emails about self defnese coureses, patricia lampkin's emails are so funny I mean if some creeper is drinving around tyring ro abdupct women I don't think a hafl hour self ddfense course is gigon to help. I lvoe her meials they're so chipper even though sehs' the bearer of bad news. beudase hs's the one who sends alt he rape evmaisl and the when someoen dies emails, and shes' like "we have to stay positiev and joinin in the commuity at thistime and caps has ecsta hours and the uva community wil be stronger because of it."

(well I mean, wha else is she doing to say)

mayb the truht?

(are you feeling ok about this?)

yeah. iw as really hnervous today, espeidlly when I wasl ike "I might have to tell tem your name. bt I'm feeling better now. I aske dher ot email me about what goes on," I told her, id lke to be kept in the lop on this, it's my story that started all this. I want to know ifhtey know my name, if I should be worried if people are going to look me up. I want to know if they're going t be on probation. I want to know what measures youre' taking if thery'e just going to be on tehir best beahfirio so that when the article comes out youll look like fine strapipng chaps – I dno't know iofit's damage control

I just want her to update m on it, so hpeufly she'll email me tonight and let me know what'sgoing on. I'm interestd in why this guy came from wehrever he came, they msut be scared. she said, "we went through all the facts and fact checked everyting."

(who did?)

**she and I did. back when this fisrst hapend, she did a baby investiagion on the frat, and looked into to see if they had a party on sept 28, which they did, kinda to make sure their facts matched up and they did. and she showed me the pituerof the dfuetn houses nad I was albe to pick out phi spi. she asked me to dscribe the inside of the house and iw as able to do that, we went over a bunch of diffent stuff.** that was a long time ago, that was in june or july of 2013. when I first came to her to explain to her what happened. and she wanted to go ove all the details with me.

I tink dean eramo, I don't think she didn't want ot talk to you, she said that she would rather talk to you so she could rpotect her side of the story. she siad I would rather talk to her so she can udnrenad. bu ttha thte amidnstiarion as a whole is against any facutly as a whole from talking to you. and I'm wondering if the phi psi people are going to say you can't talk to her.

but if you do talk to alex ask her about when dean earamo siad I' heard through the gapevine that the guys who did it have graduated.

(phi psi has had parties this year?)

I dn't really know cause I haven' tfollowed them. I'd ask alex that, she's much more in tune with the party scene than I am, and she knows a lot more of what goes on on grounds than I do. I know she dnes't go there, ever.

dean eramo did ask, though, alex told dean eramo yeah we brought sabrina out on Friday night to the frat house, and we got inside and nobody asked auesiton, and the one guy fell over himself and dean eramo asked did she take pictures inside the frat house and dean eramo got really fraked out

(really why?? actualy I didn't take any phoots inside the house, but why do you thikn she was interested)

I honestly coudh't tellyou.

[I tell her what haepend with the guy on the stairs who tripped]

I know the stiars, the house is set up really weird. **I had issues finding the front door, I went out a side door and ended up on Madison lane. I was**

**confused and scared, I din't realize that rugby road was litelraly two feet away, ih ad no idea where I was**.

    (theres a set of stairs on either en dof the house)

    yean and the stairway that I came down it was like a tarp that was lbocked off so pepel who were partying couldn't go upstairs or something, but **I had trouble findign the door**, I thoguht tha thouse was set up so weird, I was relaly disorieiented and scared.

    she as prbably worried, I dn't know what she was so woreid about, I can just tell she was scared.

    I don't know if I should tell you this, ██████████████████████

██████  she's like you're having a meltdown, ████ s in denial an I have a permanetn bitchface. [we're both laughing] you know none us evn stayed, we got to pi lam at 11 and we left at 11:30. I was an emotinal wreck, I was like "I kinda wnt t go home." and alex and ████ stole a ton of alcohol from pi psi and ran home with it, they jstu havegone back there and stole a bunch of liquor, two cases and a bottle of something. rthey sut vhae helped them sves, and they grabbed pepel to help them carry it home.

    she said "you cannot be on rugby road. i'm srory jackie, you we just a mess for the rest of the night" in the daytime it's not as scary to me, I can deal with it. but at the night, and ther was a party going on

    I was so glad she came wit me today beuasde I would hav ben an emtoinal wreck without her. she just started talking to dean eramo saying "we were like the rape trio," its' not like she downplays it but she makes it a lto more lighthearted, a lot more comical. which I like.

    I'll talk to the girl who lived in my dorm firs tyear and even if it jus to talk about my story. and that it's not trying to wreck the unvieisty it's trying to beetr the univerity.

    if they do't lose their charter – **I'm very afraid, it's that time of ear that it hapend to me, and I don't want to hear about ithaepning to soeone else**, and that scares me. I dunno. I'm glad that at least their preisdnet is here to etell them osmething, whetehr ti's

    I'm lookng roward to dean earmo emailing me and leting me know what's going on. cause inintally I was pissed that she dind't let me know what's going on. if she's going to be talking about me, she shodl tel me abou tit. I fee like she went behind my back. and I don't udnernstand why they wanted them to come in befor rthe article

    ithin it was deifntely this arrile putting pressure on them. and I don't mind hat at atll. some eopel are like "title ix"

    I'll forward you the email dean eramo sends me when she sends it to me.


**Alex Pinkelton**: ██████████████ . 9/ 17

(jackie just told me all about the meeting with dean eramo, it's crazy. wanted to double verify something that jackie told me about the meeting)

yeah sure

**(did she say she heard through the grapevine through membesr of phi psi that all the boys invoveld have graudated.)**

**yeah. yeah.**

does that seem like some kind of admission from them that they know smething hapend?

yeah that's what I said! it seems htat if they wre saying "oh wel they graduated," well what? also tahts' not even true. but **it's so strange that their resonse wouldn't be no we didn't gang rape. I dno't know where she would have heard that from, so that confuses me**, cause it's not even true. so that' inteserting.

so I don't know if jackie told you about yik yak so I've been screenshotting some yaks. I can't even remember what I screenshotted, but the day after the girl went missing we got an email about a rape, and got a yak saying "be careful bedause our cmmunity of trust are townies" a lot of the yaks were saying that, so that was relaly frsuting bedasue it's comletley untrue, but hats' how people here think, they thin it can't happen in our cojmmuity of trust. and the intersteing thing is yeha **we have a community of trust in that we know that our laptop isnt' going to get stolen if you leave it out, but you can't walk into a fraternity and not get raped.**

but I think that jackie is really freaked out

(really? I just talked to her, she actually sounded psyched)

I'm so glad to hear that. I think when all this is over I'm going to encourae her to go to trial. one thing I realized after talking to dean eramo is to encourage rpoirng a lot more. I thin one reason a lot pfopee don't report is because the idea that ntohgin witll be done, but not having a report, **it's easy to cover up rape at a unviesity if no one is reporting**. so my firend that had come to me and was raped, I texted her and was like "I know it's your deicison, but I've nheard of mutliple people being raped at this frat recently, and ifyou want to report you have the right to, pleas do it."

[I tell her my whole new thesis abou the implict acpentance of party rape]

yeah it is. and we don't want to admit that, bu twe do. and ████████

████████

(so dean eramo said that the adminsitration called phi psi?)

yeah they were the ones. which is ineresting. they have it in their mind, they nko wit's coming so hopefully they'll be more mature about it than if they wer caught off guard.

dean eramd did tell me that ████'s has been cooperating and doibng all the things he needd to do. can't even press honor charges cause he's gone.

kind of satisfying yeah. I didn't sem all tha surprisng.

(did dean eramo also say she gave jackie's name to dean grove? and that she might have to reveal her identity to phi psi, that she woudn't be able to promise her anonyimty? did she say why she'd have to do that?)

yeah. but yeah **she sid that yeah "the pi phi guys' coming and I'll have to mention the story and I don't know if he's gonna force me to diclose your name." and jackie said "well how would he do that," and she said "it's not like he can supboean me."** but she seemed concnered that he would get jackie's name. I don't see how yo'ud ever hav the power, I don't kno wwhat hed have to say, that was really weird.

(it sesm to expose the fiction that everyone seesm to wantto believe, that dean eramo's office is a confidential safe space)

I dno'tknw how it would help if he knew her nam'e. him saying "you can't touch this girl' isn't goin to help things at all. so that was so strange. which is why she dn't nat to do a protection order, beuas ethen shed have to be notified. and if dean eramo got the logic behidn that she shoud get the logic behidn her name.

yeah. I duno. but **I think jackie might take this to trial. after today iv'e just become rlaly gung ho about encouraging it,** not pushing it, but a lto fopeel ahe it in tehri minds, "yeah se's scared," but at the same time when oyu're at trial, and all you ned is fifty percnet and a feather, I think she's got that. righ tnow isn't a good time to tell her, maybe after the article and maybe hse'll feel beter abou that. also the article might make that girl  come forward.

I wss going to say **when we do these presentaitons, when we say "don't force them to move forwrd if they don't wan to," ther's a limit to that, because then peole think well maybe I shoud'nt move forward. I do think we need to stat sing you really nee dto report buase that's the only way things wills tart changing.** and yeah if you have eivnde I think ther's no reason not to go. I cansee I fher' no evidnece it might be harder buase they might not be fund guilty, but in the case o finy firend who has a rape kit, or the cas eof jackie who has a lot of testimony it's worth it.

---

"Jane Doe"  cell: 646- Redacted  w: 212- Redacted  email: Redacted @yahoo.com. **9/18 NFA.**

[we talk about hannah's disepaprance]

when I was there, and uva is notoriuos for not dleaing with these cases very well. when I was there, I haven't taked to the cops in so long there, but they neve rfoudn the person who hurt me, and they always thogth it was this guy, and if it was this guy why would I be here

(the same guy who kidapped )

they thought it was the same guy who was stalkign students. they put up a sketch of this guy, blond shaggy hair that wa sput up when was missing, and wias like "omg that's him," and they really ust don't know.

(ok so liz had told me a coupel fo things about you that I wanted to confirm. I'd be happy to just use the information without using your name attached, kf you prefer)

YES! please don't use my name, o work in

(so you went to uva. what year did you graduate)

(and when were you raped)

[redacted]

(and it was on a part of ccampus where the lighting was poor?)
yeah—

[redacted]

(such a small world. so what ahepend, did you report it)

[redacted]

(god, ive' only discovered ysterday that apaprently in the last two years there have ben two abdutciton atetmps on campus much like this – total strangers deriing up in cars, trying to kidnap uva studnets!)

I'm not surprised.

(so liz had said that when you spoke about your rape to admisntirators, you askd for better lisghting in that area?)

I had mentioend that. and **they had told me it would ruin jeffesron's vision of what the iunvieristy was wusppoes ed to look like**. as if he even knew about electric lights! I was like "but he did't even know this was possible."

it might ahe been whenever I was found out and was takling to them, I told them how dark it was and we needed more lights, and they told me, so I think on the old part to the grounds, but not in the new dorm areas, and they said it didn't amtch with jeferon's idea was, and I remamber saying "you can build calbe [Cabel] but you can put tehse lights up" I can't remember

any embe rof who it might have been. itasn't the dean. it was dfeintiyo a man.

**(was it some member of the aminsitraiton)**

**it definetly was.** it wan'st a police officer.

(before when I heard this story I could hardly belive it, but having just visited now I can. the way the stdnet stalk about jefferson i'ts like he's still walking the campus)

he's a living presence on the grounds.

(do you remmer precisely what they said)

they sdaid "it would ruin jefferson's idea of what the univeristy, it woudn't have meshed" well they din't use the word meshed but that was the idea, with their idea of what the gorunds looked like, it woudn't have maintained his **vision** of the gorunds." it was something to that effect.

(by the time you gradauted they had in fact put lights in?)

I don't remmber. they may have but I don't thikn thehy did. but it was so long ago.

(the response you got, was it at all in keeping with what you expected from the admintration?)

no it was as though I had done something wrong. id be hard prsesed to remembe r aperson who was kind thorughotu this situaiton. beucase I think the y knew it was gog to be talked about. and that basically it was as if I was doing this terrible thign that was done to them, and that I was tryign to expose them.

▮▮▮▮▮▮▮ wasn't even a student but she was driving down 29 from maryland, and he as flashing lights at her from the sie of the road, and then she was found three montsh later. that hapepnd when I was a third year. but it was the first time I ahd ever seen that sketch, bucase soemeone had run across this guy. and it seemed instantly familiar.

(do you have ny other insights that I hsould know about about rape and repe cultre at uva?)

this is going to sound terible but **my mom wanted me to join a sororty bucase she thought it would make me feel normalized. so I rusehd and joined a sorlrity** and for some reason you're pairred up with a sister older than you and **I was paired with two fourth year sisters, they lived at this of campsu place** calle ▮▮▮▮▮▮ . and part of soslrity culture still rushing, **you had to drink a whole botle of alcohol you ahted the most and drink it all**. and I had to ride a horse ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ **I ended up droping ou of the sorority, and beause I had become a full sister they said they were never allowed to speak to me again**.

(did they deliberately put you into this man's bed?)

I thikn they put me [REDACTED]

(their reactions to your rape, can you reember)

oh no **they were very much against me**. I just remember that whole year I smoked so many cigaretees I bafrely surived. but I didn't want to drop out of the school cause my parents would have made me come home, and iw nated to stay at uva, so I just tired to say at uva. so ir embmer my third year I got caught up in what they called plaguariasm, I'd writen a short paper fro a class on blake, and for naother class for another sesmter I deceied to expand that idea into a 20 page paper, and I get called into some guys office, [REDACTED] something, in chage of the english dept, and he tod me I was giong to get kciekd out, and that I was tyring to scam them using my same paper. and then he said "this unveirsty has had trouble with you beore, I've looked at your file," and basicaly uo've been a troblbmekaer, and wer egoin to kick you out of the english dept. But I petitioned the peotry teacher and that's how I got to stay.

I don't know if he saw rthat I had withdrawn my first semsester or what, I remmber saying "because of what happened to me my fidrst smeter?" yes. "but that wan'st my fautl"

penalized. yes completley [REDACTED]

I was a mess. and that part was, again, when something really bad happens it's hard, your memberoy is so fuzzy beuas yoeu have to shut it out so you can keep moving, so it's hard fo rme to reembe rthe speicifcs.

I think they just want you to leave. they never told nme to leave th unieristy but I felt like they awnted me to leave. and in talking ot you I relaze the paperns emerge but I almost feel more uncomortable with what haened third year, if the part

the idea that they would put an 18 yaer old drunk on a botlte of gin in a bed in a boy's room.

(and that their solution was to excomunicate you)

exactly! they would argue I had dropped out, the process is so secretive, so that's htier process. but those two sisters knew whathaeped. and northing ever hapend to him or to them or antying.

and uva with that in tandem has a special rare -- all these crazy stranger things happen too! and **when I was third year** [REDACTED] **and someone ran up and put a bag over my roomate's head and tried to abduct her.** she fought him off an he ran away and they caught hij and turned ous he had been dtyring this, tyrign to sneak into peopels' wondiws. thes's otmhitn speical about charltoesville, maybe cause its' the only city int eha reas and a huge crop of beuatiufl women. I've always flet that way, and my young daughter now and I say "no way, I would never sened a woman there." and even what happened with teeras sullivan, shew as baislclay ousetd and then brought back only after much protes, a woman's place but the culture has not changed. it can't even be boetherd to turn aroudn it seems.

**the most important thing for UVA is maintaining its UVA-ness. so if yo'ur a victim yo'ure just complicit in besmirching smoethign that they love** in an evangliemical way. they just don't want to hear it.

and yet that logic is pervasive. at ███████

(antithecaniacl to being young)

it felt like coming up against a wall, evyeornes shoulders are united. and then they were like "now you aveh to do this and that, and now you have to go to mandated therapy"

(have you heard the song rugby road?)

no, that's not one I know.

thank you so much for writing this story. thank you so much.


**Dept of Education**: Jim Bradshaw, press officer. direct: ███████████ . jim.bradshaw@ed.gov. 9/19 **on background**

I can talk to you on background. otherwise you can talk to the press secretary.

(can you explain to me what a title ix compliance review is?)

a compliance review is **a proactive investigation that ocr launches that deals with bigger systemic issue invovling a school or an institution**. the vast majority of our cases that the civil right soffice handles invovel compliant driven cases. someone sends us a cmoplaint saying their rights were violated that we enforce in education. but some cases were inisiated on our own, based on media reports or data we have seen or any number of things that spark our intesrt and concens about whether a school is in complicance with our civil rights laws. and we've got a FOIA report that lists that goes into more detail about what the heck compliance reviews are if you want.

(that would be great [I give him my email] but so what you're saying is, it's not a random audit?)

███████████████████████████████████████████████████

██████████████████████████████████████████

(OK. well funny you should say that - I ask bedause I recently sat in on a board of strustess meeting at aunviestiy that is under invesitagion, Univeristy of Virginia, and in their presntion tey explained to all asesbmeld that the invsetation began as a compliance review. But they really downplayed its siginicance, they calle dit a "standard" compliance review, a "routine" compalinece review, the genreal tone was such that the trustees left with the sense that this was kind of random. and certianly nothing serious)

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████

(can I quote you in some capacity on some of this, about sifngifcnace of a compliance reivew)

let me line you up with wsoeo to quote, maybe an assistnet secratry. shoot me an email outlines that, then I can share that with people here, and we can set something up.

(also would like to doublecheck the start date of the inestiaitons ongoing with regard to uva – I'm told they're on the webiste but I' havingt roule finding it. they have one investigaion that's been open since 2011? **june 30, 2011**)

we put out a press release may 1 that has the list, we update it every weddnesday, we don't distribvute it, we send it upon request. so I'll send it to you, including the 78 instituteions.

and I'll send you the foia report.

(and I understand there'a nother title Ix insetiagion of UVA thats open since 2004 or 2005?

I ned to chedk on that, I dn't know offhand. but what I'll send you has the stanrt date in the last several years.

**rom:** "Bradshaw, Jim" <Jim.Bradshaw@ed.gov>
**Date:** Friday, September 19, 2014 at 3:37 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Title IX college investigations

Hi, Sabrina,

Attributed to the Office for Civil Rights: Attached is the current list of 78 postsecondary institutions that have pending Title IX sexual violence investigations by our Office for Civil Rights, including the dates the specific investigations were initiated. For context,hereis the May 1 press release announcing the original list.

Please note this section from the May 1 press release:

*The Department will not disclose any case-specific facts or details about the institutions under investigation. The list includes investigations opened because of complaints received by OCR and those initiated by OCR as compliance reviews. When an investigation concludes, the Department will disclose, upon request, whether OCR has entered into a resolution agreement to address compliance concerns at a particular campus or found insufficient evidence of a Title IX violation there.*

Below are additional resources for information on Title IX.
• President Obama's task force on college sexual violence.
• OCR's April 2014 sexual violence guidance.
• OCR's April 2011 Dear Colleague Letter addressing
    sexual violence on campus.
• Sex discrimination – your rights.
• Sexual harassment resources.
• Title IX "Reading Room."
• Frequently asked questions about sex discrimination.
For information on how OCR handles civil rights complaints, please see our Web site here. And, the "four-year report" that I mentioned on the phone which addresses compliance reports can be found here. Hope this helps.

    Jim Bradshaw       U.S. Department of Education
press office      Washington      202-401-2310

    <<attached: OCR Sexual Violence – Open Investigations 9-17-14 pdf>>

    **Rachel Soltis** – ██████ . 9/ 19.
    [as I'm sure jackie ██████ told you, I'm wriring an article about rape and rape culture at uth e univtey of virgnia. I'm hoping to verify every part of jackie's story, confirm eveyr part of her story that's confirmable, so jackie thought hyou

were a great person to run things by, to doublecheck things and also to get your perspecitve on what hapeend to her]

(you graduated?)

(yeah I graduated ███████ I'm working full time.

(doing what)

█████████

(first year you were a roomate of jackie's?)

correct. I was yeah but I was a prancer sturdent from a juernior colelge so I grauduated two years early. I'm the same age as her. not really cause I staretd juior colelg at age 16, so graduated at 20.

(what was she like at first, at the beginning of the year?)

**at the beginin fo the year she was a very free spirited type of girl, she seemed like a normal happy girl.** I remember first being at our orientation, our whole apartment went through all the rules of how we were gona live in our dorm and she would hang out a lot with her friend Catherine and Al and this other guy I never met, and **I wouldn't see her a lot cause she was always going out with cahterine and other friends** that she had made early on. she had made friends with catherine earlier that year when they found out they were both going to uva and I didn't really get to know her a whole lot. But then she was raped, gang raped by six difenrt guys about the second wekend of school, arodn I want to say aroudn the 26th or 28th. and I don't reember that night or I enver heard her come in.

(did she change after that time)

definitely after that i saw a big change. she was very distresed, depressed. she would have 9 am clases and she couldn't even hear her alarm cause she was so tired. **you know when you're depresed how you just want to sleep? she couldn't even wake up. so we would all hear ther alarm ring,** cuse ther were five rooms and a bahtroom upstairs and I was across form her and she wuld always laenve her door unlocked and I would go in and say **"jackie you're alarms' going off" and she was so out of it. that was when we realized she was even there, we kind of didn't even realize. her door was closed all the time, we figured she was out. but she was depressed. she didn't tell anyone til next ssmter, she just said hse had a bad run in at a frat party.**

(she recalls that she told you in january, after you all came back to school, does that sound right)

janruy that sounds right.

(so you knew she was doing a lot of sleeping by day. did you know she ws up all night)

no. I dn't really remember – well, it' har dto say – what I remember most is eveyorne thiking she was out, but all the time she was in her room with the lights off.

(when she gathered you guys together, what did she say happened)

it was me katie and alecia and she told us that she was gang raped. well actually not what she said was this, these guys forced her to do oral sex. that's what she did at first. so we were all like, put our arms around her and I was like, well let's say a prayer, you know. and she felt uncomfortable about it, cause

she's ████ and was like "why are you saying a prayer." but it wans't til later on that she told me she wa raped by I think six guys, ████████████
████████

(when did she tell you the whole story, about being raped)

iw asn't til – it was acutally last year that she told me the full story. I know that for sure cause it was at her apt. so it was her second year, last fall. and we hadn't talked much over the summer. she had gotten – she'd been with her boyfriend ████ since march of 2013.

(is that the asshole)

yeah ████ was [trails off]. he's not a good person. he said stuff like he's glad she was raped because that means he woudnt have had sex with her cause she wans't int eh mood for sex, and he also asked if her dad would still help him get a jo. I hop hes still workkgn at ████. I think she justneed eomsone

(wait sohe said he was glad she aws raped?)

because after her rape she awns't in the mood for sexual activity. she said the first time they had sex she cried and he didn't udnersntd ehy, shedn't tell im at first but tol dhim alter and somehow he came to thi spoint where he todl her that he was glad, he said a ot of hurtful

(jackie told me she got some pretty weird reactions from other people that she told, including other women. that othe rwomen were dismissive, or blamey. did she tell you about that?)

yeah she had one friend, I don't mrember what her name was, she had ████████, but she was friends with this girl for a while, they would go to her house or to jackies apt to hang out, this as the beignin fo the fall in 2013 and when **she told her about her rape she got a weird look on her face nad then never called or answered jackie's texts again**. and they'd been spendng so much time togehre. I thin her name was ████████

(people saying things like "why did you go up to his room," "what were you wearing,")

oh yeah. people yeah. she did say that people said that. she went to sara, sexual assault rescue something, tahts the acronym, sara, but someone it might have been that orgnaiziation tey asked her if she was waering anyting provocative.

