IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| NICOLE P. ERAMO | ) | |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 3:15-cv-00023-GEC |
| | ) | |
| v. | ) | |
| | ) | |
| ROLLING STONE LLC, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |

## MOTION FOR LEAVE TO FILE SURREPLY

Plaintiff's Reply (Dkt. 110) not only raises new arguments not made in the original Motion, but also misstates the law and facts relevant to Plaintiff's motion. Stein Mitchell respectfully requests leave to file a Surreply in opposition to Plaintiff's June 10, 2016 Motion to Compel (Dkt. 88). The proposed Surreply is attached hereto as Exhibit A.

Stein Mitchell repeatedly notified Dean Eramo that any motion to compel production would be untimely. Dean Eramo's motion completely ignored this barrier to the relief sought. *See gen.* Plaintiff Brief (Dkt. 89). In opposition, Stein Mitchell raised this argument and others not addressed by Dean Eramo's Motion. *See gen.* Respodent's Opposition (Dkt. 91). In her Reply, Dean Eramo for the first time addresses the untimeliness, of both the subpoena and the motion to compel. Therefore, Stein Mitchell respectfully requests the Court grant leave to file the attached Surreply.

Dated: July 15, 2016                        Respectfully submitted,

                                            */s/ Rebecca Ruby Anzidei*
                                            Rebecca R. Anzidei (VA Bar No. 46346)
                                            Philip J. O'Beirne (VA Bar No. 71956)

1

STEIN MITCHELL CIPOLLONE BEATO
  & MISSNER LLP
1100 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
Tel: 202-737-7777
Email: ranzidei@steinmitchell.com
Email: pobeirne@steinmitchell.com

Palma E. Pustilnik (VA Bar No. 73337)
CENTRAL VIRGINIA LEGAL AID SOCIETY
1000 Preston Avenue, Suite B
Charlottesville, VA  22903
Tel: (434) 327-1443
Email: palma@cvlas.org

Steven D. Rosenfield (VA Bar No. 16539)
Jeffrey Fogel (VA Bar No. 76345)
913 E. Jefferson Street
Charlottesville, VA 22902
434-984-0300 Tel
434-220-4852 Fax
Email: attyrosen@aol.com

*COUNSEL FOR RESPONDENT*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Leave was served on the below counsel on July 15, 2016, via ECF.

Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com

*COUNSEL FOR PLAINTIFF NICOLE ERAMO*


Elizabeth A. McNamara (*pro hac vice*)
Samuel M. Bayard (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 603-6437
lizmcnamara@dwt.com
samuelbayard@dwt.com

W. David Paxton (VA Bar No. 19798)
Michael J. Finney (VA Bar No. 78484)
GENTRY LOCKE
10 Franklin Road, S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone (540) 983-9300
Paxton@gentrylocke.com
finney@gentrylocke.com

*COUNSEL FOR DEFENDANTS*

                                                  *Philip J. O'Beirne*
                                                  Philip J. O'Beirne (VA Bar No. 71956)