IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

Nicole P. Eramo

vs.

Rolling Stone, LLC, et al

Action No: 3:15CV00023
Date: 08/12/2016
Judge: Hon. Glen Conrad
Court Reporter: Judy Webb
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)
Elizabeth Locke, Esq.
Thomas Locke, Esq.
Andrew Phillips, Esq.

Defendant Attorney(s)
Alison Schary, Esq.
Elizabeth McNamara, Esq.
Samuel Bayard, Esq.
Michael Finney, Esq.
David Paxton, Esq.

**LIST OF WITNESSES:**

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

**PROCEEDINGS:**

Parties present on Cross Motions for Summary Judgment filed at #97 and #101

Argument/Rebuttal/Reply

Submitted to court – Opinion to issue in near future

**TIME IN COURT:** 1:04 pm-6:00 pm   4 h 56 min