CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 6 2016

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| | ) Civil Action No. 3:15-CV-00023 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) Hon. Glen E. Conrad |
| ROLLING STONE LLC, et al., | ) Chief United States District Judge |
| | ) |
| Defendants. | ) |

This civil defamation case is set for trial beginning on October 17, 2016. On September 15, 2016, the court held a hearing on various pre-trial matters. For the reasons stated during the hearing, it is now

## ORDERED

as follows:

1. In terms of juror eligibility, persons employed by the University of Virginia, and spouses of persons employed by the University of Virginia, will not be eligible for service. If determined capable of fair and impartial service, students and former students will be eligible;

2. Individuals who have contributed to plaintiff's online fundraising campaign will not be deemed qualified for jury service;

3. The court will initially convene a jury panel of approximately 100 persons. A supplemental panel shall be drawn and be prepared to report, in the event that a fair and impartial jury cannot be seated from the first panel.

4. As to each panel, there will be a single voir dire.

5. The court will seat a jury of seven persons, with all seven to deliberate, and with the further understanding that if one juror is excused, six will deliberate, and if two jurors are excused, five will deliberate. No less than five jurors will deliberate, unless all parties agree.

6. The trial will be bifurcated, with a liability phase and a damages phase.

7. It is understood that the parties will simultaneously submit a short statement of additional argument and authority regarding the issue of republication, by close of business on Tuesday, September 20, 2106.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This __16th__ day of September, 2016.

                                                _/s/ Glen Conrad_
                                                Chief United States District Judge