**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

------------------------------------------------------------x

NICOLE P. ERAMO,            :
                            :
            Plaintiff,      :            Case No. 3:15-cv-00023-GEC
                            :
     - against -            :
                            :
ROLLING STONE LLC, SABRINA RUBIN   :
ERDELY, AND WENNER MEDIA LLC,      :
                            :
            Defendants.     :
                            :
------------------------------------------------------------x

### DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION
### OF SEPT. 22, 2016 MEMORANDUM OPINION AND ORDER

Pursuant to Federal Rule of Civil Procedure 54(b), Defendants Rolling Stone LLC,

Sabrina Rubin Erdely, and Wenner Media LLC respectfully move this Court for reconsideration

of the Court's Sept. 22, 2016 Memorandum Opinion [Dkt. 188] ("Mem. Op.") to the extent it

granted Plaintiff's motion for partial summary judgment on the issue of whether the eleven

statements remaining in suit are "of and concerning" Plaintiff based upon a misapprehension that

there is "no dispute" between the parties with respect to this element of Plaintiff's claims.

(Mem. Op. at 23).[1] The basis for Defendants' motion is set forth more fully in the Brief in

Support of Defendants' Motion for Partial Reconsideration, which is being filed concurrently

herewith.

WHEREFORE, Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner

Media LLC respectfully request that the Court grant their Motion for Partial Reconsideration;

modify its Memorandum Opinion and Order to reflect that it is a question of fact for the jury to

---

[1] While this holding was described in the Memorandum Opinion (*id.* at 23), it is not set forth in the accompanying
Order [Dkt. 189].

determine whether Statements #5-12 are "of and concerning" Plaintiff; and deny Plaintiff's

motion for partial summary judgment on this issue with respect to Statements #5-12.


Dated: New York, New York
        September 23, 2016


By:    /s/ Elizabeth A. McNamara
        Elizabeth A. McNamara (*pro hac vice*)
        Samuel M. Bayard (*pro hac vice*)
        DAVIS WRIGHT TREMAINE LLP
        1251 Avenue of the Americas, 21st Floor
        New York, New York  10020-1104
        Telephone:        (212) 489-8230
        Fax:              (212) 489-8340
        Email:     lizmcnamara@dwt.com
                    samuelbayard@dwt.com

        Alison Schary (*pro hac vice*)
        DAVIS WRIGHT TREMAINE LLP
        1919 Pennsylvania Avenue NW, Suite 800
        Washington, DC 20006-3401
        Telephone:   (202) 973-4248
        Fax:              (202) 973-4448
        E-mail:        alisonschary@dwt.com


        W. David Paxton (VSB No. 19798)
        J. Scott Sexton (VSB No. 29284)
        Michael J. Finney (VSB No. 78484)
        GENTRY LOCKE
        10 Franklin Road S.E., Suite 900
        P.O. Box 40013
        Roanoke, VA 24022-0013
        Telephone:   (540) 983-9300
        Fax:              (540) 983-9400
        E-mail:        paxton@gentrylocke.com
        E-mail:        sexton@gentrylocke.com
        E-mail:        finney@gentrylocke.com

        *Attorneys for Defendants Rolling Stone LLC,*
        *Sabrina Rubin Erdely, and Wenner Media LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2016, the foregoing was served by CM/ECF on counsel of record for all parties to this action. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ Elizabeth A. McNamara
Elizabeth A. McNamara