**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

|  |  |  |
|---|---|---|
| **NICOLE P. ERAMO** | ) | |
| | ) | |
| **Plaintiff** | ) | **Case No. 3:15-cv-00023-GEC** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ROLLING STONE LLC,** | ) | |
| **SABRINA RUBIN ERDELY, and** | ) | |
| **WENNER MEDIA LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S TRIAL WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Joint Second Amended Scheduling Order dated February 18, 2016, Plaintiff provides the following names of witnesses that she intends to call at the trial of this matter.

Plaintiff intends to call the following live witnesses:

1. Nicole Eramo

2. Sabrina Rubin Erdely

3. Elisabeth Garber-Paul

4. Sara Surface

5. "Jackie"

6. Alexandria Pinkleton

7. Brian Head

8. Stephen Scipione

9. Detective Jacob Via

10. Officer Benjamin Rexrode

11. Kathryn Hendley

12.    Sean Woods

13.    Victoria Groves

14.    Laurie Casteen

15.    Allen Groves

16.    Dr. Kant Lin

17.    Kirt Von Daacke

Plaintiff intends to present the testimony of the following witnesses by deposition designations:

1.    Emily Renda (*See* Plaintiff's Disclosure of Deposition Designations for Emily Renda, attached hereto as Exhibit A)

2.    Ryan Duffin (*See* Plaintiff's Disclosure of Deposition Designations for Ryan Duffin, attached hereto as Exhibit B)

3.    John Ritter (*See* Plaintiff's Disclosure of Deposition Designations for John Ritter, attached hereto as Exhibit C)

4.    William Dana (*See* Plaintiff's Disclosure of Deposition Designations for William Dana, attached hereto as Exhibit D)

5.    Jann Wenner (*See* Plaintiff's Disclosure of Deposition Designations for Jann Wenner, attached hereto as Exhibit E)

6.    Allen Groves (*See* Plaintiff's Disclosure of Deposition Designations for Allen Groves, attached hereto as Exhibit F)

7.    Patricia Lampkin (*See* Plaintiff's Disclosure of Deposition Designations for Patricia Lampkin, attached hereto as Exhibit G)

8.    Alvin Ling (*See* Plaintiff's Disclosure of Deposition Designations for Alvin Ling, attached hereto as Exhibit H)

9.    Michael Provus (*See* Plaintiff's Disclosure of Deposition Designations for Michael Provus, attached hereto as Exhibit I)

10.    Sabrina Rubin Erdely (*See* Plaintiff's Disclosure of Deposition Designations for Sabrina Rubin Erdely, attached hereto as Exhibit J)

11.    Sean Woods (*See* Plaintiff's Disclosure of Deposition Designations for Sean Woods, attached hereto as Exhibit K)

12. "Jackie" (*See* Plaintiff's Disclosure of Deposition Designations for "Jackie," attached hereto as Exhibit L)[1]

13. Sara Surface (*See* Plaintiff's Disclosure of Deposition Designations for Sara Surface, attached hereto as Exhibit M)[2]

14. Alexandria Pinkleton (*See* Plaintiff's Disclosure of Deposition Designations for Alexandria Pinkleton, attached hereto as Exhibit N)[3]

Plaintiff reserves the right to call any witness identified on Defendants' witness list, to call each witness in either or both of the liability and damages phases of the trial, to call custodians of records if needed to overcome any objection or secure admission of documentary evidence, and to amend this witness list to add additional witnesses that may become necessary, either for rebuttal or other purposes.

Dated: October 3, 2016

Respectfully submitted,

By:   */s/ Elizabeth M. Locke*
Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
Andrew C. Phillips (VA Bar No. 88880)
Joseph R. Oliveri (VA Bar No. 77152)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
andy@clarelocke.com
joe@clarelocke.com

*Attorneys for Plaintiff Nicole P. Eramo*

---

[1] Plaintiff provides deposition designations for "Jackie" in the event that she is unavailable for trial.
[2] Plaintiff provides deposition designations for Ms. Surface in the event that she is unavailable for trial.
[3] Plaintiff provides deposition designations for Ms. Pinkleton in the event that she is unavailable for trial.

Case 3:15-cv-00023-GEC   Document 213   Filed 10/03/16   Page 3 of 5   Pageid#: 12693

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Nicole Eramo's Trial Witness List was

served on the below counsel of record on October 3, 2016 in accordance with the Federal Rules

of Civil Procedure:

Michael John Finney, William David Paxton, and Scott Sexton
GENTRY LOCKE RAKES & MOORE
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9373
Telephone: (540) 983-9334
Fax: (540) 983-9400
Email: finney@gentrylocke.com
Email: paxton@gentrylocke.com
Email: sexton@gentrylocke.com

Elizabeth A. McNamara & Samuel M. Bayard
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230 / Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 / Fax: (202) 973-4448
Email: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,*
*Sabrina Rubin Erdely, and Wenner Media LLC*

Benjamin Gaillard Chew
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036-5303
Telephone:  (202) 585-6511
Email:  bchew@manatt.com

*Attorney for Defendant Sabrina Rubin Erdely*

Dated:  October 3, 2016

By:  */s/ Elizabeth M. Locke*
       Elizabeth M. Locke