| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 1 | RS001070 | | | Article | GROVES ; JACKIE; SURFACE; DUFFIN; STOCK; RENDA; WENNER; HENDLEY; GARBER-PAUL; ERDELY; DANA DX6/PX1 |
| 2 | RS004072 | RS004502 | | Erdely's Reporting File (interview notes) | ERAMO DX134; GARBER-PAUL PX380; ERDELY PX387 |
| 3 | RENDA001334 | RENDA001334 | 7/12/2014 | Email from Renda to Lampkin re: Media heads up and request* | GROVES DX72 |
| 4 | RENDA000897 | RENDA000897 | 7/16/20104 | Email from Renda to de Bruyn and McCance, copying Lampkin, re: upcoming RS article* | GROVES DX73 |
| 5 | UVA010007007 | UVA010007008 | 9/29/2014 | Calendar notice for prep session for Sullivan interview* | GROVES DX74 |
| 7 | UVA020000112 | UVA020000115 | 9/30/2014 | Rolling Stone 2014 Drop folder with handwritten notes* | GROVES DX76 |
| 8 | UVA050000433 | | 10/2/2014 | Audio recording of Erdely's interview with Sullivan (made by UVA) | GTROVES DX77 |
| 9 | RS120613 | RS120657 | 10/2/2014 | Transcript of of Erdely's interview with Sullivan (made by UVA) | GROVES DX78 |
| 10 | RS015046 | | 10/2/2014 | Audio recording Erdely's interview with Sullivan (made by Erdely) | GROVES DX79 |
| 12 | RS016681 | RS016681 | 10/9/2014 | Email from de Bruyn to Erdely re: follow-up to interview | GROVES DX81 |
| 13 | RS013352 | RS013360 | 11/12/2014 | Email from de Bruyn to Erdely re: Rolling Stone Fact Checking - On Deadline | GROVES DX82 |
| 19 | RENDA001525 | RENDA001528 | 10/14/2014 | Email from Burke to Groves, Eramo, Renda re: UVA Magazine Photo Shoot* | GROVES DX91 |
| 20 | UVA020000332 | UVA020000332 | 9/26/2014 | Letter from Groves to Eramo* | GROVES DX92 |
| 21 | UVA020000331 | UVA20000331 | 8/11/2015 | Lette from Groves to Eramo* | GROVES DX93 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court for review and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 22A | UVA050000161 | UVA050000170 | 9/1/2015 | Text messages between Renda and Eramo* | GROVES DX94 |
| 22B | | | 9/1/2015 | Text messages between Renda and Eramo (unredacted version provided by UVA)* | |
| 23 | ERAMO-06643 | ERAMO-06644 | 2/24/0016 | Email notice from Lampkin to sa-all@virginia.edu re: Announcement Regarding Nicole Eramo, Gay Perez, Marsh Pettie* | GROVES DX96 |
| 24 | RS120722 | RS120727 | 11/9/2012 | Anatomy of a Rape Case at the University of Virginia (online version) | GROVES DX98 |
| 25A | RS120416 | RS120430 | | True Hoos Fundraiser page* | GROVES DX103 |
| 25B | | | | True Hoos Fundraiser page (updated as of October 1, 2016)* | |
| 26 | UVA020001755 | UVA020001760 | 4/22/2015 | Email from Eramo to de Bruyn re: Final Open Letter w NPE signature.docx* | GROVES DX104 |
| 27 | ERAMO-04812 | ERAMO-04812 | 4/24/2015 | Email from Tom Clare to Pustilnik re: Nicole Eramo / Jackie | GROVES DX105 |
| 28 | RS120411 | RS120412 | 1/6/2016 | An open letter to UVA President Sullivan (NOW)* | GROVES DX106 |
| 29 | RS120658 | RS120676 | 4/4/2011 | Dear Colleague letter (OCR) | DAVIS DX107 |
| 30 | RS120433 | RS120485 | 4/29/2014 | Question and Answer on Title IX and Sexual Violence (OCR) | DAVIS DX108 |
| 31 | UVA020001406 | UVA020001409 | 11/24/2014 | Email from Shofar to Davis re: OCR Review No. 11-11-6001 | DAVIS DX109 |
| 32 | UVA050009988 | UVA050010011 | 9/17/2015 | Email from Roberts to Lhamon re: Final - UVA Resolution Agreement.pdf; Attorney Work Product Letter to OCR 09.17.15.pdf, attaching draft agreement and letter* | DAVIS DX112 |
| 33 | UVA050010012 | UVA050010014 | 9/18/2015 | Email from Taylor to Roberts re: OCR Letter to UVA, attaching letter* | DAVIS DX113 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court for review and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 34 | UVA050010052 | UVA050010078 | 9/21/2015 | Email from Wender to Robers, copying Lhamon, re: Final Letter of Findings, attaching final OCR Letter of Finding (redacted) | DAVIS DX114 |
| 35 | UVA050009103 | UVA050009112 | 9/21/2015 | Unredacted pages from Final OCR Letter of Findings (provided by UVA) | DAVIS DX115 |
| 36 | UVA050000152 | UVA050000153 | 12/17/2014 | Email from Richard Kast to Palma forwarding draft Jackie statement* | GROVES DX42 |
| 37 | RS120409 | RS120410 | | UVA campus map with fraternities* | GROVES DX46 |
| 38 | UVA010000167 | UVA010000168 | 10/13/2014 | Email from Eramo to Groves and Mintern, copying others, re: fact-checking for UVA magazine | GROVES DX49 |
| 39 | UVA040001919 | UVA040001928 | 10/27/2014 | Email from Mintern to Eramo re: sexual assault feature, attaching draft of UVA magazine story | GROVES DX51 |
| 40 | UVA050000971 | UVA050000972 | 10/27/2014 | Email from Davis to Groves and Lampkin re: sexual assault feature | GROVES DX52 |
| 41 | UVA050000962 | UVA050000970 | | UVA Magazine draft article with redlines from Groves* | GROVES DX53 |
| 42 | RENDA001273 | RENDA001274-A1 | 6/20/2014 | Email from Renda to Groves re Advice re: Senate Hearing | GROVES DX56 |
| 43 | UVA010006187 | UVA010006188 | 9/9/2014 | Email from Groves to Eramo and others re: Rolling Stone interview Friday | GROVES DX61 |
| 44 | UVA010006186 | UVA010006186 | 9/9/2014 | Email from Davis to McCance, copying Eramo, Lampkin, and de Bruyn, re: Rolling Stone interview Friday | GROVES DX62 |
| 45 | UVA040002589 | UVA040002589 | 11/24/2014 | Email from Lampkin to Groves re: A Community Letter in Support of Eramo* | GROVES DX63 |
| 46 | ERAMO-00878 | ERAMO-00891 | 11/24/2014 | The Cavalier Daily, Letter: Advocating for Dean Eramo* | GROVES DX64; RENDA; JACKIE; WOODS; DANA PX25 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court for review and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 47 | UVA020003352 | UVA020003352 | 10/2/2014 | Email from Turner to Pattie re: Checking in UVA | GROVES DX66 |
| 48 | UVA030005474 | UVA030005477 | 10/23/2014 | Matt Ferguson Meeting Notes 10-23-14* | GROVES DX67 |
| 49 | UVA010007063 | UVa010007063 | 11/19/2014 | Email from Rivers to Longo, copying Sullivan, Roberts, and others re: Communication from President Sullivan | GROVES DX69 |
| 50 | RS016665 | RS016666 | 9/11/2014 | Email from McCancce to Erdely re: Rolling Stone | LAMPKIN DX118 |
| 51 | UVA040002205 | UVA040002214 | 10/27/2014 | Email from Mintern to Lampkin re: sexual assault feature, attaching draft of UVA magazine story | LAMPKIN DX119 |
| 52 | UVA040002225 | UVA040002226 | 10/27/2014 | Email from Davis to Lampkin re: sexual assault feature | LAMPKIN DX120 |
| 53 | UVA030002263 | UVA0300022654 | | Questons sent by Columbia Journalism Review to UVA**** | LAMPKIN DX122 |
| 54 | | | 1/8/2016 | WaPo article: *Lawyers for U-Va. Dean: Jackie lied to Rolling Stone about gang rape, 'invented story'*\* | LAMPKIN DX126 |
| 55 | UVA050000674 | UVA050000677 | 11/20/2014 | Email from Eramo to Meek, Lampkin, and Davis forwarding email from unidentified student to Eramo re: Checking in - Office of the Dean of Students* | LAMPKIN DX128 |
| 56A | EXCERPTS OF PINKLETON00201721 | | | Text messages between Jackie, Alex Pinkleton and Sara Surface, excerpt of lines 2745-2755** | |
| 56B | EXCERPTS OF PINKLETON00201721 | | | Text messages between Jackie, Alex Pinkleton and Sara Surface, excerpt of lines 2101-2132** | |
| 56C | EXCERPTS OF PINKLETON00201721 | | | Text messages between Jackie, Alex Pinkleton and Sara Surface, excerpt of lines 2425-2443** | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).

