IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

|   |   |
|---|---|
| NICOLE P. ERAMO, | ) |
| Plaintiff | ) Case No. 3:15-cv-00023-GEC |
| v. | ) |
| ROLLING STONE LLC, SABRINA RUBIN ERDELY, and WENNER MEDIA LLC, | ) |
| Defendants. | ) |

**PLAINTIFF'S SUPPLEMENT TO HER TRIAL WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Joint Second Amended Scheduling Order dated February 18, 2016, Plaintiff hereby submits this Supplement to her Trial Witness List originally filed on October 3, 2016. Plaintiff previously listed Kathryn Hendley as a witness she intends to call at trial as a live witness. Through attempts at service of a trial subpoena on this witness, it has come to Plaintiff's attention that this witness no longer resides in Virginia and instead now resides outside of the United States in Tbilisi, Georgia. Therefore, Plaintiff intends to present Kathryn Hendley's testimony by deposition designation. Plaintiff's deposition designations for Kathryn Hendley are attached hereto as Exhibit A.

Dated: October 5, 2016

Respectfully submitted,

By: */s/ Elizabeth M. Locke*
Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
Andrew C. Phillips (VA Bar No. 88880)
Joseph R. Oliveri (VA Bar No. 77152)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314

Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
andy@clarelocke.com
joe@clarelocke.com

*Attorneys for Plaintiff Nicole P. Eramo*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Nicole Eramo's Supplement to her Trial Witness List was served on the below counsel of record on October 5, 2016 in accordance with the Federal Rules of Civil Procedure:

Michael John Finney, William David Paxton, and Scott Sexton
GENTRY LOCKE RAKES & MOORE
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9373
Telephone: (540) 983-9334
Fax: (540) 983-9400
Email: finney@gentrylocke.com
Email: paxton@gentrylocke.com
Email: sexton@gentrylocke.com

Elizabeth A. McNamara & Samuel M. Bayard
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230 / Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 / Fax: (202) 973-4448
Email: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,*
*Sabrina Rubin Erdely, and Wenner Media LLC*

Benjamin Gaillard Chew
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036-5303
Telephone: (202) 585-6511
Email: bchew@manatt.com

*Attorney for Defendant Sabrina Rubin Erdely*

Dated: October 5, 2016              By:   */s/ Elizabeth M. Locke*
                                          Elizabeth M. Locke