# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**Nicole Eramo**

**vs.**

**Rolling Stone et al**

Action No:   315CV23

Date:   10/11/2016

Judge:   Hon. Glen Conrad

Court Reporter:   JoRita Myer

Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)

Thomas Clare, Esq.
Andrew Phillips, Esq.

Defendant Attorney(s)

Elizabeth McNamara, Esq.
Scott Sexton, Esq.
David Paxton, Esq.
Michael Finney, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present by counsel for oral argument on pending motions #243, 241, 194 and 225.
Rulings as reflected in the record.   Other Pretrial Matters re: trial procedure taken up.
Conference call scheduled for Fri 10/14 @ 930 am for any final pretrial matters.

Time in Court:   9:37-10:54, 11:12-11:28   1 h 33 min