CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 11 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| Plaintiff, | ) Civil Action No. 3:15-CV-00023 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ROLLING STONE LLC, et al., | ) Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

This case is currently before the court on defendants' emergency motion for injunctive relief and sanctions. The court held a hearing on October 11, 2016. For reasons stated in the hearing, it is hereby

**ORDERED**

as follows:

1. The defendants' motion is **GRANTED**. The plaintiff is **ENJOINED** from further violations of the court's amended stipulated protective order (Dkt. No. 36), including dissemination of video deposition testimony not otherwise submitted to the court and made part of the public record.

2. Plaintiff is prohibited from presenting the video deposition of defendant Sabrina Rubin Erdely at trial. Further, the court believes that other sanctions may be in order. To the extent that other material disclosed by plaintiff and not submitted for inclusion in the public record is broadcast by third parties, plaintiff may be prohibited from using such material at trial.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 11th day of October, 2016.

/s/ Glen E. Conrad
Chief United States District Judge