CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 13 2016

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| NICOLE P. ERAMO, | ) | Case No. 3:15CV00023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ROLLING STONE LLC, et al., | ) | By: Honorable Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

This matter is set for trial beginning October 17, 2016. To ensure that this trial proceeds in an expeditious manner, it shall be and hereby is

ORDERED

that trial of this case shall take place on weekdays, beginning October 17, 2016, which may include hours beyond the normal working hours, and may include Saturdays and a federal holiday, to ensure a prompt and efficient resolution of this case.

The Clerk is directed to send certified copies of this order to the United States Marshals Office, and to all counsel of record.

ENTERED this 13th day of October, 2016.

_____
Chief United States District Judge