IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**Charlottesville Division**

---

NICOLE P. ERAMO,

                Plaintiff,

      - against -

ROLLING STONE LLC, SABRINA RUBIN ERDELY, AND WENNER MEDIA LLC,

                Defendants.

Case No. 3:15-cv-00023-GEC

---

## DEFENDANTS' RULE 26(a)(3) THIRD AMENDED EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the February 18, 2016 Joint Second Amended Scheduling Order entered in this case (Dkt. 49) ("Scheduling Order"), Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC (collectively "Defendants"), tender this Third Amended list of exhibits they expect to offer and those they may offer if the need arises, other than solely for impeachment. Please see **Attachment A**, attached hereto, for Defendants' complete list of exhibits.

Defendants reserve the right to (i) introduce any exhibit or item identified on the Plaintiff's Exhibit List as amended; (ii) to introduce any exhibit or item from either parties' Exhibit List during any phase of the trial (liability or damages), regardless of how the exhibits are or may have been designated; (iii) to further amend this Exhibit List and add any other exhibit(s) or items that may be needed based upon Court rulings on pending motions or evidentiary rulings at trial; (iv) to enlarge or modify listed exhibits or items for presentation at

trial; and (v) to offer additional evidence not identified on any list as may be necessary or appropriate for impeachment purposes or in rebuttal to the evidence of Plaintiff to this action.

Dated: New York, New York
October 14, 2016

DAVIS WRIGHT TREMAINE LLP

By: /s/ Elizabeth A. McNamara

Elizabeth A. McNamara (*pro hac vice*)
Samuel M. Bayard (*pro hac vice*)

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Fl.
New York, New York 10020-1104
Telephone: (212) 489-8230
Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
samuelbayard@dwt.com

Alison Schary (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248
Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

W. David Paxton (VSB No. 19798)
J. Scott Sexton (VSB No. 29284)
Michael J. Finney (VSB No. 78484)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Fax: (540) 983-9400
E-mail: paxton@gentrylocke.com
E-mail: sexton@gentrylocke.com
E-mail: finney@gentrylocke.com

*Attorneys for Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016, the foregoing was served by CM/ECF on counsel of record for all parties to this action. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Elizabeth A. McNamara
Elizabeth A. McNamara