# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE for CHARLOTTESVILLE DIVISION

**Nicole Eramo**

vs.

**Rolling Stone, et al**

Action No:   315CV23
Date:   10/14/2016
Judge:   Hon. Glen Conrad
Court Reporter:   JoRita Meyer
Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)
Tom Clare, Esq.
Libby Locke, Esq.
Dustin Pusch, Esq.
Andy Phillips, Esq.

Defendant Attorney(s)
Elizabeth McNamara, Esq.
David Paxton, Esq.
Michael Finney, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present by telephone for final pretrial conference.   Order to follow

Time in Court:   9:30-10:52 – 1 hr 22 m