IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| | ) |
| Plaintiff | ) Case No. 3:15-cv-00023-GEC |
| | ) |
| v. | ) |
| | ) |
| ROLLING STONE LLC, | ) |
| SABRINA RUBIN ERDELY, and | ) |
| WENNER MEDIA LLC, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL
OF CLAIM FOR PUNITIVE DAMAGES**

Plaintiff Nicole P. Eramo respectfully withdraws the demand for punitive damages asserted in her Complaint.

Dated: October 17, 2016

Respectfully submitted,

By: */s/ Elizabeth M. Locke*
Thomas A. Clare (VA Bar No. 39299)
Elizabeth M. Locke (VA Bar No. 71784)
Andrew C. Phillips (VA Bar No. 88880)
Joseph R. Oliveri (VA Bar No. 77152)
Dustin A. Pusch (VA Bar No. 84335)
CLARE LOCKE LLP
902 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
tom@clarelocke.com
libby@clarelocke.com
andy@clarelocke.com
joe@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiff Nicole P. Eramo*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Withdrawal of Claim for Punitive Damages was served on the below counsel of record on October 17, 2016 in accordance with the Federal Rules of Civil Procedure.

Michael John Finney & William David Paxton
GENTRY LOCKE RAKES & MOORE
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9373 & (540) 983-9334
Fax: (540) 983-9400
Email: finney@gentrylocke.com
Email: paxton@gentrylocke.com

Elizabeth A. McNamara & Samuel M. Bayard
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230 / Fax: (212) 489-8340
Email: lizmcnamara@dwt.com
Email: samuelbayard@dwt.com

Alison B. Schary
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248 / Fax: (202) 973-4448
Email: alisonschary@dwt.com

*Attorneys for Defendants Rolling Stone LLC,
Sabrina Rubin Erdely, and Wenner Media LLC*

Benjamin Gaillard Chew
MANATT, PHELPS & PHILLIPS, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, DC 20036-5303
Telephone: (202) 585-6511
Email: bchew@manatt.com

*Attorney for Defendant Sabrina Rubin Erdely*

Dated: October 17, 2016        By:  */s/ Elizabeth M. Locke*
                                    Elizabeth M. Locke