# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**CIVIL MINUTES – JURY TRIAL**
Day Two

**Case No.:** 315CV00023  **Date:** 10/18/2016

---

| | |
|---|---|
| **Nicole P. Eramo**<br>Plaintiff(s) | Counsel: Thomas Clare, Esq.<br>Libby Locke, Esq.<br>Andrew Phillips, Esq. |
| v. | |
| **Rolling Stone, LLC**<br>**Sabrina Rubin Erdely**<br>**Wenner Media LLC**<br>Defendant(s) | Counsel: Elizabeth McNamara, Esq.<br>Scott Sexton, Esq.<br>David Paxton, Esq.<br>Michael Finney, Esq.<br>Alison Schary, Esq. |

---

**WITNESSES**  **TIME IN COURT: 8 hrs 19 m**

**Plaintiff**  **Defendants**
1. Nicole P. Eramo  None

**PRESENT:** JUDGE:  Hon. Glen E. Conrad
Clerk:  Susan Moody, Deputy Clerk
Court Reporter:  JoRita Meyer/Lance Boardman, Court Reporter

**PROCEEDINGS:**

☒ Court resumes w/ 10 member jury panel present and all parties with counsel for resumption of jury trial – Parties continue w/ preliminary presentation

☒ Opening Statements.

☒ Plaintiff begins presentation of Witnesses and Direct Evidence, Cross Exam Objections, Argument, Rulings, Exhibits, and Breaks as noted in the record.

☒ Court recessed 6:00 pm – to return 10/19 @ 8 am to resume plaintiff's evidence