# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA - CHARLOTTESVILLE DIVISION

**CIVIL MINUTES – JURY TRIAL**
Day Seven (7)

Case No.: 315CV00023  Date: 10/24/2016

| | |
|---|---|
| **Nicole P. Eramo** Plaintiff(s) | Counsel: Thomas Clare, Esq.<br>Libby Locke, Esq.<br>Andrew Phillips, Esq. |
| v. | Joseph Oliveri, Esq.<br>Dustin Pusch, Esq. |
| **Rolling Stone, LLC**<br>**Sabrina Rubin Erdely**<br>**Wenner Media LLC**<br>Defendant(s) | Counsel: Elizabeth McNamara, Esq.<br>Scott Sexton, Esq.<br>David Paxton, Esq.<br>Samuel Bayard, Esq.<br>Michael Finney, Esq. |

**TIME IN COURT:** 8:09-9:27, 9:42-10:54, 11:08-12:11, 1:24-3:00, 3:17-4:42, 4:57-6:00

**Time: 7 h 37 min**

**WITNESSES**

**Plaintiff**
1. Sabrina Rubin Erdely
2. "Jackie" Excerpts of Video Deposition
3. Elisabeth Garber-Paul

**Defendants**
None

**PRESENT:** JUDGE: Hon. Glen E. Conrad
Clerk: Susan Moody, Deputy Clerk
Court Reporter: JoRita Meyer/Lance Boardman, Court Reporters

**PROCEEDINGS:**

☒ Prior to court – parties met on record with counsel re: pending issue re: indemnity agreement – Joint Stipulation to be proffered as Joint Ex 1

☒ Court resumes w/ 10 member jury panel present and all parties with counsel for resumption of jury trial

☒ Plaintiff continues presentation of Witnesses and Direct Evidence, Cross Exam Rebuttal and Re-Direct, Objections, Argument, Sidebars, Rulings, Exhibits, and Breaks as noted in the record. Joint Stipulation #1 read into record by Court. "Jackie" Excerpted Video Depo filed as Ex # 149 Under Seal.

☒ Court recessed. To resume @ 8 am 10/25/2016.