CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

OCT 3 1 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NICOLE P. ERAMO, | ) |
| | ) Civil Action No. 3:15-CV-00023 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) Hon. Glen E. Conrad |
| ROLLING STONE LLC, et al., | ) Chief United States District Judge |
| | ) |
| Defendants. | ) |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendants' motion for judgment as a matter of law is **GRANTED** as to plaintiff's

defamation by implication claim. Plaintiff's motion to clarify her defamatory implication claim

is **DENIED**. The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to all counsel of record.

ENTER: This _31^st_ day of October, 2016.

_____
Chief United States District Judge