# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 15

Case No.: 315CV23        Date: 11/03/2016

| | |
|---|---|
| **Nicole Eramo**<br>Plaintiff(s) | Counsel: Tom Clare, Esq.<br>Libby Locke, Esq., Andy Phillips, Esq.<br>Dustin Pusch, Esq., Joe Oliveri, Esq. |
| v. | |
| **Rolling Stone LLC et al**<br>Defendant(s) | Counsel: Eliz McNamara, Esq. Scott Sexton, Esq., David Paxton, Esq. Mike Finney, Esq., Alison Schary, Esq. Sam Bayard, Esq. |

PRESENT:  JUDGE:            Hon. Glen Conrad
          Deputy Clerk:     Susan Moody
          Court Reporter:   JoRita Meyer

TIME IN COURT: 9:28-9:31, 9:40-9:47, 4:47-4:50 pm Open Court 13 min
Jury in Deliberations 9:40-4:47 this day 7 h 7 min

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| None | None |

PROCEEDINGS:

☒  Court convened – Jury retires to deliberate.  Question – Jury In/Out to deliberate.

☒  Request to cease deliberations at 5 granted and to return @ 8:00 am 11/4/2016 per jury