# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __VIRGINIA AT CHARLOTTESVILLE__

NICOLE P. ERAMO

V.

ROLLING STONE LLC et al

## EXHIBIT AND WITNESS LIST

Case Number: 3:15CV00023

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon Glen Conrad | Tom Clare, Libby Locke, A. Phillips.... | Elizabeth McNamara, David Paxton.... |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/17/2016 - 11/4/106-Liability Phase | JoRita Meyer/Lance Boardman | Susan Moody |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | -125 | 10/18/2016 | Yes | Yes | PLAINTIFF'S UNCONTESTED EXHIBITS 1 - 125 admitted by Stipulation of Parties (See Index) |
| 126 | | 10/18/2016 | Yes | Yes | (P201) Audio from Call placed by Nicole to Jackie re Cville Detective    Nicole P. Eramo |
| | 1-44 | 10/18/2016 | Yes | Yes | DEFENDANTS' UNCONTESTED EXHIBITS 1-44 admitted by Stipulation of Parties (See Index) |
| 127 | | 10/18/2016 | Yes | Yes | (P25) Cavalier Daily Letters    Eramo |
| 128 | | 10/18/2016 | Yes | Yes | (P602) Raff to Eramo email dated 11/20/14    Eramo |
| 129 | | 10/18/2016 | Yes | Yes | (P609) Eramo forwarded email 11/22/2014 FW: Dean of Rape    Eramo |
| 130 | | 10/18/2016 | Yes | Yes | (P689) Eramo forwarded email 11/22/2014 FW: Despicable    Eramo |
| 131 | | 10/18/2016 | NOT | ADM | (P617) Tweet    Marked/Not Admitted |
| | 45 | 10/18/2016 | Yes | Yes | (D95) UVA Policy and Procedures for Student Sexual Misconduct Complaints    Eramo |
| | 46 | 10/19/2016 | Yes | Yes | (D65) Series of Text Messages involving Eramo 9 pages Oversized    Eramo |
| | 47 | 10/19/2016 | Yes | Yes | (D71) WUVA Video interview w/ Eramo    Eramo |
| | 48 | 10/19/2016 | Yes | Yes | (D233) Transcript of WUVA Video Interview w/ Eramo    Eramo |
| | 49 | 10/19/2016 | Yes | Yes | (D221) Emails between Eramo & "Jackie" 9/20/14 -10/8/14    Eramo |
| | 50 | 10/19/2016 | Yes | Yes | (D61) Series of Text Messages (Renda) involving Eramo 5 pages Oversized    Eramo |
| | 51 | 10/19/2016 | Yes | Yes | (D68) 5/21/2015 Cover and Letter/Rolling Stone Magazine    Eramo |
| | 52 | 10/19/2016 | Yes | Yes | (D305) Note to Eramo by Marsh Pattie    Eramo |
| | 53 | 10/19/2016 | Yes | Yes | (D319) Note from Sullivan to Eramo    Eramo |
| | 54 | 10/19/2016 | Yes | Yes | (D316) Email 12/8/14 from Groves to Eramo    Eramo |
| | 55 | 10/19/2016 | Yes | Yes | (D312) Email 11/25/14 from Eramo FW CNN interview request    Eramo |
| | 56 | 10/19/2016 | Yes | Yes | (D21) Letter dated 6/11/15 by Groves to Eramo    Eramo |
| | 57 | 10/19/2016 | Yes | Yes | (D244) Cavalier Daily 9/11/15 Article by Parker    Eramo |
| | 58 | 10/19/2016 | NOT | ADM | (D28) 1/6/2016 Open Letter by NOW to President Sullivan    Marked/Not Admitted |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | NICOLE P. ERAMO | | VS. | ROLLING STONE LLC et al | CASE NO. 3:15CV00023 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 59 | 10/19/2016 | Yes | Yes | (D22A) Series of Text exchanges Eramo/Renda | Eramo |
| | 60 | 10/19/2016 | NOT | ADM | (P476) Statement by Sabrina Erdely in email dated 4/5/15 | Marked/Not Admitted |
| 132 | | 10/19/2016 | Yes | Yes | (P125) Postcard from Emily Renda to Nicole Eramo | Emily Renda Depo |
| 133 | | 10/19/2016 | Yes | Yes | Video CD of Emily Renda Deposition as played in open court | Emily Renda |
| 134 | | 10/19/2016 | Yes | Yes | (P491) Intimate Intimidation 1996 | Sabrina Rubin Erdely |
| 135 | | 10/19/2016 | Yes | Yes | (P492) The Crime Against Women That No One Understands -Self 2008 | Erdely |
| 136 | | 10/19/2016 | Yes | Yes | (P493) Sex Lies and Phys Ed - Rolling Stone 2009 | Erdely |
| 137 | | 10/19/2016 | Yes | Yes | (P494) The Catholic Church's Secret Sex Crime Files - Rolling Stone 2011 | Erdely |
| 138 | | 10/19/2016 | Yes | Yes | (P495) The Rape of Petty Officer Blumer - Rolling Stone 2013 | Erdely |
| 139 | | 10/20/2016 | Yes | Yes | (P5) Columbia Journalism Report as reprintedin Rolling Stone | Erdely |
| 140 | | 10/20/2016 | Yes | Yes | (P130) 9/2/14 emails exchanged between Erdely and Renda | Erdely |
| 141 | | 10/20/2016 | Yes | Yes | (P399) Mid December 2014 Erdely draft notes | Erdely |
| 142 | | 10/20/2016 | Yes | Yes | (P27) emails exchanged between Erdely and Pinkleton 10/24/14 | Erdely |
| 143 | | 10/20/2016 | Yes | Yes | (P75) Dana -Erdely and Farhi-Erdely email exchanges from 11-30-14 to 12-1-14 | Erdely |
| 144 | | 10/20/2016 | Yes | Yes | (P24) Paul Farhi 12/1/14 Article "Author of Rolling Stone article on alleged......." | Erdely |
| 145 | | 10/20/2016 | Yes | Yes | (P423) Erdely-Woods email exchange 10/25-26/2014 | Erdely |
| 146 | | 10/20/2016 | Yes | Yes | (P320) 10/1/2014 Erdely - Lecca email exchange | Erdely |
| | 61 | 10/21/2016 | Yes | Yes | (P209) ******SEALED******** No public display - undredacted photo of :"Jackie" | Erdely |
| | 62 | 10/21/2016 | Yes | Yes | (D231) Erdely's research file /news stories re Hannah Graham disappearance | Erdely |
| | 63 | 10/22/2016 | Yes | Yes | (D333) Draft of Erdely Statement in defense of story att'd to email/never published | Erdely |
| JNT | EX 1 | 10/24/2016 | Yes | Yes | Joint Stipulation re: Indemnity and Cooperation Agreement/Erdely/Rolling Stone | Erdely |
| 147 | | 10/24/2016 | NOT | ADM | (P477) Email from Erdely to "Jackie" 12/17/2014 | Erdely |
| 148 | | 10/24/2016 | NOT | ADM | (P10) Letter by McNamara to Clare dated 12/30/2014 | Erdely |
| | 64 | 10/24/2016 | Yes | Yes | (P's Trial Ex 10) as admitted by Stipulation 10/18/16) Less Redacted Version Notes | Erdely |
| 149 | | 10/24/2016 | Yes | Yes | **SEALED** No public display of video"Jackie" Depo Excerpts See also P163/P164 | "Jackie" |
| 150 | | 10/24/2016 | Yes | Yes | (P149) Redacted series of text messages exchanged between "Jackie" /Sara Surface | Stipulation |
| 151 | | 10/24/2016 | Yes | Yes | (P174) Series of text messages exchanged between "Jackie" and Ryan Duffin -Depo | Stipulation |

