NICOLE P. ERAMO,

    Plaintiff,

vs.                                      Civil Action No. 3:15CV00023

ROLLING STONE, LLC
SABRINA RUBIN ERDELY        JUDGMENT IN A CIVIL CASE
WENNER MEDIA, LLC,

    Defendants.

This action came before the court for a trial by jury on October 17, 2016 through November 7, 2016. The case was bifurcated as to liability and damages. Plaintiff adduced evidence in each phase of the case and rested. Defendant adduced evidence in each phase of the case and rested. The issues having been tried, the jury returned verdicts as attached hereto, in favor of the plaintiff as to liability, and fixed damages in the amount of $3,000,000.00, consisting of $2,000,000.00 as to Sabrina Rubin Erdely, and an additional $1,000,000.00 as to Rolling Stone, LLC and Wenner Media, LLC, jointly and severally.

It is ADJUDGED AND ORDERED that the jury verdict be and hereby is filed. All motions made during trial are shown in the transcript together with the action thereon. Accordingly, judgment is entered for the plaintiff in the amount of $3,000,000.00 as set forth above, and this case is dismissed from the docket of this court.

ENTERED this 7th day of November, 2016.

                                                   Chief United States District Judge