IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

```
-----------------------------------------------x
NICOLE P. ERAMO,                               :
                                               :   Case No. 3:15-cv-00023-GEC
                        Plaintiff,             :
                                               :
            - against -                        :
                                               :
ROLLING STONE LLC, SABRINA RUBIN               :
ERDELY, AND WENNER MEDIA LLC,                  :
                                               :
                        Defendants.            :
                                               :
-----------------------------------------------x
```

## DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Federal Rule of Civil Procedure 50(b), Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC respectfully move this Court for entry of an order granting judgment as a matter of law notwithstanding the jury's verdict (i) finding that Defendants Rolling Stone were liable for defamation by republishing Statements No. 1, 2 and 3 (the "Article Statements") on December 5, 2014 by placing an Editor's Note at the top of the previously published online Article, on the grounds that the evidentiary record does not support the jury's finding that these statements were "republished"; and (ii) finding that Defendant Erdely was liable for defamation with respect to Plaintiff's claims concerning Statements 1, 3, 5, 7, 8, and 10, on the grounds that Plaintiff failed to meet her burden of producing evidence of special damages for each of the post-Article statements; Plaintiff failed to meet her burden of producing clear and convincing evidence that Erdely published any of the challenged statements with actual malice; and none of the remaining challenged statements are actionable.

WHEREFORE, Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC respectfully request that the Court grant their Renewed Motion for Judgment as a Matter of Law and enter judgment for Defendants notwithstanding the jury's verdict.

Dated: New York, New York
December 5, 2016

By:   /s/ Elizabeth A. McNamara
      Elizabeth A. McNamara (*pro hac vice*)
      Samuel M. Bayard (*pro hac vice*)
      DAVIS WRIGHT TREMAINE LLP
      1251 Avenue of the Americas, 21st Floor
      New York, New York 10020-1104
      Telephone:   (212) 489-8230
      Fax:   (212) 489-8340
      Email:   lizmcnamara@dwt.com
                 samuelbayard@dwt.com

      Alison Schary (*pro hac vice*)
      DAVIS WRIGHT TREMAINE LLP
      1919 Pennsylvania Avenue NW, Suite 800
      Washington, DC 20006-3401
      Telephone: (202) 973-4248
      Fax:   (202) 973-4448
      E-mail:   alisonschary@dwt.com

      W. David Paxton (VSB No. 19798)
      J. Scott Sexton (VSB No. 29284)
      Michael J. Finney (VSB No. 78484)
      GENTRY LOCKE
      10 Franklin Road S.E., Suite 900
      P.O. Box 40013
      Roanoke, Virginia 24022-0013
      Telephone: (540) 983-9300
      Fax:   (540) 983-9400
      E-mail:   paxton@gentrylocke.com
      E-mail:   sexton@gentrylocke.com
      E-mail:   finney@gentrylocke.com

      *Attorneys for Defendants Rolling Stone LLC,*
      *Sabrina Rubin Erdely, and Wenner Media LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2016, the foregoing was served by CM/ECF on counsel of record for all parties to this action. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Elizabeth A. McNamara
                                                Elizabeth A. McNamara