IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE for CHARLOTTESVILLE DIVISION

**Nicole P. Eramo**

vs.

**Rolling Stone et al**

Action No: 315CV23
Date: 2/9/2017
Judge: Hon. Glen Conrad
Court Reporter: JoRita Meyer
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)
Andrew Phillips, Esq.
Elizabeth Locke, Esq.
Thomas Clare, Esq.

Defendant Attorney(s)
Elizabeth McNamara, Esq.
David Paxton, Esq.
Michael Finney, Esq.

LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present for oral argument on pending matters:
#391 – Motion for Judgment NOV and objections thereto – McNamara/Phillips
#407 - Bill of Costs and Objections thereto – Clare/McNamara
#288 - Motion to Reconsider Imposition of Sanctions - Locke/McNamara

Order to follow in near future

Time in Court: 9:05-10:43 am    1 hr 38 min