IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| NICOLE P. ERAMO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROLLING STONE LLC, ) <br> SABRINA RUBIN ERDELY, and ) <br> WENNER MEDIA LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:15-cv-00023-GEC |

**JOINT MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff hereby moves the Court for an order effecting a voluntary dismissal of this action with prejudice, each party to bear its own costs and fees. Counsel for Defendants consents to and joins in this Motion. As a term of the dismissal order, Plaintiff respectfully requests that the Court retain jurisdiction over the action in order to issue a decision on her pending October 17, 2016 Motion for Reconsideration of the Court's October 11, 2016 Order Granting Defendants' Emergency Motion for Injunctive Relief and Sanctions [Dkt. 288]. Defendants have represented that they do not object to this request.

Dated: April 11, 2017

Respectfully submitted,

/s/ Thomas A. Clare

Thomas A. Clare (VSB No. 39299)
Elizabeth M. Locke (VSB No. 71784)
Andrew C. Phillips (VSB No. 88880)
Joseph R. Oliveri (VSB No. 77152)
CLARE LOCKE LLP
902 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
E-mail: tom@clarelocke.com
E-mail: libby@clarelocke.com
E-mail: andy@clarelocke.com
E-mail: joe@clarelocke.com

*Attorneys for Plaintiff Nicole P. Eramo*

/s/ Elizabeth A. McNamara

Elizabeth A. McNamara (*pro hac vice*)
Samuel M. Bayard (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Fax: (212) 489-8340
E-mail: lizmcnamara@dwt.com
E-mail: samuelbayard@dwt.com

Alison Schary (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-3401
Telephone: (202) 973-4248
Fax: (202) 973-4448
E-mail: alisonschary@dwt.com

W. David Paxton (VSB No. 19798)
J. Scott Sexton (VSB No. 29284)
Michael J. Finney (VSB No. 78484)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, VA 24022-0013
Telephone: (540) 983-9300
Fax: (540) 983-9400
E-mail: paxton@gentrylocke.com
E-mail : sexton@gentrylocke.com
E-mail: finney@gentrylocke.com

*Attorneys for Defendants Rolling Stone LLC, Sabrina Rubin Erdely, and Wenner Media LLC*