(and then just generally being dismissinve of it, or even ridiculing it)

yeah chateirine hindley or hinkley yeah she – iv'ehard that she, well she apparently is a real, I don't want ot say it, but she kinds of brings gusy to her room,a dn jackie would say that she had slept with more than 40 guys. I dnot want to slut shaming, but **cathy and al told jackie not to tell because it would ruin her reptiation**.

**(she did tell me they said that – that ehyd' atually tol dher that the night of her rape, that the felt it would hurt her socially)**

yes that is correct. those two had been dating on and off, Caherine nd Al, like jackie saw them actually brkeaing up int eh parking lot, like everyone thought they wer dating, they just seem e dlike two really mean messed up people. **too concerned with social status**.

(were you surprised to hear those reactions? or does it fit with what you already know about people at uva?)

yeah **it fits in a lot with my idea of how uva studnets think, to be honest. the ones who go out and party a lot like cahteirne tend to be more concerned with what people think of them, and that's why eple don't repsnd when they see things that are hapeing, cause they're too concerned with themsvles. and how oteh rpeopel will perceive them.** they literally like jackie was an accessory for catherine to go out and get laid. jackie like if she idn't feel like going out, cahterine just found a new person. id tt know what happened with her.

I'm surrpsied you haven't mentioned the guy who orchstrated her rape, ████? hes the one who orchesresd the whole thing, and said "pin its legs up."

(what did she tell you about him?)

she jus said that she thought – she went-

(do you knw if they went out to dinner)

I honsetly don't know that part, I cn't recall, about him taking her out, I'm sure she's tld me but I can't remember.

[has to get back to work, will call me back. later:]

(did jackie ever tel you she eventually encoutnered other people who had similar experinces at phi psi?)

yeah. she was invovled in a group called one less. she would always talk about it, could say she could always talk about he rape with other friends but it felt like a dihnerce beucase we couldn'r relaly undrensead the self ahtred, the suicidal tthoughs. so she talked about one less and about dean oramo I tin the head of the baord of sexual assault. so that's mainly what I know.

(but did she ever tell you that she'd met any other surviors who'd specificallybeen raped at phi psi, like she had been?)

yes. phi psi is the fraternity, and I know aht she's heard of other people having the same type of gnag rape happening to them but I don't remember speicfic one person. but I know there was one girl she really liked na lways undertsood her and always came up with good responses to how she was feeling. yes emily renda!

(do you recall how Jackie came to meet with dean eramo)

jackie was called in to be a witness at a trial at a girl who was raped in a similar way. [TK IF SO, THIS IS NEWS TO ME] and dean eramo caleld her into her office nad think she said she dint want to go at first, but she dned up in her ofice and she had to be a twitness for a girl who was raped by a pi phi,and she said itw as one of the worst epeirnces. she said the defense attys fort eh boys in the frat said horrible things. but I don't remmber much about dean eramo, I'm sorry, except for the time **she had a bottle wrapped in a brown apper bag thrown at her by she believed members of phi psi,** it was late one sateruday night in like april, I think. but I don't – **dean omrao was trying to, she said, trying to like "take down the frat boys"** she would always say because phi psi

and that guy ▮, tehre have been some other frats at uva who have been kicked out for sexual assault.

(two kicked out this past year, I understand?)

yes. but I can't remmber which they were.

(What was your feeling about what should be done at that point, about the fratenity? did you feel like the dean should warn the community or something?)

[suddenly heated] I defintely do. **the university has countlessly tried to protect itself and its name by just, I feel ike they ignore the problem to make thsemvels look better.** just like this hannah graham thing going on now. but **I deifnelty do think they soud have done something. like me and several other people know exactly who did this to her.** and just beaues we don't' have the blue dress, the evidence, **I dno't thin they shodl go unpunished.**

(then there's the ide that they're stil having parties, that could be putting other people in danger)

exactly.

(did you ge a sense jackie was getting fraustred with nothing beind done)

I think when she joined one less, the support groups. yeah I thikn this whole epiernce has, she's defiletly come to realize that the school, tehrye' not gonna, **I don't feel like they want justice for its students. they want to protect even the people who are doing these hosribele things.**

(why should they do that? to proec ttheir reputation?)

to protect the – to make it like oh he's just some stellar uva student who's double majoring and the co-leader of this frat and blah blah blah and he has this prestigious future, how could he psossbly be this monster

(When jackie came abck to school in the fall fo her second year, was sshe in bad emotonal shape, would you say?

**well she was defintely suicidal. still.** like I would go over into her apt, sitting on her couch and she would tell me sometimes she would wish she woasn't born and I wuld say "how can my best firend be feeling this way" we weoudl end up talking really late til 2 or 3 in the mornig. I think what changed is she started to talk about it, becausde of the support gorup. we would go to dinner and she would mention she was usually assaulted to people she didn't even know. she became very brave. they would usually be very uncomforabele. it's not a pealsant thing, eopel don't want to be told – when you just meet someone, it makes people, espically **girls at our school are very narcistsstici – I'm tryin to put words to it – a lto of them dnt want to talk about bad things. epsicaly bad things that happen to oethers. and girls also don't see it as someihgn that coud haveppen to them.** I know girls whod be leaving someone's house, and one friend said "I'm gonna run home," it was like 11 at night. and she's gonna run aroudn the corner, like she's wearing shorts and it's not that I think – I just feel like they don't udnetsnasd that sometimes they make thesmvesl vulerable, like walk with someone, try to not make yrouself vicisble or a target to someone hwo is gonna ant to hurt you. I think they are naïve.

(when you said she would tell people at dinner – at a dining hall?)

I'm trying to remember the exact place but I think it was in someone's home. I have this memory of her talking about it to people wehen we were at this

frozen yogurt place called archers. it was in a pretty pulic palce l.k can't rmeember when it was.

(Becoming a peer educator, getting involed with one less, it sounds like that's been an empowering experience for her)

yesh defitiely.

(But also it's meant that she's come into contact with other survivors, and that can be sificult to deal with)

yeah definitely.

(How do you think jackie is doing now?)

I think she's doing okay. she's doing better than she was when it first hapend for sure. but I don't know exactly, I have't seen her since may. she does have a new boyfriend, she seems to be doing well.bu ti tink she's always gonna struggle with, like, thoughts of self loathing and I think – she explained it like even her mom doen'ts undersntad and that causes a separateion

(she told me that her father hasn't been acceptign of what happend to her, has blamed her for it?)

yeah her dad he's not an easy guy. jackie says she's always struggled with thoughts that her dad didn't approve of her, she's always been looking for his approval. so that might be some kind of suggesiton tht she has. but I do remmber she said when she first told him, he was like, he was more concerned with her academics. beause **when she was raped her gpa fell, she wan't able to go to class a lot of times. I remember her saying she only went to one discsusion ofa class for the whole smsmetr, because tehre was no way fo rher to pull herslef togeher at times**. but I tinnk that she alwys – she wants to be a nurse one day and work with like rape kits. like yes forensic. so she has a lot of hopes and ambitons and I think she's gonna get there. but I think it's like a daily struggle for her and I thikn it alays will be. but I think that – living with the fact that soeone who did something so horrible is still, it's not even acknowledged by people, and there's no justice, tis' like there isn't really going to be closure for her. ther are scars that will never heal.

(ever see injuries on her – arm or back)

come to think of it, she would always have a ot of scarttchs on her from the cat, cause she has three cats. I would often notice that. but she has a lot of marks on her skin, bruises tah haven't really healed, or some discolorations so I aht' really noticed.

(self harm?)

if she did she probaly would be too embassrsed to mention iot, but she did tell me about her suicidal thougths. but I'm guessing – I really don't know. ther's a derintley posisivlyt tht she may be hurting herlsef but I really do't know, but I have always ntocied shes' have scratches on her arms and legs. people d't usually cut their legs on purpose.

it's hard to bring it out of her because she pretends like nothing's wrong. jack'es like a pretty cheerful person, th way she talks, she can be up in a converastion but sometimes I just wans't easy for her to hide it from me, at least. there are a lot more things going on in her life than this.



[got off the phone. I rememberd something else, called her back]

(when you guys lived in ⬛, did you have a neighbor down the hall named ⬛? ⬛) yes. we didn't' live in halls, we lived in basicaly suites, so it was like a four story building so there were five suites, she was in the same building basically.

(was she your year)

I think she was the same year. but jackie always thought she was hilarious because she would say basiclly whatever came into her head.

(did jackie ever tell you antyign about ⬛might have told her about phi psi)

not that I can recall. but I recall her saying getting to know her. but I don't know.

(is ⬛ is still a studnt?)

I don't kow. I assume hse's sill a student but I don't know.

**Annie Forrest**: ⬛ **. 9/19.**

[rape and rape culture at university of virginia. hoping to verify every part of jackie's story, confirm eveyr part of her story that's confirmable, to make it all as airtight as possible. and also get some of your perspective on rape and rape culture at uva]

(at what point did you meet jackie? waa it through one less?)

yes maam it was. I've been in one less for the last year and ah alf two years. and last spring, did you talk to emily renda? so emily we're obvisuly friends in one lessa, and she came up to me after a meeting and said you relaly to talk to this girl jackie, I think you could be a good suport for her, would you midn me giving her your number so you can meet up. so jakcie and I, I belive we meet the folowing week and got coffee, and she asked me about my history and

I'vm very open about and I talke d ot her, and **she spilled eveyrthing all at once**.

(what did she say happened to her?)

yeah so **she told me that she was gang raped at a fratneirty, phi psi**. in the fall. and that **when she had talked to her friends about it that they were very, I want to say unsupportive**, they jst dista e the porper education to what to say to a surivor, n terms of do you want to go to eh stiptali. and that she had even epxrese interest in going to the hsopita. dn they todl her you don't need to.

so she told me she had known this guy, from I belive home? and **they had worked together previously and she had a crush on him, he was someoneshea nted to go out with, he invited her to his date fcuntion, at hpi ps8 and it was a fall rush event for peitnteial new brohers. they went to this event goether. and through the course of the night he led her upsetais to a bedroom wehre presumably it would just be the two of the wna dwhen she was taken into the room tehr were acually a sifnicnat number of other men in tehre**. and I can't remembe rhte asxact number bub tewene six and eight. I cn'at rememrber exacty. and ther were foreign objects in play, in that each one took a turn raping her, and the part of the story that really stands out to me is she **talks abou thte one tguy who couldn't become erect bcuad he know it wa so wrong, what hawas happening, and yet hew as so overcome by peer pressure that he proceeded to attempt it anyway**.

foreign object I can't relay remember. a coat hanger, I think it was too much to disclose at that point. and that at that point she met up wtiht her friend and back where we are.

(what was she like wen she was telling you all this)

I was amazed at her composure throughout her entire story. it was our first time meeting. she knew I was a survior, so she knew I would suprpot her but at the saime time we had just meteac hterht. we were stiitng outie th liberary on a bench derinking coffee having this incredibly intense coneiratin. if it had been me I woud aghe been sovbbing. but tol dme with such composure. I don't kow if she had just become – I don't know if placid is a good way to descirbe it but I tuges you have to disatnce yourself from it to sruvive.

(whtn this convd ereation was)

it was a little cold outsie. I twould say it was in march. around thre. acutally it was beoe that. it msut hav been february. becaues take back the night was in april. **february of this year. yes. of 2014.**

(her friends who came to help her, did she tel you their reactions)

I rememeber her saying it was almost like they di'nt udnrstand the trauma of it,and that she defintely did need not only medical attention but most liekly police involvement, and to get uva invovld. and I think her firend were just so, I would blame it on not being educated.

(jackie told me that she got a lot of really messed up reasonses from people who she told about her rape, people who were dismissive, or in denail, or blamey, did she tell you that?)

right right. which somehwat surrpsies me that that

excatly. exatly. and maybe I'm in a buble of really suprporitve people hat rae all really psotinate about this, but I dno't always think that's the conseseus at uva. cuaes when I talkead bout my own epxeirncew I have only received one terrible repsonse and tahtwas from a stranger on the internet.

(she said immedaitely after the attack, a friend of hers had told her her reputatioin would be ruined, that she woudn't have a social life? did she tell you that?)

yeah that's absurd! I remember her telling me that. and also that **"you dn't awnt to ruin the lives of these seven whatever boys,"** which is absurd. and that's such a misifnormed answer.

(do you tink that's a common attitude at univeristy of virgnia? in that uva is very status concious)

I do think ti's an issue. do I thin it's better yes becaues reporting is increasing. but **social stattus and the social hierarchy and mainitng status quo is quite imrpotnat to a lot of people here. even just maitianing a reputation as someone who can do it all and not relaly suffer the consequnces of being a high stress enviroment with acaaemic rigor.** and it translates into sexual asault and reporting, cause that almost shows waeakness. and **self blame and guilt and shame are huge contirbutros to the rason why epopel dn't report. and when you add in the feeling of peeop wantong to maintin tehir social staus it make it harder, ceritanly within grek life espeically** where ufnroatuely a lot of sexual assault sna rapes.

(the ideal uva student, shining example of achievment, both academic and social)

absolutely. and pepel want to maintain that. and its' not the only thing that conttbutes to underreporting but

(my guess is that's the case at a lot of elite schools, the idea that you're this exemplary person who should be able to handle anything)

exctly! there's this idea that you should e bel to handle eveytong. becaues **until college most people here HAVE been able to handle eveyring. and then you throw in a sexual assault and suddenly you can't handle it,** and you're almst panicking because you can't handle eveytig. maybe you can handle the rigorous courseload and balancing social life with that, but sometign tramaitic happens and htat's the straw that broke the camoe's back and you cant held it anymore, and a lto foepel dot know how to ahdnle it. includign myself, I didn't know how to hande it.

(what was your reaction to jackei's story? it's so extreme)

I thikn shock is the best word I could esdribe it it's just so shocking. cause its' just so outrageous, you just don't think something like t hat would happen here. or aywerhe. i was so upset. and thingin about it now **it maeks me livid that something lie that has haepnd on our groudns. snd that she dnt'have the suprt she desptietaely needed nad wanted** from her fiernds that she reached out to at first.

(jackie told me that it was you who told her about liz seccuro having been rapedin the same fratneirty?)

yes I did. I know that its' a book that has been read in SU clsases here at uva, so one of my roommates had told me about the book. J haven't read it in its entirety so I knew abou the story and **I knw that phi psi was the franitty**. and that she didn't know it was a gang rape at first and was later told it was three epoepe.

(how did you make the connection bewteen jackei's story and liz's story? did she mention the fraternity)

**she did mention it was phi psi and my ears did perk up and I said like holy shit. for that to happen at the same place is, it's just terrifying**, it cou lhapen any place else and I owul d have the asme reaciton but fo rit to be the sam place is alarger cuase for concern.

(the fact that the fratnirty still open, having prties, what do you thikn about that)

[sigh] I'm in greek life and am very nvovled, so I in a lot of ways support greek life, so I thikn there are great reasons to be greek. however **I think fratneities often have much darker sides to them**. than do sororities. and **I think is' a real problem beuase it's eretianly a breeding ground for sexual assual tnad rape to occur.** and honestly I don't know what I would do other than work on cangign the culture at uva to one that has more men being active bystanders and saying "ou know what this is distsugsitng that you're saying this or doing this." so I think **we need that reversal**, insetad of it being a cool thing to there being social condeuqnces – **instead of social coneiquences of NOT partaking in hookup culture there should be social conquesnces to partakign in a hookup culture that' is so fraught with sexual assault.** because right now I thin ther ran'e relaly social conaeusnces. you know what I mean?

(you mean because there's so much pressure to hook up withi the fraternities? the idea that hookign up with as many peoe as psobiel is rewarded, no matter what the cirsulcnsatnces)

exactly. **i was having dinner at a fratnierty last year or maybe it wa syseocond year, and they were gonna have some kind fo party and they were takign about wanting to have sex with this girl, and It was like a compeition, who was gonna hve sex with this girl.** and I was like "who has asked her what she wants." ocnsier how yo'ure talign abou ther right now! its lke ocnsnet was the farthest thing

(she was the trophy)

yes ti was compeltley objectifdiying. and horrifying. like these are my guy friends, yod' think they woudn't sa soetign like that aorund me! but to be that blunt about it.

(there seems to be a pretty intense culture of silence at uva I dno't think it's unqiue, but I think it's imporant to highlight the way these things come to light or don't' come to light. you know, jackie also told me about how once, **you discussed at a one less meeting that you had discovered** ▮▮▮▮▮▮

██████████ so my soriirty – we have our philanthrpies but what were really passionate about at uva is sexual assault and we have girls who are exprently open about talkgion about it, and are very active in this prenetin community. so that makes for an evnromnt where owmen in our sorority feel comforable about coming forwad with their experoences. so tha's how I came to know about it. and then I was one of the main supproters for one o the women. and actually **because I'm in one less, I found out about the third one** – so I guess I knew a little more

(the time frame of the three rapes)

it was all – it wasn't rapes, **it was sexual assaults. they were not rapes. but they were pretty bad - they were not good sexual assautls.**

(is there anyting you can tell me more speicificaly about the nature of the asuslta)

I – I dno't knw what I can tell you because I don't have ther permission, id n't want to intrude on their privacy – it's nt my story to tell

(ok I undrtand)

but **it was all within the same schoo year, within a few months**. very concerning.

(what was the outcome)

**they ended up taking him tot eh sexual misconduct board through uva. and he was given a one year suspension.**

(oh wow sosomethign acutally hapepned! when did that happen)

yeah I was there for the trial, it was at the very end of may, **the trial was may 2014. so he'll be suspended for this coming academic year.**

(all three girls girls were complainants? he was charged or whatever for assaulting the three of them?)

no, **there was kind of a central wman and then the other two women and the people who were either witnesses for that** or I guess responders to those, submitted letters and were interviewed, so they helped show a pattern. so **they established a pattern of behavior.** so while they din't file formal complaints themsvle they wer sused as efidnece aginst him in the main trial.

(so, let me ask – he's been suspeded for a year, after the testimony of three girls. is that enough of a punishment?)

no.

(you'd thikn he would have ben expelled)

that's somethign we wish, that he was expelled. I believe I can speak for the women involved when I say that. however I think the univeirsety suspended him for a year is on the right track to get us to the point where we do expel people. there's a lot of room for improvemnt. adminstrtors who realy do care and are concenred abou tthis issue. **so even having a one year suspendion is evidnece that we'r emoving in the right way. personally I'd like to see him expeleld.**

(did the women involved expeirnecde the social ostracism we had talked about)

well the fraternity is certainly not very happy.

(how do you know)

I don't know speiifc incidnets but **they've had some things hapepn to them wehre borther at the fraternity are like "oh you're THAT girl, who got us kicked off" cause the fratneirty has been removed**. it's one of the ones that was kicked off yeah. it wan't the only reason.

(oh there wer a coule of frats kicked out this past year, but I thiough thtey said it was for hazing)

ther were two. but yeah it was kinda kept under wraps.

[I tell her bout phi psi at west vurginia, accused of gang rape in 07 but charter revoked in 2013 for hazing]

I think sometimes haxing is like a catchall. but it can mean a lot fo difent things. I think **jackie's is an example of hazing at the most extreme**. makng peoel who aren't even in an organieation rape someone? and ajcke was saying tht th boy who invited her to the date fucntion kep gsaying to them "do youw ant to be a brother? do you want to be a btrotehr?' like this was some kdnif o test for them. it maeks me so sick. but I thikn ti couldc ritaly be seen as sa ffrorm of hazing. which makes me hapey that **uva has hired this prevnetion speicalist coordinator** who can try to work out sme of that stuff. her name is **nicole thomas**, she works in the office of dean of students. so that's naother exampel of the admisntration actively pursing an end to this issue. she focuses speically on sexual assault prevention and hazing prevnetion.

(both issues? seprately or together?)

spaeratly and together. this is a good example of how they do sometiesm hapepn together. I think that's honestly one of the parts that made me so upset that this was used as hazing. **it's not even like they were raping her for power and control over her, it was for this, "do you want ot be a brother of phi psi." if so,d o this horrible thing yo kjnow is wrong to prove it."** that takes it to a whole other level.

(membership in phi psi considered a valuable thing)

hmm. **it's certainly a present fratneity so I'd say yes. the house is very visible, they're always ahving events there, post gaming, footbal games, big parites ad nithg, so if yo'ure awlking down rugby you know phi psi is there.**

(prestigous)

I'd say, if youre talking about fratnierty hierarchy they're not the top top but no one waould make fun of them. you owdn't lose cool points for being in phi psi, but I dunno, its' a stupid ranking.

**From:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Date:** Monday, September 29, 2014 at 9:42 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Cc:** "de Bruyn, Anthony Paul (apd5b)" <apd5b@eservices.virginia.edu>

RS004430

**Subject:** Interview with President Sullivan

Sabrina:

I received the below email from President Sullivan's office today and ask if you would be available for any of the suggested times on ·Thursday?

Also, I'm copying Anthony de Bruyn on this message, as he may be on the call rather than me.

-McGregor

McGregor McCance
Senior Director of Media Relations
Office of University Communications
University of Virginia
434-924-3938
██████████ (mobile)


Dear McGregor,

I regret that we must reschedule the Rolling Stone interview! Can you check to see if the reporter has time on Thursday? The president's calendar is pretty open – 10, 11, 3, 4. Thank you so much! -- Loretta

Loretta Cronk, Administrative Assistant to the President
University of Virginia
Madison Hall, Post Office Box 400224
1827 University Avenue
    Charlottesville, VA  22904

**From:** Sabrina Rubin Erdely [mailto:sabrina@sabrinaerdely.com] **Sent:**
Monday, September 29, 2014 10:16 AM **To:** McCance, Charles McGregor
(cmm9vg) **Cc:** de Bruyn, Anthony Paul (apd5b) **Subject:** Re: Interview with
President Sullivan

Hi McGregor – I'm available at 10 am and 11 am on Thursday, so
either time slot is fine by me. Also, how long will I have with President
Sullivan?

Lastly, how are things coming along with those sexual assault stats I'd
asked you for? If it helps your recollection, I'd emailed them on 9/16.

Thanks,
    Sabrina

**From:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
**Date:** Monday, September 29, 2014 at 10:17 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Cc:** "de Bruyn, Anthony Paul (apd5b)" <apd5b@eservices.virginia.edu>
**Subject:** RE: Interview with President Sullivan

OK.

11 a.m. Thursday
45 minutes is blocked.

        I'll check on the data today

Susan Russell uvavictimsofrape@gmail.com, cell: ██████ 9/29
    [In March 2004, Susan Russell, the mother of a victimized UVA
student, launched the website uvavictimsofrape.com. Although nearly 60
rapes had been reported at the school over the previous five years, no
perpetrator had been expelled or even suspended from the school for
sexual assault, while 38 had been expelled for "honor" offenses such as

RS004432

cheating or stealing. "You get kicked out for stealing a pencil, but you can stay if you rape someone? It just makes no sense."]