**The complete file of text messages will be available in court or otherwise for review and inspection as necessary.

*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.

**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 56D | EXCERPTS OF PINKLETON00201721 | | | Text messages between Jackie, Alex Pinkleton and Sara Surface, excerpt of lines 18-19** | |
| 57 | PINKLETON-01493 | PINKLETON-01502 | 10/30/2014 | Email from Pinkleton to Braun re: Meeting Tomorrow | PINKLETON DX15 |
| 58 | RS018952 | RS018953 | 10/23/2014 | Email from Erdely to Pinkleton re: Rolling Stone* | PINKLETON DX17 |
| 59 | PINKLETON-01378 | PINKLETON-01380 | 11/20/2014 | Email from Pinkleton to Braun re: President Sullivan's Holiday Open House | PINKLETON DX19 |
| 60A | EXCERPTS OF PINKLETON-00201720 | | | Text messages between Pinkleton and Erdely, excerpt of line 76** | |
| 60B | EXCERPTS OF PINKLETON-00201720 | | | Text messages between Pinkleton and Erdely, excerpt of line 44** | |
| 61 | PINKLETON-0021722 | | | Text messages between Pinkleton, Renda, Surface, and Eramo | PINKLETON DX21 |
| 61A | EXCERPTS OF PINKLETON-0021722 | | | Text messages between Pinkleton, Renda, Surface, and Eramo, excerpt of line 6** | |
| 61B | EXCERPTS OF PINKLETON-0021722 | | | Text messages between Pinkleton, Renda, Surface, and Eramo, excerpt of lines 8-15 | |
| 61C | EXCERPTS OF PINKLETON-0021722 | | | Text messages between Pinkleton, Renda, Surface, and Eramo, excerpt of lines 19-20 | |
| 61D | EXCERPTS OF PINKLETON-0021722 | | | Text messages between Pinkleton, Renda, Surface, and Eramo, excerpt of lines 50-52 | |
| 62 | SURFACE-01122 | SURFACE-01125 | 12/8/2014 | Email from Pinkleton to Surface re: The "I believe Jackie letter" draft | PINKLETON DX23 |
| 63 | PINKLETON-01154 | PINKLETON-01155 | 12/5/2014 | Email from Pinkleton to Ashley Brown re: statement by One Less | PINKLETON DX24 |
| 64 | RENDA000069 | RENDA000069 | 7/9/2014 | Email from Renda to Eramo re: people to contact for Rolling Stone | RENDA DX3 |
| 65 | SURFACE-02942 | | | Text messages between Eramo and Surface* | SURFACE DX11 |
| 66 | ERAMO-04653 | ERAMO-04653 | 4/18/2015 | Email from Lampkin to Clare re: Nicole Eramo* | ERAMO DX95 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court for review and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 67 | NA | | 9/30/2014 | 2013 UVA Annual Security Report* | ERAMO DX116 |
| 68 | RS001132 | RS001133 | 5/21/2015 | Excerpt of Eramo's Open Letter in Rolling Stone, accompanied by apology* | ERAMO DX132; WOODS; DANA PX31 |
| 69 | UVA040002871 | UVA040002872 | 11/30/2014 | Email from Simon to Hogan and Sullivan re WUVA Media's Reporting on Sexual Assault Policies at UVA* | ERAMO DX135 |
| 70 | UVA040001916 | UVA040001916 | 10/10/2014 | Email from McCance to Eramo re: WUVA Story | ERAMO DX136 |
| 71 | RS120486 | RS120486 | 9/16/2014 | Video of WUVA interview with Dean Eramo | |
| 72 | RS016735 | RS016736 | 10/24/2014 | Email from Stacy to Erdely re: UVA Student | ERAMO DX141 |
| 73 | UVA040000470 | UVA040000470 | 5/20/2013 | Eramo handwritten notes 5/20/2013 | ERAMO DX143 |
| 74 | RENDA000001 | RENDA000001 | 10/24/2013 | Email from Eramo to Renda re: Student Info | ERAMO DX144; RENDA PX111 |
| 75 | UVA040000469 | UVA040000469 | 4/21/2014 | Eramo handwritten notes 4/21/2014 | ERAMO DX145 |
| 76 | UVA020001321 | UVA020001325 | 2/25/2015 | Email from McCance to Kass re: Response to Your FOIA Request* | ERAMO DX146 |
| 77 | UVA040005813 | UVA040005813 | 2/25/2015 | Email from Pattie to Groves re: Phi Psi support | ERAMO DX147 |
| 78 | UVA010005180 | UVA010005180 | 10/24/2014 | Eramo email to Gore re: Montalto Corp board meeting | ERAMO DX150 |
| 79 | UVA040002114 | UVA040002114 | 11/6/2014 | Email from unidentified student to Eramo re: Follow up on report | ERAMO DX151 |
| 80 | UVA010005612 | UVA010005612 | 11/4/2014 | Email from Davis to Eramo, copying Lampkin, Groves, Casteen, Meek, and de Bruyn re: Lampkin, Davis, Meek, Eramo, de Bruyn | ERAMO DX152 |
| 81 | UVA010004460 | UVA010004461 | 9/8/2014 | Email from Erdely to Eramo re: Rolling Stone | ERAMO DX153 |
| 82 | RESPJ00000410 | RESPJ00000447 | 09/22-12/13/2014 | Text messages between Surface and Jackie | JACKIE PX149 |
| 83 | RESPJ00000614 | RESPJ00000620 | 10/22/2014 | Email from Jackie to Eramo re: Jacqueline [redacted] appointment | JACKIE PX194 |
| 84 | RS015089 | RS015091 | 8/14/2014 | Email from Jackie to Erdely re: Rolling Stone | WENNER PX208 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).