# EXHIBIT AND WITNESS LIST – CONTINUATION

NICOLE P. ERAMO vs. ROLLING STONE LLC et al  CASE NO. 3:15CV00023

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 152 |  | 10/24/2016 | Yes | Yes | (P191) Email exchange between "Jackie" & Elizabeth Fox   Jackie Depo Ex   Stipulation |
|  | 65 | 10/24/2016 | Yes | Yes | (D332) Jackie related excerpts from Erdely reporting file   Jackie Depo Ex   Stipulation |
|  | 66 | 10/24/2016 | Yes | Yes | (D171) 09/18-12/10/2014 Jackie texts with Rachel Soltis   Jackie Depo Ex   Stipulation |
| 153 |  | 10/24/2016 | Yes | Yes | (P363) Oversized Word Document w/ Edits -see also P42   Elisabeth Garber-Paul |
| 154 |  | 10/24/2016 | Yes | Yes | (P40) Oversized Round One Galley Proof w/ Edits -see also P43   Garber-Paul |
| 155 |  | 10/24/2016 | Yes | Yes | (P39) Oversized Final Galley Proof w/ Edits - see also P45   Garber-Paul |
| 156 |  | 10/24/2016 | Yes | Yes | (P362) Email exchange between Sean Woods and E. Garber Paul 12/11/14   Garber-Paul |
| 157 |  | 10/24/2016 | Yes | Yes | (P281) Email exchange between Andy Young and Garber-Paul 3/23/15   Garber-Paul |
|  | 67 | 10/25/2016 | Yes | Yes | (D142) Timesheets for Factchecking   Garber-Paul |
|  | 68 | 10/25/2016 | Yes | Yes | (D266) 11/7/14 Email exchange between Garber-Paul and de Bruyn   Garber-Paul |
|  | 69 | 10/25/2016 | Yes | Yes | (D264) Nov 2014 Email Exchange between Garber-Paul and S. Daniel Carter   Garber-Paul |
|  | 70 | 10/25/2016 | Yes | Yes | (D282) Email Exchange between Garber-Paul and Laura Dunn   Garber-Paul |
| 158 |  | 10/25/2016 | Yes | Yes | (P610) Email Exchange between Gomes/Eramo   Garber-Paul |
|  | 71 | 10/26/2016 | Yes | Yes | (D43) Gomes Eramo McCance Email exchange 9/9/14   Allen Groves |
|  | 72 | 10/26/2016 | Yes | Yes | (D19) Saunders Burke Groves Email exchange re UVA Mag Photo Shoot   Groves |
|  | 73 | 10/26/2016 | Yes | Yes | (D41) Groves' edits to UVA Mag article   Groves |
|  | 74 | 10/26/2016 | Yes | Yes | (D39) Email exchange 10/27/14 Molly Minturn to Eramo re UVA Mag Article   Groves |
|  | 75 | 10/26/2016 | Yes | Yes | (D40) Groves to Minturn and others 10/27/14   Groves |
|  | 76 | 10/26/2016 | Yes | Yes | (D38) 10/13/14 Email thread to Eramo/Groves and others   Groves |
|  | 77 | 10/26/2016 | Yes | Yes | (D249) Executive Summary - Interim Policy on Sexual and Gender Based Harrassment   Groves |
|  | 78 | 10/26/2016 | Yes | Yes | (D250) Interim Policy on Sexual and Gender Based Harrassment.......   Groves |
|  | 79 | 10/26/2016 | Yes | Yes | (D36) 12/17/14 Email by U.Va. Atty Kast to "Jackie"'s Atty w/ Stmt att'd   Groves |
| 159 |  | 10/26/2016 | Yes | Yes | Kathryn Hendely Video Designated Deposition as played in open court   Kathryn Hendley |
| 160 |  | 10/26/2016 | Yes | Yes | Transcript of Kathryn Hendely Video Designated Deposition as played in ct   Stipulation |
| 161 |  | 10/26/2016 | Yes | Yes | Ryan Duffin Video Designated Deposition as played in open court   Ryan Duffin |
| 162 |  | 10/26/2016 | Yes | Yes | Transcript of Ryan Duffin Video Designated Deposition as played in ct   Stipulation |