[wanted to ask you about the progress of your title ix complaint; the feedback you've gotten from your website; and whether you think anything has changed at uva]

yean and in virgina you have a culture where virginia legilsators went to uva, or got their law degree from uva. so when we took our bill to va, most of the people involved sa uva. "the univesity," if you weren't from virginia **there's a huge cutlure in virgnia to protect that institution**. and part of the problem is that they don't want to lose their large endowmnt. the police work for the campus prsiende.t well one of the few people who got to see the campus presidnet was me ande my daughter. and even though **she said "I'm so very sorry, ther's no doubt in my mind that a crime was committed that night" and she said "but what do you want me to do about it?"**
(when was that)
that was in ████████. when courtney wrote the article on us, that last article in the hook.
(what was she implying there – nothin can be done)
right. but there are things that average persn doestn see unless it happens to you. ████████████████, she was upset about it. but what people don't udnernad about uva, when I say they mishandled the situation, no one realied ther's an inside culture within uva, that claude worrell's wife is the same nurse that dismissed my daughter, yes, wendy muprhy has a lawsuit going about htat. but the mornign after she told the clinic that she needed the mronig after pill, and the clnci said "was this consensual sex" and she said no. and they did nothing. her firend ████████ took her to ehpeolice station and then to the hosptal. the hosptical didn't do any forenciss, tey need rto be told and then y'uve missed the window.
[]
I dno't really want my daughter in this article, I d'nt see why you nee dto use her name, you can use mine
the frustration of a mother expeirnceing this on our daughter, you can tell my
(first of all, progress of your title ix complaint. it was filed when? and what were the allegations made?)
we filed the original cmoplaint on november 1, 2004. the appeal is open. I'll tel you what haepned, it's not that they denied my complaint nd found uva compliant, back then ther ewans't all the web assistnat for doing the complaint, so at the time dan carter worked for security on campus, now the clery center. so I wtoe a lette bout all my grievances, and all the ways in which she had her rights violated under title ix. the sexual assault board was may 10 2004. you had 180 days to submit your grievance, I submitted in 173. it took ocr a couple yars to get back to me but they said that I had missed the 180 day window. they've never

disussed aeftr that wheht erhtey were right or wrong. so security on campus helped me file the appeal, this was in 2004 saing we were well within the 180 days. then neer addressed it. but then I had emails from the rpson, he went back in 11 and said "our ofices never had any feedback as to wahte hepnd with this complaitn" so I hafe vemaisl from 11, 12 and 13 from ocr sayign they're looking at it, and when joe biden came out witht eh dear colleague leter, howard kellum who was their aty at the time said "we're moving froward with trying to work out om sethng with uva" and then kellum retired. and I put in the foia on april 24, 2013 demading all ocuemtns with my case. cause I wanted to know if anyone was talking abou tit. oh and the date I put in the appeal was august 2007. so the origianl compaltin was 2004. we submitted it august 24, 2007. so iv'e been waiting since august 24, 2007. they have nowt akcnoaelged aht. iv'ae got a case number. fo sinfally I got a wild hare and di the foia. irongally two weeks ago I got a note from them on the foia nad it said they coud't answer the foia as I had writen it, they owul dhave to redact ▮▮▮▮s' identity beuaes thye needed to protect her rights. so is aid "fine send it to me wit her name redacted, I n'w atnt o talk to ▮▮▮ about this

 I hav to explain, the guy who raped her sued the hook for the article they wrote for a miliion dollars. the hook hired very good lawerys, and ▮▮▮▮hd to go and tell them everytign again from start to finish. if you google the entire document is online, afore v better publications, you will find the whoel thing. once they submitted the rebuttal he the next day dropped it. but ▮▮▮, she asid the lawyers grilled her so much, she had to relive it all, and for what. It caused her tremendous emotional distress formonths I don't even bring this up to her anymore, I dno't tell her when people email me. beuase she has been victimized by the press, and by this guy still.

 eveyorne wants to know her story and no one fixes it. "what do you want me to do about it."

 I had said to her, at the time, theis is wher ei turn my anger on longo, at the time in the reason for my bill was to remove juristicion from campus police. in va if a crime happens on campus, campus police has total jurisdiction, now with my bill which was watered down, ther's a mutual underanding agreement so they can collaborate on cases.

 yes it was that period of time, I was trying to move the bill forward, we had started the bill saying anytime a felony appeared on campus the juristiction would automaetically go to local or state police. then as we went on through the inveatiation – they took a survey and sent it through the va crime commission and sent it all collegs in va in 2011, and they asked how many sexual assults were reported, sexual assualts and rapes, and how were they handled. there were 58 I think student on student sexual assaults that year in the state that would fit the felony classificiation. ther was not one single arest.

 [will send it to me, link] it's a dificult read, it's like a phd paper. and so for that there wa sa lot fodiscu sio, w wer etold by the folks on the board that they would in fact support he bill. virginia teach were against it tey said their plice were better, ▮▮▮▮▮▮, he was there the day of the massacre, if they had called local police who knows how many lives would have been saved. but the

RS004434

idea was to tget the best forensics for a crime vicitm. it was all over tv. but in the fascinating two people who voted against it were uva grads. they were on the Virginia Crime Commission. I did a foia to get the voting records but they odt gitve it to me. I know beusae I watched them vote.

one thing I wanted to tell you that no one reports on is, okay so now I'm spouting that the uva cops dissaude the vicitms, well how do they do that, one of the tihngs in my daughe'r police report wa that she struggled and he kept tyrng to kiss her. the police report said "she remmbere skissing him." so elts go bak to your question, what did I want sullivan to do? I wnatd her to reopene the vineiton and allow the justicidciton to transfer to longo. she said sh didn't think she could do that. but she did send the police report to longo, we met with him several times, and he said "if only I had the juriciation I would inveaigite." he read the police report eh eway it was written, wrote the schoolla nd said "hter's ntioghing in this report that I would find worth investigating." liz calls him a hero hats' not what I cal him. busae hs' rgiht the police report doe not contain the facts. no one was interviewed with my daugher this evening.

they altered the crime logs the night my daughter was raped, **at first it said sexual asssualt**▮▮▮▮▮ **then they chagend it to "suspicious circumcnstaces"** and I reporte dthat to he dept of ed. capt gibson cme back and sent a letter signed by pat lampkin sayng that it was a computer reset. how do you go from sexual assult to suspicious circum stances.

I proably do, I have boxes of these things up in my attic.

that was one of the doe letter yeah. it was part of my ocr complaint. yeah I can find you her reposnse, I sent it to the people at cosmo but the poor girl didn't understand anything.

so they do a lot of little tactics to the average peerson, you wouldn't know unless they did it to you. so **when a parnet goes to see the campus cirme log, and they don't see sexual assault they thik the school is safe.**

the other thing too, when we reprted it, they waited ten days to interview the guy after my daughter reported him. ten days the bruising and scrape markes can be gone, he's clean. he carried aroudn a ltter in his pocket, why his actions from that night should not be construed as rape. it didn't even match what my daughter said hapend.

it was accepted by OCR for investigaotn when?
▮▮▮▮▮▮▮▮filed a report a week after her rape. Exam at the ER was botched; proseuctors told her her case was a loser; and that the sexual assault board warned her that if she spoke about the caes publicly, she could face expulsion for an Honor Code violation.]

clery act violation – that was ruled on in 2008, that they were in violation.
*but title 9 investigaion is still ongoing? invsetiaging what?
are you sure it's still an open case? [when OCR sends out its list of open title ix investiaginos, uva's invsetiagitn is listed as beign opened in 2011] any idea why it's taking so long? hav you been abel to get any answer?

[can you forwrad me some of the corespondence, just to cofirm that it's still open? because I'm not getting any verification from the Dept of educaiton.]

I was at UVA last week, and while iw as tehre I atnted a board of visitors meeting wher ehty dicused sxual asault. soeone from the board asked if uva was under title 9 investigaion. and interstinly enough they mentioned the recent title ix investiiogans – the complaince review and a case from 2010-11, but first of all they really downplaye dthe significnace. and seoncldy they never mentioned your title ix case.

rith gbcauet tis 'considred an appeal. so theyr'e talkigna bout the ones title 9 has yet to resovle. but we put in the appeal they have yet to render an appeal. it's open in my book and it's open based on the comments they gaev us. but my guy kellum now works at unc, and iv'e caled the ocr, their main number, no noe will tell me who my curent case inv iaetiatoor is. so I don't know what to do. I want it done, and I don't care how much resarouce dllar stey'er going to spend on me, they're going to finish this case. so I figure that by getting the foia document I can get names of people I can harass.

the dept of education actually seems wary of me now that they know that I'm wriing about univerisety of virgnia. am I being paranoid? or does uva have even more infleunce than I'd imagined?
yes they hae so muh infouence. people told me here, I'm from connecticut, I woudn up down here uase of the military, and peole tell me you cannot take on uva, they have tentacles eerywhere. penn state hapepned and they did what they had to do, they moved on. harvard, yale, they took them on. I dn't know who at the doe is
11-05-2030. have a ball with it, foia it all you want. find me a caseworker! if they can stall it for four years a girl grows up leaves colleg and moves on. dan carter said to me once why do yo ustill do this cause I'm the motehr bear. liz and laura dunn they're gonn amake a career out of getign raped but ███████████

was that a significnat oversight do ou think?
do you thik that was deliberate?
*does it reflect uva's general atitude towards seuxal assault? and what do you think that attude is?
**with sexual asault**, I think it was summed up with the line **they turn a blind eye. Tey have zero tolerance for cheating but not for rape, why?** that's walwya been the leading question **think about it, in what world do you get kicked out for cheating, but if you rape someone, you can stay? they tihnk the kids are so prestigous and come from some good backroudn tehyw ant them to remain donors.** so they toss out 10 or 15 girls along the way, you keep the rest of them happy and they'll all send you money. **when you turn a bline eye to seuxal assault eventually uou end up with murder, don't you? and**

RS004436

**that's what you got with yardley love.** cause weveryone knew they tossed her around. you had a coach, teachers, profesros who knew about it.

claude worrell's woife works at uva, half the fmaily income

if I had known then what I know now I never would have let her go to uva. they're masters at coverup, masters at it. beuase when she said to me, "what do youw ant me to co about it," I should have shot back "yo're a mother, what do you expect?" I'm having a hard time acepting the reality that I can't fix the prbolem. I would think that if they have a serial rapist on tehri hand.

do you think they geniunly want to solve their ssexual assult problem or are they more concnered about their image

it's really that simple, tis' an image thing and the alumni are sucha tight network that when you get them int eh va legislatiure – ours was such a no nonsense bill. when the vatech massacre apenes we bourght the bill up again, I talked to anderson cooper, and said 'this is a no brainer." cause why should campus police be in charge of a felony crime? I was the one who told liz "call tim longo." but if you get raped on one side of the street and it's the capus police, come on, eveyrone deserves fair treamtnet under the law, why are compaus police allowed to have full juristicino, beusae they will dissaude a vicitm, they will not take forsencis or record the crime correctly. they didn't follow proper protocol.

I understand they haven't expelled someone for rape in over a decade. what does that tell you?

never. the last time I foia'd it, tey put it in their school newspaper, claire kaplan said in 2005 or 6 in the cav daily hat no one had been expleld for the last I don't know how many eyars, so I just assuemd that from all that period forward no one has beeen expleled. even when found guilty by a sexual assault board. beucase my daughte'rs rapist was found guilty.

I want to say that when I made that comment – I've geot it on my website, I think on the front page, I'll go look, but I think in 2005 they sid no one in the past five years. So 2005 to now, you can add another nine to it. certianly with the enlightenement and the new procedures you'd think soeone wold get expleled. Iput in a foia for how many men went through the sexual assualt board they said they codnt give me that inforamtion. cause no one wants to see – how can someone go more than once and still beo n campus? I asked how many went to a sexual assault board more than once in their college career. they asid they coud'nt. but they bend the rules the way they need to bend them. because at the end of the sexual midsoncudt hearings they said "if you put this on your webiste she will be exllled" that wen tinto the clery act violation, that was the last straw with me.

do you know anyting about their last expulsuon, when it was, what it was for?

can you tell me about your website – what insipred you to start it

what kidn of feeback have you gotten from it

what haepnd with the website was that I had been talking to the dean on the televphone. so as I was driving to the school I called Dean Penny Rue, she wa the dean at the time, I said I'm coming to see youm, I got there, they woudn't let me see her, eerybody was so rude, so I spent the night and the next day I went back and they said she was too busy I thought this can't be. I said ▮▮▮▮ does this happen to others? I'd been talking to her sororities sistesr and they said yeah it happens. **I went and got an email address going, and made 300 copes of a flyers and started plastering it all over campus "if you'vbeen asuted email me,"** I got back to the room and we already got 100 emails. a lto of them were "mhy friend, my friend, my fired." but they were real emaisl, .edu emails, these kids wre serious. now I mistly get emails from parents, I got one from a pernt yesterday saying "my daughte'r a freshman, what do I do." I get a lot of hits now but not a lot of emails. I wousl ay up through 2011 I was probalby getting 3, 4, 5 a month from people who had ben vilated, who went to the dean, who were furstarted – I still get some of those. I only told them to talk to ther parents, you never know when it's a lawyer trying to bait you. but like the site gets a lot of hits, I got 100 hits beween Friday and saturdya night and I bet its ucase of that missing girl. it's this antiquated page. but I lave it there for two raesons, I leave it there beuase that man never paid for his crime, he never said he was sorry. I tok the site down for about six mohths, and after I took it down is when he filed the lawsuit. I thouht "you SOB" I would take it down but he dosent' deserve the piece of mind. and ▮▮▮▮ is okay with me leaivn gtit thre as long as I stay inactie.

how many people have you heard from? alumni spanning the years?
the picture yo'ure getting from them, is it painign a pictur eof istaution that's getting berter in any way?
no **it's the same old same old**. beucase hwat haepnd with yardley love they got all caeerid away wth themselves, and they'e adding to tehir curriculum as peer to peer trianig. but as this mother wrote me with this freshman, dean grove gave a speech to parents at dropoff, beause all he talked about was that young women don't drink responsibly. I tink what they've learned is that if shd esnt' udnetstand it's miscommeitcaiton. theyr'e iutt the pressure on the young woen and not on the criminal.
susan davis. oh susan davis. if you ever get to talk to susan davis again ask her about ▮▮▮▮' joinral. beucas ei tried to impress upon them, my daughte rwas busy with clubs, course,s a type a student as are most of the studntet who get into uva, you've got the top ten percent of the high schol clases. but smart doent mean common sense. eeryday my daughe'r journal was full of meetings. come the end of the week when this asuaslt hapenes, and then it's blank going forward. and when we met with sullivan susan davis was there. and she as also ther when I met with vp lmpkin, whose a ueslses jerk, she's old she odn'est get it, she thinks girls shoud't have sex. she said to me "are you just embarassed to know that your daughter had sex?"
(in what context did that comc up)

RS004438

I went tom eet with them in september after my daughter weithdrerw and went ot anther school.it haepnd to be the day after the silent protest. I wanted to talk to them about theclery act, I thought if I had a meting with htem telling them what they were doing wrong they'd be like "oh we'll fix it." naiv was i. if I knew then what I know now – but in 2004 I was naive, single mom, tryng to rise two kids.

beuse when I went to talk to her about the sexual assult, how it was handled, and how my daughter derserved fo them to pay attention, she thoguht maybe I ddn't udnetenad what had really ahepend, that it was a miscommuncaiton. beucase afore told her, 'oh no I dint' reape her." they tink all the kids tell the truth. they use that cmmunity of trust when that suits them.

but anwyay I brought ▮▮▮▮▮ s jorunal to show them, her's a girl wh's active, she's traumiatized now. so fast ofwrad a couple years later and we're in the office with therasa sullivan and susan davis says, well mrs russell I'll never forget the day you showed us ▮▮▮▮▮ journa, she went from being an active student to just srhiveled, it stil haunts me" ad I said "so why didn't you do anyting about it?" and they said well we're sorry, and that' when therassa said "theres no doubt in my mind that a cime was commited that night, but what do you want me to do?' I siad I nwat you to give jusricitio to local polcie. and then longo did what he did. people see him onm tv lookgin for hannah and are like hs's a hero, well I thinkehs' an asshole.

but that's' how they do it in charlotesveille. he read the pocle report, itw as weak which was why it neeed to be reinvieatted, and he said ther was nothing in it to reinvestiagte further. he will prosecute you if someone gives him a conession or hands him a picture but htat's about it.

it would burst liz's bubble to hav to say the plice filed in her job. ther's alovefest between her and them cause she brough thtem some noteriety they dnot orgainerly get. if that helps her cope I'm not going ot argue. but shes' not the only one. I do bleieve that if the local police could invetaite they doudl do it. but longo's wife works for uva too, theyr'e not gonna topple, she's a nurse. I'm not sure exacltyw hat she does, you know the guy whos daughter ▮▮▮▮▮▮▮, the ▮▮▮▮▮▮▮ wendy murphy is represnteing, he emailed me a list of who works for who, and who's marreid to who, that makes a differnce.

[chaging of the clery log and my appeal? and any corerpsondence indicating this is an activ case by ocr] and im might send you some links to some articles, to put it in perspeicve better than I do.

courtney stewart? gosh yes, over at now she works for the C-ville eye,s hw as the one who broke the story on uva turns it back on rape, and if it weren' for courntey stewart, no one to that point had ever writen about it.she's got all your furstation of persona non graataon apua sn a plethora of knowledge. I would treat yourself to cht with her, she`s one heck of a jouran slit, she'd be forthright and frank with you.

**From:** "Bradshaw, Jim" <Jim.Bradshaw@ed.gov>
**Date:** Monday, September 22, 2014 at 11:49 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** RE: Rolling Stone

Hi, Sabrina,

      Catherine Lhamon, our assistant secretary for civil rights, can talk with you **on background** on Wednesday any time before 1:30 p.m. for general information on how the Office for Civil Rights handles cases. Note that she can't discuss specific cases and in particular, she can't talk about the University of Virginia case. We simply don't discuss the details of our ongoing investigations.

      If you're comfortable with those parameters, then she would be glad to speak with you, say, at 11 a.m. Wednesday. Would that work?

          Jim/202-401-2310

      **9/22 I immediately leave Jim Bradshaw a vm:** [I'm NOT intersted in speakging to someone else on background, meaning information that in can't use. I'm ineresting in speakgin to someone I can quote explamiing eh esriousness of a compliance review. ther's no need to talk about univeirsty of virgia, I take that as a no comemtn.] but it's omrtant form e to get a firsthand quote of how serious a complaicne review is, if in fact it is, as a counterpoint to what's being asserted by someone else in my aritcle.

**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Monday, September 22, 2014 at 12:05 PM
**To:** "Bradshaw, Jim" <Jim.Bradshaw@ed.gov>
**Subject:** Re: Rolling Stone

Hi Jim – as a followup to the voicemail I just left – I see that this exact topic I'm asking about has already been discussed in the media by the

Education Department, with fully attributable quotes – I don't know
see why my own question about compliance reviews should have
different parameters:

http://www.huffingtonpost.com/2014/05/02/education-department-
compliance-reviews-title-ix_n_5254075.html

Education Department spokeswoman Dorie Nolt explained
that no institution was chosen at random. "Compliance
reviews are not random audits of schools -- they are selected
based on various sources of information, including statistical
data, news reports and information from parents, advocacy
groups and community organizations," Nolt said.
"Compliance reviews are initiated in order to remedy
possible violations of students' rights."

I look forward to your call, so we can further discuss —

Best,
Sabrina

    **Jim Bradshaw leaves msg 9/22:** we're gonna go ahead and do the
interview with Cahterine Lhammon tomrorw on the record, she can be quoted, in
regard teo the vicil rights isuses you were asking. just to reiterate we can only
talk bout the generl methods the ocr uses, we can't disdcuss sepeicifc cades
such as the unviseity of va probe. meantihwl I'm goin to send you a general
descitpitn of our complaince reviews, which you can attribute to a spokesman to
us dpet of educaiton. if you need more give me a ring or shoot me an email.

    **[I call him to doublecheck that it's on the record, he says yes]**


**From:** "Bradshaw, Jim" <Jim.Bradshaw@ed.gov>
**Date:** Wednesday, September 24, 2014 at 10:48 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** RE: Rolling Stone

Hi, Sabrina – Here is an explanation of compliance reviews from our
Office for Civil Rights. Please attribute it to a statement from that

office. Thanks. We'll talk with you at 11 a.m.

Jim

## Statement by the Office for Civil Rights

OCR opens many investigations each year based on complaints it receives. It also initiates a smaller number of investigations proactively; these are known as compliance reviews. Compliance reviews are not random audits of schools; they are selected based on various sources of information -- including statistical data and prior complaints, information from students, parents, advocacy groups, the media and community organizations -- and are initiated based on a considered and targeted decision that investigation is necessary in order to remedy possible violations of rights. Both compliance reviews and complaint-based investigations can include narrower allegations pertaining to one or more individuals; issues related to school policies or practices that are systemic in nature and impact entire student bodies, schools, or school systems; or a combination of these elements. It should be noted that the opening of an investigation by OCR, whether based on a complaint or a compliance review, in itself does not indicate that the school is violating or has violated any federal law or that OCR has reached a conclusion as to whether a violation of any federal law exists.

Catherine Lhammon, Assistant Secretary for Civil Rights, Department of Education [jim bradshaw and her assistant helen on the line] 9/24

(So I'd lke to ask you to epxlin to me what is a title ix compliance review)

so I'm giong to tell you about comlaince review genearlly, not just title ix, they don't change statuatorally. we open a compliance review based on concerns we have based on whether civil righs are being violated at a particular institution. they differ in that don't arise fomra pariticarl person. but they arise from data or an ecodtal information or a set of concers that we've received over time that we haven't been able to resolve.

(ok so it's initiated by the dept of ed, not by a student complaint?)

that's right. **we call them our proactive reviews.**

RS004442

(so this is in no way a random audit?)

**compliance reviews are very far from random. they result from significant deliberation** thta preceed the initiation of the review. and they signal rea son for concern about civil rihts complaintcw ofa scool, we are open to the finidng that schoosl are funlly complaitna dna re pelaed when we fineid that. but **the opening of a compliance review signals our concern**.

amd to be clear about that, we are statuatorily obligated to open a complaint in every jursiticeiotn thta wetk, so we do, so that is dramtically disticnt from a compliance review, whwer we elect –

(I'm sorry can you explain that)

meaning if somebody complaitns to us I have to open the investigation about he complaitin if I have the jurisdiont, whether or not I think it's vvalid. in contrast **we get lots of information about shcools from lots of sources and we dno't open compliance reviews unless we have something thatt we think merits it.**

(ok so this is deliberate invetigation of an instituion for some reason or another, on what information is it based)

they can be any variety all kinds of infraiton. it can be data that we have that the dept collects, that's publicly availabe. it can be ews reporets or a communty orngaiton that lets us know ther's a prblem at an institution. it could be that we've recievd a nubmer of complaints in the past and haven't had jurisdiction in the past. it can be any number of soruces of information. but we have twelve regional offices and we do that to be sure we have beoots on the ground to hear informaton at schoosl and they receie inforaotn from a varierty of serouces that we use dto act on.

(is a compliance review triggered by suspicions of systemic institutional prlbms? or can it b ea response to a particular incident)

could be a particular incidnet to something systenic. it can be a partiicale inciente, sometims we're more conerncertd that ther's a culture of x or y type vilation at a school. we just closed a compliance review at ohion state of sexual violence, we had oepned it in part beuase we had a prior investigation and had coniteud to be concenred based on public media aobut seuxal vioecne at the school.

(what were the reuslt of ohio stat's compliance review)

we are thrield, we haed a terific agreemnt with ohio state and we're lookgin to moving forward to, they've changed their poilcy and proceudre, they've cerated a one stop shop for title ix. the presient sent out oa very storng mesage e of disabrogation of sexual vioence when the marching abdn came to light. I thikn the shocl is takein pimrpant signifanct sept sofward to communicate title nigh compcliane.

(I take it that a complaicne reivdw is regarded as something serious by the departmetn of education)

**a compliance review is serious.**

(is it considreed any more or less sierous than a wstudnet driven compliaint?)

it' dliek to be clear that we take all civil right compliants extremely seriously. when we open complicne reviews we typically have more inforaiton than when we open a compliant so I have a higher level of concern for the caterogy but no higher level of condenr for the compliance rieveiw sof the complaeint.