**The complete file of text messages will be available in court on a tangible and inspectable source.

*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.

**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 85 | RS016849 | RS016850 | 11/6/2014 | Email from Jackie to Erdely re: Pool Cleaning Today | WENNER PX211 |
| 86 | RS002304 | RS002312 | 11/5/2014 | Email from Maltais to Ritter re: UVA Rape Opener sketch-1 | PX307 |
| 87 | RS120233 | RS120233 | 11/19/2014 | Email from Likins to Provus re: Sensitive Content* | PX355 |
| 88 | RS120367 | RS120367 | 12/5/2014 | Email from Likins to Ling re: Urgent Request* | PX356 |
| 89 | RS120236 | RS120236 | 4/23/2015 | Email from Simone to Provus re: Update* | PX357 |
| 90 | RS120234 | RS120234 | 4/29/2015 | Email from Andersen to Provus re: Rolling Stone+American Family* | PX358 |
| 91 | NA | | 4/13/2016 | Rolling Stone's Response and Objections to Interrogatory 1 of Plaintiff's First Set of Interrogatories | PX359 |
| 92 | RS004779 | RS004806 | | Notes of Erdely's interview with Surface | SURFACE DX7 |
| 93A | EXCERPTS OF SURFACE-02939 | | | Text messages between Surface and Jackie, excerpt of lines 304-310** | |
| 93B | EXCERPTS OF SURFACE-02939 | | | Text messages between Surface and Jackie, excerpt of lines 112-123** | |
| 94A | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 4748-4760** | |
| 94B | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 744-760** | |
| 94C | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 314-329** | |
| 94D | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 3867-3977** | |
| 94E | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 4236-4243** | |
| 94F | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 148-206** | |
| 94G | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 331-336** | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court for review and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 94H | EXCERPTS OF SURFACE-02941 | | | Text messages between Surface and Pinkleton, excerpt of lines 4582-4590** | |
| 95 | UVA040000767 | UVA040000784 | 7/8/2011 | 2011University of Virginia Policy and Procedures for Student Sexual Misconduct Complaints | |
| 96 | RENDA000027 | RENDA000031 | 6/20/2014 | Email from Renda to Eramo re: So . . . Some good news! | RENDA 1 |
| 97 | RS019017 | RS019062 | 10/31/2014 | Email from Erdely to Woods re: UVA2* | |
| 98 | RS003449 | RS003452 | 11/3/2008 | Letter toJohn T. Casteen re: Clery act final determination* | |
| 99 | RS018291 | RS018292 | 12/1/2014 | Email from Dana to Woods, Erdely, and Bruno re: Edited UVA Statement* | |
| 100 | RS018592 | RS018594 | 12/4/2014 | Email from Woods to Ganz, copying Erdely, re: no subject,  with December 4 "Sabrina Responsds" statement  attached | |
| 101 | RS007829 | RS007832 | 12/5/2014 | Email from Bruno to Shapiro re From Taylor Shapiro/Washington Post* | DANA PX44 |
| 102 | RS003538 | RS003586 | 2/20/2014 | Petition for Writ of Mandamus and Equitable Relief, Jane Doe v. Us HHS (14-0366) | GROVES DX99 |
| 103 | RS003469 | RS003537 | 2/20/2014 | Petition for Writ of Mandamus and Equitable Relief, Jane Doe v. Department OF Education  (14-0367) | |
| 104 | RS003587 | RS003593 | | Renda Senate Testimony | PX114 |
| 105 | RS015352 | RS015353 | 8/21/2014 | Email from Sandridge to Erdely re: Erdely-Jackie FOIA.docx, attaching FOIA letter from Charlottesville Police Department | |
| 106 | RS015312 | RS015317 | 8/16/2014 | Email from Jackie to Erdely re: Rolling Stone, attaching photos (photos in native format) | JACKIE; WENNER; ERDELY PX209 |
| 107 | rs003467 | RS003468 | 11/8/2012 | The Anatomy of a Rape Case at the University of Virginia by Anonymous Wahoo (print version) | GROVES DX97 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court on paper and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 108 | rs017187 | rs017188 | 9/8/2014 | Email from Eramo to Erdely re: Rolling Stone | |
| 109 | | | 9/11/2014 | Audio recording of Erdely's September 11, 2014 interview with Jackie | |
| 110 | RS118221 | RS118345 | 9/11/2014 | Transcript of Erdely's September 11, 2014 interview with Jackie | ERAMO 131; JACKIE; WENNER, ERDLEY PX218 |
| 111 | | | 9/12/2014 | Audio recording of Erdely's September 12, 2014 interview of Jackie, Pinkleton, and Jackie's boyfriend | |
| 112 | RS118346 | RS0118440 | 9/12/2014 | Transcript of Erdely's September 12, 2014 interview of Jackie, Pinkleton, and Jackie's boyfriend | JACKIE; ERDLEY PX219 |
| 113 | RS012301 | RS012344 | Sep-14 | Transcript of Interview with Tommy Reid and Will Cadigan* | |
| 114 | RS018282 | RS18288 | 9/15/2014 | Email from Jackie to Erdely re: Jacqueline [REDACTED] appointment | JACKIE; ERAMO DX28; WENNER; ERDLEY PX370 |
| 115 | RS018134 | RS018134 | 9/15/2014 | Email from Jackie to Erdely re: Articles of Interest* | JACKIE DX28 |
| 116 | RS017031 | RS017042 | 8/16/2014 | Email from Jackie email to Erdely re: Appointment with dean Eramo | JACKIE; ERAMO DX30; JACKIE; WENNER; GARBER-PAUL; ERDELY; WOODS; DANA PX81 |
| 117 | RS018280 | RS018281 | 9/15/2014 | Email from Jackie to Erdely re: Follow-Up | JACKIE DX29 |
| 118 | RS018811 | RS018813 | 10/2/2014 | Email from McCance to Erdely re: Interview with President Sullivan | |
| 119 | RS016686 | RS016686 | 10/9/2014 | Email from Seccuro to Erdely re: WUVAonline.com | |
| 120 | RS016693 | RS1016694 | 10/15/2014 | Email from Scipione to Erdely re: Rolling Stone | GARBER-PAUL PX378 |
| 121 | RS018948 | RS018948 | 10/20/2014 | Email from Erdely to Jackie re: Rolling Stone | JACKIE DX34 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court for review and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 122 | RESPJ00000677 | RESPJ00000677 | 9/18/2014 | Email from Eramo to Jackie re: Checking-In | JACKIE DX35 |
| 123 | RESPJ00000492 | RESPJ00000492 | 5/14/2013 | Email from Lyons to Jackie re: Office of Dean of Students | JACKIE DX37 |
| 124 | NA | | 5/3/2014 | NY Times.com: *Fight agaist sexual assaults holds colleges to account** | |
| 125 | RS014307 | RS014333 | | Text messages between Pinkleton and Erdely | PINKLETIN DX18; JACKIE;WENNER ERDELY PX66 |