| 163 |  | 10/26/2016 | Yes | Yes | Audio Only Version of "Jackie" designated depo as played in open ct. P 14 9   Stipulation |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| NICOLE P. ERAMO | | VS. | ROLLING STONE LLC et al | | CASE NO. 3:15CV00023 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 164 | | 10/26/2016 | Yes | Yes | Transcript of "Jackie" designated depo as played in open ct.  P 149     Stipulation |
| 165 | | 10/26/2016 | Yes | Yes | Transcript of Emily Renda Video Depos as played @ PLTF 133 in court     Stipulation |
| | 80 | 10/26/2016 | Yes | Yes | (D57)  Email Exchange between Alex PPinkleton and Herbert Braun  10/30/14    Alex Pinkleton |
| | 81 | 10/26/2016 | Yes | Yes | (D59)  Email exchange between Pinkleton and Braun 11/22/2014     Pinkleton |
| | 82 | 10/26/2016 | Yes | Yes | (D 240)  Notecard sent by Pinkleton to Eramo     Pinkleton |
| 166 | | 10/26/2016 | Yes | Yes | John Ritter Video Deposition as designated and played in open court     John Ritter |
| 167 | | 10/26/2016 | Yes | Yes | Transcript of John Ritter Video Deposition as designated and played in open court    Stipulation |
| 168 | | 10/26/2016 | Yes | Yes | (P298)  1 of 3 illustartions in sequence -Eramo  -Ritter Dep     Stipulation |
| 169 | | 10/26/2016 | Yes | Yes | (P300)  2 of 3 Illustrations in sequence - Eramo w/ Student Ritter Dep     Stipulation |
| 170 | | 10/26/2016 | Yes | Yes | (P301) 3 of 3 Illustrations in sequence - Eramo w/ Student/ w/ Protest Signs Ritter Dep Stipulation |
| 171 | | 10/26/2016 | Yes | Yes | (P564) Ritter to Maltais 11/13/14 email     Ritter Dep     Stipulation |
| 172 | | 10/26/2016 | Yes | Yes | (P574)  Bearded Man  Illustrations marked  'Cleveland Five Rolling Stone' Ritter Dep   Stipulation |
| 173 | | 10/26/2016 | Yes | Yes | (P576) Illustration dog at locker w/ policeman, female Ritter Dep     Stipulation |
| 174 | | 10/26/2016 | Yes | Yes | (P577) Illustration  - 3 men w/ Car Ritter Dep     Stipulation |
| 175 | | 10/26/2016 | Yes | Yes | (P578)  Illustration  - Sailor Ritter Dep     Stipulation |
| 176 | | 10/26/2016 | Yes | Yes | Illustration - Wolverine   from Ritter Deposition     Stipulation |
| 177 | | 10/27/2016 | Yes | Yes | (D424) Erdely /Woods Email Exchange 11/3/14     Sean Woods |
| 178 | | 10/27/2016 | Yes | Yes | (D408)  Woods/Judith Shulevitz Email Exchange 12/1/14     Woods |
| 179 | | 10/27/2016 | Yes | Yes | (D420)  Fahri/Woods Email Exchange 11/28/14     Woods |
| 180 | | 10/27/2016 | Yes | Yes | (D85)  Erdely/Woods Email Exchange 12/2/14     Woods |
| 181 | | 10/27/2016 | Yes | Yes | (P48)  Melissa Bruno email w/ Press Release to Media Outlets undated     Woods |
| 182 | | 10/27/2016 | Need | Yes | Woods/Erdely Email Exchange re WYNC Lehrer Show Interview  11/26/14     Woods |
| 183 | | 10/27/2016 | Yes | Yes | (P409)  Farhi/Woods Email Exchange 12/1/14     Woods |
| 184 | | 10/27/2016 | Yes | Yes | (P407)  Woods/Hanna Rosin Email Exchange 12/2/14     Woods |
| 185 | | 10/27/2016 | Need | Yes | Disc of Audio of Woods Voicemail left for "Jackie" 12/8/14     Woods |
| | 83 | 10/27/2016 | Yes | Yes | Subpoena issued 11/5/15 to Sara Surface     Sara Surface |
| 186 | | 10/28/2016 | Yes | Yes | Designated Video Deposition of Jann Wenner Excertps     Jann Wenner |