(I ask about the seriousness for a couple of reasons, I guess – one is that it's interesting, the term "compliance review" sounds quite mild, maybe it's the word "review," it's kine of a laid back term, it's not an active word like "invsetigate," which better communicates the proactive nature of what this is)

hat may be a failure of the way we communicate extaenrally because we inveatiage. but we term them beuasde they're not gneeralted by a compliant. and for us compliance reviews are really significant because siet **is our job to enforce compliance, so if we are reviewing it mean we have concerns about their civil rights compliance**. another way to know how signifnant compliance reivews are, w dno't have many of them. **we process more than 10,000 complaints a year and we have fewer than 50 compliance reviews a year**. so **they are targeted effort for us to go after very seroius cocnerns**.

(the other reason I ask bedause I recently sat in on a board of strustess meeting at a unviestiy that is under invesitagion, and in their presntion tey talked about fact that they were under compliance review. but they seemed to downplayed its signiciance, they called it a "standard" compliance review, a "routine" compainece review, and talked about it in a tone was such that it left the impression that this was kind of random. and certianly nothing serious)

[darkly] **those descriptions from that school are extraordinarily irersponsible. nothing annoys me more than a school not taking seriously their civil rights obliations, or their review from the federal government about their civil rights obligations**.

(and how is the investigation conducted?)

they don't fidfer al lot form the way we contindct complaints. we notify the school that we are conducin the reivdw, we tell them the scope and caterogy of isuses. we ask for date from the school related to the topic we're inveatiaitng and we ask to **interview school staff and to interview studnets either indivually or in ffocus groups or boht. and we review files**. s the speidics can vary. but the cteroreis we looka t typically rinvolve date form tehs chool their file about he isseus. so in titel ix seuxal filends ir ouwl be inveaitaiton osf sudnts completins, then talk to admisnttaires of studnets

(it sounds pretty etensive)

very

(so it's not as though the school isn't fully aware of how extensive the invegatiion is)

**they are fully aware. as I said the terms to me sound deliberate and irresponsible**.

(and what are the potnetial penalties of being found in violation?)

ultiatmely if we cannot achieve correction of the violation we will withold feedarl fudns of the shcol. that means that schools do come into compliance when we idnetifify the problem, tend to include corercting policies and producers

RS004444

so that they are socnsintt with the law, communicaitng plicies and producres t eh staff and damintriaotn and takeing proactive stpe sfor what can change precpetion and reality at the school site fgoing fowrad, sothat can indclide climate review,s trainign for staff, someits compensating studndts who have stufered noncomplinance inte h past, such as pying for therapy or housing ifa student had to go off cmapus, reimburisng tuition, a broad ranage to crent noncomocaint going forward.

(one more q: given that you said compliance reviews are fairly rare: of the schoolsl that are currently under title ix inveatitaion, how many are complaicne reviews, versus student driven complaints?)

I'm going to esatmate pretty broadly but I think we had 83 instiations now under investigation and – oh **79 thanks. when last I looked, about 11 were compliacne reviews. that number could be one or three off but it's a small nubmer of the 79.**


**From:** "Bradshaw, Jim" <Jim.Bradshaw@ed.gov>
**Date:** Wednesday, September 24, 2014 at 2:19 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** RE: Rolling Stone

Hi, Sabrina – Following up on the conversation today with Assistant Secretary Lhamon -- We have 12 open sexual violence compliance reviews at the higher ed level. And, here is a link to the settlement that we announced Sept. 11 with Ohio State over its handling of sexual assault and harassment cases. Hope this helps. I may have asked you this earlier, but when do you think your story will run? Thanks.


Jim


Sara Surface 9/30

I wantedto touch base cause haven't taked ot you in a while, had a couple fo questions beuas eyou prbaly had more time to put the piece together. I hadn't heard anytiganb otut quoting or nka,es wondering your plan.

also wonderig a bit about jackie and her name being used. I texte dyou yeserday cause I was with jackie we were trying to fiure it out. I think she's worried about her personal safety. with using even her first name. I've encourage dher to call you and I'm sure she will this

we did our selections process for one less and jackie's in our group. she wasn't formally in our groip before she was just here for support. she's the only jackie in our grpu and it's easy to figure out. I'll continue to talkk to her and seek her comfort level as she

one thing I htought of that I never metioned when we had brunch, I dno't know if I mentioend the nae of my sorority, I thikn I talked abut girls in my fist year drm not my osrority sisnster but I would prefer that you not mention the sorority. I thin I would get in trouble with nationals. I feel like it would just be something where, id n't even know honeslty. they just wlays like to know when it's going to be used in asosocaiton, I'm an officer, and usully it's used in a positive way

still planning on using full names for me and will and tommy? I'm still on the fence about that idea but I'm int eh sae stuaiton where even if people use my full name. I've just never talked to he media on a national scale. and I'm worired it is extremely easy to find out ohw to contact me with my full name through uva people search. and I thiatkn that worries me, I dn' know the extent to which I'll be contacted by other ntioanl news sources.

[tell jackie if she ever wants to discuss anthig with me, call me and we'll talk it out]

(what's the mood like at uva right now, with hannah still missing, and the stuff about morgan harrington that just came to light)

I think everyo's freaked ou. ti's been a rough coupleo f weeks. it's still on eveyro's minds, safty measures are up,e veyor'sn constnatly talking about it. **I'm sure nobody in the adminstiration ahs slept for two weeks.** it's quite the frenzy right now. its hard causes she was really ivnovld in the ski team here.

that's what's been feraking people out. so yeah from what I can gatheri'm guessing that's why presinet sullivan has been psuhign the call back. just keep meupdated as you move forwad, I appreciate that. and I'll letyou know fi I have

regardless of whether hannah had gone missing it wouldstill be a reough set of infroatin to learn. so I tink people are jst thikning, getting anxious about the two in such close proxmity but

From: "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>
Date: Thursday, October 2, 2014 at 8:12 AM
To: Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
Subject: RE: Interview with President Sullivan

Sabrina:

Here is information in response to your data questions. Please call the

RS004446

number at 11 to the President's office. If you need that again, let me know.

McGregor

The University of Virginia compiles and releases annual statistics on incidents of sexual assaults in accordance with the federal reporting requirements of the Clery Act. For an incident to be included in the University's statistics, the Clery Act requires that a reported incident meet the definition of a criminal act as defined in the statute and that the incident occurred within a defined geographical area.

The Clery statistics include incidents involving students, faculty, staff or visitors that occurred within or adjacent to Grounds or University-controlled property. This data comes from various sources, including incidents reported to the University of Virginia Police Department, local police departments, the University's Dean of Students Office, the Women's Center or other University departments and organizations designated with significant responsibilities for students, employees and campus activities. For the University's most recent statistics released pursuant to the Clery Act, please see the 2013 Campus Safety Report, which can be found here:
http://www.virginia.edu/uvapolice/cleryact13.pdf.

The University, by policy, has adopted a broad definition of sexual misconduct that encompasses nonconsensual sexual intercourse (rape) and many other forms of behavior, some of which may not rise to a criminal standard. The University's policy and key definitions may be found here:
http://www.virginia.edu/sexualviolence/sexualassault/reportingoptions/sab.html.

As previously reported, during the 2013-2014 academic year, 38 students came to the Dean of Students office to talk specifically about a sexual assault. Nine of them filed a complaint through the Sexual

Misconduct Board process. None of those reports were made anonymously.

When a case goes before the University's Sexual Misconduct Board (SMB), the SMB may impose a range of sanctions, up to and including suspension and expulsion. Students have been suspended for as long as two years, and have been required to undergo education, counseling and other requirements before being allowed to return to the University. No students have been expelled by the SMB from the University in the past 10 years. In addition, no students have been expelled by the University Judiciary Committee during the same time period for other violations of the University's Standards of Conduct. The only permanent expulsions of students during this ten year period were by the Honor Committee, which is required to impose that sole sanction upon a finding of guilt.

Since 1998, there have been 26 hearings before the Sexual Misconduct Board. For SMB hearings, the standard of proof for a guilty finding is a preponderance of the evidence. 13 ended with guilty findings; 12 with not-guilty findings; and one resulted with an admission of guilt prior to verdict.

You also asked about how many students had been expelled for Honor Code violations, which, again, is the sole sanction upon a finding of guilt. For Honor Code hearings, the standard of proof for a finding of guilt is beyond reasonable doubt. Since 2009, there have been 93 hearings for Honor Code violations: 35 ended with guilty findings and 58 with not-guilty findings.

President Teresa Sullivan 434-924-3337. 10/2 with anthony debryan, pr, and susan davis, dean of studnets office.
[thanks for putting aside the time to speak with me this morning. who do we have with us (speakerphone)]
t: I have anthony debryan who is my spokepsoenr guy, he's always with me in media inteivew and susan davis from dean of students office.]

(I rmember susan from the board of visitors metitng. I undernsad you'll be tape reocirng this coneriation is that right? so I suppse I will as well and with your permsison I'll turn it on now)

[tape recorder on]

(and you may feel free to turn on yours as well. so we have here president teresa sullivan from media afira soffice and anthony debrayn from media afrais office and sussan davis from the dean of student office.)

t: right

(let me say first that I'm very sorry about hannah grahams dieappearnce, I imagine this must be a terrible time for you and all of campus)

t: it is dificult. our number one prieority is to get hananha back. so we'e cooeratd with all the police officials local stae and national and have also worked with ahnals famly but also suporting studnets, a lot of our studyents as you can imagein, espeically those who knew hannah well they're prety uspaet.

(btw you'll hear a little lag time after your answers bc I'm also typing along)

t: oh okay

(so the the article I'm wrokgn on as you may have heard is a look at how rape and sexual assault play out against the larger context of a campus, both with respect to the student attiduets and the amidnsitraiton's handlings. so kind of the larger culture in geneparl. the problem f sexual assault this is obvisuly a big national issue, it's happening on every campus, but my article is going to focus speically on UVA. and I've been speakign with a lot of students over the past few weeks, doing a lot of reesarhc, and I have a lot of quesitons about how sexula assault is handled on the uva campus. some of them are fairly specific, so I do hope, im actually glad susan davis is there, I was asured that YOU president sullivan were the person to speak with, since I have not been allowed to speak with dean eramo or with claire kaplan, who wer eth people I thoguht had the most direct inforamtion.)

t: well if it happens that I don't have the naswer w'ed certainly be wilign to fwirte tdown the quetsions and fina an answer and send it to you.

(why were Dean Eramo and Claire Kaplan not allowed to speak with me? espeically bucase presumably tey're the most well informed when it comes to sexual assault on campus?)

t: I'm sorry I dont' have ay idea.

(but you feel that you're closely in the loop when it comes to sexual assault reportss, and that yo'ureaware of the things that go on on campus?)

t: there are some things I'm not told partuclary the names. if I don' have a need to know the name I often don't know the name of he student. but I've certainly been deeply interested in this iseues bot national level and here at the university too.

(let's start with a general q: do you think there's a problem of sexual assault on your campus?)

t: I think thers' a prlbem of seuxal sasult generally in the united states, in various instituions including meilirayr nad priossons, in populations of all ages, in gender miniorities, and univerities. I don't exempt the univeirsty of virngaia.

(did you know there was problem at uva before the offce of civil rights began its complaince review?)

t: after I was offered the job at virginia but before I came, we had a very highly publiciozed case of sexual vioelnce and it was the murder of oe of our women's lacrosse players by former boydfirnd who was also a lacrosse player. that hapend in may 2010 and I came in august 2010. so **I was ceranily very aware of it when I came. that was a traumaitc incidnet and one of the first things I did was to set in meotion a day of dialogue so students, favulut and staff, we could all talk about the kind of place we wanted to be**.

(okay. so I have questions now about the hadnlding of sexual asult compalints. all complaints originate in dean eramo's office, correct?)

t: I'm not sure that's true. for exsmple a complaint could come through the hospital, through the student health service. with the police.

(I guess I should be more speific: all univesity-handled complaitns, all cases hadndled iwthin the unviersity, whether it's a formal hearing or an infroaml hearing, the first step is coming through dean eramo's office?)

susan davis: that might be a q I can anwer, I think maybe it's just an issue of terminology, osr tof"report" versis "complaint." reports meaning a student coming forward to share inforaiton who has not yet decided wjether they ant to pursue a discapieonary of crimial process, reports could come to any office, as presint sullivan has said, they could choose to chare that with a focauty member, a coach, with hwoemver. **And typcaly they are routed very quiesly tot eh ean of students office to maek sure they have proper supoprt**, ifthere are for remdial measures that need to be put into place, that that be done, and that they be informed of the options if they want to pursue a disciplinary and criminal complaint. so when they get to the dicisoplianry complaint staege, yes, tis' true yes it is true that the **intake of those diclopaitatinry comolaints, if they want to invoke a formal or informal process under the student misconduct policy, that would be tehrough the dean of sudntds office**.

t: and I think if you were at our board of visitors meeting you've heard that oneo f the things we wer ae changing is the invieatitaoin process.

(mm-hmm. now I have to say all the student si've talked to, thsee girls love dean eramo. okay. they think she's the greatest person ever. they thikn of her as a firend and a confindnate. but I just want to be clear in my understanding, dean eramo's office is not actually a confidnetial space? corect?)

s: that's correct. yes. you were at the board meting so you learnea bout the reporitng policy we have in place, you have confidnetial sources that are digniated, which are our health care and mental health professrionals studnets can access wher ethey can have a confidential convesation. **at the point that they choose to meet with dean eramo that inforamtion is, its' kept confieaintieally in terms fo their educaiton record but it does trigger a title nine review so she's not someobdy who can ensure confienthaly** under for example health care providacy law. when students meet with her.

(so if someone were to refer to her office as a "safe space" that would not be correct?)

s: well I think its how you define safes space. we certainly hope students thikn it's a safe place to come and talk and I can't speak tofr dean eramo but **we hope to** approach those conversations as you proably heard in the board presntaiton is to **give students a space where they have the control over the inforatiom they wish to share**, and my experieence with working with dean eramo is that often in the fist meeting the studnets don't share as much ifnoration as dean ermao comes to learn in subsquent coneiations, so **I know it's her approach to work very effetcively with stuents and and that she's prepared to receive inforamtion from the students at the pace they want to share it**.

(how long has dean eramo been working in that capacity at uva?)

t: in I don't' know. certainly since before I came.

davis: id not' have tthat inf ront of me either

t: we can lok that up for you and send you that.

(than you. so this mornign I got some fo the numbers id' asjed fr from Mcgregor, reardgng the way sexual assutls are hnalded on campus. so that I have a sense of how all that shakes out. now I'd asked him for not clery reports, but things like the number of people who dean eramo sees about sexual assault, how that number translates into reports, the number of hearings held, what the outcomes are. but before we get ihnto disucssing some of those, I wondered, is there a reason why you don't publish that information?)

s: you're talking about seprate from the clery data, which obviusly we do publish

(right now the clery data, but he nubmer of peope who come to dean eramo, the nubner of rpeorts that are then fiele,d the number of hearings, what are the outcomes of those hearings)

t: **as far as I know that has not been identified as a best practice. we are trying to encoaurge a culture of rpeoritng and not discourage reporting**. if that came to us with a redocmmendation,that it were a best pracice we would publish it.

(so you believe at this point that if you were to publish that inforamtion it would discourage reporitng)

t: I dn't know that for sure. but I do know that what we are tyirgn to do is to encourage eople to feel free to report. and we have looed for the best national guilenace on what helps to create that cutlure.

(so in the numbres I was given this morning, it says during the 2013-2014 academic year, 38 students came to dean eramo to talk about a sexual assault. Nine of them filed a complaint through the Sexual Misconduct Board process.)

my first quetsion is, the clery ststiics tajt wre also I think released yesterday, show that for 2013, there were 15 complaints of sexual assault to univerity of virngia police. so how do those two sets of staitics work toghter. **are those 15 reported to campus police in addition to the 38 who came to dean eramo**?

t: well there are really two different systems. for one thing our sexual misconduct pulicy is pretty broad. so something could come to dean eramo that

did not come to our police. **I will say that dean eramo would always encourage a student to report to police if it were something that was cirminal**. but we would consider verbal harasment for example to be something a sutdnet could report to dean eramo.

(same quesiton goes for reports of sexual asault made to charlotesveoile police. are those incorpoated in any of these statitsics)

t: they could be. tehr's a goegric area arodn the unveirty that is not as big as charlotesveille but is contiguous to the unviersyt. so we report crimes that occur to our knowledge from that georgrapic area and the charltoesveille polcie and we have a good workign reoatshop. they report inforatmion to us.

**(so really we're dealing with three sets of numbers**, then, tehre's the charlotesveilel police, ther's the univesity of virginia police and the number of people who come in to dean eramo)

t: **no there's actually anotehr list too**. so our unviesitay actually has the ciyt and county line running through it. so **it's possible that our county sheriff would also would have reports**. but again we have a good working relatisopn with the county.

(so I guess it's hard to quantifhy the problem, given the mishmash of statietics)

t: well **I think an issue that has been going on in the national conversation is underreporting. we are prepared to do a climate seurvey in the spring semester**. bcuase te hope is that something like a climate sruvey would give a better anonmoys way of reporting sexual misonduct even if they ahdn't come forward to anybody yet. now thers' not yet a great track record with such surveys so for example wer'e workign with other peole just to figur out the wording of these surveys but her's good work ocming out of univesity of new hanmpshire and out of rutgers. and we're using the best reserarh we can find.

(interstingly enough I feel like ive' ben perfrimingin a sensae a climate survey, while ive been asking student sabout reporitng and not reporting and how they feel about people wh av been raped and one of the things – this is perhaps an side, id no't know – but one of the things I've been eharing a lot from student sis that girls who report their sexual assaults tell me that they tend to be ostracized by other students. and I'm teold that hter's a great fear that reporintg a rape at UVA, espeically against someone who has a lot of social status, can be akin to social suicide. and that that probaly inhibits a good deal of reporting. have you heard that at lal?)

t: I have not heard that particular phrasing.

(social suicide is my own phrasing)

t; oh okay. but **I do thint aht if you look at the number of women who don't make a complaint, who don't want to carry the complaint forward, there is plainly some kidn of fear tehre. and I think by the way this is true in the gneral society and not just in the university society, there is a genral fear of what would happen if they come forward nadn report**. we do what we can to dimiditage that fear nd I would say we would take a charge of retaitliatin very seaiorsly.

RS004452

(the amoutn of traffice into dean eramo's office and the results, so 38 people came in, 9 reports were filed, is that typical for a given year?)

t: I coud't answer that.iu don' tknow.

(susan do you know)

susan: I don't know. I just saw that number in the last week. now that we've previewed this reportig system that we're now under, I think we're going to have a clearer sense of thos numbers going forward. so I can't speak to that. that's a quesiton that we can circle back with dean eramo on, if she has a sense of it.

(So I wonder, looking at that number, 38 people came to dean eramo, nine filed complaints. so that's maybe what, a quarter of the people who came in filed univeristy complaints. I wondered, what do you think explains the discrepancy between those numbers. why did only about a quarter file?)

susan: I oblvisly can't speak to that direclty because I have not met with these indivucla complainants, or reporters I should call them at this stage. what I can share with you is that **in every one of hese cases that come forwrd what we are trying ti do is balance the complainants' desire and need to have conctol over how he or she wants to proceed with community safety concenrs. and that's not always an easy balance.** we have to look at that very very carefully. and so in createing a community of reporting **we obviusly want students to come fowrad. but if studnets are coming fowrad and feel that we are forcin gthem into a criminal or disciplanary process that they don' want to be part of, frankly we'd be concnered that we would get fewer reports. it's hard to know - would we like to get a perfect score, 39 came in and 39 invoke the process?** certainly. but we're also prepared to work with them where they are and underesant why they may not want to at that point. again I can't speak to those indiiuval cases cause I haven't worked htem.

(my understanding is that when girls come in to speakw ith dean earmo, they're very much reassured that whatever happens next is their choice — and "their choce" is a mantra I heard a lot at the board of visitors meeting — and thtat's very much in keeping with a lot of schools are doing and thinking. and they're given chioices that they can either file a police report, they can choose to make an internal report for either a formal or informal hearing. and that these options are presented very neutrally and without any form of judgment. does that sound correct?)

t: as far as I know that's correct.

(and btw just so I'm sure of this, an informal hearing, just so that I undetsand, is that like a form of mediation? there's no jury, it's just dean eramo mediating bweteeen the two parties?)

susan: **I woud't characterize that as mediation. I would characterize that as informal resolution.** it is true that it's not before a hearing board, our formal option is before our sexual misconduct board, which typically in a hearing would seat five members and a nonvoting chair. the infromatl resolutaiton process is a process that genraly dean eramo is the person who oversees it, with the two parties and advisors. its, I would refer you to our procedures so you can atually see that, maybe you've seen it, it's not a meiation is a sense that the

parties are really speaking thsmelves and mediating an outcome, you avha a profeisiontl, dean eramo, that is overseing that process and coming to some decision.

(how does that differ from a mediation?)

s: **I really can't speak to that, I'm not a mediatior**. [laugh] she has the ability, based on what she hears, to move it into the formal process, if there's a concern that she has that needs more of a disciplinary angle to it, so it's distinct from mediation certainly in that regard.

(so another thing I'm hearing from these girls - and they say this with no malice, like I say, they love dean eramo, one of their biggest fears inspeaking with me is that they don't want to get dean eramo in any kind of trouble. but they leave dean eramo's office with all these options, and feeling so heard, and so unburdened after finally telling their story, and so comforted, but also kind of paralyzed from the lack of guidance, having all these options before them, that they often wind up doing nothing. not filing any complaint at all. and getting a lot of assurance that that's okay, beucase that's tehir choice, and whatever choice they make is the right choice for them. nad they feel perfectly fine with that. but I just wonder, can you comment on that? because I wonder if that feeds into the lack of reports.)

t: it would be only speculation on my part, I really don't want to speculate about it. **I do thikn that the events recently around hannah granhms diseapperance may change the conversation here at the unviestty about reporting or not reporting**.

(how so)

t: well **the news reports had said that thea suspect now in custody had been accused of sexual assault** at least, I don't know if it was rape, **at two other unvierseties. but in both those cases apparently the survivor did not come forward and file the complaint. and I think theres' a lcot of converation going on now, that if you don't report, what's going to happen to a woman later. that's a conversation that I don't think has hapend in such stark temrs here before**. do you se what I'm saying?

(Let's talk for a moment bout penalities from the sexual minsconduct board. mcgregor indicated that there's a range of penalites, up to and including supsencion and epxlusion. whenhe talks abot the more minor penalties, I take it he's talking about counseling, education, anger management clases?)

t: there are other pasosibiltiies as well inclidng a **no contact order. some kind of counseling or retrainign is a poossibility**. there are suspensions of various periods of time.

(McGregor did mentioned that a suspension has lasted as long as two years. What would merit a two year suspension?)

t: I can't really speak to that, that's a deicison that can be made by the sexual misconduct board.

(can ou tell me, what was the infraction that led to a two year suspension)

t: I can't, I don't know.

(I had asked mcgregor when the was the last time a student was expelled from UVA for sexual assult? He had said none in the past 10 years. I wondered, cold you be more specific about that?)

t: well as far as I know there has been no case that led to explusion even in our univeisty judiciary committee. explusion would be pretty rare here in the student disolaitnry process.

**(so is it possible that no student has ever been expelled fro sexual assault?)**

**t: I don't know that**

(I guess I just wonder, what would it take, is there a policy, what infraction would be reuiqred for a sudent to be expelled for sexual asssult)

t: well my udnertnading from the sexual misconduct board if they find a student respondilbe the first pently they must consider is explusion or suepsintion. so they must consider that it as aposibilty.