| 126 | RS018958 | RS018958 | 10/24/2014 | Email from Erdely to Jackie re: Rolling Stone | |
| 127 | RESPJ00000770 | RESPJ00000783 | | Jackie's phone records* | JACKIE DX38 |
| 128 | RS019113 | RS019113 | 11/3/2014 | Email from Erdely to Jackie re: Rolling Stone | |
| 129 | RS019649 | RS019651 | 11/6/2014 | Email fro Erdely to Garber-Paul re: Federal Tax Form and Direct Deposit | |
| 130 | rs019654 | RS019658 | 11/6/2014 | Email from Erdely to Garber-Paul, copying Woods, re: Texts bw Jackie & Christine | JACKIE DX40 |
| 131 | RS019662 | RS019666 | 11/6/2014 | Email form Erdely to Garber-Paul, copying Woods, re: Texts bw Jackie & Maddy | JACKIE DX39 |
| 132 | | | | Text messages between Jackie and Erdely, excerpt of line 38** | |
| 133 | | | | Text messages between Jackie and Erdely, excerpt of line 12-16, 56** | |
| 134 | RS009617 | RS009619 | 11/25/2014 | Email from Bruno to Rosin re: your RS piece* | |
| 135 | RS007918 | RS007918 | 11/26/2014 | Email from Bruno to Erdely re: Brian Lehrer (WYNC/NPR) interview confirmed for 10am (UPDATE)* | |
| 136 | NA | | 11/27/2014 | DoubleX Gabfest: The Butch Goddess Edition: Listen to Slate's show about the campus rape story that shut down UVA's frats (web posting)* | |
| 137 | | | 11/26/2014 | Audio recording of DoubleX Gabfest: The Butch Goddess Edition | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in conformity with inspection agreements.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 138 | | | 11/26/2014 | Transcript of DoubleX Gabfest: The Butch Goddess Edition | |
| 139 | RS119843 | RS119852 | | Erdely's phone records | |
| 140 | RS018623 | RS018623 | 12/5/2014 | Email from Pinkleton to Erdely re: no subject* | |
| 141 | RS018442 | RS018442 | 12/5/2014 | Email from Dana to Erdely and Woods re: our worst nightmare | |
| 142 | RS120368 | RS120369 | 10/23/14 to 11/19/14 | Time sheets for Elisabeth Garber-Paul | |
| 143 | RS004810 | RS004849 | | Word Document Fact-Checking Galley | GARBER-APUL; WOODS PX363 |
| 144 | RS004860 | RS004869 | | Round One Fact-Checking Galley | GARBER-PAUL; WOODS; DANA PX40 |
| 145 | RS004850 | RS004859 | | Type Final Fact-Checking Galley | GARBER-PAUL; WOODS; DANA; WENNER; HUTCHINSON PX39 |
| 146 | RS013300 | RS013307 | 11/13/2014 | Email from Garber-Paul to Erdely re: Rolling Stone Fact Checking - On Deadline | GROVES; GARBER-PAUL PX282 |
| 147 | NA | | 3/25/2003 | Jayson Blair, A Nation At War: Families; Watching, and Praying, As A Son's Fate Unfolds, New York Times.* | |
| 148 | NA | | 9/28/1980 | Janet Cooke, Jimmy's World, Washington Post* | |
| 149 | NA | | 2/2/2016 | Juan Thompson, Retracted: Dylan Roof's Counsin Claims Love Interest Chose Black Man Over Him, The Intercept* | |
| 150 | NA | | 12/14/2014 | Jessica Pressler, Because a Stuyvesant Senior Made Millions Picking Stocks. His Hedge Fund Opens as Soon as He Turns. 18, New York Magazine* | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in complying with inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 151 | NA | | 9/1/2011 | Washington Post Digital Publishing Guidelines on Corrections and Clarifications* | |
| 152 | RS007591 | RS007593 | 12/18/2014 | Agreement with Columbia Journalism School*** | |
| 153 | NA | | 12/5/2014 | December 5 Note Standalone (record from December 5, 2014 from Archive.org) https://web.archive.org/web/20141205181305/http://www.rollingstone.com/culture/news/a-note-to-our-readers-20141205 | |
| 154 | NA | | 12/7/2014 | Article with December 6 Note (record from December 7, 2014 via Archive.org) https://web.archive.org/web/20141207030500/http://www.rollingstone.com/culture/features/a-rape-on-campus-20141119 | |
| 155 | NA | | 12/7/2014 | December 6 Note Standalone (record from December 7, 2014 via Archive.org) https://web.archive.org/web/20141207023122/http://www.rollingstone.com/culture/news/a-note-to-our-readers-20141205 | |
| 156 | RS001135 | RS001135 | 12/22/2014 | Note to Readers regarding CJR investigation in Issue 1226*** | WENNER PX32 |
| 157 | RS007658 | RS007658 | 12/22/2014 | Email from Bruno re press re:  Rolling Stone:  An Update on our Internal Review*** | |
| 158 | RS001130 | RS001131 | 4/5/2015 | A Note to Our Readers re publication of CJR Report*** | WENNER; DANA PX30 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in complete form and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 159 | RS005834 | RS005835 | 4/5/2015 | Email from Brenner to the press re: Columbia School of Journalism Report and A Note From Managing Editor Will Dana*** | |
| 160 | UVA040002148 | UVA040002153 | | Eramo CV* | |
| 161 | UVA020004175 | UVA020004180 | | 2014-2015 Annual Report* | |
| 162 | UVA040007990 | UVA040007995 | 11/17/2014 | Associate Dean Nicole Eramo Interview* | |
| 163 | SURFACE0-2869 | SURFACE-02870 | 9/14/2014 | Email from Carol Wood to Catherine Valentine re: Sexual Misconduct Board question | GROVES; ERAMO DX90 |
| 164 | NA | | | Plaintiff's Responses and Objections to Defendants' First Set of interrogatories* | |
| 165 | | | 12/5/2014 | Will Dana tweets* | DANA PX101 |
| 166 | UVA040001856 | UVA040001857 | 09/11-16/2014 | Calendar notice and emails re: Interview inquiry | |
| 167 | UVA030008399 | UVA030008564 | | Pepper Hamilton:  University of Virginia Timeline | GROVES DX47 |
| 168 | UVA030008565 | UVA030008782 | | Pepper Hamilton:  University of Virginia Exhibits | GROVES DX48 |
| 169 | UVA040000466 | UVA040000467 | 5/13/2014 | Phi Psi Summary | GROVES; ERAMO DX65 |
| 170 | RESPJ00000679 | RESPJ00000680 | 5/13/2014 | Email from Eramo to Jackie re Phi Psi | GROVES; ERAMO; JACKE DX33 |
| 171 | respj00001092 | respj00001112 | 09/18-12/10/2014 | Jackie texts with Rachel Soltis | JACKIE DX32 |
| 172 | NA | | 12/1/2009 | publicintegrity.org:  *Sexual Assaults on Campus shrouded in secrecy** | |
| 173 | NA | | 9/21/2015 | OCR Letter of Finding (final) from OCR website.* | |
| 174 | RS008905 | RS008906 | 12/5/2014 | Email from Dana to Bruno re: Final UVA Statement* | |
| 175 | RS016708 | RS016722 | 10/22/2014 | Email from Stacy to Erdely re: UVA Student | |
| 176 | RS016737 | RS016779 | 10/25/2014 | Email from Woods to Erdely re: no subject* | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).