Page 4 of 5 Pages

Case 3:15-cv-00023-GEC   Document 376   Filed 11/04/16   Page 4 of 5   Pageid#: 17540

| NICOLE P. ERAMO | | vs. | | ROLLING STONE LLC et al | CASE NO. 3:15CV00023 | |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 187 | | 10/28/2016 | Yes | Yes | Transcript of Deposition of Jann Wenner | Stipulation |
| 188 | | 10/28/2016 | Yes | Yes | (P467) Agreement re Columbia Journalism Review/email Wenner Depo Ex | Stipulation |
| 189 | | 10/28/2016 | Yes | Yes | (P479) Email from Wenner to Jurson 9/9/14 Wenner Depo Ex | Stipulation |
| 190 | | 10/28/2016 | Yes | Yes | (P32) RS Cover and A Note to Our Readers page Wenner Depo Ex | Stipulation |
| | 84 | 10/28/2016 | Yes | Yes | (D Depo 117) Email Exchange between McCance and de Bruyn Wenner Depo | Stipulation |
| 191 | | 10/28/2016 | Need | Yes | Video Designated Deposition Patricia Lampkin Excerpts | Patricia Lampkin |
| 192 | | 10/28/2016 | Need | Yes | Transcript of Depo - Lampkin | Stipulation |
| 193 | | 10/28/2016 | Yes | Yes | Video Designated Deposition - Alvin Ling | Stipulation |
| 194 | | 10/28/2016 | Yes | Yes | Transcript Deposition - Ling | Stipulation |
| 195 | | 10/28/2016 | Yes | Yes | (P335) LinkedIn Profile for Alvin Ling - Ling Depo | Stipulation |
| 196 | | 10/28/2016 | Yes | Yes | (P350) Analytics for Article Views Redacted - Ling Depo | Stipulation |
| 197 | | 10/28/2016 | Yes | Yes | Video -Designated Deposition - Will Dana | Will Dana |
| 198 | | 10/28/2016 | Yes | Yes | Transcript of Dana Video Deposition Excerpts | Stipulation |
| | 85 | 10/31/2016 | Yes | Yes | (D109) Davis/Shofar email exchange beginning 11/20/14 re OCR review | Susan Davis |
| | 86 | 10/31/2016 | Yes | Yes | (D293) UVA Police Department Report of Clery Notices | Davis |
| | 87 | 10/31/2016 | Yes | Yes | Jason Fine Video Deposition by Designation | Jason Fine |
| | 88 | 10/31/2016 | Yes | Yes | Transcript of Fine Deposition | Fine |
| Post | Trial | 11/2/2016 | Ex | #1 | Rolling Stone Magazine at request of Jury and on agreement of counsel. | Stipulation |
| | | | | | END OF EXHIBITS - LIABILITY PHASE - | |