(About the formal hearings, mcgregor provided me with this: that since **1998, there have been 26 hearings before the Sexual Misconduct Board.** so that's 16 years there have been 26 hearings. so hearings, they don't happen very freuqnetly, I take it this is a sepcial event. That averages out to one and a half hearings a year. Is that the way it ends ot shake out? Each year there'll be a couple of hearings, some year ther'll be none?)

t: can't answer from my own experience I don't know

(susan)

s: I mean I have to rely on the numbers that are before us. I mean yes, **the formal hearlings have been in single digits over the last many years**. again, if a student chooses to pursue a formal process, that is the process that is given.

(so how many were there in the last academic year? of the 9 reports filed to dean earmo, how many yielded a formal hearing)

t: we can look at that up for you.

(okay. you know it occurs to me as we're talking that we're talking about possible sex crimes, whch is a very serious matter, and I understand that title ix requires these mattesr to be dcalt with by universities now, in some capacity, but I wonder, do you feel that a university is equipped to deal with investigating and adjidating sex crimes?)

t: **if we are talking bout a criminal act we always encoureg the student survivor to go to oplice**. we will go with the student to the police. beuase the police are beest equipped and because they have powers we don't have, for example subpoena. **howerver if that's not the student's choice, we do have an ajducication process, and as you say title ix does expecr us to have that adjueication process.** [suddnely a little fired up:] **we are a public unveirty, we must have due process. we are bound by the constitution.**

(okay. now I was told that in May of this year there was a Sexual Misconduct Board hearing of a student, a fraternity member I believe, who was accused of sexually assulting another student. And at that hearing two other girls also testified that the man had sexualy assutled them as well, I believe they testified in order to show a pattern of bheavior. so that brought the number of

alleged vitims to three. please stop me if any of this is not correct. [long pause] I undetstand that the man was found guilty. and was penalized with a one year suspension. which would mean he's welcome back on campus next fall [long pause] since this person has apparently sexually asaulted three undergrads, do you feel that the UVA campus will be properly protected when he returns to campus next fall?)

t: well I'm going to refer this to susan. because I think susan has more knowlwege of that immedaite case. and I don't. but you udnertand that in talking about specific students and specific cases we do have legal proivacy reuirments. but anwyay I'll let susan -

s: yeah and don't think I can elaborate on that, beucase of those federal privacy requiremens, **I can't speak to that case**. I can't speak to any individual case. it would require the release of the compaint, the accused and all students that tesitifed, for us to have a full public airing of any case.

(okay – what if I put it in the hypotherical. whatif I said, IF a student were acused of nad were fond guilty of assaulting another student, and IF two other student testified against him, saying that he had assuted them as well – and that student was found guilty by the board, do you think it would be approrpaite for that student to return to campus a year later?)

t: [wry, possibly annoyed] we're not going to addres that hypotheical, sabrina.

(okay. and then I have another – well I guess I won't put this in the hypothetical. I have another rinstnace I need to ask you about, which is allegations of gang rape on your campus. Against a fraternity called Phi Kappa Psi. Since May 2003 [tk my mistake – meant to say 2013], so that's over a year ago, I'm told that Dean Eramo has been informed of three separate allegations of gang rape against Phi Psi. What has the university done about it?

t: well **I can tell you that we do have a fratenity under investigation and that we have spoken with the national chapter of that fraternity**. I can also tell you as far that as I know we don't have the names of any specific individuals.

(and what does that mean, under invseitation)

t: under investigation. I don't know how elese to spell that out for you, sabrina.

(when did this invetigation begin)

t: certanly within this semester.

(I was told that after I left the campus two weeks ago, your administration actually called the national preisdent of Phi Kappa Psi to alert him to this article I'm working on. am I to assume that that's when the investagiton began?)

t: [irritated now] no and I don't know that that phone call ever happened either. I mean **I do know I have called the national chapter to talk aobut our concers about this particular fratneirty**.

(I guess the question is, what do you feel is a univeirsty's resposnibility to the campus when tehre have been allegations made of gang rape against an active fraternity? whether or not there are namaes attached to those allegations)

RS004456

t: it is possible for us to take action against an organation even if we don't have the names of individuals. we are limited as to the actions we can take. the fraternitities are not located on our property. but we do have an agreement with them that recongizes them as a student organizsiton and gives them certain priveleges. that agreemend can be revoked. we had revoekd two three of those a eyar, I think, in every year ive been here. the national often backs us up when that hapend, though not ineviabley, and revokes a charter or suepnds a charter for a period of time.

(is that what youre hoping will happn in gthis pariticlar inviesatigon)

t: I would be wrong for me to sayi knwe the outcome of an ivnesitagoin before the inveiatiogn hapepnd.

(you mentioend that some fratneirties have ben losing their charter. I knw that two fraternities on your campus had their charters revoked this past spring for hazing violations -- atheugh I see one of htem was able to keep their doors open anyway. But what do you think about fraetnity culture on the UVA campus, do you think it has problems, and are there aspects of the culture that need to change?)

t: well there is not one frtaernity culture. I think that's improatnt for you to kow. dean gross and I have been to two fratenrties in the past copule of weeks to talk about sexual assault. one of those fratneituse is actually very active in an organizaiton of male student to help prevent sexual assult. and both of these fraternirties invited me to come speak to sexual assult, indiateing to me that they've got some seruios interst in this. but ther's a wide specturm, **fratnerites develop their own orngaitiaonal identiteis**, and I would say some show strong leaderhip. including in issues like this. after yardey loves' death the first effrot to build bystander trainign here at the univeristy was spearheaded by s0me men from grekek letter orgs. but are these other places wehre bad things ahpen inluding hazing yes there are. and I'm required to report hainzg to the commonwealth atty and whenever I becine aware of it I do so.

(just a couple more questions. Given Hannah Grahams' disppearnce, I wanted to ask about cmapus security. In addition to morgan harrington's dispaepriance and death a couple fo years ago, I see that there were actually a couple of abduction attempts on the UVA campus over the last couple of years. Given all of that, would you say there is a security problem on campus?)

t: well let me point out what haepnd to hannah did not acutaly happen on the unviersity grounds. that doesn' mean we don't regret that it happened and we're not looking to improve safety in the negibhrohods arodn the university. similiarly morgan harraington had also already left our grounds at the time her abduction occurred. so we do have an issuei nteh trandsitional area bewten the univesity and the area around us. we have something like 740 blue light pones on our university groudns, but we dn't aheve pmresion to put those weeyrwhere in te community. we have persuaded some merchants to put some in their localities. and we've been spendign some time mcetig with merchants and othres. since augu st I have meet with both the local police chieves, I've met with both th ecommonwleathy attys, all the local minsiters becaud ethey often counsel studnets who have had didivuldites. wc've apparoeched local merchants to talk

about our scaual assault awareness campsing. and now we have, sinc eth hannah graham disapeparncew we have renerverwed interst in this. so this week I met with te countyr atty, I met with the mayor, we're talkigna bout what we can do to improve seuciry taurdn the univerity. I thikn we've already got quite a lot in palce but I thin tis time to look at a gap alanysis, areas that are dark that peras could be lighted, aereas that perhaps don't have security carmeas. some merchants have dsis ti would be eillign to put in security cameras. irt was plaint aht for the charltoeseveilel police, the fact that local merchants had seucity cmaeras made a great dieferene in their ability to even know where hannach was. so we've becom ea lot more alert about seuciryt cmaeras. so w'eve beocm e intersted in what we might call the enviromental aprpaoch. but **I hitnk we're alos interisted in whether we can have an infleunce behaviorally, wehether we can ask our setudnt to look out for each ohter, take resonibiltity. understand the conseuqncnesr of what can hapepn.** id ont' thikn we can make anyplace completley safe but I think we can make studnets aware.

(here's my last q. when it comes to sexul assault, I've spoekn wtih a number of eopple, one of the themse that seems tthat semse to be emerging from studnets na doerm students, is that they worry that the school generally seems less concnered with the safety of its students and more cincenred with its image and reputation. what would you say to that)

t: the first month I got there I held a well publicixied day of dialgiue to talk about he issues. I thikn that we have tried to follow best pracitcies, we hosted the first national summit on sexual assault. **if we're tyring to hide the issue we're not doing a very good job of it.** in genral I think, unvicirties are places that seek truth and tarnspairacy, not places that seek to hide. id ont' thikn any urnivesity is sucessful in maintainting a repuatation or image by deying an issue exists. I think it is true when we talk about the area of sexual assault is tha tit's taken us a while to get consensnus and atlk about what works best. that's why we wanted to gather together epxerst from so many places last febraury to talk about it. we had over 250 schools there, each of those have been trying to sovle this prolbem in our own silo, nd we thought it was time that we try to start sharing our best ideas with each other and see if we couldn't work togehtre to come up with better ideas. one of the white huse has reccomeended that unvieristies have a memorandum of undestanding with our local police force. well we have an MOU wt tj ecity, wth the countyr, with the state police and are wiling to ammdne that MOU if language comes down either from the ferdearl govt or from our state atty genaerl that will irmpove it. we are looking forw awys to improve. uvnieiaties aren't just made up of learners, universities are learning communities. and we are learniga bout this. it was a great advantaeg to me personally to have one of our studnets who is a sexual suslt accitivst work for me as a intern. her term paper she wrote for me was very singifntul, it helped me to undrnsad a lto fo the serach going on about this. and I'm graetful to our student aciviests who bring issues to our attnetion, who challnge our thinking, who help us lanr more about oterh palces may be delaing beter with the isuses. and I thikn that'st the best we can do to try and keep on doing a better job.

(okay thatnk you so much for yourtime and your help, about he followup
ueisotn I had, I htin you ahd said dean eramo would be best equipped to answer
– should I follow up with mcgregor? susan should I follow up with you?)

t: I think anhthony will follow up wit you.

(antyony, okay thank you so much everybody I really aprpeicat it.)

t: bye bye.

**From:** "de Bruyn, Anthony Paul (apd5b)"
<apd5b@eservices.virginia.edu>
**Date:** Thursday, October 9, 2014 at 10:44 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Cc:** "McCance, Charles McGregor (cmm9vg)"
<cmm9vg@eservices.virginia.edu>, "de Bruyn, Anthony Paul (apd5b)"
<apd5b@eservices.virginia.edu>
**Subject:** follow-up to interview

Sabrina:

Thank you for spending time on the phone last week with U.Va.
President Teresa Sullivan and Susan Davis. The following is in
response to your request for some additional information during that
interview.

1.   How long has Dean Eramo been in her current role?

Dean Eramo started as an Assistant Dean in 2006 and was promoted
to Associate in 2010. She has been the Chair of the SMB and the
primary point for most sexual violence cases throughout that time.

2.   Regarding 38 reports and nine filing complaints in 2013-14: is
that a typical ratio of reports to complaints over the last several years?

Reporting, in general, has increased over the last three years. Dean
Eramo recalls that there were about 20 complaints three years ago
and ended with 38 this year.    Five to nine complaints to the SMB has

been typical.

3.  How many SMB hearings took place in the last year?
    4

One additional matter. As we said during our phone interview, federal privacy laws prohibit us from disclosing details of any sexual assault report, investigation, or hearing. That said, your characterization of the facts of the spring 2014 case you referenced during our interview is incorrect.

Please let me know if you need additional clarification on any matter, of if you have other questions. When is your story set to run?

Kind regards,

Anthony

**Anthony P. de Bruyn**
     **University Spokesperson**

**From:** Sabrina Rubin Erdely [mailto:sabrina@sabrinaerdely.com] **Sent:** Thursday, October 09, 2014 10:56 AM **To:** de Bruyn, Anthony Paul (apd5b) **Cc:** McCance, Charles McGregor (cmm9vg) **Subject:** Re: follow-up to interview

Thanks for the followup, Anthony. Could you clarify what about the spring 2014 case was incorrect?

Not sure yet when the story will run, but I expect it will be sometime in November – I'll let you know as soon as we firm things up.

Best,
     Sabrina

**From:** "de Bruyn, Anthony Paul (apd5b)"

RS004460

<apd5b@eservices.virginia.edu>
**Date:** Thursday, October 9, 2014 at 12:25 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** RE: follow-up to interview

Thank you Sabrina.

Due to privacy concerns, we are unable to be more specific about the spring 2014 case.

Kind regards,

Anthony

**Phi Kappa Psi** at Univesity of Virginia (Virginia Alpha, est 1853):
http://aig.alumni.virginia.edu/phipsi/contact-us/
House Corp President Ben Warthen, '65 law '73; and chapter advisor Mike Wakefield 07, law '10

**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Thursday, October 9, 2014 at 11:29 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮ >, ▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Rolling Stone

Hi Ben and Mike -

My name is Sabrina Rubin Erdely, and I'm a writer for Rolling Stone magazine. I'm doing an article about sexual assault at UVA, and would like to speak with someone from Phi Kappa Psi about rape allegations at that chapter.

Since you're both listed on the contact page, I'm reaching out to both of you. Who do you suggest I speak with for comment?

Thanks in advance --

Best,
Sabrina

**From:** Mike Wakefield █████████████████

**Date:** Thursday, October 9, 2014 at 3:07 PM

**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>

**Cc:** Ben Warthen <█████████████████████

**Subject:** Re: Rolling Stone

Hi Sabrina,

Unfortunately, the contact page you found hasn't been updated in
years. I graduated back in '07 and was a chapter advisor for a year in
maybe '08 or '09. I believe Ben retired from his role as House Corp.
president several years ago as well. I'm not sure who the current
chapter advisor is or if there is one.

V/r,
Mike

**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>

**Date:** Thursday, October 9, 2014 at 3:14 PM

**To:** █████████████████ >

**Subject:** Rolling Stone

Hi Stephen -

My name is Sabrina Rubin Erdely, and I'm a writer for Rolling Stone
magazine. I'm doing an article about sexual assault at UVA, and would
like to speak with you about rape allegations at your chapter of Phi
Kappa Psi.

When's a good time for you to speak? FYI I'm on Eastern time. Thanks
in advance —

Best,
Sabrina


    **Ben Warthen** called 10ʹ 10 – [slow heavy southern accent.] **house
advisor for UVA chapter of Phi Kappa Psi.**

RS004462

I remain associated with the house. I'm in the middle of anther crisis right now, I'm a lawyer can I phone you back Monday?
██████████ yes im the house advisor.
**[left msg weds 10/15, no name on message:** [wanted to follow up about my questions about allegations of sexual assault at the univerty of virginia chapter of phi kappa psi.]

vm 10' 15: ben wartham, I'd be ahppy to answer your questions, I'd like to have them in writing, so if yo'ud send me your quesitns by email
██████████████████, feel free to send me any questions, I'll b happy to answer them, just for the record. thanks bye. **[I never called him back, by that time I was putting in calls to phi psi national instead]**

**From:** Stephen Scipione ██████████
**Date:** Tuesday, October 14, 2014 at 4:28 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: Rolling Stone

Hi Sabrina,

I am unfortunately swamped in the upcoming weeks with midterms, papers, and other school related commitments. If you could email me any questions that you have, I would be more than happy to answer them as soon as I can.

All the best,
Stephen Scipione

**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Tuesday, October 14, 2014 at 4:52 PM
**To:** Stephen Scipione ██████████████
**Subject:** Re: Rolling Stone

Hi Stephen – thanks so much for getting back to me. I understand that you have a lot on your plate, but really, you can't find a few minutes to speak with me by phone? I'm available right now, if you'd like to call.

In the event that you can't, here are a few questions:

I've become aware of allegations of gang rape that have been made

against the UVA chapter of Phi Kappa Psi. Can you comment on those allegations?

Prior to this semester, did anyone from the UVA administration contact you regarding those allegations?

It's my understanding that due to the gang rape allegations, your chapter is now under investigation by UVA. Is that correct? If so, when were you notified of the investigation? What has the investigation entailed so far? Is the fraternity operating under any restrictions while under investigation?

I look forward to your answers – and again, if you'd like to call, I'm here at my desk. Thanks in advance —

Best,
Sabrina


**From:** Stephen Scipione < ████████████████ >
**Date:** Wednesday, October 15, 2014 at 11:44 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: Rolling Stone

Ms. Erdely,

Here is the situation as I understand it:

On September 17th, 2014, we had been told that an individual who remains unidentified had supposedly reported to someone who supposedly reported to the University that during a party there was a sexual assault. **We were not told that it was rape, but rather that something of a sexual nature took place**. Even though **this allegation is fourth hand** and there are no details and no named accuser, the leadership and fraternity as a whole have taken this very seriously. **To my knowledge, our chapter is not currently under investigation by the University**. That being said, we are constantly working with the Dean, the Greek life office, our National organization, and others to figure out what happened and to ensure that, if someone did indeed happen, it does not happen again.

I hope that this answers your questions. I'm just back from home and have papers due and key tests approaching, so I apologize if I'm late

with this email response.

Best,
Stephen


**Alex Pinkleton**█████████████████████, Skype:
█████████, [uva class of 2016, third year] 10/ 15
[I barely even use your own personal story. other than referencing you as a survivor. you have a presence in the article, there are some quotes from you, cause you have great observations. but rght now your story itself isn't in there. so I just nwaetd to let you know that right off the bat, because you were so genraous in sharing it with me, I wanted to let you know that it's not because it's not worrhty of discussion – just the opopseie, your story could actualay be an articl eunto itself. it's just htat eveyron'e narraitvies wound up competing for space. and frankly I may have menteiodn this to you early on, jackie's story winds up bsically pushing eveyorne else's out. so basically everone I intervweed, I wind up not using their stories. they have a presence in th story but it doesn't delve into their storoes.]
you almost woudnt want to pu thtm ni the same aricl beuase hers is so blatantly obvius you woudn't want to mix them
peoel sayin the parnets wer freaking out bcuse of the emails reported t pllice, and I'm like are't they aware already?

(phi psi – sulivan told me they're investigating)
no but I don't know what they do tiwht he investigating. I'm not sure what they do to investiagte, bucase they've also said if mutliple people turn in a name for having raepd and they will take action and obislu they don't.
I just dn't belive it. I don'tk now what theyre doing. it just seems relay strange. so I feel like that's a horrible way to answer.
I'm not sure why th national presid ent, I don't 'know what his role is, you taked to jackie and me the day he came. I dno't know how he would help. he'd be like 'don't do it aga
it deosn't seem that serious. it doesn't seem very strong at all, an unnamed accuser. I tink they think it lacked credicility

(when you and jackie met with dean eramo after my visit, jackei had told me she said "we're flat out fucked?" jackie took that to mean, publicty wise? between hannah and my article? just wanted to doublecheck that)
yeah. she was just like "theres no way around it, **we're flat out fucked**." its true. I think itw as between the polcie report that came out coincineally at the same time and this article being like, well clearly we aren't hadnling it right and people aren't gonna know we're handlign it right.
I mean I don't want to quetiono her, you know how I feel about her, but if you felt you didn't do anything wrong why would you be fucked.

I quesiton how she treats cases more. **she doesn't encroauge you that much to go to trial. she's like "it's your decision the whole time, but shoudn't she be like "this is a good idea." because it's not a fun process, and who's gonna do it if they aren't encouraged.** when we hd the mock trial and if hse just said "if he was found guilty he'd be punsihed" then I'd be open to it from the get go.

the perception now is that no one goes to trial and if they do no one wins it.

(if they publicsh it online)

even if it's a shitty percentage they get to see whathapenes with other people.

I know a girl who went to formal trial, and he got a years suspenion.

(was this the girl who, there were two other girls who tesified that he attacked them too?)

she appealed her case and wait no hers got a year too. two difenrt ones I heard of, cause I heard of it direclty. but hers is coming back next eyar. but it's been reported that some people had anonyously rpoerted but had put his name out ther a somsone who sexuallya sauted them and during her trial they didn't use that as evidence.

(so did they not testify? I want to use it in my story but school says I have my info wrong)

I don't know if they testified or not. I can look up what she said, she posted on the tk forum, just like they did'nt, it might just be what she feels like but she feels like they didn't take it into acunt for suspending him for ayer. so she might be ansgry that he wnas't epxlled. cause there are three

(think I can talk to her? I dot need to get into the nitty gritty dtails of her story if she dones't want, just the trial and the outcome)

I can talk to her yeah. I can just, maybe she'll want to tell you the facts and make that clear. when I heard about her case I was like oh man that would have ben perfect for the rs story.

**iv'e been told by dean eramo multiple time that if multpie people charged someone with sexual assualthta twoudl be taken into acount. so this seems to show otehrweise.** they'd rpobalby say the other two didn't go to trial, that's pobaly the reasoning, but shoudn't it be that you count

appanetly she appealed it, she was really annoyed by the langage of that statement she got back, like "we ae very concenred about this student's beahvior" but, kept a one year sentence.

(how's jackie holding up?)

I tink she's okay. she had a rough time durig the anniverary but she cme tot heone less meeint ght enex day and wsa really thankful. I was cocnerned. I was texting. I havne't taled to her in a week. hopefully se's ecxited about it, it dpeneds soeties she's exeicted about it, someties shes' really scared

I told a friend there's gang rape there and he made a face and he said "we're not gay, no way there'd be that many guys in a room with their dicks out." not horrified t how it was for her, it was like it must be so awkward for them! like you're concerned that THEY felt awkward?

will talk to the other girl, will talk to jackie.

███ for a comment]


**Wendy Murphy**: cell: ███████ 10/ 20/ 14

[we spoke some time ago for an article, wanted to give you a heads up that it's coming together, set at uva, etc.we talk about hannah graham]

that guy, the suspect that's been arresetd, he got kciekd out of two schools. including the first time he was a football player ons chlarshop at liberty, he gets kicked ot for secual assault. having done this work forever it instantly struck me that if a guy on the goottabll team gets kciekd out for seual asault he're no way that was his first offfense. no way cause ehe's too valuable. and then he left and aprenatly no one told the next sthool he had that problem and then he gets hired when he can't go ot any school or gives up, he gets employed by uva! yes he was! he was empllyed by uva medical.

[want to get acros the idea that peoplw must report to police, that it should be seen not as a shameful act but something heroic]

heroic that's right. we celebrate people who report racist violence, and we do it with ethnic violence, religious violence, we stand up for the victims. we only do this indiviualization nonense only when the civil rights violence is being done to vemales.