**The complete file of text messages will be available in compliance with inspection at deposition.

*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.

**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 177 | RESPJ00000233 | RESPJ00000233 | 9/15/2014 | Email from Erdely to Jackie re: Articles of Interest* | |
| 178 | RESPJ00000245 | RESPJ00000251 | 8/16/2014 | Email from Erdely to Jackie re: Appointment with dean Eramo* | JACKIE DX27 |
| 179 | RS003991 | RS003992 | | List of 78 postsecondary institutions that have pending Title IX sexual violence investigations as of 09, including the dates the specific investigations were initiated. | |
| 180 | RS009505 | RS009506 | 11/26/2014 | Email from Bruno to Erdely re: Brian Lehrer (WYNC/NPR) interview confirmed for 10am* | |
| 181 | RS010372 | RS010372 | 12/5/2014 | Email from Dana to Erdely, copying Woods re: our worst nightmare | DANA PX55 |
| 182 | RS013311 | RS013312 | 11/12/2014 | Email from Garber-Paul to Erdely re: Title IX college investigations | |
| 183 | RS013456 | RS013456 | 11/10/2014 | Email from Woods to Erdely and Garber-Paul re: UVA adds | |
| 184 | RS013509 | RS013510 | 11/8/2014 | Email from Erdely to Garber-Paul re: round 1 | |
| 185 | RS013614 | RS013614 | 11/3/2014 | Email from Garber Paul to Jackie re: Rolling Stone Fact-Checking. | |
| 186 | RS015578 | RS015579 | 11/20/2014 | Email from Woods to Erdely re: reported suicide on UVA campus* | |
| 187 | RS0016682 | RS016683 | 10/9/2014 | Email from de Bruyn to Erdely re: follow-up to interview | |
| 188 | RS017091 | RS017092 | 11/12/2014 | Email from Garber-Paul to Erdely re: Rolling Stone Fact Checking -- on Short Deadline | |
| 189 | RS017181 | RS017182 | 9/6/2014 | Email from Eramo to Erdely re: Rolling Stone | |
| 190 | RS018653 | RS018653 | 7/29/2014 | Email from Jackie to Erdely re: Rolling Stone* | |
| 191 | rs018874 | RS018920 | 10/11/2014 | Email from Erdely to Woods re: UVA1, attaching copy of draft article* | |
| 192 | RS018921 | RS018921 | 10/5/2014 | Email from Erdely to Woods re: no subject* | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in compliance with inspection as needed.