I'm exhausted by playing this wicked chess game with these ivy league schoosl and the latest iteration of the stragety is that law enforment in the periphery of these schools, if mccaskill go into effect law enfiroment will have to enter into a memoaranda of understandng with the school. what that really means is they will privatize these reports. under the casa bill the cops will have to comply with the MOA that they must have in place with the school, and if that memoranda gives the cops permsision to hand the case back tot ehs chool you'll never see the MOA and you as a reporter, yo'ull never get access to what should be pulbic records.

that's already very much going on in schools that have adopted mcsakills idea before its federal law. stone hill or bridgewater in massachuestes there were three rapes in a short period f time and they were reported by a newspaper that were regioal and they said we ca'nt get infmroaitn from the cops. and the cops answere the rpeorters quetsions saying you have to deal with the school and the shcol said "we can't answer the questions, it's ferpa."

if you read it its unbelieable it's friggin unblievable what they will allow schoosl do to. advocacy groups are suproting it including rape crisis centers beua ethey are then going to get paide through the vawa or directlty rhoguth es chool to provide advisotry servies to victim when they report and the advisorts do not have to report to the school. so it dens't desn't require redress, doesn't get counted.

so its fine ifyou're tellig eople to call police but what you really should be saying is, always send an email to the presidnet if the univesrity, wahtever else you do, send an email and copy everybody. because they're building plausible

denialitby into the walls f this new casa bill in order to, they're gving people advisory positions even ifn tey're not affiliated with theu niversity and they're including

they're new levels of insiiblity as is this new bulshit campaign by harvard law school about affirmative consnen tna dyes means yes. yes means yes is a gross degeraration from unwelcome and offenseive which is the civil rights stanard. eveyrone knows that yes means yes – when is aw the brouhaha – larry – what's even more disgusting is the straw man tk coming from the students asking for affirmative consent, why aren't the studnets saying we want equialoty

I knw a lot of those harvard law professors, I em aield one guy I lke charles ogletree to say how dare you sign a letter, ask in writig nad put your name on a docuemtna declaring your suprot for the subjudcitn of women? and yo'ure a black activist for racial aquaty, you say you're for equality but what are you thinking in this case. a black woman is attacked seually on the bassif of her race and her sex. what exactly apens when you offer hre redress, for her skin dcolor she gets this gold stanrdar treatmnt, and then on the vaginal part you get another standard? how are you going to get studnets to function? are you creating a way for black women to deinf them selve only on race and not gender? should I be teach reporting rpe

how will student relate to each other sexually? if I'm in bed with ablack person and I'm going to exercise more restrint? this is bullshit. bullshit.

nobody would dare act inconsisetnt with civilyt on any campus if they were told on day one culturelrally legally that viknce against women is the same harm as vilence gainst any other sutdnet based on a protected class caterogy. so long as any student is all gtreated quatlly and the stardnadre are ths cam w you get euqltity, civility resepct, you get that presumtipoin that that exploding a person is a civil rights violation beucase it's not about bad sex it's sbout equality.

its' profoundly ironic given that civil rights laws guarantee a better eqipeince durign that limited peropd of time. the only reason that it allowed is the systemic iddes is that sexual violence – if you can't redesign the baseline and get people to understand the idea of euqlity of the baseleine you can't make pgoress.

civil rights, eautliy, it truly truly equitable, truly equal – and you knw harverard's policy this past summer embraced that. it creasd th "ideal unified policy" simple, to the point, pfound, just treate everybdy under the same standard.

lawsuits waiting for anyone daring to apply affirmative consent, daring to apply anything other than offendsive and tk. when women are treatd under differen standards, they file federal lawsuits. maybe one day federal court will say women aren't

for now title nine is supposed to be truly equal. if not people are supposed to say so out loud. insetad eveyroes trying to have these bullshit meeting and trying to do these bullshit climate siurveys

tjis is why the climate surveys are also dangerous. tjey're bing doncucted undr terms defined by the fedreal govt. theyr'e not gong to measure incidence erates f sexual violence as it happens, theyr'e going to meausre it under SES criteria, if you read a book by Rebecca Bolan about rape and the incinc oe child

sexual abuse, the federal govt measure thigns designed to proeuce results tthat are exactly correct. well now that they're talkinga bout mandating the surveys under mccaskill, what will they measure? and they're not inersted in measureing actual incidnence raptes. and jennifer freyd at univeristy of oregon who you shold talk to, did her own survey using her own critieria and she found one in three much hither than one in five, and she dnt even use "unwelcome and offensive" – if the answer is yes you're going to get a diferent anser – the reason unwelcomeness it he most important defintional terms is because it vsalues a aomwn's exlucisve authority over the self. the civil rights rules value invdvidual automomcy and theyr'e not intersted in "if I hit you bcuase your black"

from a reasonable person percpeive waa the behavior offensive. that' the cretieria, the community gets an opiinon.

under affirmtive consent there's analysis, it comletely gets trumped by the subjective harmdoer's subjecite popinon of her subjective expeirnc! that'sf ucked up! it's like declaring women are not allowed to have athority over the self. that's the noly isse that maaters. guys aren't going to behave because the green dot police show up. we can measure shit for the next forty years and we're going to keep measuing theproblem inetad of using what we know. we need to stop measuring we need to take action knowing what we know to prmoete the only real solution which is guaranteeed aboslute 100 percent equality ofn campus. **maybe we won't have equality in the real world, but campuses are special. I'm not even trying to win in the real world. women aren't equal in the real world. but since 1972 there has suposedly been equality on campus.** and if you write 11,000 piece that doesn't amek the point you hust participate in this tailspin of sillines. I don't undertand. all I can do is point out the obivuos and shake people. but it's so easy to distract young actvisits. if harvard law studnetsa re'nt smart enough to say they shoudt' be demanding uealityt what chance to studnets at community clege have? you can help those students.

title ix reqires absoitel substantive equality and if you d'nt get that you get subjugation. if you don't state the baseline which is **that is the baseline drives all of it.**

the power of equality to drive human beahvior of both in law and enformcent. and every school in this country has inquality – the upper tier shools segreegate out vioelnce aginst wmoen for difernc etnw rose treatmen t ad that provmotes worse vioenc and agsitn women and then thees women move out int the real world nad they expect to be treated with subjation.

(the experience of your client who wrote the article for the student paper called [anonymous wahoo])

she is the plaintiff in the federal lawsuit. and whatever tah says is what it is. to stop save from being enforced.

there's more than one. I know that

there's more than one pending against uva. nadive had many against them. her case is still pending

**yes it's being investigated by OCR. ther eason I'm pointing out the federal lawsuit is because it includes the compalint.**

(just want to doublecheck again, she's the person who wrote the article in the student paper and on your fb page about her expeirence, yes? under the name "anonymous wahoo")

**I can't tell you bcause I'm not correateing the dates for you, you can match that up yourself, you can go to the cmoplaint nad see what we filed.** cause tehr's more than one cmplaint pending fromt eh same time frame. maybe the other one's resolved. I read that others are pending and odn't want to say she's who you're thinking she is. **if you look at the lawsut and see what she filed you'll be able to correlate.**

campusaccountability.org, only idnependingt source of inforation. thr's a descripion fo the so calld independent voices, the so called rserach labs wiling to stand togeth er aginst the save act and the nonsen se going on around the efforts to legitim aez tk. a way for student to ask uestions about their stchools. so studnets can check in with us and ask "is it compliant with title ix" and so forth

**Annie Forrest**: One less. ███████████. **left msg 10/14. 10/20 left another more specific message – about the formal hearing.**

I'm so sorry I never got your messages, I just got htem now!

(I spoke to uva, they said I go tht einfo wrong, I need to verify as best as I can the bare-bones details of the case: that there was a victim, and two witnesses who testified that they were assaulted too. and that the guy was found guilty, and then suspended for a year)

what hapend was **the two other girls didn't actually testify they were used to support the pattern of behavior.** so that's what it's called the papern of behavior. and to say she's the one brigign it forth but two other instanced s where other women were assaulted.

(oh so they dnt' actually testify – so how did they present the ifnroatmion)

**their ifromation was presented through letters and interviews** and evidence collection of interview osf other people who were present during that time. it was in the full document of the case. but sinc eit was just one woman's acutal case no one could.

(so kind of like character witneses)

kind of like character witnesses yeah but in a bad way.

(I see so when the school said I got it wrong what I got wrong was that the two other girls had testified – they didn't testify, they just submited their firmaotin)

yes

(but then he was found guilty and given a one year suspensin)

yes. someone else got a two year suspneison but he was given one. that was another case.

(would the survivor be willing to let me see the verdict letter, that probalby spells that stuff out? to doublecheck that infroamtion. she can redact it or hwatever she wants to do with it, I can promise not to use her name] [I just want to be sure of the inforamiton)

RS004470

I can text her and ask her. and send her your number [gave cell in case the girl wants to text]

[we talk about the idea that they gave him a years supendion after 3 women said he'd attacked them – serial offenders – espeically in light now of hannah graham]

and what an oportunity universities have to cut that off at the time it first presents itself. with liberty uniersity and christopher newport he was accused at both schools and was just told to leave the schools s no real punishment was given.

(hannah's body just found,)

it's kind of surreal beucae obviuosly we ohoped aht woudnt happen but I think thers pay theres closure.

(you mentioned someoen else this year had a formal hearing and was given two years. what was his offense)

the other guy two yaerss, I think the offense was greater. I'm pretty sure – but I dno' tknow the details fo that case really, at all. but I can't say if he's a mutliple offendr or not.


**Jackie:** ▮▮▮▮▮▮▮. **[10/13 left vm & texted]**
**10/20 left msg & emailed. then she called.**

[yay so happy to hear from you. how are you doing]

intense, sepcially last week, a boy who's from my hometown, who ▮▮▮▮ ewnt to hs with committed suicide. I went home thisweekend, they had a memorial. and they found hannah.

(how were you around your anniversary)

**I started going to a counselor a week before the anniverary**, shes' really nice, it was a combination of you and dean eramo who convinced me to finally. she's been great, iv'e never talked toa counseor, like really talked to one, I'll blab and she'll say smething extrerely enlighting and it's been really helpful cause sh'll kind f make me realize stuff that I din't realize I was thinking and feeling.

I just had lunch with alex and I was like "you should try going to counseling it's great"

(gret tat you found someone good)

I went through the womens cetner, referred me to a fe differnte people.

[I just wrot the first draft of he attirlc, initial feedback is that my editors like, it hthey think tis' gogin to be really impactful. so like we talked about it centsr aroudn your story as a way of talking about the culture of silence around rape at uva. both from the students, who see it as just another aspect of the party culture, and from the admintration, who in my opinoin just want to keep these things quiet and contained. and I go off onto tangents from your story, into rape culture at college in general, and also about uva's history of handling rape in the past. All while kind of weaving in and out of your story. so there's a lot there.]

[the way it stands now there was no room for really anyone els'as stories. I mention other people, and I reference a couple o ther people as survivors, but I dno't realy deve into their storeis. not evn alex, which is a shame.]

alex has mxed feeligns about not being in there [we talka bout that – she wants to make ure the article also talks about rape as isesus of drinking and stuff, not as exgtreme as jackie's, atypical]

**uva alumni magazine when they found out rs was writing this articl they started working on an article to counteract it.** the woman writing it, I dscribed it to my mom is like the least qulified person to write it next to rush limbaugh. she kept asking alex, "and you drank MORE?" and "you thougth it was agood idea to keep drinking?" and "what were these fireballs that you were taking?" and hses' like "uh you mean drinking" and she talked to sara, "why are you involed in all this rape stuf if you weren't raped yourself" and when she interviwed me she asked me if I felt reposnsible for any othe rapes that occurred at phi psi beucsae I dd't go to the administration right away. I almost startted to cry. and she said "if your story is true, yours is the most legitmiate story of rape the others don't sound legitmate." she's like "does that offend you?" late 30s early 40s maybe. natalie something. alex will remember her last name. I just cold not believe the stuff she was asking. I went to dean eramo abot it. she got in contact with me cause alex gave her my number. I'm not sure how she got in contact with alex and sara. but they wanred me going into it, "so she's very insensitive, asks really forward inapproratie quesitons"

(when is it coming out)

mid-december. I dion' tknow how widespread it is. no one reads it

[I ask her not to talk to reporters]

I spoke to her for 20 or 30 minutes. and she hasn't called me back to fac check, she's called baoth sara and alex back. it was such a bad expeirence. I felt so awful about it.

(have you been told that phi psi is under investiagion?)

not that I've heard. **I don't believe they're under investiagtion.** I have not – nothng has been indicated anytign that, no one has told me from the adnimfiraiton that "we're investigating them, don't owrry about it." more like "theyre' aware that they could be under a microsscope a little bit." espicallyw ehn they called in phi psi natinal I'm not sure what haened there, and when I talked to dean eramo afitewrads she said "don't worry your name didn't come up" and is aid what was said? was it telling them tey'regona lost tehir charter? and **all she would tell me was that they wanted our phi psi chpater to be aware that there was going to be some media coverage,** she said we juts anted to let them know they were going to be covered ni the meida "**and if they take any for of aggression against you they will be punished.**" but I think

(well that last part is good – that they're gong to protect you)

**I know that when phi psi national came and talked to that that dean eramo was there,** dn they are awrae that there have been alegations made against them. so I know theyr'e aware of that **and that is when the pres or vp of the chapter said "well whoever did it grateduated."** and that was when dean eramo said "well the person who did it graetudated" to us.

RS004472

I know that sara surface kows the preisdnet of phi psi or maybe the pres of the interferatnety council or hwatever, and they've been going back and forth talkinga bout this invsetaigin of phi spi being accused not just of my asualt but other reports made against htem. so I know at least the intervfantity council is aware and the presidnet must be awrae. what I don't like is that I've ben sharing this all through either sara or maybe bits and pieces through dean eramo but hasn't been open with me. **dean eramo admitted, "dean groves and I called phi psi" and I was just like why??** se saw the the look on my face. if she knew what was going to happen then why didn't she tell me before? it aws as if someone got wind or sometign and they were flying in when realy they were invited in. I felt competely in the dark and eveyrone knew about it excpet for me. I din't contact psi psi natonal. after that I spoke to dean eramo once or twice, once about finding a counselor and then I brleifely asked her what hepend with phi psi and she said she talked tot eh antional preisnet and then went with him and talked to phi psi and they had a sit down with our uva phi psi prisnet nad that's all she gave me.

(any idea if they're holding parties?)

I personally have no idea. iha veno clue. yik yak, I know that phi psi and fiji are always mentioned on thter, it's one fohte most propular fratneituies on grounds so I would assume, oeike are always saying "phi psi boys are the hottest" it drives me crazy. the fact that people still seapk about them so much must mean that the're still adtive and having fnctions. I heard from sara that they're very, they're squriming. sara said the're very aprpreithsive about all this publiity they're getting cause she said they were worried the administration would ask for their party logs and stuff, cause every frat is supose to have a log about who come to their datea fu nitons and stuff. she said they wre really nervous the adminstraiton would ask for that but they ahven't.

(I have a few more quesitons for my aritcle, ok if we jump around a litlte)
sure

(wanted to ask you a little more about why you got that unbreakable tattoo, unbreakable. what that word signified to you, why you wanted it as a permenant reminder)

**just the word to me embodies this idea that you can go through hell and back and you can survive it. after what happened to me I've always kind of felt broken but once I met all these difent girls I realized I wanst the one who was broken thery'e the ones who are broken, there's something wrong with them.** and I guess I just, eveyrtign that project ubnreakgable embided and representinetd, and I do plan on partiicpating. but the essense of the word unbreakablr and what it means, it means a lot to me, I guess. tha'ts what I wantto be, I want to be unbreaakble. **even though al this horible shit hapend and I fell apart, I didn't completely lose myself in the process nd I still have the good parts of me and they coudnt take that away.** I know that annie, she's done project unbreakable and said its one of the best epsienrces she's ever had, to come out and to say she's not gong to be silenced. and I've envefr, up until this paoint I have't had the strngth to cme out to everyoen I know and siay I'm a surivovr and it apend to e, bur I aspre to be bel to telle veyrone, to

say this horrible unthinkable thing happened to me and I came out alive. **so that serves as a reminder for me that I am strong** and I se eit everyday and I am unbreakable. and when I do paitiaprt it will have even more meaning.

(and speaking of coming out as a survivor, how do you feel about using your name in this article)

**if you use jackie that's completley fine.** I don't want to use ███████ just because not eveyone speklsl tit that way. but jackie is sompcleltey fine. just not my last name cause I feel like they have to do some digging. so even if they do know, m

(and how are you feeling about pictures)

no.

(how would you feel about the possibility fo being photographed in shadow, like in silhouette)

I'd consider that. as long as, I've thought agout it a lot and **I think moving forward with a trial is omseitng I'd want to do after I graduate, I'd want to do it once I'm out of here** cause I still want to go to school her, the fact that htreare a90 boys. once **I dno't nave to walk aroudn groudns woried eveyrday that I have to run into them or get some kind fo backlash** I woudn' mind saying "I'm the one you did that to." I just think thatwhile I'm here it scares me to be that open. and to have these people knw that oh you're that girl kind of thing. espeically since so many peple do like that fratenirty , wehther to party at or cause thy ave friends there, and I don't want to be the object of aggression. espeically fthe entire fratneirty lost its charter, a ot of peel eould be angry. but yeah you can use my first name, ive thought about it a lot.

(okay great. now another q: about how many people came to the take back the night vigil last year? I saw a picture, loked like about a hundred. maybe less. how about the year before, about the same?)

to be completley honest I have no idea. when I spoke – I never wnet before last hyear. it was completley dark so I couldn't see the audienc,e only candles. so going by the candles, it lookedl ke maybe 100. but some of them might ha been candles siting ther. by the time I was done and went to go see my mom it was really cold so the crowd had dissippiated and there was **maybe 70** or 100 people. but its not like 1000 or something like that! in a studend body of 21000 it's nothing.

(liz seccuro spoke at take back the night in 2010, she remembers tehre only being 3 people but that might be an exaggeration)

I could see at the rally there might be only 30 people. that's like a 6 pm, and then the whole night is take back the night. at the rally there was literally no one there last year. mym om was looking aroundl ike "hwere is eveyrone." the rally was very, I know annie organized it, but it was very poorly organized. its an entire night people listnign to you talk, and I thought the rally should be more like eveyrboyd let's get pissed. it was like a funral, a lot of crying and sad music. even my mom was like "really all this dperssing music, I thougth this was a rally!'

(you know your mom hasn't called me back)

I talked to her abou thtat, I'll gie you my house phone, if you call and she's home she'll be forced to talk to you. she's afraid my dad will get mad. she's like

"your dad thinks what happens in the family stays int eh family" and just kind of hestinatnt about the whole thing.

she wants to meet in charlottesville so that we can meet together, she's like "if you want to organize something I'll come."

home number, if she picks up she'd be more than happy to talk to you I don't know why she's so fearful of my fahter, wcuatlly I guess I do I even had ▮▮▮▮ talk to her. and she was just, "well your father thinks it should stay in the family"

(is part of it maybe that she dones't want to talk about it, too painful?)

that could be part of it. she got defenseive, it's something that affected our lives and all of us, she said "I dno't know why you have to keep relivin it," I was the one who decided I'd tell dean eramo, I codnt jjust shut up about it, and I know its' hard for her.

h: ▮▮▮▮▮▮. I don' tknow her work scheudle, she works all over the place. I can call her and then text you the days she's off.

(what about your dad's schedule, when's he around)

he's retired ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. now he just sits on the couch and plays fantascy football.

(what did he do for dod)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. and he was in the navy, he was in the vietnam war. and he's very like militaristic. but yeah he retired he used to, he was ▮▮▮ he use dto volutnere as a civilian in the iraq war to oversee these munitions camp, and he had a back injuries, and ▮▮▮▮▮

▮▮▮▮, so he decide to retire beuasd the commute to dc was too stressful. so he's always home.

(oh so if I call your house it'sliely he'll asnwer)

if you call after 3 it might be my brothers. I don't even know if my mother has told him tehrs'a n article going on, she says she oden'st even talk to him about me cause it maeks him mad.

if you told him I'm a reporter for rs I want to talk to your wife he might put her on, who knows. or maybe he'll hang up on you! I can give you a time hwen my mom will be home if not I can talk to her and see when she would be able to talk to you.

[I suggest that if its absolutely necesssary we can meet in person, charlottesville is kidnof a pain but if hse's near dc maybe we can meet there; she says that if I can do that jackie would drive her up, her mom does't like to drive on highways]

▮▮▮▮▮▮▮▮▮▮▮▮▮ ?)
▮▮▮▮▮▮▮▮▮▮▮▮.

(and your mom, how long has she worked for ▮▮▮
worked for ▮▮▮ a litlte over a year now.

(wah did she do before that)

beforfe that was a stay t home mom. she and my dad worked together at ████████████████████████████████████ and then she stayed home to raise us for 16 years.

(oh so she went to work at ████ after he)

████ yeah.

(ok, getitnb ack to article stuff: I take it ████ didn't want to coperate)

yeah

(I jus tneed to verify that she was reached out to, and she declined. did you save any mesagea from her? saying she diden'st ant to do it? could you send those to me? nad from ████ too, sma thing)

yeah I have texts, I can send those to you.

(████ ? mutual friend with ████ to tell me she came back with no pants on?)

I haven't taled to her, I never – texted her and asked if we could get coffee so I'll reach out again. I'm sure she would have no problem with it. hopefully she hasn't talked to, **our whole group of friends frm ████████████████████ has been split down the middle since they ehard about this article coming out . aloto fpeple think it's bad mouthing uva andf they're very proteive of the school. the'ye gotten angry with me.** and with alex. sayign that we shoudn't, esp with hannah graham the're like this school gets enough bad pubilcy.

**it's even worse when people dn't want to self critize, no one wants to admit ther'es aprpbem. inetad they're like "we don't want bad publicity."** some people for some reason have this insane loyalty to the fratniety ssytem whch I don't underand at all. if you're not in greek life why would you care. and everybody s ust so upset. **"greek life is a huge aspect of uva culture and once you attack that you demolish al of uva culture"** my friend ████ said that "if you take down one frat" – **she's like "that's why we're the number one party school. she said I know this article is goin to be attack frantiety life. I said well it's a huge problem. she said "yeah says you."** shes very angry, her boyfriend is in af ratneirty

[we talk about that culture a bit]

(do you have that ████████████████████████████████████?)

I know it's at my house in ████████ . so I have ask my mom to lok for it, I don knot if she knows about it, but I have a folder ████████████ in my room and I can ask her to bring it.

(is she visiting soon?)

she's coming halloween weekend.

(do you happen to have any emails or pay stubs from when you worked at the pool? want to verify that you worked tehre)

yeah. I have a bunhc of emails from tim he was our supervisor. I can send those to you.

(the night of your asasult, when ████ led you up the stairs – where was the room, about? was it down a hall

**it was down a hall and on the left.**

RS004476

(at the end of the hall?)

not at the end of the hall it was like the hallway had doors on the end, it wasn't a really long hall either, tehre were maybe four rooms at the end of the hallway and it was the seocnd room on the left from what I remember. if I try to remember myself back thre. inside the house it's like a weird setup, the stairs are weird anyway, to get up them. but once your'e upstairs from what I rmember, ti was dark, I know the door was on the left. but itwan's at the en od the hall, it wa ssomeone's bestdorom. but itw as really big for a bedroom. I remmber wondering if all fratnerity bedrooms were like mostnstrous. cause it was like five times the size of my dorm. but it was on the left. and I think ther was a bathtoom across the hall. I think. cause the door acoss the hall was open.

(okay now jackie, I'm gognt o have to call ▇ to offer him a hcnac eo comment. I'm not going to use hise name in the article, but I have to do my due dilligence anyway. I imagine he's going to say nothing. but it's something I need to do.)

[she sounds shocked,stammers]

(I don't know his last name, I've never asekd you for it before, so I'm going to ask you for it now, so that I can reach out to him.)

I – I don't want to give his last name. I don't – I dno't even want to get him invovled in this. I just kind of wanted him to never exist agin. I don't want him to know –he cmopletely terrifies me. I've never been so scared of a person in my entire life and I've never wanted tot ell anbydoy his last name. I never thoguth I'd ever have to deal with it again.

[I tell her I need to call him, even thoug he's not identified he may still be idntifiable, I say his fratenity and what year he graduated, that he worked at the pool. I need to give him a chance to comment back. Its just part of the process]

I guess part of me was thikning that he'd never even know about the article.