*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 193 | RS018954 | RS018954 | 10/23/2014 | Email from Erdely to Jackie re: Rolling Stone* | |
| 194 | RS019642 | RS019643 | 11/5/2014 | Email from Erdely to Garber-Paul re: just got off the phone with Jackie* | |
| 195 | RS020614 | RS0201614 | 12/6/2014 | Email from Woods to Ganz re: no subject* | WOODS PX425 |
| 196 | RS001099 | RS001106 | 4/9/2014 | Erdely's Independent Contractor Agreement | WENMNER; ERDELY; DANA PX29 |
| 197 | UVA0300002283 | UVA0300002284 | 9/16/2014 | Email from Erdely to McCance re:  UVA stats questions | |
| 198 | RS120487 | RS120605 | 9/12/2014 | Transcript of audio recording of September 12, 2014 Board of Visitors Meeting* | |
| 199 | | | 9/12/2014 | Audio recording of September 12, 2014 Board of Visitors Meeting* | |
| 200 | | | 9/12/2014 | Video of September 12, 2014 Board of Visitors Meeting | |
| 201 | | | 11/26/2014 | Audio of November 26, 2014 Brian Lehrer Show: WNYC Mishandling-Campus Rape | |
| 202 | RS018713 | RS018714 | 9/17/2014 | Email from Jackie to Erdely re: Police Alert: Student Reports sexual assault | |
| 203 | RS018715 | RS018716 | 9/17/2014 | Email from Jackie to Erdely re: Police Alert:  City Police Investigating Sexual Assault Reort | |
| 204 | RS018717 | RS018718 | 9/17/2014 | Email from Jackie to Erdely re: Police Alert: student reports abduction, assault | |
| 205 | RS018732 | RS018735 | 8/5/2014 | Email from Pinkleton to Erdely re: Personal and Confidential:  ANP v. JJC | |
| 206 | RS001045 | RS001046 | 11/10/2014 | Email from Dana to Hutchinson, Ritter and Maltais re: UVA Dean Spot Sketch-1 | RITTER, HUTCHINSON; DANA PX28 |
| 207 | RS002357 | RS002358 | 11/10/2014 | Email from Maltais to Ritter re: UVA Dean spot sketch-1 | RITTER; HUTCHINSON PX309 |
| 208 | RS002365 | RS002366 | 11/10/2014 | Email from Ritter to Maltais re: UVA Dean Spot sketch-1 | HUTCHINSON PX311 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in compact discs and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 209 | RS003594 | RS003990 | | Erdely's research and press clippings on sexual assault on campuses generaly* | |
| 210 | RS003993 | RS004049 | | Erdely's research file from Rolling Stone interns* | |
| 211 | RS004550 | RS004734 | | Erdely's research and press clippings on sexual assault issues at UVA* | |
| 212 | RS013766 | RS0013770 | 11/11/2014 | Email from Lecca to Kelsey Grant re: Take Back the Night - photos* | |
| 213 | RS014975 | RS014980 | | Erdely notes: Pre-retraction conversation with Jackie, Pinkleton and Surface | WENNER; ERDELY PX530 |
| 214 | UVA010000339 | UVA010000340 | 11/20/2014 | Email from Groves to de Bruyn re: request on UVA investigation of fraternity* | |
| 215 | UVA010000584 | UVA010000586 | 11/25/2014 | Email from Groves to de Bruyn re: [Meet Dean Groves] Interview request on fraternity commission* | |
| 216 | UVA010000600 | UVA010000602 | 11/25/2014 | Email from Groves to Tyler Kingkade re: interview request on fraternity commission* | |
| 217 | UVA010005175 | UVA010005176 | 9/16/2014 | Email from Groves to Eramo re: from Allen Groves at UVA | |
| 218 | | | 11/26/2014 | Transcript: of November 26, 2014 Brian Lehrer Show: WNYC Mishandling-Campus Rape (TAB 255) | |
| 219 | | | 12/5/2014 | Article plus December 5 Note (record from December 5, 2014 via Archive.org)  https://web.archive.org/web/20141205193715/http://www.rollingstone.com/culture/features/a-rape-on-campus-20141119 | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in compliance with inspection procedures.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 220 | | | | The Article as it appeared on November 19, 2014 (record from November 19 via Archive.org) https://web.archive.org/web/20141119200349/http://www.rollingstone.com/culture/features/a-rape-on-campus-20141119 | |
| 221 | RESPJ00000668 | RESP00000670 | 10/8/2014 | Email from Eramo to Jackie re: Referrals | |
| 222 | | | | Rollingstone.com: Rape at UVA: Readers Say Jackie Wasn't Alone* | PX559 |
| 223 | RS020610 | RS020611 | Spring 2014 | Pitch for Article* | WENNER; ERDELY; WOODS; DANA PX89 |
| 224 | RS015470 | RS015470 | 9/11/2014 | Email from Woods o Eredely re:UVA and jackie | WENNER PX 419 |
| 225 | | | 10/2/2014 | Full transcript of October 2, 2014 interview of Theresa Sulivan (Erdely version) | |
| 226 | UVA010000612 | UVA010000612 | 11/25/2014 | Email from Otani (Bloomberg reporter) to de Bruyn re: question for Bloomberg Businessweek question* | |
| 227 | UVA010000623 | UVA010000623 | 11/25/2014 | Email from Cuddy to Eramo re: reaction to your interview* | |
| 228 | RS120907 | RS120907 | 10/8/2014 | WUVA screenshot | |
| 229 | RS003394 | RS003431 | Jan-14 | Rape and Sexual Assault: A Renewed Call to Action. The White House Council on Women and Girls* | |
| 230 | RS003465 | RS003466 | 11/3/2008 | DOE letter to Security On Campus, Knoxville, TN re: complaint SOC filed regarding policies at UVA* | |
| 231 | RS004503 | RS004549 | 9/17/2014 | Erdely's research and press clippings on Hanna Graham* | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in complete viewed inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 232 | | | 9/21/2015 | Email from Wender to Roberts re: Final Letter of Findings, attaching Final Letter of Findings (Composite) | |
| 233 | | | | Transcript of WUVA Interview with Eramo (Video at RS120486) | |
| 234 | RESPJ00000359 | RESPJ00000367 | 10/15/2014-12/05/2014 | Text messages between Jackie and Christine Loureiro* | |
| 235 | RESPJ00000395 | RESPJ00000398 | 09/20/2014-12/05/2014 | Text messages between Jackie and Jennifer Cifuentes* | |
| 236 | RS013885 | RS013886 | 11/3/2014 | Email from Jackie to Sacha Lecca re: Rolling Stone photo editor* | |
| 237 | RESPJ00000234 | | 9/15/2014 | Email from Erdely to Jackie re: Articles of Interest* | |
| 238 | PINKLETON-0467 | PINKLETON-0468 | 4/22/2015 | Email from Pinkleton to Shapiro re: From Taylor | |
| 239 | PINKLETON-01077 | | 12/9/2014 | Email from Shapiro to Pinkleton re: 15 min. before deadline - classic | |
| 240 | UVA040000434 | UVA040000436 | | Card from Pinkleton to Eramo | |
| 241 | | | 12/19/2014 | O'Melveny & Myers: University of Virginia, Overview of Title IX and Cleary Act* | |
| 242 | | | 12/19/2014 | BOV Special Meeting Minutes* | |
| 243 | | | 2011 | U.S. Department of Education, Handbook for Campus Safety and Security Reporting* | |
| 244 | | | 9/11/2015 | The Cavalier Daily: UVA first full-time Title IX coordinator* | |
| 245 | RS003371 | RS003393 | Jan. 2007 | John D. Foubert, "Behavior Differences Seven Months Later: Effects of a Rape Prevention Program"* | |
| 246 | RS013502 | RS013503 | 11/10/2014 | Email from Foubert to Garber-Paul re: Rolling Stone Fact Checking - On Deadline | |
| 247 | RS016676 | RS016679 | 10/4/2014 | Email from Foubert to Erdely re: "Introducing you both!" | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in compliance with inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 248 | | | 8/16/2015 | Title IX & VAWA - Executive Summary of Policy Changes fro Students (web archive.org)* | |
| 249 | UVA030000339 | UVA030000344 | 3/30/2015 | Interim Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence:  UVA Executive Summary of Policy Changes for Students* | |
| 250 | UVA030000374 | UVA030000413 | 3/30/2015 | UVA Interim Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence | |
| 251 | UVA030000475 | UVA030000503 | 11/19-12/20/2014 | UVA Response to Comments on Proposed Changes to SPM* | |
| 252 | | | 9/12/2014 | BOV '14 Sept. Student Affairs & Athletics Committee (SAA) Minutes* | |
| 253 | | | 5/8/2015 | Uva Interim Policy on Sexual and Gender-Based Harassment and Other Forms of Interpersonal Violence (HRM-041; from webarchives.org)* | |
| 254 | UVA050000993 | UVA0500010011 | 9/17/2015 | UVA Resolution Agreement re: OCR DKT NO. 11-11-6001* | |
| 255 | RS021092 | | 11/18/2014 | Email from Scipione to RS-Editors re: University of Virginina Forthcoming Article | |
| 256 | RS018937 | | 10/14/2014 | Email from Erdely to Scipione re: Rolling Stone | |
| 257 | RS120415 | | 11/20/2014 | Phi Kappa Psi Press release | |
| 258 | RS0120413 | | 12/5/2014 | Phi Kappa Psi Press release | |
| 259 | UVA0400006816 | UVA040006816 | 10/10/2014 | Email from [Redacted] to Turner re: checking in | |
| 260 | UVA040006899 | UVA040006984 | 1/15/2015 | Email from[Redacted] to Pattie,  Groves, et al. re: Phi Psi Chapter Workshop This Saturday 1/17 | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).