(of course he's going to know about he aricle, hes' gogin to read it. he probalby knows about the article already [she's shocked])

I don't want to be the one togive you the anme

(how else do you suggest I find it out)

I guess you could ask phi psi for their list

(jackie I'm goitnt o have t make this phone call. our laywer is going to insist. please just sit with the idea a little bit and then we'll talk about it again in a couple of days okay?)

let me think about it

(I'm sorry I didn't mean to upset you)

it's okay

[we agree I'll send her a list of other stuff for her to track down for me]


**Phi Kappa Psi national**: (317) 632-1852. sec says that's the realm of executive director. **Shawn Collinsworth 10/15** [not in today, I left vm:] [I'm

writing an article about sexual assault at UVA, and I'm hoping to speak with you about sexual asault allegations at the Phi Kappa Psi chapter of University of Virginia. **left msg 10/20:** [folowing up on my message from last Wednesday about sexual assault allegatins at phi kappa psi at the univerity of virginia.]

**10/20 vm:** shawn collinsworth, exec director of phi kappa psi, apologies for not getting back to you sooner, I've been in and out all week, 317-632-1852, I'll be in and out the rest of the day, hopefuly we can catch up and talk.

sorry about that, I was runing around all week

(n problem glad we could connect. I see on the webiste that you deal with phi psis crisis management. that must keep you busy. I'm picturering you jumping out of planes, deploying to wherever yo'ure needed)

haha no nothing that dramatic unfortuantely

(so I'm doing an article about sexual assault at uva, and wanted to ask you about sexual assault allegations at the phi kappa psi chapter there. these are pretty harsh allegaitons, as I think yo'ure already aware, they're allegations of gang rape at the phi psi house during parties.)

(I undertand that you've already been made aware of the allegations, by the uva administration?)

**yeah they contacted us on sept 15.** and of the sexual assault. and then we immeately launched our own investiagiotn, and sent a staff person there. and from that **we learned that the source of the allegation is anonyous and there is no evidence to substnatiate that**, but it is an invsetigation that remains active, but ih ave no more at this moment.

(you're referring to an "allegation" singlular, were you told only of one allegation)

when we talked to the university they said there were some sexual assault allegations, **I believe that there was two but that both of them were anonymous with no evidnece to substantiate the alleged assaults.**

(So the allegations that have been presented ot me are three different alleations of gang rape during phi psi parties. The primary allegation is one that allegedly took place in september of 2012. another one more recently, this past februray . and the the third is from a little ways back, in about october of 2008)

[long pause]

(can you comment on those)

again it's all the same, **we went and tried to investiagte to see if there was any truth beucase obviously the safety and well being of our members is our priorty and when we went to investigate, again, everying is anonymous so we have nothing to substantiate this**, so.

(an investigation, what does it ential)

we have staff members go and talk to our members and figure out what the allegations that were going on, what happened, and figure out if somethitn had haepnd and then deal with I aprorapiretely.

(and so you say that techniclly speaking it remains an open investigation)

right it remains active but I don't know more than i'm tellign you

(were you the one who went to speak to the uva chapter)

no

(you didn't leap out of your crisis plane over charlottesville)

haha no! if only you could talk to my kids, theyd think what I do is so exciteing!

(is the chpater under any kind of university invsetigation, to your knowledge?)

I don' tknow, yo'ud have to ask uva if they are. I dont know. I can only tell you what I know, so that would be a quesiton for uva.

(This is a chapter htat's been under I guess some scrutiny before, there was a rape proseuction that stemmed from an incidnt in that house in 1984, which was prosuected in 2005. A Phi Psi brother was convicted of sexually assaulting a woman who was at a party, but during the inviestigaiton evidnece turned up that while she'd been blakced out htat night, there had actually been two other men who'd had sex with her at Phi Psi that night, for a total of three. are you familiar with this case)

you're referreing to mr beebe, **mr beebe was never a member of phi kappa psi, he rented a room in that house, that was 30 years ago, there are no active members who were even born. but when that came out it was disconcerting**. but looking at our membership reecords we have no mr beebe in our membership recrods.

(given the allegations are you concerned about this chapter?)

again the accusations are anonymous and we do take them very seriously. **the health and safety our our members is our numer one priority**. so anyne makes an accusation of sexual assault it's a concern for not only our office but phi pkaaps psi nationwie, becuse that's not something phi kappa psi stands for.

"Stacy" 703- Redacted Redacted @gmail.com
[**NFA, pseudonym if necessary**. redact documents before sending to research.]
10/ 22.

[had texted me anonymously]

(so I take it yor'e th firened you had the hearing beore the misdoncuet board this spring?)

yes – my name is "Stacy" and I guess case has generlaly been talkeda bout as an example of just ugh

(well tat's why I wanted to find out more abou tit -when I was talkig to annie, she had told me about this rare formal hearing, yours, which actually yielded a guilty verdict, and a punishment. but the more she told me about it the more I was like WHAT? like this is the best case scenario? so I wanted to verify the basic details about the hearing that she had told me, to make sure I have them correct.)

okay

(I wans't going to ask about the assualt itself, ony about the hearing, but I'm wilgin to talk about whatever you're comfortabel with)

I speak about it now, I'm an advocate for the women's center, and I had to talk to so many policemtn and they askt eh worst question, so there's little that bothers me

(okay. and how would you feel about yoru name apearing in the aritcle?()

I would no want my name I the article. you could use a pseudeonym. but I wodn't mind announcig the name of the fratniety. that would be fine by me!

(ok so your name wont be in it. but just so that I know it, for my own records, what is your last name?)

[she's hesitantt, I explian it's just for my own records, no one will ever know it, it won't find its way into the aricle, etc]

its Redacted.

(okay Redacted where would you like to start – with the hearing? or at the begining)



I was waring a patagonia fleece, sweatpants and LL bean boots. notihng even remtotely sexual.

(I wasn't going to ask, but thank you for telling me)

honeslty even though we warn't supposed to ask people are curious. I didn't tno drink at all ██████, that was the first night I heavily consumed alcohol by having more than a single drink. he brough ta bottle of whiskey and what better way for me to be one f the boys? so we had whismey,

(you were solidifying this new friendhips, felt pressure)

exclty. and I ended up vomiting. it was a lot. and I had never gotten sick from alchol bfore, so he caried me to the batrhoom and I remember I cod'nt hold up my head, my face was on the toilet seat and he grabbed paper towels nad put them under my face, **my face was on the bare toilet seat when he started grping my breasts**. he had already taken off fleece, and he moved my camisole to not cover my body parts anymore, I was still phsyically vomiting and couldnt lift my head, my eyes were either clsoed or I couldn't see but I was still concsioucs nad vomiting a lot. he then put his hands down may pants and tried to enter his hands into my vagina and at that point I strongly hit his hadns away. he went to get me water and he came back and said very clearly, "we are going to plattocnailly go to sleep" I just wanted to be better, just forget about it, **he carried me ot his bed**, was asleep or uncosus imediately, woke up and he was digitally penetraiting me. the consensus wa sthat he was unable to maintain an erecidton or else he'd traidietnally rape me.



anwyay I decied to go through the trial process after- first of all **everyone I talked to about it said it woul be way too hard**.

(that would would be too hard)

**the trial process would be**.

(who said that)

**my counselors, the members of the dean of studnets' office**. and I knewfrom the beginning ther would be no such thing as justice – even in criminal court it isn't ging to make what he did go away.

(that's something iv'e heard from a lot of survivors – that they were discouraged from going forward)

honestly I didn't recognize it unitl I met my lawyer.

(what was their reasoning for you not going forward, that you may not be strong enough to handle it?)

it was like **they were like, "it's such a hard pocess, you need to focus on you healing, and this might not be conducive to that, becusae you might not get justice." bu ti twa slike "Im not safe, my friends aren't safe."** and they wer like 'this might not eevn achieve that."

(was anyone in pariticlar discourating you)

from the schols standpoint, putting me at a higher emotional risk – the school does think about these things, if I were to harm myself or smeone else they wodl look really bad, or if I were to drop out teyre factoring that in too. so from the standpoint of the deans I spoke to it was "if this girl hurts herself because of the truama of the trial we look like a bad institution." and that thas happened. ████████████████████████████████████████

████████████████████████

(when did this happen)

it wa bout the same time as my trial. **hers wa two weeks after mine**.

(wait – someone had told me that someone was sanctioned for two years – was it that one)

████████████████████████████████████████████

████████████████████████████████████

████████, **my assailant is very wealthy, he's from a family of of** ████████ **they threatened to sue the school, threated to sue deans individually, they threatned to sue me, threanted to sue the chair of the misconduct board. so I think one reason they din't even consider expuision and shied away from the two year suentpion was they were too afriad of getting the pants sued off them from some priveleged white boy and his lawyer parents.**

so I deceide to go through the trial

(wait what haepend to your poilce complaint)

they didnt' inveriste rally. they knocked on his door and ████████████████

████████ he idn't talk to them and that was it. when I was snapchatting him he admited to all the things, excapt ████████████████████████

████████████████████████████████████████████

RS004482

. eevn though when I gave them my police report I said "I know theyr'e on snapchat," theyr'e like we'll look into that. they had 60 days to get it but they missed the window. so that esnetially ruined my cse legally cause they need a higher standard of evidnece than the school does. so also I was not in a poostiiton then to tell a jury about very singlething that had hapend and they made me very awre of that when I met with police and distircit atotonrey and they said "you dont seem very commited to going forward" and I said "this just haepend, I don't know that anyone should have to reenact this within such a short time frame" and **esenetialy the DA was for lack of a better word such an assahole. and she goes, well you willingly went into his room. she said "you said yes." I said yes to go into his bedroom!** and at the en dof ht emeeting whe I lost hope for any chnac eo fpololice doing anyting I just yleled "how many police reports for rape dies it take for one person to be investateid" and the DA said "what do you mean" and I said a plice report wa sfile on the same person two weeks after I filed mine! nd they were shuffling their papers and scrambling and they were like 'oh I guess that's something we should have known" she hadn't even looked at this other police report, hadn't even talked to theo ther woman. yo'ud think a serial ofedner would warrant that.

(what year is he)

so im doing the invesiagtoin proes and in that process it comes back to me that he and I had a really awkared converation in ocotber about how **he lost his housing for what would be the curent schol year becuasd people were saying that he dis omsething that he didn't do.**

and I realiezd during the invesitaiton that this was really bad. I had miscondsutrued it as "he got drunk and did osmethig ndumb" but it was acutally victim three. so dean groves personally investiagoted it and he got signed stamtenst from three people about him

so that came out in the investiagiotn.

(a third victim – when you found that out what were you thinking)

I just felt like the biggest piece of shit in the world for not going immaetiealy to police                                    and pressing charges right then and there. but it would have been unbleiveably trauamtizing and made me unwell from a metal health standpont. but at the time I ust felt like the worst human being for not reogcnitizgin it. so I'm in the middle, one before nad one afetr. nad it made the one after feel so much worse beucas enow ther were two that could have been preventsed.

so prior to even submitting the fomral complaint, first you have to submit something to the EOP, schools have the right to delegate their title ix to t – I got in cotnact with my alweyer, ▮▮▮▮▮▮▮▮▮

(oh I know of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

yes wendy.

(ive spoken with wendy, not with ▮▮▮▮▮

he was great. and we wrote up the most extentsive timelines o that I don't have to go over the whole story against and again to the dean of student soffice. then the invsetiagoion progressed, a coupe of epopel dreoped the invsirtation, one of my friends lived with me, **she said she thought I was just looking for attention** and wound up testifying against me – **this girl is very unlik eme and is very ostetnetous and very showy, she will dance naked on tables in fratneirty houses, it was quite offneseive to hear that from her. and a male friend withdraw from his testimony because he was a member of the franeirty** and I'm sure they coerced him not to. and I'll talk about the fraternity stuff as a whole because that hapend at the same time. and so the entire investiaion hapenedl a bunch of peole tietiefe on my behalf. three or four on his behalf and then we went to trial. it was after the conclusion of the school year, held in this tiny converence room, abuot the size of a small bedroom. I sat in a chair two seat next to him, qwhich was quite unceormoratedble. dean casteen not the former president but the femal dean, she was the hearing chair. and the way it works is I gave my opening statement, he gave his, we were both indiviually ueqistons, we coul redpond to each other's stamtenet.s

(was there a jury?)

jury yep ther were three popele, one graduate suatn, one undergrauet and one faculty member. who made up esnetialy the jury abd it had to be a unianmous deiciosn on their part. we like the graduate stuatents beuaset hey attract a difent crowd than the undgretads which is a southern conservative type of person. the type of person who enters the universty it's just diffent and I lucked out caues I did end up with a slightly more liberatl crowd on my jury. I'm not sure about the faucltyy memer but I know ehs' not from vifginia sothat's good from a bible belt no alcohol bias.

so it sucked at the trial beuase he didn't prepare any of his statement, he prapened them that day, whereas mine were printed out and prepared, he was scribblign them on a napking with his laweyr. this should have taken 3 hours but it took 9.

at the very beginig of the trial they read the charges and he just sat there in silence, a long silence, 45 seconds to a minute, and he turne dto his lawyer and said "what do I say" and he said "not guilty?" just a little insight into that. and what was he waring? of course **all uva colors and a uva pen and a uva tie**, like a univerity man. it didn't work for him in the end. he tried to argue that beuase I was unhappy at the univeristy I was making this up, to which the board rebutted, generally when people are unhappy they don't make up things that make them more unhappy. he also argued I was never wearing pants that night, it was januarty probaly 18 degrees, they questioned that. he also tried ot argue that I

only had one or two sips of whisley which was incorrect, it was a liter bottle and it was two thirds full and by the time I was vomiting it was less than a qurter fiull so that's a large amoutn consumed. evne if I only had a quarter of that, I'm 110 poudsn and had never been drinking in my lifea nd he knew the true reason I didn't drink so it wasn't as if he exptecetd me to be able to drink a large amotn and be fine. other arguments made – of course the general crazy bitch arugment, she just awnted me so bad but regreted it later. but that didn't work buas he was arguing – he dn't argue that the esx was consnetula, he argued that no sexual contact occurred. which was a bad move on his part.

(was evidence presented of of the oteh two icitms)

yes the evidnece of the other two victims weas the reason my trial was so delayed. esnetialy the uva panel, they have like 23 attonrsy and they went through to make sure they coud't be sued for allowing them to come in and give testimony as pattern evidence for my trial. so **the first woman when contacted said** <span style="background:black;color:black">████████████████████████████████████</span>

<span style="background:black;color:black">████</span> **and a witnesse stamtent from the third waoman was used.** ████. my lawyer and I decided that you can't argue with paper and you ca'nt cross examine paper. so we did no witnesses. his witnesses weren't granted in the pre hearing beuase they were character witneses.

(statements, what were they considered – were they testimony? what were they called)

theyt were just included as student interviwes. and they were presented as pattern evidence. but it's very complicated, so I'm sure you've seen dean eramo who esenetially head the sexual misdoncut pooilcy, she's been interviewed bout how hundreds of people have been expelled due to the honor cod and none for sexual misconduct. and **I asked her about this during the mock trial during take back the night week, and I also asked her privately, what does it take for a student to be expeleld for a sexual midsdoncuet offnese? her answer has always been "multiple assaults by one perpetrator."** every time that's what she has said. obvisly it's rehearsesd and there must be reasoning behind it. so **I had assumed great, I have two other women, they have come forward they have notified this school in some form that this hapend, the dean of student was notified of both of these events, in my mind that meant mutliple asaults. but accordint to the school it means multiple formal complaints filed.** police report doen' tocunt. it has to be **through the sexual misdsoncut board** formal complatint. ther's aslo the informal resultaiotn process which dones't count.

(it doesn't?)

well I dnot' know I did'nt get a definite answyer. but beucasde sancitoning doesn't happen in inforal resoltuaiton process the dtermination of guilt isn't there

[I tell her I've wonderd whether that's ok under OCR guildelnes]

I don't see how it's legal, and if you compete that it's revoked, you can't have a formal complaint

(I had told the unviersity that two women had testiifed – but tehcially they didn't testify. was there some other terminology?)

they acted as witnesses to my case I would think

a report can just be a notification. with their new mandatory reporting guidelines a report can include just the naem of the survivor. so that wouldn't be a comlaint. the complaint would be the survivor coming forward sand makinga copmaint. theyr'e making a new policey that s supposed to come out next year that's going to be

they dno't help out the polic eand the police don't help them out, even the uva police int ehir invetiagion they don't share information.



(during the trial, you sawt actross from each other?)

we sat cattycorner from each other. it didn't feel like ther was even an attmept to put space bewen us. but at least he wasn't behind me, that's scary to me. and second of all he had the most extreme streess rsarh aoudn his neck he had hives, he was sweating bullets, so there was some rcongiieton that he was in hot water. even though I still think he dins't think he ddt anyting wrong.

we all used the one bathroom. I had a bunch of suporters with me, he had no one, yay, and when he used the bathrom he came out nad there I was.

(9 hours, include delibration)

I tink it was close to ten with the delibration included. **it took them an hour and a half to deliberate. it was surprisingly quick.** my entire party had gone out to get food cause it was late and we were hungry. so they caleld us and we had just sat down to eat so they waited and we rean back. and they had more time cuase he went first to hear his own sancitniong, so I went back, they delivered the sacntion.

(they found him guilty first)

yes before sancitioning they found him "**repsonsible**," that is the phrase of "**nonconsetual sexual contact,**" "**nonconsentual intercourse**" and "**sexual harassement.**" the one I'm surprised he was not found erponsiblef or was the berahicng of the no ocntact order and not found reaposnsiblef or – oh I forgot the name of the charge but taking advantage of a person by makingt htat person incapcaited. that can be found on the website. so yes three seaprat charges for my cases he wa found responsible.

(relief)

yeah at that point **I was so relieved, because I was like hes gone!** **cause he's a mculpele asaultnat, id been told that so many times that that**

RS004486

**was groudns for explusion!** I can even forward you an interview she just did where she said so.

(is that the one with a student organization – wuva)

oh you saw it. yes, well she said it about a month before my trial, and a couple weeks before my trial. so I was thinking when the finding of responsibility was given **I assumed that meant he was gone cause hew as found gulty and ther were women who came forward who gave their stories in my own case and said he id this to me.** and ther were witnesses to tehse cases they were found to be believable when the final report came out three weeks after the trial. so when I came back for the seancitning I was like "I'll never se this amn again, this is gougn to be good. I'm going to get back into the swing of things."

. so **I was just excited that he was going to be gone, caues everything I'd heard was indicative that he would be gone.** and then I hear that he's got a one year sentence with mandatory sex offender therapy, saying that the thraepist had to be in contact with the dean of student officeit omaek sure certain checkpoints were made. **that's all he got, a year. a year?** and excellent mental helathcare. and he's superwealthy and lives in ▮▮▮▮▮. I assure you it'll be in a little rehab center tha's in a mansion on the ocean, if he winds up doing it, it's gonna be a walk in the park. and they said "well we'll able to tell if he doesn't acatualy mean it" but no he's manipulative, and from my convdieratpions he's exhibited this past bhaeivr and gotten people to believe things, I have no doubt that even if he gets to some poitn of understanding that whrt he did thad an impoact on me he won't say what he did was wrong.

espeically what's making me realize **with this jesse matheews case, it makes me realize what can happen**. more likely than not that's whats going to happen, beuas ethat's the patten or bheiaovr for these type of asautinats.

(did you ever clarify why they didn't expel him, since there were multiple victims)

I didn't do that til I filed my formal appeal. so after we recieve the sanction and everyone's packing up to go home and I saw dean casteen and ermoa nad said, "I know he's going to come back and pretend he still goes here, and go to social events and he's going to come back, in order t make it seem like he wasn't found resposible of rape." and they said "okay we'll issue a no tressspass order." and they did so mmmeiately. however **he can still attend ticketed public events, and so he's been back for two football games and one very large off groudns party called block party**, all the student in resdinetial area open up their hjoems **I saw him there, I saw him at he first football game and at ntoehr home footbsll game** so he's obivuosly not taking it very seriously and makitng it seem like he's not a rapist. **so that's been realy tough**. and

but so **a couple weeks after my trial I learned my case was going to be used as a case study for redesigning the new sexual misdcuoct policy and I was pissed. I'm going to let them write into their policy that its okay to rape one women and asasult two others and let him come back? no way!** so

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████ **I felt that way too, "I dont wan tto ruin someone's life." bur hten I was like he ruined mine and he's ruining more. so maybe I ruined his life but think of all those lives I could be positively impacting.** so that was the trial.

████████████████████████████████████████████████
██████████████████████████████████████████ , and when I frist decied that was a reasonble way to get him out of high risk situaitns. cause with being in a fratenirty there's a lot of alchool, a lot of women, a lot of drunk wmen.███████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████



(and the other frat that lost their charter was reinstated)

the others were reinstated beucas etheir national didn't' revoke them I twas the ifc. but this ▮▮▮▮ was the beta chapter so it was the second chapter

(oh I din't lreaize that's how it works)

yeah. we at sigma kappa we are theta zeta so we're not quite that ancient. but they were revoked by natonakl and the ifc, whereas pika was just ifc and if they cooperate then theyr'e reinsated.

if you thikn about it – **my assailant is unbelievably wealthy, talk about white male privlege,** ▮▮▮▮▮▮▮▮▮▮

[redacted]

so I think from your perpeiceive the omst impornatt thing to take from this is that **uva doesn't want to expel. they say they do but even given the circumstances, they found the reasons not to. and it's to protect themselves from lawsuits and from bad publicity** and to protect themselves indivually the members rof the sexaul misodncut board, and they aren't protected, which sucks. [sigh] I've had a lot of academic suprort, ive' been able to call the dean of student ofice at 1 am bursitng into tears, ive' had good epsienrces with them, I'e haed great wepinces with some people and yet they are able to be sueid for tens of milisonf of dolars. and so on that front I feel for them. but **the university as a whole seems to be too scared of negative publicity and lawsutis that can go along with an expulsion** beuase its' not striclty deinfed in title ix so that thte's no threshoold.

I would bpint my story on beta bridge – you know beta bridge? one of my runnign jokes was that I was going to paint "don't talk to this adshole" if it meant protecting my friends. [redacted]

[redacted] and they seem to be tied to franteity events hwere these assaults were encaoruegsd. th third was at a rush events wehre pldges were given an hour to find the most attradtive date, and it seme sto be whoever seaxually went the furtherst with tehir date will have the less harsh hazing. that's' what it seesmf rom the outisde. cause other women I know went to the date fucntion and reported "myd ate was pretty handsy" and "I hooked up with him and didn't plan on it" and now that I've trained my ear for it the litlte arlem wnet off. and I alsoi fel so bad for the wom n- she still atetnds nivesity and her aidnetity was made known toe the univesity and whatever retatlition she has ben receiving has been worse than mine.

(you were retaliated against?)

**they threw bottlecaps at me.** that was I was out at a restaut I was out with some girls from my sosroity and we left our talbe and when we came back sigma nu had taken over and as I was leaving I felt thinks like little rocks being thrown a tme and ther were beer botlecaps being thrown at me, one hit my sosrityt sister. no doubt in my ind why it hapend. and actually the fdatneity presidnet was tehre when I went to grab my bag and he had disppeared. so I think it was willfully ignrant.

his name being published, I woud'nt want thtat beuase he would sue me.

I'll send it right now. I'll also sendthe response to my apeal and from the judicial review board, because thts' the only official uva odcumentation that explains what it means to have muleiple offenses.

and here's the best part. while we remain extremely troubled by his behvior and the allegaitns of misdoncut the

I don't have the right to share the witnesse shatements beuae I'd be violating the honor code and god knows I'd be expelled for that.

and I'll include his letter about my appeal for a little enterteinmanet factor.

and mr [____] that's his naem yo'ul see it everywhere, in his reposns he also noted that techncialy it dind't count as another report, event hough it wa reported itw asn't a report, it's not a compliant, so those semantics are bothersome.