**The complete file of text messages will be available in comp/computer and inspection as necessary*

*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.

**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 261 | UVA020003380 | UVA020003381 | 12/4/2014 | Email from Turner to Pattie re: Follow up about the Chronicle | |
| 262 | UVA020000327 | UVA02000329 | Spring 2014 | Phi Kappa Psi - Chapter Statement | |
| 263 | UVA010005179 | | 10/14/2014 | Email from Pattie to Eramo re: Phi Psi Marketing Contact | |
| 264 | RS013457 | RS013459 | 11/10/2014 | Email fro Carter to Garber-Paul re: Rolling Stone Fact Checking - On Deadline | |
| 265 | RS013348 | RS013349 | 11/12/2014 | Email from Garber-Paul to Russell re: Rolling Stone Fact Checking - On Short Deadline | |
| 266 | RS013530 | RS013532 | 11/7/2014 | Email from Garber-Paul to de Bruyn re: Rolling Stone Fact Checking - On Deadline | |
| 267 | UVA010000406 | | 11/22/2014 | Email from McCance to Groves re: Dani article | |
| 268 | RS120366 | | | Social Data metrix for "A Rape on Campus"* | |
| 269 | RENDA000008 | RENDA000010 | 10/25/2013 | Email from Renda to Jackie re: Introduction via Nicole Eramo | PX112 |
| 270 | ERAMO-05759 | ERAMO-06642 | | Eramo Medical records*, **** | |
| 271 | UVA020002577 | UVA020002579 | 12/1/2014 | Uva News Release: Uva President Sullivan Meets with Students Regarding Sexual Assault* | |
| 272 | UVA010000277 | UVA010000278 | 11/19/2014 | Uva News release: Important Message from UVA Pressiden Teresa A Sullivan Addressing Sexual Misconduct* | |
| 273 | UVA040010833 | UVA040010834 | 11/12/2014 | Email from Eramo to de Bruyn re: Rolling Stone Fact Checking - On Deadline | |
| 274 | UVA040010837 | | 11/25/2014 | Email from Eramo to de Bruyn re: Request for Assistahce w. press inquiries | |
| 275 | UVA040010827 | UVA040010829 | 9/9/2014 | Email from Eramo to Lampkin, McCance re: Rolling Stone Interview Friday* | |
| 276 | RS015046 (modified) | | 10/2/2014 | Audio recording Erdely's interview with Sullivan (made by Erdely) (typing removed)* | |
| 277 | | | 6/30/2016 | Sara Surface Declaration* | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in camera for review and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 278 | UVA010005608 | UVA010005609 | 10/31/2014 | Email from Rivers to Davis, Lampkin re: President's Confidential Working papers* | |
| 279 | | | | Video:  Emily Renda Senate Testimony* | |
| 280 | RS015402 | RS015406 | 11/12/2014 | Email from Russell to Erdely re: UVAVICTIMSOFRAPE* | |
| 281 | RS019765 | | 11/11/2014 | Email from Erdely to Garber-Paul re: fraternity men stat* | |
| 282 | RS013418 | RS013419 | 11/12/2014 | Email from Garber-Paul to Laura Dunn re: Rolling Stone Fact Checking - On Short Deadline* | |
| 283 | RITTER000008 | RITTER000053 | | PX297 for Ritter Designations | RITTER PX297 |
| 284 | RS001043 | RS001044 | 11/10/2014 | PX304 for Ritter Designations | RITTER PX304 |
| 285 | RS002304 | RS002312 | 11/5/2014 | PX307 for Ritter Designations | RITTER PX307 |
| 286 | RS002360 | RS002361 | 11/10/2014 | PX310 for Ritter Designations | RITTER PX310 |
| 287 | RS002375 | RS002377 | 11/7/2014 | PX328 for Ritter Designations | RITTER PX328 |
| 288 | RS001018 | | 11/4/2014 | PX562 for Ritter Designations | RITTER PX562 |
| 289 | | | 4/5/2016 | PX338 for Fine Designations | PX338 |
| 290 | | | | PX337 for Fine  Designations | PX337 |
| 291 | | | 7/28/2016 | washingtonpost.com:  Feds open a new sexual violence investigation at U-Va.* | |
| 292 | | | 7/27/2016 | OCR List of sexual violence investigations at 202 postsecondary instutitions* | |
| 293 | UVA POLICE 001 | UVA POLICE 058 | | UVA Police Reports | |
| 294 | | | 11/26/2014 | c-ville.com:  UVA activists, author of Rolling Stone article speak* | |
| 295 | | | 5/15/2015 | UVA Today.com:  At Valedictory Exercises, Awards Honor Stalwarts in a Trying Year* | |
| 296 | | | 9/21/2015 | washingtonpost.com: Dept. fo Education:  U-Va. Violated federal rules for responding to sexual violence* | |
| 297 | UVA020000362-363; UVA040000423-426 | | | Cards and notes of support from BOV* | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in court or upon request as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 298 | UVA010004875; UVA020000398-400; UVA020000397 | | | Cards and notes of support from Wake Forest Univ.* | |
| 299 | ERAMO-05573; ERAMO-05574; ERAMO-05575; ERAMO-05571-72; ERAMO-05569-70; ERAMO-05499-05501; ERAMO-05576-78; UVA020000382-383 | | | Collecton of 8 florist cards for flowers* | |
| 300 | UVA040001823; UVA010004231; UVA040003362-63; UVA040003358; UVA040004641-42; UVA010005789; UVA010007726; UVA010007733-34; UVA040004644 | | | Collection of nine emails re: negative response to WUVA interview* | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in complete form and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| | UVA010004853; | | | Collection of emails in support of Eramo* | |
| | UVA010004854; | | | | |