[she begged me to please redact the names from the documents before I forward to fact checking, I agreed that I would]


**Sara Surface** called 10/ 23

I talked to alex, wanted to find out about whats goin on with the article (hwen was the last teim we talked? was it before I wrot the draft?)

yes it was before you talked to teresa

(to who)

teresa. sullivan.

[I tell her about it]

to the extent that we've created any progress with survivors, I worry the aritlce will stunt that and create administraie distrust. being a survivor advocate on campus I'm concerned. is this going to include the other case?

(which other case)

"Stacy" s

(yes)

obviusly in sexual misconduct board cases nobody wins and I think tats the case at many many schools

[I tell her that I htikn it's kind of absurd that universities are educating these things at all, but that's not what this article is about. "Stacy" s case maeks it pretty clear just how far the univeristy will go to not expel somebody]

but the other two people that claimd to have been assaulted didn't file cmplaints and one didn't think they were assaulted. you just, from my understandin its not legally fair, it's not legal to, I tink the school took a big leap even allowing those girls to even testify in that case. bexause usually if it's something wehre they ddin't do a formal investiagion it doesn't hold.

[I explain to her how this is just the univeristy's way of avoiding expulsion – how it says in the appeal letter that the other girls wre simply there to bolster "Stacy" s credibility. meaning hwat? that her word wasn't enough, it took three girls to get a single guilty verdict with a year's suspension.] [I also mentio hoiw disingenuious the unveiryt is being, that dean eramo said in the student media that they've never had a case of a repeat offender]

that was the worst interview ever, did you watch the whole thing! and tah st' not what she meant, I talked about it wit her and what she meant to say was that if they had reports by mutliple victims

[if she meant to say that then she shud have said that. believe me, she knew what she was saying. that's something the univeristy has been doing quite

a bit of, hiding behind semantic games and then petending the whle thing was a misunderstanding. I know this is hard for you to hear because you feel loyalty]

it's not – it's just that I see them meet with my friends and provide excellent support and see them go through stuff that's so much harder than even wht I go through as an advoate.

(look I'm sure dean eramo cares, I imagine she's doing the best she can given her psosition)

**I 100% look at dean eramo as an advocate through and through** to the best she can be in her positon. and it's so frustring when you invst yourselfand your time and into this issue adnyo're not going to make everyone happy and for that to be criticized in the media it beats you down.

but look I wans't calling you to defend them I just nwated to, I guess see wher things were.

(well let me tell you about the quotes I used from you, lmk if you want your nmae used with them)

[I read back the one about ███████████████, she gets upset, says she doesn't remember saying that, she'd like to hear that recording, then says "I feel like that's where I asked you if we could go off the reocrd so I can talk candidly," i tell her there was no off the record, only NFA. I tell her I didn' tuse her name anyway. then I read her the quote about ████████████████ she had texted me later to say she had some reservatins abou tthat]

yeah I felt it wanst fair for me to comment on the ████████████████, but I'm fine if you use that quote, can you not use my name then?

(okay but then your name woudn't be in the artilce at all)

that's fine. take it out. I'll think about it a little bit and then I'll let you know.

im' acutally in dc I'm headed to the white house, I'm going to a round table for the its on us campaign. I also wanted to talk to you about whether jackie has talked to you about her resrvations about using her name?

(I talked to her Tuesday and she was fine with using her name)

oh that's so weird I had lunch with her wednedsay and she said she didn't! I'm so confused

(I can asusre you, she told me servarl times she was good with using her first name)

she also told me about ███

[I explain to her about why I have to call him, she says ok she gets it, she'll call me tomorrow or monday


**Alex Pinkelton** 10/23

[what's the deal with sara surface – she just called me to defend the administration]

she works with adminsitration closely on sexual assault preevntion with the hoos got your back

can you read me my quotes

[I read her all, including the unnmaed ones, shes' happyw ith them]

[we talk about jackie]
    I don't know how well she's goin to deal with the criticims of "why didn't you go to police" and already seeing that makes me worried that people will demand to know who she is, or some people are gonna know wh it is, and the fear there is that admisntraiton cldn't do anyting bcuase shedidn't report or didn't' go through

    [we talk that through, then talk about ███, I explain why███ has to be contacted, she gets it, says she'll talk to jackie in the enxt day or two]


**Sara Surface** ███████████, ███████████. 10/26
    [I read her quote to her, she says she wants to use her name]
    [I talk to her at length about this story and why she should be behind it, why she has no need to defend the administation, who can defend themslves. she seems more friendly when we get off the phone]

    doublecheck, how many people generally come to the take back the night rally each year? [liz seccuro was the guest speaker in 2010 and said hter were only like 30 peple there. but jackie thought last year it might have been more like 70 people]
    **I'm a third year.**
    (take bak the night -- attendance?)
    sara: I'd say more like 2-300 last year. the ampitherater was full, it was a very big space. I can confirm that with emily.


**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Monday, October 27, 2014 at 11:35 AM
**To:** Emily Renda <ejr5nt@virginia.edu>
**Subject:** Rolling Stone

Hi Emily – hope you're well! Glad to say the article's coming along – it's in draft form right now and it's been well-received by my editors. A couple of quick questions for you at the moment:

-How many attendees would you say were at last year's Take Back the Night vigil? (FYI estimates I've gotten from other people so far were 70 attendees; 100; 150.) Is that a typical attendance, in your experience, or was that on the larger side?

-How would you feel about your photo appearing with the article? You figure into the article as a survivor, activist and mentor/support for

Jackie. (FYI I talk about your own assault in the broadest of strokes. Sadly there was no room in the article for the full contours of your story, in all its detail, which frankly could be an article unto itself! Same can be said of basically every survivor I had the honor of interviewing.) And: If you're OK with your photo appearing, can I forward your contact info to the RS photo editor, so he can get in touch with you directly?

Thanks -

Best,
    Sabrina

**From:** Emily Renda <ejr5nt@virginia.edu>
**Date:** Monday, October 27, 2014 at 3:33 PM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Cc:** <apd5b@eservices.virginia.edu>
**Subject:** Re: Rolling Stone - 1 more q

Hi Sabrina--

1. So with those TBTN estimates, I think they're counting how many attend the Rally that marches to the Vigil (usually dubbed as TBTN as a whole). More people come to the vigil than to the whole night starting with the rally, so I'd say we had around 400 this year attend the vigil. In past years it's been fairly well attended at like 200-300, but there was definitely a bit of a boost in numbers both this year and 2013.

2. I think a photo would be fine--I just don't have many! I'm cc'ing Mr. De Bruyn from U.Va. communications just to be sure that's fine, but I would assuming there's no problem there, so feel free to forward my contact on.

    Sorry this didn't come through earlier--think I was having some server connection issues with my computer more generally this morning.


On Mon, Oct 27, 2014 at 11:38 AM, Sabrina Rubin Erdely

Erdely <sabrina@sabrinaerdely.com> wrote:
Hi again Emily – sorry, one more question:

What was the date of your assault? In my notes I typed it down as
October but must have missed the actual date.

(PS. Hope it hasn't been too stressful for you around the anniversary,
and that you're doing well.)

    Best, s


**From:** Emily Renda <ejr5nt@virginia.edu>
**Date:** Monday, October 27, 2014 at 10:48 AM
**To:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Subject:** Re: Rolling Stone - 1 more q

It was ███████████████--taking the usual steps to be kind to myself
this time of year. Hopefully the writing process is going well!


    Veronique Valliere
**From:** Sabrina Rubin Erdely <sabrina@sabrinaerdely.com>
**Date:** Tuesday, October 28, 2014 at 10:39 AM
**To:** <ftsdrv@ptd.net>
**Subject:** Rolling Stone

Hi Dr. Valliere – it's Sabrina from Rolling Stone. Hope you've been well.

I'm writing because I'm seeking your expertise yet again on another
story about sexual assault – this one about rape and rape culture on a
college campus. Have you treated men who have committed sexual
assaults at college?

If so, I'd love to speak with you by phone about a question my editor
has raised, about the impact a rape might have on an offender. Since
so many offenses go unreported, he'd like to know about the long term
psychological and behavioral repercussions for men who rape at
college, and then get away with it. He wonders, does it have an effect

on their outlook on women, on their sense of selves, on sex, on their behavior? Does it make them more likely to rape again?

Let me know if you're interested! I'd love to talk at your earliest convenience – this week, if humanly possible. Thanks so much --

Best,
     Sabrina


**Veronique Valliere** psychologist who specializes in sexual assault, has evaluated & treated thousands of offenders ftsdrv@ptd.net cell: <span style="background:black">███████</span>.
10/28

(two related questions: does the act committing rape change a person? and then: does the act of not getting caught help to create a serial offender?)

it's defintly both. typically offenders don't' go to colelge and then become rapists, there's something already there, eiher characterolotgically or sexually. **there's basicaly two pathways to speak to rape behavior. one is "I'm deviantly aroused to noncosnent, I get off on taking it without permission."** so in tehir sexual arousal seeks that noncnensual nature, whether she's passed out or coerced or phsyically forced. **but the other thing that may be more covert and more pervasive is the kidn of character pathway to offending which is "I'm entiled, I'm better than you, you deserve it, I'm gong to take what I want despite the fact that it's nonsosnusal."** so the first is "I'm getting aroused BECAUSE it's nonconsensual" but the latter is "Im getting aroused DESPITE the fact it's no nonconsensual. you see the difference?

**so if you think you're special and think you can take what you want when you want to, if you lack empathy and have limited accountability, and especially we see in college and in athletics, we see "I'm special because"** – fill in the blank, I'm good looking, I have money, I have value to the community, ie athletics. and that gives me special priveleges that puts me above the rules, above you. so you combine that with the social aspects that devalues women with the whole socialization which we've raelly gone backwards in terms of pornography which is that women are there to be used, **and you get the notion that if you're speacial you should take what you what, and in fact she should feel LUCKY to be screwed by you.** and because the other person isn't important they're just an object to the offender who is narcissisitc, the fact that they're passed out or ashamed is menaingless to them.

**a normal person, if a girl is throwing up, or passed out or peeing their pants, that would put a guy off. but these guys don't give a crap.** espeically in a frat and gang or train type of situations, that kind of group mentatlity more objectifies the victim and discregartds the vicitm and makes that vicitm an object for the utilization for others.

**and so three proceses happen to the offender when they don't get caught. one is that sense of "I'm above the rules, and see, this isn't a big deal" happens, so it reinforces the narcissism. but it also reinfrmce the**

**minimization, like "if it was really bad woudn't she have told?"** so they use the vicitms' own shame and self blame and embarssement to reinfoce that it wans't really a big deal and what else would she expect if she came tot his frat house and frat? it reinforces that the victims expect and anticipate these sexual assaults. and the victims' nonresponse corroborates that.

and then there's the reinforcement they get from tehir own community, the bystanders. the peoel around them buyt dn't cpariticpate but don't intervene or are coeerced ito intervneing if it's a train or a gang rape, the guys who dn't say "hey this is meessge up" reinforce aht idea too as well as contribute the offender snse of his power and sense of status in his commnity. so by the times thes tguys get older and they get overly comfortable and they d'nt et away with it as much becusd pepel start to tell, tey talk about those things. and **every experience is ifnroation gathering as well. they learn how to get away with it better next time.** so for isntance, I rape somebody at school, and then I hear she's making noise about it. and I wasn't nice to her. and I havent effetively trashed her or groomed her not to tell on me. I'm going to learn to text her next time the next day to say "hey beuatiful thank you for last night." they adapt and figure out how to get away with it. how to manipulate, how to influence the truth of the victim. so if you rape somebody and then say "thanks youre so sweet, by the way I dind't know you were that hot with your cloteh s off" the vicitm is confused beucse tha'ts not what rapists do, right. so it plays on their uncertainty and plays on her feeligns that she may have cooperated by having that extra drink, by making out with him, it contirubtes to alt that tuypical conufiosn that emerges from the victims themeves, "maybe he didn't really udnertsnad htat thies was rape," or "maybe he was drukner than I thougdh and iknow what hw as aws doing, beucasde if he knew he was raping me hy would he text me the next day."

[I tell her about how I talk a lot about serial offenders in this article, but that my editor is curious about how a "regular guy" might be affected by raping someone – not necessarily a serial offendr, but a person who commits a rape. she snorts at the idea that ther's much of a distinction]

the way offenders nad espsically serial offenders camouflage themselves is by looking just like us. however **there are certain nexus points where a regular guy goes home and a rapist rapes.** you see what I'm saying? **so they try to walk as close to the "regular guy" idea as they can so when they reach the point wehre a normal guy could see how it would happen but never would do it themselvs. and the reason is because the normal guy goes the fuck home.** it's like "oh she's passed out, time to go" or "this feels a little bad" cause lots of times normal indivuals can't get an erection in an anxiety provdking or uncomfortrable situation.

[I tell her about the gang rape scenario in my story, how that happened to one participant, he ended up submitting to peer pressure and using a beer bottle, my eidtor wondered, given that he didn't seem inclined to do it in th first place, would that change him somehow]

it crtainly would change him somehwo, but would it make him deviantly aroused by rape? no. would it make him need to exampine his own ability to deal

with coercion or his own gang mentality, he needs to look at that, that's still in his character. it still reflects his character, what about his character did it relect? his need to be accpted, fear, whatever. **it a group sitaution like that there are going to be ringleaders and people really psyched about this, and compliant participants who aren't really into it.** and those are two difent isseus. not to say it' not typical rape behaivr. whereas **the guys who ringlead this have probalby already commited rapes and now want to up the ante, they want a litlte more excitement. and they rblealy want further affimation of their own deviance**, whether it's their perosnality deviance or ther own sexual deivance. they're like the pedophiles, now that he's raped his own kid, going on line and seeing who else is raping their kid is a hugely validating and invigorint expeirence.

but my guess is the guy with the beer bottle is prbably the guy who confesed the uqickest.

(it was never reported, no one has ever cnfeesed, but I see hwat you'r sying, that he would be the weak link)

he would be the weak link beuse he was very reluncant and could not perform. but the dyanmics in a group rape situaiton are not exaclty the same as those of the indiivual rapists. those are serials rapists in a group rape sitautions, so you have to looka t he response of every individual. but **one thing we know about group menetality is the sense of indivual acounaiblity deterioates. but there's still soboeody creating those dynamis in the situation, and it still reflects some level of acctapnace. like if they all went to put their penis in a dog someone would say "yo dude this is fucked up" so it still shows a mentaly bout mea nd ownen and how women can be used as objects. because no on felt the abilty or the empowerment to say "you guys are sick."**

so those situations tened ti mirror a pervasive sociatl attitue that won't ncesaerily be activite if theyr'e all normral guys. there has to be an institgator.

the other thing that whole "bros before hos" sayhg? that's sort of that, isn't it? beucase a whole bunc of guys raping a young woman, biscaly forcing her into the role of whore, and then

(what's the the funcitn of a gang rape, socially speaking? to bind the group together?)

a gang rape serves to bind them together. **men are smart in that they don't trust loyalty so they're bound by having shit on each other. and that's why they force everybody to participate.**

ther's also kind of a weird male fusion somehow around sexuality – beuacse you don't just see it in gang rape but in women bashing. and if you d'nt youre pussy whipped. you also see it in dads who thikn "let me give my son my porn magzine," like can you imagine masturbating with your mother to a dirty magaizne? but if a man takes his son to a hooker - thers' this distorted bonding around sexuality as if **you're more of a man if you are degrading a woman**. you see that in gangs – I think its' also male domination over men. you get **the ringleaders and their own sense of power gets reinforced if they get other men to act out sexually.**

imagine if you have a deviant character and yo'ure realy into yourself and into your own power and influence and domination, women get passe after a while, but if you can do this with a group of big he men can you imagine ho amazingly gratifiying it is, how it einforces your status as an alpha.

(I also talked to someone wh was a member of a fratenirty in the 80s where there was a train sitaution, he didn't take part but he felt that this was just part of the party scene at the time – that intoxicated women were available for eveyroen to have sex with. and so I wondered what that type of reinforcing behaviors mgith have on a person's psyche, if these activities are being culturally reinforced, he knows that they're probably wrong, enough tart he knowsnot to talk about it outisde the fratneirty hosue)

**I don't ever believe it when people are like "that's just the way we party" beucase if it really is that normalized they're going to talk openly about it.** like racism, we don't publicly talk about it anymore beucase we're aware that it's bad. **it's just the egocentirc way they want to maitnain their own self image and think that they aren't "that guy."** we all have our ways in our poor behaivor in thinking we're not "that ugy." you may have had a few drinks and get behind the wheel but you're not a drunk driver because you're not "that guy.s' it's a common behavior to make peoel comfortable with his own misdeeds. **there's no way that guy thought that's the way we party.** I'm sure he didn't tell his wife about it so casually. I'm sure he wuldn't go tell his kids about what frat life is like like htat.

it's easy to lose the compass nedeel becuase it's easy to get caught up in all the side

sex offenders – between evaluation and treatment I've seen thousdands of sx offenders. in the last three years like three hundred evaluations and that doenst even inclue treatment.


**Jackie** ▇▇▇▇ 540.422.3118, **left msg 10/23. texted 10/27. left msg 11/3:**

[jackie, it's sabrina from rs. I undestadn you're scared, but we're in the home stretch with this article. I handed in my final draft on friday. we're moving into the production process now. if all goes accorign to plan this rticle will be shipping to thep rinter in less than two weeks. and I'd like for you to be included in this process. so we need to discuss that, and we need to talka bout the whole proces about what comes next, what the next cuope of weeks areg ogin to look like, and how I'd like tfor you to be ivnoved.]

**she called back finally.**

he's the one person in the world I'm most terrified of – I guess I never even really thoguth about the fact that, I

I have no clue what he's capable of.

**I'm getting a lot of pressure too from the denas office with them figuring out what to do about the article. honestly I'm glad the arcticle's comign out beuase it's a stry that needs to be told.** I ope that it'll open up a door for surviors to come and talk and not be afraid.

it's sill scary but I think this article is going to be much better than the uva alumni one is putting out. what this woman has quoted me I thin sh'l paint it so that they're a buch of mentally unhinged women traipsing the groudns of uva, crazy and drunk.

the quotes she was using, the qutoes she was using annie made her sond psychotic. taking away her credibility.

[mom]

my mom and I – she comes from a time when she says you don't air your dirty laundry, she said you should never have talked to reporters to begin with. it was like something that afefcted the whlefamily and I tod her it was my choice. it got mesy with her. we're speaking but we haven't spoken about that.

sara

**dean eramo does not want my name in the article at all. she said if my name was in the article then this and that. shew anted me to talk to someone in PR about it.** so I talked to alex, and alex was like if you dn't care then hae it. and sara was like if you don't want it then don't do it. and alex is like so many people already know who you aer. **for dean eramo it's a huge deal. I tink she's upset because I told the uva alumni magazine that id d'nt want them using my anme.**

[you woried about retribution frm him?]

to me that's something he might do. I have no clue. **all ik now is that he ws so sure I was never goona tell anody that almost a month afterwad at the pool he thanked me. what human being does something likethat. t me he's a total sociopath. and everytiem I am aroudn himwhich has only been twice since then everything in my body freezes and I cn't talk and I can't form coherent thoughts and eveyrhign about him completely terfiifes me.** andi don't know why that is, I ve talked to the hteroapist, why am I more affira do him than the boys in that room because they're he ones that assuated me? but he is the person that I am completely terifd of. and everyting that, even the thougth of him relaly scarees me. and mabe it's because I trusted him so much and so it made me question my own udgement, id ont kwo what it is about him that someoen can be that evil.

**I think to myself all the time, if I never talked to him - cause I was the one who intiated the conveation the first day we worked together, we were on break the first time, I asked him his major, if I hadn' ttalked to him my life would b so different.**

[blaming yourself]

**I go back through al the thigns I could have done diffently.** I say to myself why the fuck did I put my avaiabilty down on a Sunday. why did I do all the things that I did the first month I ws here? why did I talk to him? **why did ithink an attracive thirdyear wudl want anytign to do with me? now I'm like that's a warning sign. bu I was so niave.** and I kick myself in the ass about, I

RS004500

was the one who ssarted a convaetian the first time we eve spome. he came to the guard room, I said "hi Im jackig, I'm a first year I just ated working here," and he asked me what my major was gogn to be and I said I hadn't deciced

why do you thikn he never even touched me that night? **he didn't even touch eme other than hold my hand going up the stairs**.

[we talk about my interview with valliere, what she said about ringleaders] even when I got angry I din't get as angry at them as at him. **it was all focused on this deep hatred of him. ther wasn't even enough left for the rest of them. I don' tkow it's so fucked up but a part of me almost feels bad for them.** id ont know why, I feel like part of them feels like they wer manipulated the way I was, envough they they hurt me. its almost lieit this idea of broterhood, I'm readng this book called the bro code in oen fo my clasess, a culture of sielcne, of privege and shit I forget he last one, and this guy in my class was like I d'nt think this exists. but if one goes down they all go down togehterso you can't tell on one without all of them getting in trouble.

[I tell her more about my itnerview with valliere, how its not really about the sex, it's about the power and the loyalty, the bond theyr'e creating]

that one guy when he coudnt get it up, he wans't tth eony one who had trouble. **only two of them actually finished.** the rest of them were just like – **one guys was like "I'm tired man. you can take a turn." I threw up in my mouth when he said that.** I got to a point when I ddn't een feel ike I was there anymore. know what was hapeign but at the same time I didn't. it as almost like an out of body experience. **I just disassociated. and I could tell what was going on kind of but I just couldn't be there**, and so I wasn't. so like after the fiist probaly hafl an houri dnt reember what w said, Ijust remember looking at the clock. I remmber the smells and the teime. but what was being said or the exact sequcne, who was touching what, or whate veryeone wa doing I don't remember. and it's not like I was drunk it was like I wasn't there.

annie said that ████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████

**I stil lhave nightmares about it. I don't hve a lot of nightmares about eing in the rom, it's alawya abut going up the stiras ad I know wat's going to hapepn neext but I can't stop myself. andi always wake up before I get tot eh room**. and therpaist said to me, can youimagine yoruself walkidng down the strairs?

I'l be intersted in people's resposes. **people have been telling me and alex that we're sposed to be proetecing this universty and not trashing it. and then othe rpeopel are like well thigns need to change. and ten I have a third group of friends who at first were suprrotve but now beusae of hannah graham and the suidie theyr'e like has't the univerity had enough?**

a suicide of a boy, a couple of weeks ago, it's been kind of insane here. two student deaths. they found hannah's body four days afterwards. so uva is all over the place right now.

BS004501

about half a year I was raped I was the most depressed I've ever been I went to a psychiairst to get antidipatresina and he asked me what ws going on, and I told him that I had not the most fantaistic childhood but then I wnet to colgee and htings looked like thy wer turning around and now eeyrign fell apart and now I feel like I have nothing to live for. and he wa slike sometimes things have to totally fall apart to start buidlig thigns up again. odon't see it as a failure se it as a life process. and I was think go f uva like that, that we've een on our high hours for so long maybe it's time to hit rock botom. sexual assault is smething tha's been going on here for so long and even though what hwepnd to hannah dindt happen on gronds, ti's still releant. beucase in charlottevlle women can't walk on capus how awful is that. so I think that uva is going to have to do some eairous restructuring. about stuent helath and stafety and I want the ifc to ccrack down on fraternities.

Tuesdays all day, and Thursday before 3 is good for me. email to set up the time. I'm bad at having the phone on me all the time.

(use your first name? how are you feeling aobu tthat)

that's fine as long as it's just jackie.