| | UVA010004855; | | | | |
| | UVA010004857; | | | | |
| | UVA010004858; | | | | |
| | UVA010004859; | | | | |
| | UVA010004860; | | | | |
| | UVA010004862; | | | | |
| | UVA010004814-15; | | | | |
| | UVA010004863; | | | | |
| | UVA010004866; | | | | |
| | UVA010004867; | | | | |
| | UVA010004817; | | | | |
| | UVA010004868; | | | | |
| | UVA010004869; | | | | |
| | UVA010004870; | | | | |
| | UVA010004872; | | | | |
| | UVA010004873; | | | | |
| | UVA010004874; | | | | |
| | UVA010004876; | | | | |
| | UVA010004877; | | | | |
| | UVA010004879; | | | | |
| | UVA010004880; | | | | |
| | UVA010005723; | | | | |
| | UVA010004884; | | | | |
| | UVA010004885; | | | | |
| 301 | UVA010004887; | | | | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in complete form and inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 302 | UVA020000348-350; ERAMO-05544-05546; UVA020000377; UVA020000404-405; UVA020000358-360; UVA020000352-357; UVA020000372-374; UVA020000375-376; UVA020000351; UVA020000364-367; ERAMO-05502; ERAMO-05555; ERAMO-05554; ERAMO-05592-93; ERAMO-05503; UVA020000401; ERAMO-05567-68; UVA020000371; ERAMO-05584-05586 | | | Collection of handwritten cards, letters to Eramo* | |
| 303 | UVA010005254-5255; UVA010006024-6025 | | | Correspondence from Pres. Sullivan to parents, students* | |
| 304 | ERAMO-05460 | ERAMO-05462 | 3/7/2014 | Correspondence from Pres. Sullivan to Eramo* | |
| 305 | ERAMO-05495 | ERAMO-05498 | 11/29/2014 | Handwritten card from Marsh Pattie to Eramo* | |
| 306 | ERAMO-05540 | ERAMO-05508 | | IRS Form 1040-ES Payment vouchers for Eramo* | |
| 307 | ERAMO-05513 | ERAMO-05521 | | Eramo 2014 Tax Returns* | |
| 308 | ERAMO-05634 | ERAMO-05653 | 7/2/2015 | Client copy of Eramo's Revocable Legal Fund trust* | |
| 309 | | | | vanityfair.com: After A Rape Story….What's Next for the University of Virginia* | PX135 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in complete and legible form as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 310 | ERAMO-05851; ERAMO-05867-68; ERAMO-06478; ERAMO-5808 | | | Excerpts from Eramo's medical records*, **** | |
| 311 | ERAMO-05609; ERAMO-05608; ERAMO-05524-05527; UVA020000403 | | | Handwritten cards and letters to Eramo, post-retraction* | |
| 312 | UVA010005744; UVA040003364 | | Nov-14 | Media emails to UVA officialss, seeking information after WUVA interview* | |
| 313 | | | | Eramo's LinkedIn page as of 10/02/2016 | |
| 314 | ERAMO-05352-53; ERAMO-05355; ERAMO-05356 | | | Three emails re: Crowdrise funding and trust account* | |
| 315 | | | 5/15/2015 | Twitter Algernon Announcement* | |
| 316 | UVA010006017 | | 12/8/2014 | Email from Groves to Eramo re: SOSA January Working Group* | |
| 317 | UVA010006192 | | 11/19/2014 | Email from Eramo to Lampkin re: Rolling Stone Article part 1* | |
| 318 | UVA010006388 | | 11/24/2014 | Email from Lampkin to Wayne Cozart re: UVA fund donation* | |
| 319 | UVA020000368 | UVA020000370 | | Handwritten card from Pres. Sullivan to Eramo* | |
| 320 | UVA020000384 | UVA020000385 | 11/27/2014 | Correspondence from The Seventh Society* | |
| 321 | UVA020000392 | UVA020000393 | 7/31/2015 | Handwritten note from Craig Littlepage to Eramo* | |
| 322 | UVA020000395 | UVA020000396 | | Card from Lynn Bell to Eramo* | |
| 323 | UVA020003968 | | 9/9/2015 | Email from Katrina Margolis to Eramo re: Hey there-just keeping in touch and saying hi!* | |
| 324 | RS001132 | RS001133 | 5/21/2015 | PX31 for Dana Designations | PX31 |
| 325 | RS004850 | RS004859 | | PX39 for Dana Designations | PX39 |
| 326 | | | | PX3 for Wenner Designations | PX3 |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).
**The complete file of text messages will be available in complete and unedited inspection as necessary.
*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.
**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.

| DEFENDANTS' TRIAL EXHIBIT NUMBER | BEGINNING BATES NUMBER | END BATES NUMBER | DATE | DESCRIPTION | DEPOSITION EX. # |
|---|---|---|---|---|---|
| 327 | RS001130 | RS001131 | 4/5/2015 | PX307 for Wenner Designations | PX307 |
| 328 | | | 12/5/2014 | PX86 for Wenner Designations | PX86 |
| 329 | | | | PX299 for Ritter Designations | PX299 |
| 330 | ERAMO-04666 | ERAMO-04669 | 4/22/2015 | PX460 for Wenner Designations | PX460 |
| 331 | ERAMO-04541 | ERAMO-04563 | 4/5/2015 | Report of the Columbia Journalism School*** | PX6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*indicates a document that Defendants may offer if the need arises, pursuant to Rule 26(a)(3)(A)(iii).

**The complete file of text messages will be available in complied form and for inspection as necessary.

*** Offered in the event the Court denies Defendants' motion in limine # 5 to exclude the opinions, conclusions, and findings of the Report of the Columbia School of Journalism.

**** Offered in the event the Court denies Defendants' motion in limine #2 to exclude evidence of Plaintiff's cancer.